Victoria Tenisha Shanae Dillihunt (Full Name)

dillihuntvictoria@yahoo.com    (Email Address)

12035 S Broadway # K    Homeless this is old address    (Address Line 1)

Los Angeles CA, 90061    (Address Line 2)

No Phone    (Phone Number)

Plaintiff in Pro Per

**FILED**
**CLERK, U.S. DISTRICT COURT**

**08/21/24**

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____ASH_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Victoria Tenisha Shanae Dillihunt,

Plaintiff,

vs.

Backstreet Boys

Blackstreet Boys

Church of Southland

McPeek's Chrysler Dodge Jeep Ram of Anaheim

Defendant(s).

**Case No.:** 2:24-cv-07263-FMO-(MAR)
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded**: ☒Yes ☐ No

(*All paragraphs and pages must be numbered.*)

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because The situation took place in County of plaintiff's residence

1
Page Number

### III. PARTIES

3.    Plaintiff _____Victoria Tenisha Shanae Dillihunt_____resides at:
*(your full name)*

12035 S. Broadway #K

Los Angeles CA, 90061
_____.
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant _____Backstreet Boys_____ works at
*(full name of Defendant)*

1909 H St, Sacramento, CA 95811
_____.
*(Defendant's place of work)*

Defendant's title or position is _____band @ Wonderful Union LLC_____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because: ____defendant is a part of____ the charades of witchcraft. Ex: Motto: _____

_____

5. Defendant _____Blackstreet Boys_____ works at
*(full name of Defendant)*

2220 Colorado Ave, Santa Monica, CA 90404
_____.
*(Defendant's place of work)*

Defendant's title or position is _____band @ Interscope Records_____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because: ____defendant is a part of____ the charades of witchcraft. Ex: _____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.   Defendant **Church of Southland** works at

*Insert ¶ #*

**1380 S. Sanderson Ave, Anaheim CA, 92806**

*(full name of Defendant)*

*(Defendant's place of work)*

Defendant's title or position is **Overseer**

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. EX:**

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

___.   Defendant **McPeek's Chrysler Dodge Jeep RAM of Anaheim** works at

*Insert ¶ #*

**1221 S. Auto Center Dr, Anaheim CA 92806**

*(full name of Defendant)*

*(Defendant's place of work)*

Defendant's title or position is **CEO**

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. EX:**

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant *Renaissance at Uptown Orange Apartments* works at
*Insert ¶ #*                                    *(full name of Defendant)*

*3063 W. Chapman Ave, Orange CA 92868*
                                    *(Defendant's place of work)*

Defendant's title or position is _____ *CEO* _____
                                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

___. Defendant *Victory Diner* _____ works at
*Insert ¶ #*                                    *(full name of Defendant)*

*388 Main St, Orange CA 92868*
                                    *(Defendant's place of work)*

Defendant's title or position is _____ *CEO* _____
                                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant __Trinity Law School__ works at

*Insert ¶ #*          *(full name of Defendant)*

__2000 N. Grand Ave, Santa Ana CA 92705__

*(Defendant's place of work)*

Defendant's title or position is ____Supervisor____

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. EX:**

**Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.**

___.  Defendant __Northeast Santa Ana Little League__ works at

*Insert ¶ #*     (Grand)     *(full name of Defendant)*

__2100 N. Grand Ave, Santa Ana, CA 92705__

*(Defendant's place of work)*

Defendant's title or position is ____CEO____

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. EX:**

**Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant Advanced Learning Academy (ALA) works at

*Insert ¶ #*          *(full name of Defendant)*

108 E Santa Clara Ave, Santa Ana, CA 92706 (92706)

*(Defendant's place of work)*

Defendant's title or position is ___Supervisor___

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

___.  Defendant Red Roof Inn Santa Ana works at

*Insert ¶ #*          *(full name of Defendant)*

2000 N. Main St, Santa Ana, CA 92705

*(Defendant's place of work)*

Defendant's title or position is ___Ceo___

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Galactic Challenge** works at
*Insert ¶ #*
*(full name of Defendant)*

**2890 Main St, Orange CA 92808 (Floor 1)** .
*(Defendant's place of work)*

Defendant's title or position is **Ceo** .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity              ■ official capacity

This Defendant was acting under color of law because **defendant is a part of**
**the charades of witchcraft. EX:**

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.


___. Defendant **Hart Park** works at
*Insert ¶ #*
*(full name of Defendant)*

**701 S. Glassell St, Orange CA 92866** .
*(Defendant's place of work)*

Defendant's title or position is **Overseer** .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity              ■ official capacity

This Defendant was acting under color of law because **defendant is a part of**
**the charades of witchcraft. EX:**

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

___. Defendant Orange Church of the Nazarene _____ works at

Insert ¶ #          (full name of Defendant)

1125 E PALMYRA Ave, Orange CA, 92866 .

(Defendant's place of work)

Defendant's title or position is ___ overseer ___.

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

___. Defendant Cococane, _____ works at

Insert ¶ #          (full name of Defendant)

14338 Brookhurst St, Garden Grove CA 92843 .

(Defendant's place of work)

Defendant's title or position is ___ Ceo ___

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant *The Heaven Beauty Salon* _____ works at
*Insert ¶ #*                                    *(full name of Defendant)*

*9113 Bolsa Ave Suite 120, Westminster, CA 92683*
                              *(Defendant's place of work)*

Defendant's title or position is _____.
                                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

   ■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because **defendant is a part of**
**the charades of witchcraft. EX:**

**Side Note: If I am struggling with finding names then I will put owner, sup-**
**ervisor, etc just to reference a Leading title of a persons position.**

___.  Defendant *Star View Elementary School* works at
*Insert ¶ #*                                    *(full name of Defendant)*

*15629 Newland St, Westminster CA 92683*
                              *(Defendant's place of work)*

Defendant's title or position is _____.
                                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

   ■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because **defendant is a part of**
**the charades of witchcraft. EX:**

**Side Note: If I am struggling with finding names then I will put owner, sup-**
**ervisor, etc just to reference a Leading title of a persons position.**

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Rise Above Fitness works at

Insert ¶ #
(full name of Defendant)

15004 Producer Ln, Huntington Beach, CA 92649
(Defendant's place of work)

Defendant's title or position is _____ Ceo _____
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

___. Defendant South Bay Abrams Manufacturing & Distribution works at

Insert ¶ #
(full name of Defendant)

15062 Producer Ln, Huntington Beach CA 92649 (92649)
(Defendant's place of work)

Defendant's title or position is _____ Ceo _____
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **DDS: Terry Carlin** works at
(full name of Defendant)

**6811 Gas Light Dr, Huntington Beach CA 92647**
(Defendant's place of work)

Defendant's title or position is **Supervisor**
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. EX:**

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

___. Defendant **Faithful Moving** works at
(full name of Defendant)

**16811 Robert Ln, Huntington Beach, CA 92647**
(Defendant's place of work)

Defendant's title or position is _____
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. EX:**

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant DeMille Language Academy ___ works at

*Insert ¶ #*   (full name of Defendant)

15400 VanBuren St, Midway City CA 92655

(Defendant's place of work)

Defendant's title or position is ___ Supervisor ___.

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. EX:**

**Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.**

___.  Defendant Revelation Records ___ works at

*Insert ¶ #*   (full name of Defendant)

7456 Lorge Cir, Huntington Beach CA 92647

(Defendant's place of work)

Defendant's title or position is ___ Ceo ___.

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. EX:**

**Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Jonathan Bell_ works at

*Insert ¶ #*                      *(full name of Defendant)*

_159 S. Jackson St #200, Seattle WA 98104_.

*(Defendant's place of work)*

Defendant's title or position is _Defender for Seattle Sounders FC_.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: _He also plays for Jamaica Football Federation_

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

___. Defendant _Jamaica Football Federation (Nickname: Reggae Boyz)_ works at

*Insert ¶ #*                      *(full name of Defendant)*

_20 St. Lucia Crescent, Kingston 5 Jamaica W.I._.

*(Defendant's place of work)*

Defendant's title or position is _Head Coach: Steve McClaren_.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Noah Gregory Centineo (Jesus foster on The Fosters) (Played) works at
*(full name of Defendant)*

10000 Santa Monica Blvd Suite 3006 Los Angeles CA 90067
*(Defendant's place of work)*

Defendant's title or position is Actor @ Definition Entertainment Inc .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

___. Defendant Definition Entertainment Inc works at
*(full name of Defendant)*

10000 Santa Monica Blvd Suite 3006, Los Angeles CA 90067 .
*(Defendant's place of work)*

Defendant's title or position is Ceo: Nick Styne .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant Foster Elementary School _____ works at
*Insert ¶ #*                 *(full name of Defendant)*
1620 N. Pannes Ave, Compton CA 90221 .
                    *(Defendant's place of work)*

Defendant's title or position is Supervisor .
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

___.  Defendant Stephen Foster Elementary School _____ works at
*Insert ¶ #*                 *(full name of Defendant)*
5223 Bigelow St, Lakewood CA 90710 .
                    *(Defendant's place of work)*

Defendant's title or position is Supervisor .
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

____. Defendant __Fosters Freeze,_____ works at

*Insert ¶ #*          *(full name of Defendant)*

__117 Carson St, Carson, CA 90745_____.

*(Defendant's place of work)*

Defendant's title or position is ___Ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, sup- ervisor, etc just to reference a Leading title of a persons position.

____. Defendant __Fosters Freeze._____ works at

*Insert ¶ #*          *(full name of Defendant)*

__400 East 18th St, Antioch, CA 94509_____.

*(Defendant's place of work)*

Defendant's title or position is ___Cco_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, sup- ervisor, etc just to reference a Leading title of a persons position.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __Fosters Electrical__ works at

*Insert ¶ #*                                  *(full name of Defendant)*

__45 Great Bowden Rd, Market Harborough LE16 7DF, U.K__.

*(Defendant's place of work)*

Defendant's title or position is ___Ceo___.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because __defendant is a part of the charades of witchcraft. EX:__

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

___. Defendant __Foster's Family Food__ works at

*Insert ¶ #*                                  *(full name of Defendant)*

__130 N. Tyler St, Elm Creek, NE, 68836__

*(Defendant's place of work)*

Defendant's title or position is ___Ceo___.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because __defendant is a part of the charades of witchcraft. EX:__

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Newport Stadium (Spytty Park) works at
*Insert ¶ #* *(full name of Defendant)*

Newport International Sports Village, Stadium Wy, Newport NP19 4PT, UK .
*(Defendant's place of work)*

Defendant's title or position is Supervisor .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

◾ individual capacity                    ◾ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

___. Defendant Newport Rugby Football Club works at
*Insert ¶ #* *(full name of Defendant)*

Newport International Sports Village, Stadium Wy, Newport NP94PT, UK .
*(Defendant's place of work)*

Defendant's title or position is Captain: Adam Brown/Chairman Will Godfrey
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

◾ individual capacity                    ◾ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX: Nickname: Black &Ambers

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Independence Park_ works at

*Insert ¶ #*

*(full name of Defendant)*

_801 W. Valencia Dr, Fullerton, CA 92832_ .

*(Defendant's place of work)*

Defendant's title or position is _Supervisor_ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. EX: _I stayed @ PATH's Emergency Winter Shelter in 2023. This is_
Side Note: If I am struggling with finding names then I will put owner, sup- _where Jr from_
ervisor, etc just to reference a Leading title of a persons position. _The Players club who_
_raped Ebony (Tina Snow) cousin. Jr. Slept next to me @ this shelter until he tripped on me_
_And moved him somewhere else. The Irony of how the Jamaican football Federation_
_uses Independence Park too & how this shelter was using the RAM cardboard as foundation._

___. Defendant _Independence Park_ works at

*Insert ¶ #*

*(full name of Defendant)*

_2626+HX4 Independence Park, Kingston, Jamaica_ .

*(Defendant's place of work)*

Defendant's title or position is _Supervisor_ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. EX:
Side Note: If I am struggling with finding names then I will put owner, sup-
ervisor, etc just to reference a Leading title of a persons position.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Congressional Record--Appendix, pp. A34-A35
### Current Communist Goals

EXTENSION OF REMARKS OF HON. A. S. HERLONG, JR. OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
Thursday, January 10, 1963

*Mr. HERLONG.* Mr. Speaker, Mrs. Patricia Nordman of De Land, Fla., is an ardent and articulate opponent of communism, and until recently published the De Land Courier, which she dedicated to the purpose of alerting the public to the dangers of communism in America.

At Mrs. Nordman's request, I include in the RECORD, under unanimous consent, the following "Current Communist Goals," which she identifies as an excerpt from "The Naked Communist," by Cleon Skousen:

## CURRENT COMMUNIST GOALS

1. U.S. acceptance of coexistence as the only alternative to atomic war.

2. U.S. willingness to capitulate in preference to engaging in atomic war.

3. Develop the illusion that total disarmament [by] the United States would be a demonstration of moral strength.

4. Permit free trade between all nations regardless of Communist affiliation and regardless of whether or not items could be used for war.

5. Extension of long-term loans to Russia and Soviet satellites.

6. Provide American aid to all nations regardless of Communist domination.

7. Grant recognition of Red China. Admission of Red China to the U.N.

8. Set up East and West Germany as separate states in spite of Khrushchev's promise in 1955 to settle the German question by free elections under supervision of the U.N.

9. Prolong the conferences to ban atomic tests because the United States has agreed to suspend tests as long as negotiations are in progress.

10. Allow all Soviet satellites individual representation in the U.N.

11. Promote the U.N. as the only hope for mankind. If its charter is rewritten, demand that it be set up as a one-world government with its own independent armed forces. (Some Communist leaders believe the world can be taken over as easily by the U.N. as by Moscow. Sometimes these two centers compete with each other as they are now doing in the Congo.)

12. Resist any attempt to outlaw the Communist Party.

13. Do away with all loyalty oaths.

14. Continue giving Russia access to the U.S. Patent Office.

15. Capture one or both of the political parties in the United States.

16. Use technical decisions of the courts to weaken basic American institutions by claiming their activities violate civil rights.

17. Get control of the schools. Use them as transmission belts for socialism and current Communist propaganda. Soften the curriculum. Get control of teachers' associations. Put the party line in textbooks.

18. Gain control of all student newspapers.

19. Use student riots to foment public protests against programs or organizations which are under Communist attack.

20. Infiltrate the press. Get control of book-review assignments, editorial writing, and policymaking positions.



21. Gain control of key positions in radio, TV, and motion pictures.

22. Continue discrediting American culture by degrading all forms of artistic expression. An American Communist cell was told to "eliminate all good sculpture from parks and buildings, substitute shapeless, awkward and meaningless forms."

23. Control art critics and directors of art museums. "Our plan is to promote ugliness, repulsive, meaningless art."

24. Eliminate all laws governing obscenity by calling them "censorship" and a violation of free speech and free press.

25. Break down cultural standards of morality by promoting pornography and obscenity in books, magazines, motion pictures, radio, and TV.

26. Present homosexuality, degeneracy and promiscuity as "normal, natural, and healthy."

27. Infiltrate the churches and replace revealed religion with "social" religion. Discredit the Bible and emphasize the need for intellectual maturity which does not need a "religious crutch."

28. Eliminate prayer or any phase of religious expression in the schools on the ground that it violates the principle of "separation of church and state." (Remember these goals were published to expose them in 1958) Coincidence?

29. Discredit the American Constitution by calling it inadequate, old-fashioned, out of step with modern needs, a hindrance to cooperation between nations on a worldwide basis.

30. Discredit the American Founding Fathers. Present them as selfish aristocrats who had no concern for the "common man."

31. Belittle all forms of American culture and discourage the teaching of American history on the ground that it was only a minor part of the "big picture." Give more emphasis to Russian history since the Communists took over.

32. Support any socialist movement to give centralized control over any part of the culture--education, social agencies, welfare programs, mental health clinics, etc.

33. Eliminate all laws or procedures, which interfere with the operation of the Communist apparatus.

34. Eliminate the House Committee on Un-American Activities.

35. Discredit and eventually dismantle the FBI.

36. Infiltrate and gain control of more unions.

37. Infiltrate and gain control of big business.

38. Transfer some of the powers of arrest from the police to social agencies. Treat all behavioral problems as psychiatric disorders which no one but psychiatrists can understand [or treat].

39. Dominate the psychiatric profession and use mental health laws as a means of gaining coercive control over those who oppose Communist goals.

40. Discredit the family as an institution. Encourage promiscuity and easy divorce.

41. Emphasize the need to raise children away from the negative influence of parents. Attribute prejudices, mental blocks and retarding of children to suppressive influence of parents.

42. Create the impression that violence and insurrection are legitimate aspects of the American tradition; that students and special-interest groups should rise up and use ["] united force ["] to solve economic, political or social problems.

43. Overthrow all colonial governments before native populations are ready for self-government.

44. Internationalize the Panama Canal.

45. Repeal the Connally reservation so the United States cannot prevent the World Court from seizing jurisdiction [over domestic problems. Give the World Court jurisdiction] over nations and individuals alike.





*The Fall of Man* ✱ *Fall Began September 23, 2023*✱

Robbery of Front Door = Temple (Body) and Temple (Residence)(Garden)

Using the Backdoor = Perverting Sound, words, sex, senses, etc

Result = Serpent Steals, Kills, and Destroys

## IV. STATEMENT OF FACTS

(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)

1. Genesis 3:1-24 ① Now the serpent who was more subtile than any beast of the field which the LORD God had made. And he said unto the woman, Yea, hath God said, Ye shall not eat of every tree of the garden? ② And the woman said unto the serpent, We may eat of the fruit of the trees of the garden ③ But of the fruit of the tree which is in the midst of the garden, God hath said, Ye shall not eat of it, neither

2. shall ye touch it, lest ye die. ④ And the serpent said unto the woman, Ye shall not surely die, ⑤ For God doth know that the day ye eat thereof, then your eyes shall be opened, and ye shall be as gods, knowing good and evil. ⑥ And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make one wise; she took of the fruit thereof,

3. and did eat, and gave also unto her husband with her; and he did eat. ⑦ And the eyes of them both were opened, and they knew that they were naked; and they sewed fig leaves together, and made themselves aprons. ⑧ And they heard the voice of the LORD God walking in the garden in the cool of the day: and Adam and his wife hid themselves from the presence of the LORD God amongst the trees of the garden. ⑨ And the LORD God called unto Adam, and said unto him, Where art thou? ⑩ And he said, I heard thy voice in the garden, and

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

4. I was afraid, because I was naked; and I hid myself. And he said, Who told thee that thou wast naked? Hast thou eaten of the tree, whereof I commanded thee that thou shouldest not eat? And the man said, The woman whom thou gavest to be with me, she gave me of the tree, and I did eat. And the LORD God said unto the woman, What is this that thou hast done? And the woman said, The serpent beguiled me, and I did eat. And the LORD God said unto the serpent,

5. Because thou hast done this, thou art cursed above all cattle, and above every beast of the field; upon thy belly shalt thou go, and dust shalt thou eat all the days of thy life. And I will put enmity between thee and the woman, and between thy seed and her seed; it shall bruise thy head, and thou shalt bruise his heel. Unto the woman he said, I will greatly multiply thy sorrow and thy conception; in sorrow thou shalt bring forth children; and thy desire shall be

6. to thy husband, and he shall rule over thee. And unto Adam he said, Because thou hast hearkened unto the voice of thy wife, and hast eaten of the tree, of which I commanded thee, saying, Thou shalt not eat of it: cursed is the ground for thy sake; in sorrow shalt thou eat of it all the days of thy life; Thorns also and thistles shall it bring forth to thee; and thou shalt eat the herb of the field: In the sweat of thy face shalt thou eat bread, till thou return unto the ground; for out of it wast thou taken: for dust thou art, and unto dust shalt

Civil Rights Complaint Pursuant to U.S.C. § 1983

7 the return And Adam called his wife's name Eve; because she was the mother of all living. Unto Adam also and to his wife did the LORD God make coats of skins, and clothed them. And the LORD God said, Behold, the man is become as one of us, to know good and evil: and now, lest he put forth his hand, and take also of the tree of life, and eat, and live for ever. Therefore the LORD God sent him forth from the garden of Eden, to till the ground from whence he was taken.

Insert ¶ #

8 So he drove out the man; and he placed at the east of the garden of Eden Cherubim, and a flaming sword which turned every way, to keep the way of the tree of Life. Genesis 4:1-26 (Cain and Abel) And Adam knew Eve his wife; and she conceived, and bare Cain, and said, I have gotten a man from the LORD. And she again bare his brother Abel. And Abel was a keeper of sheep, but Cain was a tiller of the ground. And in process of time it came to pass, that Cain brought of the fruit of the

Insert ¶ #

9 ground an offering unto the LORD. And Abel, he also brought of the firstlings of his flock and of the fat thereof And the LORD had respect unto Abel and to his offering: But unto Cain and to his offering he had not respect. And Cain was very wroth, and his countenance fell. And the LORD said unto Cain, Why art thou wroth? and why is thy countenance fallen? If thou doest well, shalt thou not be accepted? and if thou doest not well, sin lieth at the door. And unto thee shall be his desire, and thou shalt rule over him. And Cain talked

Insert ¶ #

3

Page Number

10 . with Abel his brother. and it came to pass, when they *Insert ¶ #* were in the field, that Cain rose up against Abel his brother, and slew him. ⑨ And the LORD said unto Cain, Where is Abel thy brother? And he said, I know not: Am I my brother's keeper? ⑩ And he said, What hast thou done? the voice of thy brother's blood crieth unto me from the ground. ⑪ And now art thou cursed from the earth, which hath opened her mouth to receive thy brother's blood from thy hand. ⑫ When

11 . thou tillest the ground, it shall not henceforth yield unto *Insert ¶ #* thee her strength; a fugitive and a vagabond shalt thou be in the earth. ⑬ And Cain said unto the LORD, My punishment is greater than I can bear. ⑭ Behold, thou hast driven me out this day from the face of the earth; and from thy face shall I be hid; and I shall be a fugitive and a vagabond in the earth; and it shall come to pass, that every one that findeth me shall slay me. ⑮ And the

12 . LORD said unto him, Therefore whosoever slayeth Cain, *Insert ¶ #* vengeance shall be taken on him sevenfold. And the LORD set a mark upon Cain, lest any finding him should kill him. ⑯ And Cain went out from the presence of the LORD, and dwelt in the land of Nod, on the east of Eden. ⑰ And Cain knew his wife; and she bare Enoch: and he builded a city, and called the name of the city, after the name of his son, Enoch. ⑱ And unto Enoch was born Irad: and Irad begat Mehujael: and Mehujael

4
Page Number

13 , begat Methusael: and Methusael begat Lamech. (19) And Lamech took unto him two wives: the name of the one was Adah, and the name of the other Zillah. (20) And Adah bare Jabal: he was the father of such as dwell in tents, and such as have cattle. (21) And his brother's name was Jubal: he was the father of all such as handle the harp and organ. (22) And Zillah, she also bare Tubal-cain, an instructor of every

14 . artificer in brass and iron: and the sister of Tubal-cain was Naamah. (23) And Lamech said unto his wives, Adah and Zillah, hear my voice; ye wives of Lamech, hearken unto my speech: for I have slain a man to my wounding, and a young man to my hurt. (24) If Cain shall be avenged sevenfold, truly Lamech seventy and sevenfold. (25) And Adam knew his wife again; and she bare a son,

15 . and called his name Seth: For God, said she, hath appointed me another seed instead of Abel, who Cain slew. (26) And to Seth, to him also there was born a son; and he called his name Enos: then began men to call upon the name of the LORD.

* * * Now I will break down Genesis 3 and 4 to show you the role play that has been taken place like a movie being directed, organized, and filmed by individuals whose main purposes were to deceive, mislead, and

5

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

16. indoctrinate the minds of humanity while attempting to steal, kill, and destroy the TRUE REMNANT OF GOD'S CHOSEN ONES without leaving a trace of evidence that will point out who is who, who did what, and what methods were used as weapons of warfare ✱✱✱✱ Lets start with the story of Adam and Eve being the Kings and Queens of Royalty in Europe. Then the serpent being the spirit of perversion starting with

17. Incest in the Royal Bloodlines in order to keep the Kingdom locked down. According to the Wikipedia "List of Coupled Cousins" the "Royalty in Europe" had 215 Kingdoms in Europe that reigned under the Spirit of Perversion because of Incest ✱ Mind you, Perversion only truly means a twisted truth ✱ Let's start with Nero Claudius Drusus born October 7 c. 14 BC in Rome, Italy. He also went by the name Drusus Julius Caesar

18. and he married his paternal cousin Claudia Livia in AD 4 which was the same year her first husband Gaius Caesar died. To bring my statement concurrent to modern times, Queen Victoria of the United Kingdom of Great Britain and Ireland from June 20, 1837 until her death in 1901 who was also granted the title the Empress of India in 1876 married her cousin Prince Albert of Saxe-Coburg and Gotha stemming from the Royal German Bloodline. Now between both

6

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

19. Drusus Julius Caesar and Queen Victoria of Great Britain and Ireland there were 213 other kingdoms that reigned under Perversion which sums up to a total of 215 kingdoms. Out of the perversion seed of incest Queen Victoria's eldest son Edward VII was the first Saxe-Coburg-Gotha monarch who ascended to the House of Wetlin (German) throne on Jan. 22, 1901. When you look at Prince Albert's incest with Queen Victoria you can see the serpent of sexual perversion.

20. However, the serpent appears to reflect itself in multiple fashions in this situation. For instance, Prince Albert and Queen Victoria are not just cousins but they are husband and wife; however she has the label Queen and he has the label Prince right there is two other types of perversion hidden ① Husband + Wife = King + Queen not Queen + Prince which equals Mother and Son ② Queen + Prince in this case equals Wife + Husband which means the Queen is King =

21. Dionysus/Transgender (based on role) + Prince is Husband which reveals the Serpent from Adam and Eve's Fall because when they fell she became King in the serpents Kingdom. So this proves that the Europeans are the twisted TRUTH (Fallen State) of my original essence that's why they've caused so much damage yet dark skinned/brown skinned people have payed the price. This also explains the movie "The Great Gay Road" and the blackmail of America & Christianity/Jews. If you look at Prince Albert and Queen Victoria

7

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

22. as Adam and Eve then their oldest son Edward VII would *Insert ¶ 11* represent Cain and by him being the first Saxe-Coburg-Gotha monarch to ascend to the throne on Jan 22, 1901 that means Saxe-Coburg-Gotha would represent the land of Nod that Edward VII playing as Cain would build while on the throne. Mind you that Cain was born of the serpent seed in Genesis then he killed Abel and God placed a mark on him so nobody would kill him (paraphrasing Genesis 4)

23. Edward VII had a son named George V who was King of *Insert ¶ #* United Kingdom, British Dominions, and Emperor of India from 1910-1936. George V had a son named Albert Frederick Arthur George (Prince Albert of York) their became King George VI of United Kingdom, Dominions, and of the British Commonwealth who married Queen Elizabeth The Queen Mother (Queen Elizabeth II mother). Now watch what happened under King George VI reign and also what occurred afterwards. In 1939, King George VI,

24. his British Empire and most of Commonwealth countries (except *Insert ¶ #* Ireland) declared war on Nazi Germany (for whatever reason they proclaimed pertaining to Poland) however during WWII between 1941 and 1945 Nazi Germany while under Hitlers rule killed around 6 million Jews using genocide (The Holocaust) as it's tool of weaponry. There were also approximately 5 million prisoners of war murdered as well. However, my key point is that the Jews were tortured in a war that wasn't even about them. This is similar to how Cain

8

Civil Rights Complaint Pursuant to U.S.C. § 1983

25. Killed Abel without cause. Now, let me rewind back

Insert ¶ #

to Queen Victoria of Britain and Prince Albert of Saxe-Coburg and Gotha (House of Wettin) which stemmed from the Royal German Bloodline. Under their reign of perversion (twisted truth) due to incest is when the German chemist Albert Niemann in 1859 isolated cocaine from coca leaves and published his findings in 1860. His thesis dissertation in German is titled Über eine neue organische Base in de Cocoblättern meaning On a

26. New Organic Base in the Coca Leaves. His paper talks about

Insert ¶ #

how he isolated cocaine, a crystalline alkaloid (the word crystal derives from the Ancient Greek word "Kristallos" meaning both "ice" and "rock crystal". * Right, here shows that in this perverted role play of Adam and Eve being Prince Albert of Gotha (for short) and Queen Victoria, then that would make German chemist Albert Nieman out to be Cain which is their first son (the serpent seed). Crack cocaine was given to the blacks to

27. Sell in the streets which is a form of genocide against themselves &

Insert ¶ #

their own kind which is streets so just like the Hebrew said "Face Street, Face Down". Then coke was given to paisas which is still genocide against the blacks first since it is a substance that stems from the word After, they obtain it and use or distribute it then they have unknowingly or knowingly waged spiritual war against Eve's seed by playing Cain and killing Abel since Abel was a keeper of sheep (Pastor/Church) however this is the Backdoor of attempting to Kill the Kingdom of Jesus Christ

9

Page Number

28. of Nazareth by drugs as others profited off of the proceeds of the broken and downtrodden. This is another way they attempted to discredit the Authenticity of Jesus's life while robbing his church in order to build more Cains to kill Abel. I explained drugs as a backdoor tactic because under the Queens reign; Queen Victoria's oldest son represents Cain in the world especially after being the first to ascend to

29. to the throne as Edward VII the King of Saxe-Coburg and Gotha (House of Wettin) from the Royal German Bloodline. ✱✱ Moving back forward to her great great grandson Albert Frederick Arthur George (originally Prince Albert of York) who became King George VI of the United Kingdom, Dominions, and British Commonwealth and his wife Queen Elizabeth The Queen Mother. Albert aka King George VI symbolizes Cain under the name Albert

30. because he was named after his great-great Grandfather Prince Albert (Queen Victoria's Husband) however this is according to Kingdom (front door). But when you look at him under the role play of Adam; then even though he waged war on Nazi Germany; Germany would be his son Cain because the Nazi's killed the JEWS (Able). Now, after Adolf Hitler completed the Holocaust against the Jews he turned around and committed suicide (just like Judas hung himself after he betrayed Jesus and sold him to the Romans to be crucified).

10

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

31 _Insert ¶ #_ . Now, another thing I would like to point out is that; it was during Adolf Hitler's youth that he tried to become an artist (drawing) but was rejected by the city's Academy of Fine Arts. All this occurred after his mother died when he was 18 years old. Hitler left his hometown Linz (lens, sight, glasses etc.) and moved to Vienna (Vienna sausages), the glamorous capital of the Austro-Hungarian Empire. He thought moving to Vienna would be the ideal place to pursue his dream of being an artist.

32 _Insert ¶ #_ . He tried to get into the Academy of Fine Arts again yet they rejected him again. He ended up moving from one cheap room to another, even living in a homeless shelter for a time. Then, he started earning money by selling his paintings to tourist and frame sellers which earned him enough money to move out the shelter and to move into a mans home. Being a frustrated young artist Hitler became interested in politics. In Vienna there was a Jewish store owner who was one of Hitlers loyal customers

33 _Insert ¶ #_ . So his time in Vienna shaped Hitlers worldview. Hitler ended up moving to Munich where he found some well off customers who commissioned works from him but his progress came to an halt when the Munich police tracked him down for not registering for the military draft in Linz. He didn't pass the fitness exam at first however he then voluntarily enlisted that August after the outbreak of World War 1 ended his stint as a struggling young artist. It was his time in Vienna and his Frustrated art career that became part of the myth-making by Hitler himself and by his

11

Page Number

34. followers that helped drive his fateful rise to power in Germany. Hitler railed against modern art, calling it the "degenerate" product of Jews and Bolsheviks and a threat to the German national identity. In 1937, the Nazis rounded up some 16,000 works of this type from German museums and put hundreds of them on display in Munich. The exhibition intended to heap scorn on the artist ended up being attended by 2 million people. Looking at Hitler's military time let's talk about

35. drugs. The use of Methamphetamine, better known as crystal meth, was a pill form of the drug called Pervitin and it was distributed by the millions to the Nazi troops before their successful invasion of France in 1940. Developed by the Temmler pharmaceutical company, based in Berlin, Pervitin was introduced in 1938 and marketed as a magic pill for alertness and an anti-depressant. A military doctor experimented on 90 college students and decided based on the results the drug would help Germany win

36. the war. Other allied soldiers used amphetamines (speed) in the form of Benzedine in order to battle combat and fatigue. Others used anesthetics, like Goring whose nickname was actually Moring from morphine. Meth was Pervitin until a Japanese chemist, Nagai Nagayoshi first synthesized meth in 1893. In 1919 a younger protégé of Nagai named Akira Ogata discovered another method of synthesizing the crystalline form creating a new stimulant called crystal meth. ** Drugs have been used as weapons

/2

Page Number

37. of warfare, blackmail, human trafficking, etc. in the USA however Americans have paid the price for systematic corruption and sorcery strategically organized in Europe. *** The next perverted role play of Adam and Eve resembles Prince Philip (The Duke of Edinburgh) and Queen Elizabeth II. Their marriage resembles that of Queen Victoria when it comes to Philip being Prince and Elizabeth II being Queen. Also, Prince Philip and Queen

38. Elizabeth were third cousins so they're marriage is another reflection of incest. Philip was also Prince of Greece and Denmark which would represent the Greek religion of the Twelve Olympians starting with Zeus, the King of gods, who was married to his sister Hera. The other eleven Olympians were Ares, Poseidon, Athena, Demeter, Dionysus (born a boy changed into a girl), Apollo, Artemis, Aphrodite, Hephaestus, Hermes, and Hestia (the goddess of the hearth

39. and sacred Flame, which was more likely the most prayed to of all gods. *Apart from these gods, the Greek pantheon was filled with dozens of other gods, demigods, and mortal and immortal beings which varied by local and over the evolution of Greek culture. A variety of other mystical beliefs and nature spirits such as nymphs and other magical creatures were foundational to the ancient Greek understanding of the world around them. Now, Elizabeth I was Queen/King of the United Kingdom and other Commonwealth realms.

13

Page Number

40. Their religion is known to be protestant for the United Kingdom and Commonwealth. However protestant is just a breakoff of Roman Catholics because the Roman Catholic church split into 3 categories under christianity which was Catholic, Eastern Orthodox, and Protestant. But they do not represent the same belief patterns as us because they're still governed by the Pope and their sorceries which is why they came up with systems in

41. attempt to block Jesus Christ of Nazareth from rising and establishing His Kingdom. Well, under Queen Elizabeth II reign, another form of genocide occurred. This plague or genocide is called Covid-19. This plague killed many people, isolated many people, and weakened humanity within the realm of spirituality when it came to fellowship in the temple which then turned into social religion (a gathering of multiple religions onto one platform in the

42. digital realm; what this did was attempt to kill off The Body of Christ by placing the True Believers of God in a fallen state because the digital realm is created by man and stems from space symbolizing the 2nd heaven where the prince of darkness is when the Throne of Jehovah Mekadesh (God our Holiness) is the third Heaven). What this also did was attempt to mark the Chosen Ones with the Mark of the Beast so that Roman Catholic could pretend to be the woman

14

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

43. From Revelation 12 and The chosen ones would look like the Red Dragon in Revelation 12 ***

Moving Forward to the ROMAN CATHOLIC church I will give a breakdown of this church from the fallen story of Adam & Eve. The sorcery and perverted truth behind Roman Catholics. Catholic is Adam and Eastern Orthodox (still Catholic) is Eve - then The Roman Catholic Archdiocese is Cain (who was Eve's first son and killed

44. Eve's second son Abel (let's say Abel is The Protestant Christians/THE TRUE PROTESTANTS)). Roman Catholics according to Roman in the Trinity format will sum up to Roman Empires as Satan acting as The Father, The AntiChrist as the Son, and the false prophets as the Spirit. The Roman Empires are: Babylon as Satan, Medo-Persia as the Son, and Greece as the spirit. Babylon is Modern Day IRAQ as Satan, Medo-Persia is

45. Modern Day IRAN (Media is a region of North-western Iran, known for it's political and cultural base of the medes) Symbolizing The AntiChrist, Greece is a country in Southeast Europe Symbolizing the false prophets (pagan Gods of Hellenism). Roman Catholics using IRAQ/IRAN = Southwestern Asia & Greece which is Southeast Europe is the backdoor to attempt to keep me out the Kingdom by demonizing everybody using deceptive strategies to deceive the people and indirectly marking them with the beast.

115

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

\* December 25 = Christmas = Christ Massacre, not Christ birthday.

46 (3) Let's now explain Adam & Eve according to Rome & Germany whiched birthed out The Holy Roman Empire. On December 25 800, Pope Leo III crowned Frankish King Charlemagne as Roman Emperor reviving the title in Western Europe after the fall of the ancient Western Roman Empire in 476 it fell in 924 then was revived again in 962 until the 12th century as the most powerful monarch in Europe. In 1262 Ottone I Visconti

47 was elected as archbishop of Milan, Italy which earned him one of the Holy Roman Seats in Italy. after he conquered Milan from their rival Della Torre family in 1277. The Visconti of Milan are a noble Italian Family. Their motto is: "I will not violate the customs of the Serpent." The Visconti was called LORD of Millan (from 1277-1395) and the Duke of Millan (from 1395-1447). Their symbol is a picture of a half man

48 in the mouth of a serpent. Visconti = Vice Comes. Vice "Deputy" + Comes "count". \* This is the backdoor way of how they marked my partner due to his gang in Chicago named "Vicelords" which is a bloodgang. Then I can break down ViceComes into Victorious Ice (Crystal Meth) LORD and Comes into Nuh(Soul) Count representing the 12 tribes of Israel. Ironically, the headquarters of the Nation of Islam (false 12 tribes) is located in Chicago, Illinois as well. So this explains how
& for America

<u>16</u>
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

49. they have marked my lover as the red dragon
Insert ¶ # and as the Crystal Meth drug Lord when he doesn't even sell drugs but now I see why every time I was with him intimately then I wanted to smoke after I left. Now, we all know that Meth was in pill form first called Pervitin during Hitler's reign in Germany Nazi Military, then a German chemist synthesized meth, and a japanese

50. chemist crystallized meth into rock form. So
Insert ¶ # this explains alot about Europe's Kingdom and their demonic Church(to be continued). Moving forward, In 1356 the golden bull was created without the pope (Pope Innocent VI) involvement but he did not oppose it either because he need the King to aid him with his enemy Veconti. By not opposing it made this pope just as guilty as the other side because it symbolized Idolatry. On

51. August 10, 1397 Albert II of Germany also known as Albert
Insert ¶ # the Magnanimous KG was elected King of the Romans as Albert II. He also was king of the Holy Roman Empire, and a member of the House of Habsburg (House of Austria). KG stands for The Most Noble Order of the Garter. It's an order of chivalry (order of knights typically founded during the original Catholic military orders of Crusades (c. 1099-1291)) and paired with medieval concepts of ideals of chivalry (code of conduct in Europe from 1170-1220), The Most Noble Order

17

Page Number

52 Order of the Garter was founded by Edward III of England in 1348. It is the most senior order of knighthood in the British honours system except for the Victoria Cross and the George Cross. Back to King Albert II his wifes name was Elizabeth of Luxembourg who was queen consort of Germany and Bohemia. The Bohemian language of the 19th Century was the language Czech of the Diet (Diet Assembly) is the general assembly of the

53 Imperial Estates of the Holy Roman Empire. Diet is also a designation for modernday legislative bodies of certain countries and states such as the NATIONAL Diet of Japan, or the German Bundestag, the FEDERAL Diet. ✳ It was two different german chemist that did cocaine and amphetamine and it was a japanese chemist who crystalized amphetamine and created Methamphetamine (crystal meth). Also, it was

54. Elizabeth who taught me how to snort meth @ 13 yrs old and Albert who taught me how to smoke meth until @ 14 yrs old I ended up pregnant with his daughter ✳ King Albert II of Germany persecuted, had the Jews arrested, took their belongings, etc. Before King Albert II of Germany became King the Jews in the Austrian duchy had been subject to local persecutions during the 13th and 14th century however their position remained relatively safe. The Jewish communities prospered in several towns like Krem or the area around

18

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

55. the Judenplatz at Vienna. It was after the death of Duke Albert IV in 1404 that their situation worsened sharply, culminating in the blaze of the Vienna synagogue on Nov 5. 1406, followed by riots and lootings. When Albert V came of age in 1411 and interfered in the Hussite Wars, he repeatedly established new taxes imposed on the Jewish community to finance his campaigns. On the other hand, after the Hussites had devastated the duchy,

*Insert ¶ 11*

56. the Austrian Jews were accused of collaboration and arms trade in favor of the enemies. The accusations of a host desecration at Enns in 1420 gave Albert pretext for the destruction of the Jewish community. According to the 1463 Chronica Austriae by chronicler Thomas Ebendorfer, the duke order on May 23, 1420 the imprisonment and forcible conversion of the Jews. Those who had not converted or escaped was sent off in boats down the Danube River

*Insert ¶ #*

57. (just like they did Blacks) while wealthy Jews remained under arrest, several of them tortured and stripped of their property. March 12, 1421 Albert sentenced the remaining Jews to death. Ninety-two men and 120 women were burned at the stake south of the Vienna city walls. The Jews were placed under an eternal ban and their synagogue was demolished. *** As you can see the Jews have constantly been robbed, imprisoned, persecuted, abused, accused, etc when they've done no wrong only so the world empires could

*Insert ¶ N*

19

Page Number

58. seized their prosperity. Which is a form of the devil blackmailing God's people just to claim what isn't his and so he could put his image and inscription on it while pretending to be God or by using people to act like they are the chosen ones so that he could steal the worship and inheritance that God promised to his people. This is also how he deceived the world and caused everybody to believe in his lies. So what we are

59. seeing again today is the enemies using the same strategies to kill, steal, and destroy. However, they attempt to cover up their evil with false accusations, set ups, influential peddling, obstruction of justice, deceptive policies, laws, international agreements, contracts, systems, etc. Which is why the whole world is in disillusionment behind treason, tyranny, and deep systematic corruption. The serpent and his seeds

60. (kids) are trying to avoid exposure by keeping the spotlight on fake news and by torturing the innocent. This is the same behavior, issues, and circumstances that we are seeing today behind theives & liars in high positions that don't have the people who they are supposed to lead good will at heart. Their agenda is selfish, they are narcissist, and people want to see a real change in life than All SELFISH AGENDAS must be destroyed because WE ARE THE PEOPLE and UNITY is better than division.

#SAVE THE CHILDREN
#SAVE THE WORLD
#BE FREE
#JESUSCAMETOSETUSFREE
#THE Devil has to be STOPPED
#PRIDE & EGO has to CEASE
#MORE PRAYER, MORE POWER LESS PRAYER, LESS POWER

Civil Rights Complaint Pursuant to U.S.C. § 1983

61. It was said that the Jewish were prosperous in the town of Krems which is in Austria. There's a wine region called Kremstal that lies on the south-eastern arc of the Waldviertel and the Dunkelsteiner Wald ridge, built up from hard crystalline rock, and opens out into the Alpine foothills towards the east, where unconsolidated rock prevails. The Kremstal vineyards are divided into three distinct areas: Stein district that borders with the Wachau, The Krems Valley, and

62. the small wine villages south of Danube clustered around the imposing Gottweig Abbey. ✱✱ Jews symbolize Gods chosen people, wine symbolizes Gods blessing for his people, and three symbolizes Father, Son, and Holy Ghost. Deuteronomy 7:6 For thou art a holy people unto the LORD thy God; the LORD thy God hath chosen thee to be a special people unto himself, above all people that are upon the face of the earth. Deuteronomy 7:12-13 (12) Wherefore

63. it shall come to pass, if ye hearken to the judgements, and keep, and do them, that the LORD thy God shall keep unto thee the covenant and the mercy which he sware unto thy fathers: (13) And he will love thee, and bless thee, and multiply thee: he will also bless the fruit of thy land, thy corn, and thy wine, and thy oil, the increase of thy kine, and the flocks of thy sheep, in the land which he sware unto thy fathers to give thee. Matthew 28:19 Go ye therefore, and teach all nations, baptizing them

21
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

64. in the name of the Father, and of the Son, and of the Holy Ghost. 1 John 5:7 For there are three that bear record in heaven, the Father, the Word, and the Holy Ghost: and these three are one. * As you see in Matthew 28:19 and 1 John 5:7 Jesus is the fulfilment of the Word of His Father which makes Jesus spirit the Holy Ghost which is the spirit of Prophecy (past, present, and future).

65. **** Returning to Rome & Germany, I'd like to bring up the Italian Social Republic also known as the Republic of Salò. It was considered a Nazi-German puppet state with little diplomatic recognition until World War I, which existed from the beginning of the German occupation of Italy in September 1943 until the surrender of German troops in Italy in May 1945. The German occupation triggered widespread national resistance against it and

66. the Italian Republic leading to the Italian Civil War. Most of the 8,000 Italian Jews who died in the Holocaust were killed during the 20 months of the Salò (Italian Social Republic) regime. * It seems as if Italy (whether Rome or Vatican), Britian Kingdom, and Germany (whether Holy Roman Empire of Germany or Nazi) always seem to be socializing or pretending" to be at war when Jews get killed and their stuff gets seized. The common denominator is Roman Catholic and Britain who stands by and watch however he is the

Civil Rights Complaint Pursuant to U.S.C. § 1983

67. King over the kingdoms. This is organized crime in the most subtle and cunning ways possible just like the serpent and Eve who then gave it to Adam and he ate. which caused them to fall. Moving forward to finalize my stance I will add one more component about Germany. On November 1, 1895, Max Skladanowsky and his brother Emil demonstrated their self invented film project, the Bioscop, at the Wintergarten music hall in Berlin. On December 28, 1895 the first paying

68. public display of the Lumière brothers' Cinematographe was in Paris. In 1910, the first German "artistic" films began to be produced, an example is the film Edgar Allan Poe adaptation The Student of Prague (1913) which was co-directed by Paul Wegener and Stellan Rye. In 1917 a process of concentration and partial nationalization of the German film industry began with the founding of Universum Film AG (UFA) which was partly a reaction to the very effective use that the Allied Powers had

69. found for the new medium for purpose of propaganda. An early step towards the foundation of UFA was taken January 13, 1917 with the creation of the Bild-und Filmamt (BUFA) by German's Supreme Army Command. Formed as a reaction to the perceived advantage of Germany's enemies in the realm of film propaganda, BUFA's task was to use film for psychological warfare. In 1924-1926 UFA had two large scale productions, Nibelungen and Metropolis. Metropolis was the first film thus distinguished on UNESCO's Memory of the World Register and Woman in the Moon

23

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

70. to this day. From 1933-1937 UFA experienced a new commercial boom in the Nazi era (Nazification), not least due to the government's protectionist measures, which freed UFA from bothersome competition. On top of occupying almost all of Europe, the Nazi regime provided UFA new sales markets, as well as placing distribution outlets in such "neutral" countries as the United States. By 1938, after taking over foreign film production facilities in France,

71. Belgium, and other countries, one third of the company's sales came from abroad. UFA's economic boom made it possible to further expand the so-called "star system", which had already been developed in the silent film era. In an act of anticipatory obedience to the Nazi regime, UFA management fired several Jewish employees. In the summer of 1933, the Nazi regime created the Film Chamber of the Reich, which adopted regulations officially

72. excluding Jewish filmakers from all German studios.

* Even in the film industry the wicked tried to get rid of the Jews without probable cause however if they were so dedicated to separating themselves from Gods people. then the people have to give back everything they stole from Gods people so the separation can TRULY happen. (End)

**Next topic** under Roman Empire and Germany that equates to **Roman Catholics** in the form of Adam & Eve's story being twisted is the **German Monk Martin**

22/

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

73. Luther as Germany (Adam) and Catholic Church (as Eve) feud that birthed out the 95 Theses which is the Disputation on the Power of Indulgences (Cain) that cause The Protestant Reformation (Abel) which they have been indirectly working together to destroy Gods people while stealing from the people (Cain's excuse to kill Abel). But not only that, they have intentionally worked to stop the rise of Jesus kingdom from coming forth while

74. acting like they were for us when they both were plotting on destroying us by sorcery, systems of debt, perversion war, media, etc. Prime example of their deception using words is the word NUN. The definition of NUN is: ① A female who lives in a monastery or convent who chose to devote her life to prayer, service, & charitable work. ② A nun is also a male Monk ③ many religions including Catholicism, Buddism, and Christianity have nuns. Here's

75. a few things about NUNS: ① A nun cannot marry, use social media, or smartphones. ② They can't own property or engage in sexual relationships. ③ Nuns are expected to renounce their inheritance and property rights. ④ Nuns have their own room which is called a "CELL." ✳ NOW HERE'S the deception of definitions 1, 2, & 3 behind the word nun: ④ In the form of Adam & Eve's story being perverted is a female nun (Eve) + a male monk (Adam) = Dionysus because he was born a male and changed into a female (transgender).

✳ Monk = Zues + female nun = Semele ✳     (Cain)

(Parents of Dionysus in) (the Greek religion

Father + Mother = God
The way some catholics pray saying father/mother God...

(EVE) (plic) (ADAM)

76. ⑨ A female nun = Roman Catholic + A male Monk (nun) = (=) (CAIN)
Insert ¶ #
Holy Roman Empire of Germany equals Buddhism (China, Russia, Nepal, India, North/South Korea, Japan, Laos, Bhutan, Cambodia, Taiwan, Hong Kong, Vietnam, Singapore, etc.! ✱ This is how they tried to play us using words, religion, money, power, etc. This is organized theft because the church is supposed to be representing Jesus not all these other people.

77. Gods that the Roman Catholic Church and
Insert ¶ #
Britain Empire is not making anybody aware of... Buddhist is a representation of the god of wealth thats another reason why gambling has been being promoted worldwide with online casinos, sports bets, lotto, etc. The name "bet" is derived from the West Semitic word for "house" which means the casinos represent the house of buddha and that means everytime we

78. gamble then we are worshipping Buddha without
Insert ¶ #
any knowledge of it. So as you can see, people have been living in the world under the deception of the enemy. He has used Religion as his driving force because it was by him twisting Gods word that caused Eve and Adam to fall. Basically, thats what we see happening in today's situation because the religions that are in on this scandal are all twisted words from the original and the twist was done in attempt

26
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

79 . to steal, kill, and destroy. John 10:1-16 ①Verily, verily, I say unto you, He that entereth not by the door into the sheepfold, but climbeth up some other way, the same is a thief and a robber. ②But he that entereth in by the door is the shepherd of the sheep. ③To him the porter openeth, and the sheep hear his voice: and he calleth his own sheep by name, and leadeth them out. ④And when he putteth

80 . forth his own sheep, he goeth before them, and the sheep follow him: for they know his voice. ⑤And a stranger will they not follow, but will flee from him: for they know not the voice of strangers. ⑥This parable spake Jesus unto them: but they understood not what things they were, which he spake unto them. ⑦Then said Jesus unto them again, Verily, verily, I say unto you, I am the door of the

81 . sheep. ⑧All that ever came before me are thieves and robbers: but the sheep did not hear them. ⑨I am the door: by me if any man enter in, he shall be saved, and shall go in and out, and find pasture. ⑩The thief cometh not, but for to steal, and to kill, and to destroy: I am come, that they might have life, and that they might have it more abundantly. ⑪I am the good shepherd. The good shepherd giveth his life for the sheep. ⑫But he that is a hireling, and not the

27

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

82 _____ shepherd, whose own the sheep are not, seeth the wolf coming, and leaveth the sheep, and fleeth: and the wolf catcheth them, and scatterth the sheep. (13) The hireling fleeth, because he is a hireling, and careth not for the sheep. (14) I am the good shepherd, and know my sheep, and am known of mine. (15) As the Father knoweth me, even so know I the Father: and I lay down my

83 _____ life for the sheep. (16) And other sheep I have, which are not of this fold: them also I must bring, and they shall hear my voice; and there shall be one fold, and one shepherd. © Catholicism (Eve) + Roman Empire (old Babylon)(Greece being Adam) = Buddhism (cain) attempting to kill Christianity (Abel) how is this provable because they had to use witchcraft in the form of music, media, drugs, clothes, religion,

84 _____ etc to war with the King of Kings and Lord of Lords. Then they used Greece/Greek gods to ensnare Seth which was Eves third son so that Enos couldn't be produced so they thought. But on top of that because of their perverse thinking, Enos who brought back the praise of the Lord, has been worded in the form of anus which symbolize the backdoor entrance to the temple (body) and it was through Seth descendants that Noah came. then through

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

85. one of Noah's sons' which he had 3 named Shem, Ham, and Japheth. However, it was through Shem that Gods Son Jesus Christ of Nazareth was brought into this world *Now here's a breakdown explaination of the few things about Nuns: ① NUNS can't marry, use social media, or smartphones however the Britain Kingdom and their serpent seeds created the internet so that America

86. could be distracted by the Harlots system as they attempted to paint us as Babylon and as they attempted to stop the marriage of the Lamb and His Bride (the REAL CHURCH). ② They can't own property or engage in sexual relationships however their system has Americans worshipping fornication so that they could lock us down and conquer our inheritance, property, and families. ③ Nuns are expected to renounce

87. their inheritance and property rights however in America they used the system to obtain those rights from us just like Jacob had Esau hand over his birth right because Esau was hungry. If Jacob really cared for his brother then he would have fed Esau without asking for anything in return. This is what China was used to do to America. Also, remember Rebecca had Jacob trick Issac into putting Esau's blessing on Jacob. Well, that's

Civil Rights Complaint Pursuant to U.S.C. § 1983

88. what they had China use communism to help pervert America so that the Roman Catholic church could steal the blessing from the Black Church and Britain could keep the kingdom while attempting to act like they didn't have anything to do with the whole situation. However, truth be told the Church belongs in Jerusalem but the chosen ones are here in America buried under

89. all this mess. There wouldn't be two marriage couples in Revelation if America was really Babylon. All the sorcery came from U.K. so that is where Babylon is located however they tried to blackmail us by using Hollywood, Long Beach, and San Francisco but the truth is America was birthed from The Mother of Harlots and that's why America looks

90. like the son who would rule with an Iron Fist pertaining to the Drug game. If they were the truth then I would have left to be there but I know they're a lie so I'm still here with you because I refuse to see a half truth. Revelation 18:22-24 - (22) And the voice of harpers and musicians, and of pipers, and trumpeters, shall be heard no more at all in thee; and no craftsman, of whatsoever craft he be, shall be found any more

30
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

91. in thee; and the sound of a millstone shall be *Insert ¶* heard no more at all in thee, (23) And the light of a candle shall shine no more at all in thee; and the voice of the bridegroom and of the bride shall be heard no more at all in thee: for thy merchants were the great men of the earth; for by thy sorceries were All nations deceived. (24) And in her was found the blood

92. of prophets, and of saints, and of all *Insert ¶* that were slain upon the earth. Revelation 19:6-10 (6) And I heard as it were, the voice of a great multitude, and as the voice of many waters, and as the voice of mighty thunderings, saying, Alleluia: for the LORD God omnipotent reigneth. (7) Let us be glad and rejoice, and give honor to him: for the marriage of the lamb is come, and

93. his wife hath made herself ready. (8) And to *Insert ¶* her was granted that she should be arrayed in fine linen, clean and white: for the fine linen is the righteousness of saints. (9) And he saith unto me, Write, Blessed are they which are called unto the marriage supper of the lamb. And he saith unto me, These are the true sayings of God. (10) And I fell at his feet to worship him. And he said unto me, See thou do it not: I am thy

31

Page Number

*014*. fellow servant, and of thy brethren that have the testimony of Jesus: worship God: for the testimony of Jesus is the spirit of prophecy. **** See, God is more advanced than humanity because He knew in advance that there were going to be people fighting against His return, he knew people were going to pretend to be Him and/or pretend to be His Bride. Jesus Christ of Nazareth Knows the hearts of all

*95*. of humanity before it came down to the enemy attempting to deceive the Elect (chosen ones of God). However, due to there not being anything knew under the sun, all the enemy did was confirm how real the Word of God is and how badly we need our savior Jesus Christ of Nazareth. The Story about Babylon speaks about Mystery Babylon and the beast. The Mystery about Babylon has to

*96*. do with the sorceries that she uses against the people and the beast that carries her which goes back to the Roman Empire. Her sorceries is so great that it causes all the kings and their armies to make war with the Lamb but not only that, the enemy knows that his time is short however he still tries his best to stop the Son of God from returning and even then the enemy already knows he lost the battle a long time ago so the enemy is basically just putting on a show.



"WICKEDNESS of MANKIND"

97. Genesis 6:1-22  Wickedness of Mankind
① And it came to pass, when men began to multiply on the face of the earth, and daughters were born unto them. ② That the sons of God saw the daughters of men-that they were fair and they took them wives of all which they chose. ③ And the LORD said, My spirit shall not always strive with man, for that he also is flesh: yet his days shall

98. be a hundred and twenty years. ④ There were giants in the earth in those days; and also after that, when the sons of God came in unto the daughters of men, and they bare children to them, the same became mighty men which were of old, men of renown. ⑤ And God saw that the wickedness of man was great in the earth, and that every imagination of the thoughts of his heart was only evil

99. Continually. ⑥ And it repented the LORD that he had made man on the earth, and it grieved him at his heart. ⑦ And the LORD said, I will destroy man whom I have created from the face of the earth; both man, and beast, and the creeping thing, and the fowls of the air; for it repenteth me that I have made them. ⑧ But Noah found grace in the eyes of the LORD. ⑨ These are the generations of Noah: Noah was a just man

33

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

100 and perfect in his generations, and Noah walked with God. [9] And Noah begat three sons, Shem, Ham, and Japheth. [11] The earth also was corrupt before God, and the earth was filled with violence. [12] And God looked upon the earth, and, behold, it was corrupt; for all flesh had corrupted his way upon the earth. [13] And God said unto Noah, The end of all flesh

101 is come before me; for the earth is filled with violence through them; and, behold, I will destroy them with the earth. [14] Make thee an ark of gopher wood; rooms shalt thou make in the ark, and shalt pitch it within and without with pitch. [15] And this is the fashion which thou shalt make it of: The length of the ark shall be three hundred cubits, and the height

102 of it thirty cubits. [16] A window shalt thou make to the ark, and in a cubit shalt thou finish it above; and the door of the ark shalt thou set in the side thereof; with lower, second, and third stories shalt thou make it. [17] And, behold, I, even I, do bring a flood of waters upon the earth, to destroy all flesh wherein is the breath of life, from under heaven; and every thing that is in the earth shall die. [18] But with thee will

34

" NOAH ENTERS THE ARK (GENESIS 7) "

103. I establish my covenant; and thou shalt come into the ark, thou, and thy sons, and thy wife, and thy sons' wives with thee. (19) And of every living thing of all flesh, two of every sort shalt thou bring into the ark, to keep them alive with thee; they shall be male and female. (20) Of fowls after their kind, and of cattle after their kind, of every creeping thing of the earth after his kind, two of every sort shall come unto thee,

104. to keep them alive. (21) And take thou unto thee of all food that is eaten, and thou shalt gather it to thee; and it shall be for food for thee, and for them. (22) Thus did Noah; according to all that God commanded him, so did he. Genesis 7:1-24 (1) And the LORD said unto Noah, Come thou and all thy house into the ark; for thee have I seen righteous before me in this generation. (2) Of every clean beast thou shalt take to thee by

105. sevens, the male and his female: and of beasts that are not clean by two, the male and his female. (3) Of fowls also of the air by sevens, the male and female, to keep seed alive upon the face of all the earth. (4) For yet seven days, and I will cause it to rain upon the earth, forty days and forty nights; and every living substance that I have made will I destroy from off the face of the earth. (5) And Noah did according unto all that the LORD commanded him. (6) And Noah was six hundred years old when the flood

35

Civil Rights Complaint Pursuant to U.S.C. § 1983

Ide .of waters was upon the earth. And Noah went in, and his

Insert ¶ #

sons, and his wife, and his sons wives with him, into the ark, because of the waters of the flood. Of clean beasts, and of beasts that are not clean, and of fowls, and of every thing that creepeth upon the earth. There went in two and two unto Noah into the ark, the male and the female, as God had commanded Noah. And it came to pass after seven days, that the waters of the flood were upon the earth. In the six hundredth year of Noah's

107. life, in the second month, the seventeenth day of the month, the

Insert ¶ #

same day were all the fountains of the great deep broken up, and the windows of heaven were opened. And the rain was upon the earth forty days and forty nights. In the selfsame day entered Noah, and Shem, and Ham, and Japheth, the sons of Noah, and Noah's wife, and the three wives of his sons with them, into the ark: They and every beast after his kind, and all the cattle after their kind, and every creeping thing that creepeth

108. upon the earth after his kind, and every fowl after his kind,

Insert ¶ #

every bird of every sort. And they went in unto Noah into the ark, two and two of all flesh, wherein is the breath of life. And they that went in, went in male and female of all flesh, as God had commanded him: and the LORD shut him in. And the flood was forty days upon the earth; and the waters increased, and bare up the ark, and it was lift up above the earth. And the waters prevailed, and were increased greatly upon the earth; and the ark went upon the face of the waters. And the waters prevailed

36

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

" THE WATERS RECEDE GENESIS 8 "

109 . exceedingly upon the earth; and all the high hills, that were under the whole heaven, were covered. [20] Fifteen cubits upward did the waters prevail; and the mountains were covered. [21] All flesh died that moved upon the earth, both of fowl, and of cattle, and of beast, and of every creeping thing that creepeth upon the earth, and every man. [22] All in whose nostrils was the breath of life, of all that was in the dry land, died. [23] And every living substance was

110 destroyed which was upon the face of the ground, both man, and cattle, and the creeping things, and the fowl of the heaven; and they were destroyed from the earth; and Noah only remained alive, and they that were with him in the ark. [24] And the waters prevailed upon the earth a hundred and fifty days. Genesis 8:1-29 [1] And God remembered NOAH, and every living thing, and all the cattle that was with him in the ark: and God made a wind to pass

111 . over the earth, and the waters assuaged. [2] The fountains also of the deep and the windows of heaven were stopped, and the rain from heaven was restrained. [3] And the waters returned from off the earth continually: and after the end of the hundred and fifty days the waters were abated. [4] And the ark rested in the seventh month, on the seventeenth day of the month, upon the mountains of Ararat. [5] And the waters decreased continually until the tenth month: in the tenth month, on the first day of the month, were the tops of the mountains

37

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

112. seen. And it came to pass at the end of forty days, that Noah opened the window of the ark which he had made: And he sent forth a raven, which went forth to and fro, until the waters were dried up from off the earth. Also he sent forth a dove from him, to see if the waters were abated from off the face of the ground: But the dove found no rest for the sole of her foot, and she returned unto him into the ark, for the waters

113. were on the face of the whole earth: then he put forth his hand, and took her, and pulled her in unto him into the ark. And he stayed yet other seven days; and again he sent forth the dove out of the ark; And the dove came in to him in the evening: and, lo, in her mouth was an olive leaf plucked off: so Noah knew that the waters were abated from off the earth. And he stayed yet other seven days;

114. and sent forth the dove; which returned not again unto him any more. And it came to pass in the six hundredth and first year, in the first month, the first day of the month, the waters were dried up from off the earth: and Noah removed the covering of the ark, and looked, and, behold, the face of the ground was dry. And in the second, on the seven and twentieth day of the month, was the earth dried. And God spake unto Noah, saying,

" Genesis 9 God's Covenant w/ Noah verses 8-19 //
Noah's Drunkenness verses 20-24
Curse of Canaan verses 25-29

115. [16] Go forth of the ark, thou, and thy wife, and thy sons, and thy sons' wives with thee. [17] Bring forth with thee every living thing that is with thee, of all flesh, both of fowl, and of cattle, and of every creeping thing that creepeth upon the earth; that they may breed abundantly in the earth, and be fruitful, and multiply upon the earth. [18] And Noah went forth, and his sons, and his wife, and his sons' wives with him:

116. [19] Every beast, every creeping thing, and every fowl, and whatsoever creepeth upon the earth, after their kinds, went forth out of the ark. [20] And Noah builded an altar unto the LORD; and took of every clean beast, and of every clean fowl, and offered burnt offerings on the altar. [21] And the LORD smelled a sweet savor; and the LORD said in his heart, I will not again curse the ground any more for man's sake; for the imagination of man's

117. heart is evil from his youth; neither will I again smite any more every thing living, as I have done. [22] While the earth remaineth, seedtime and harvest, and cold and heat, and summer and winter, and day and night shall not cease. Genesis 9:1-29 [1] And God blessed Noah and his sons, and said unto them, Be fruitful and multiply, and replenish the earth. [2] And the fear of you and the dread of you shall be upon every beast of the earth, and upon every fowl of the air, upon all that moveth upon

39

Page Number

118. the earth, and upon all the fishes of the sea; into your hand are they delivered. Every moving thing that liveth shall be meat for you; even as the green herb have I given you all things. But flesh with the life thereof, which is the blood thereof, shall ye not eat. And surely your blood of your lives will I require; at the hand of every beast will I require it, and at the hand of man; at the hand of every man's brother will

_Insert ¶ #_

119. I require the life of man. Whoso sheddeth man's blood, by man shall his blood be shed: for in the image of God made he man. And you, be ye fruitful, and multiply; bring forth abundantly in the earth, and multiply therein. And God spake unto Noah, and to his sons with him, saying, And I, behold, I establish my covenant with you, and with your seed after you; And with every living creature that is with you, of the

_Insert ¶ #_

120. fowl, of the cattle, and of every beast of the earth with you; from all that go out of the ark, to every beast of the earth. And I will establish my covenant with you; neither shall all flesh be cut off any more by the waters of a flood; neither shall there any more be a flood to destroy the earth. And God said, This is the token of the covenant which I make between me and you and every living creature that is with you, for perpetual generations: I do set my bow in the cloud, and it

_Insert ¶ #_

(add L to bow and you get Bowl with a cloud is the Crystal meth pipe aka pookey)

40
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



14. shall be seen in the cloud: (15) And I will remember
Insert ¶ #
my covenant, which is between me, and you and every
living creature of all flesh; and the waters shall no
more become a flood to destroy all flesh. (16) And
the bow shall be in the cloud; and I will look
upon it, that I may remember the everlasting
covenant between God and every living creature
of all flesh that is upon the earth. (17) And God said

122. unto Noah, This is the token of the covenant, which
Insert ¶ #
I. have established between me and all flesh that is
upon the earth. (18) And the sons of Noah, that went
forth of the ark, were Shem, and Ham, and Japheth;
and Ham is the father of Canaan. (19) These are the three
sons of Noah, and of them was the whole earth overspread.
(20) And Noah began to be an husbandman and he planted
a vineyard. (21) And he drank of the wine, and was drunken;

123. and he was uncovered within his tent. (22) And Ham,
Insert ¶ #
the father of Canaan, saw the nakedness of his father,
and told his two brethren without. (23) And Shem
and Japheth took a garment, and laid it upon both
their shoulders, and went backward, and covered the
nakedness of their father's nakedness. (24) And Noah
awoke from his wine, and knew what his younger son
had done unto him. (25) And he said, Cursed be Canaan;
a servant of servants shall he be unto his brethren.

41

Page Number



124. And he said, Blessed be the LORD God of Shem; and Canaan shall be this servant. 27 God shall enlarge Japheth, and he shall dwell in the tents of Shem; and Canaan shall be his servant. 28 And Noah lived after the flood three hundred and fifty years. 29 And all the days of Noah were nine hundred and fifty years: and he died. Genesis 10:1-32 1 Now these are the generations

125. of the sons of Noah, Shem, Ham, and Japheth: and unto them were sons born after the flood. 2 The sons of Japheth; Gomer, and Magog, and Madai, and Javan, and Tubal, and Meshech, and Tiras. 3 And the sons of Gomer; Ashkenaz, and Riphath, and Togarmah. 4 And the sons of Javan; Elishah, and Tarshish, Kittim, and Dodanim. 5 By these were the isles of the Gentiles divided in their lands; every

126. one after his tongue, after their families, in their nations. 6 And the sons of Ham; Cush, and Mizraim, and Phut, and Canaan. 7 And the sons of Cush; Seba, and Havilah, and Sabtah, and Raamah, and Sabtechah: and the sons of Raamah; Sheba, and Dedan. 8 And Cush begat Nimrod: he began to be a mighty one in the earth. 9 He was a mighty hunter before the LORD: wherefore it is said, Even as Nimrod the mighty hunter before the LORD.

42

Page Number

127. [10] And the beginning of his kingdom was Babel, and Erech, and Accad, and Calneh, in the land of Shinar. [11] Out of that land went forth Asshur, and builded Nineveh, and the city Rehoboth, and Calah, [12] And Resen between Nineveh and Calah: the same is a great city. [13] And Mizraim begat Ludim, and Anamime, and Lehabim, and Naphtuhim, [14] And Pathrusim, and Casluhim, (out of whom came Philistim,)

128. and Caphtorim. [15] And Canaan begat Sidon his first-born, and Heth, [16] And the Jebusite, and the Amorite, and the Girgasite, [17] And the Hivite, and the Arkite, and the Sinite, [18] And the Arvadite, and the Zemarite, and the Hamathite: and afterward were the families of the Canaanites spread abroad. [19] And the border of the Canaanites was from Sidon, as thou comest to Gerar, unto Gaza; as thou goest, unto Sodom, and Gomorrah, and Admah, and Zeboim,

129. even unto Lasha. [20] These are the sons of Ham, after their families, after their tongues, in their countries, and in their nations. [21] Unto Shem also, the father of all the children of Eber, the brother of Japheth the elder, even to him were children born. [22] The children of Shem; Elam, and Asshur, and Arphaxad, and Lud, and Aram. [23] And the children of Aram; Uz, and Hul, and Gether, and Mash. [24] And Arphaxad begat Salah; and Salah begat Eber. [25] And unto Eber were

43
Page Number

130. born two sons: the name of one was Peleg; for in his days was the earth divided; and his brother's name was Joktan. (29) And Joktan begat Almodad and Sheleph, and Hazar-maveth, and Jerah, (27) And Hadoram, and Uzal, and Diklah, (28) And Obal, and Abimael, and Sheba, (29) And Ophir, and Havilah, and Jobab: all these were the sons of Joktan. (30) And their dwelling was from Mesha, as thou goest unto Sephar,

131. a mount of the east. (31) These are the sons of Shem, after their families, after their tongues, in their lands, after their nations (32) These are the families of the sons of Noah, after their generations, in their nations: and by these were the nations divided in the earth after the flood.

✳✳✳ The Woman, Great Red Dragon, Man Child, Michael, & The Blood of the Lamb ✳✳✳
Revelation 12.1-17 (1) And there appeared a great wonder in heaven;

132. a woman clothed with the sun, and the moon under her feet, and upon her head a crown of twelve stars. (2) And she being with child cried, travailing in birth, and pained to be delivered. (3) And there appeared another wonder in heaven; and behold a great red dragon, having seven heads and ten horns, and seven crowns upon his heads. (4) And his tail drew the third part of the stars of heaven, and did cast them to the earth: and the dragon stood before the woman which was ready to be delivered, for to devour her child as soon as it was born. (5) And she brought

44

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

122 . forth a man child, who was to rule all nations with a rod of iron: and her child was caught up unto God, and to his throne. ⑥ And the woman fled into the wilderness, where she hath a place prepared of God, that they should feed her there a thousand two hundred and threescore days. ⑦ And there was a war in heaven: Michael and his angels fought against the dragon, and the dragon fought and his angels, ⑧ And prevailed not; neither was their place found any

131 . more in heaven. ⑨ And the great dragon was cast out, that old serpent, called the Devil, and Satan, which deceiveth the whole world: he was cast out into the earth, and his angels were cast out with him. ⑩ And I heard a loud voice saying in heaven, Now is come salvation, and strength, and the kingdom of our God, and the power of his Christ: for the accuser of our brethren is cast down, which accused them before our God day and night. ⑪ And they overcame him by the blood

135. of the Lamb, and by the word of their testimony; and they loved not their lives unto death. ⑫ Therefore rejoice, ye heavens, and ye that dwell in them. Woe to the inhabiters of the earth and of the sea! for the devil is come down unto you, having great wrath, because he knoweth that he hath but a short time. ⑬ And when the dragon saw that he was cast unto the earth, he persecuted the woman which brought forth the man child. ⑭ And to the woman were given two wings of a great eagle, that she might fly into the wilderness,

45

Page Number

13b . into her place, where she is nourished for a time, from the face of the serpent. (15) And the serpent cast out of his mouth water as a flood after the woman, that he might cause her to be carried away of the flood. (16) And the earth helped the woman, and the earth opened her mouth, and swallowed up the flood which the dragon cast out of his mouth. (17) And the dragon was wroth with the woman, and went to make war with the remnant of her seed, which

13 ] keep the commandments of God, and have the testimony of Jesus Christ, *** Revelation 13:1-18 ***

(1) And I stood upon the sand of the sea, and saw a beast having seven heads and ten horns, and upon his horns ten crowns, and upon his heads the name of blasphemy. (2) And the beast which I saw was like unto a leopard, and his feet were as the feet of a bear, and his mouth as the mouth of a lion: and the dragon gave him his power,

13b. and his seat, and great authority. (3) And I saw one of his heads as it were wounded to death; and his deadly wound was healed: and all the world wondered after the beast. (4) And they worshiped the dragon which gave power unto the beast: and they worshiped the beast, saying, Who is like unto the beast? Who is able to make war with him? (5) And there was given unto him a mouth speaking great things and blasphemies; and power was given unto him to continue forty and two months. (6) And he opened his mouth in blasphemy against

46

Civil Rights Complaint Pursuant to U.S.C. § 1983

139. God, to blaspheme his name, and his tabernacle, and them that dwell in heaven. ⑦ And it was given unto him to make war with the saints, and to overcome them: and power was given him over all kindreds, and tongues, and nations. ⑧ And all that dwell upon the earth shall worship him, whose names are not written in the book of life of the lamb slain from the foundation of the world. ⑨ If any man have an ear, let him hear. ⑩ He that leadeth

140. into captivity shall go into captivity: he that killeth with the sword must be killed with the sword. Here is the patience and the faith of the saints. ⑪ And I beheld another beast coming up out of the earth; and he had two horns like a lamb, and he spake as a dragon. ⑫ And he exerciseth all the power of the first beast before him, and causeth the earth and them which dwell therein to worship the first beast, whose deadly wound was healed. ⑬ And he doeth

141. great wonders, so that he maketh fire come down from heaven on the earth in the sight of men. ⑭ And deceiveth them that dwell on the earth by the means of those miracles which he had power to do in the sight of the beast, saying to them that dwell on the earth, that they should make an image to the beast, which had the wound by a sword, and did live. ⑮ And he had power to give life unto the image of the beast, that the image of the beast should both speak, and cause that as many as would not worship the image

47

Page Number

142. of the beast should be killed. (16) And he causeth all, both small and great, rich and poor, free and bond, to receive a mark in their right hand, or in the foreheads: (17) And that no man might buy or sell, save he that had the mark, or the name of the beast, or the number of his name. (18) Here is wisdom. Let him that hath understanding count the number of the beast: for it is the number of a man; and his number is six hundred threescore

143. and six. * Let's break down 666 Biblically *
*Step 1: Count 6 books of the Bible (OLD & NEW TESTAMENT)
Step 2: Go to the 6th Chapter of Book (OLD & NEW TESTAMENT)
Step 3: Go to the 6th verse of Book (OLD & NEW TESTAMENT)
*Step 1 Book Count: Genesis, Exodus, Leviticus, Numbers, Deuteronomy, Joshua
Step 2 & 3 Combined: Joshua 6:6 - And Joshua the son of NUN called the priests, and said unto them, Take up the ark of the covenant, and let seven priests bear seven trumpets of rams' horns before the

144. ark of the LORD. * Step 1 Book Count (New Testament): Matthew, Mark, Luke, John, ACTS, ROMANS * Step 2 & 3 Combined: Romans 6:6 - Knowing this, that our old man is crucified with him, that the body of sin might be destroyed, that henceforth we should not serve sin. (Add verse 7 to see why they tried reincarnating the ROMAN EMPIRE but forgot that Jesus blood was on their hands so instead the summoned dead/ancient demonic spirits) Romans 6:7 - For he that is dead is freed from sin. * Let's give a brief explanation of Joshua * Joshua 1:1-6 (1) Now after the death

48

Page Number

145 Insert ¶ 8 . of Moses the servant of the LORD it came to pass, that the LORD spake unto Joshua the son of NUN, Moses' minister saying, ²Moses my servant is dead; now therefore arise, go over this Jordan, thou, and all this people, unto the land which I do give to them, even to the children of Israel. ³Every place that the sole of your foot shall tread upon, that have I given unto you, as I said unto Moses. ⁴From the wilderness and this Lebanon even unto the great river, the river Euphrates, all the land of the Hittites,

146 Insert ¶ 9 . and unto the Great Sea toward the going down of the sun, shall be your coast. ⑤There shall not any man be able to stand before thee all the days of thy life: as I was with Moses, so I will be with thee: I will not fail thee, nor forsake thee. ⑥Be strong and of a good courage: for unto this people shalt thou divide for an inheritance the land, which I sware, unto their fathers to give them. *** NOW, here's the backend which is the perverted way they used the word to build the beast empire while "ATTEMPTING" (CAIN)(canaan)

147 Insert ¶ 8 . to lock Jesus in their system so that they could blackmail the chosen ones, Jews, Children of Israel in order to steal the substance of the land that was built by other people's hands because the beast was cursed. Example: In Beauty and the Beast, the Beast name is Prince Adam. Prince Adam only means Cain which was Adams first son who killed Abel the keeper of the sheep (shepherd) who was Adams second son. Genesis 4:10-15 (page ____ )(paraphrased). Cain was cursed from the earth, when he tilled the ground the earth wouldn't yield her strength (produce)

49

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



JOB

1⁸ . and he was a fugitive (escapee or in hiding to avoid being arrested or
*Insert ¶ #*
persecuted) and a vagibond (going back and forth) so his system is a system of sorcery & of slavery. Job 1:1⁸ There was a man in the land of Uz, whose name was Job: and that man was perfect and upright, and one that feared God, and eschewed evil. ² And there were born unto him seven sons and three daughters. ③ His substance also was seven thousand sheep, and three thousand camels, and five hundred yoke of oxen, and five hundred she asses, and a very great household; so that this man was the greatest

1:19 . of all the men of the east. Job 1:7. And the LORD said unto Satan, Whence
*Insert ¶ #*
Comest thou? Then Satan answered the LORD, and said, From going to and fro in the earth, and from walking up and down in it. Job 1:8- And the LORD said unto Satan, Hast thou considered my servant JOB, that there is none like him in the earth, a perfect and upright man, one that feareth God and escheweth evil? Job 1:9- Then Satan answered the LORD, and said, Doth Job fear God for naught? Job 1:11- But put forth thine hand now, and touch all that he hath, and he will curse thee to thy face. Job 1:12- And the LORD said unto Satan, Behold, all that he hath
(Satan)
is in thy power; only upon himself put not forth thine hand. So Satan went
IGO *Insert ¶ #*
forth from the presence of the LORD. Job 1:15- And the Sabeans fell upon them, and took them away; yea, they have slain the servants with the edge of the sword, and I only am escaped alone to tell thee- Job 1:16- While he was yet speaking there came also another, and said, The fire of God is fallen from heaven, and hath burned up the sheep, and the servants, and consumed them; and I only am escaped alone to tell thee. Job 1:17- While he was yet speaking, there came also another, and said, The Chaldeans made out three bands, and fell upon the camels, and have carried them away, yea, and slain the servants with the edge of the sword; and I only am escaped alone to tell thee.
JO

Page Number

Repent & Exit Money/Beast/Job/Social System! Set Up!! It was a QUICKLY!

*Right margin notes:*
UZ=OZ(wizard)
Job=JOB(work)
1:1 & 10 Beast 1 of Revelation 13

G.O.A.T
Roman
Catholic
BRICS

Wandering:
Cain = The land of Nod

Matthew 6:24-
No man can serve two masters; for either he will hate the one, and love the other, or else he will hold to the one, and despise the other. Ye cannot serve God and mammon!

*The World is under Satanic System! Their Job places the mark of the beast on them and their money does too. 911! get out of the System NOW!

## IV. STATEMENT OF FACTS

(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)

151. Job 1:18- While he was yet speaking, there came also another, and said, Thy sons and thy daughters were eating, and drinking wine in their eldest brother's house. Job 1:19- And, behold, there came a great wind from the wilderness, and smote the four corners of the house, and it fell upon the young men, and they are dead; and I only am escaped alone to tell thee. Job 1:20-22 (20) Then Job arose, and rent his mantle, and shaved his head, and

152. fell down upon the ground, and worshiped. (21) And said, Naked came I out of my mother's womb, and naked shall I return thither: the LORD gave, and the LORD hath taken away; blessed be the name of the LORD. (22) In all this Job sinned not, nor charged God foolishly. Job 2:3- And the LORD said unto Satan, Hast thou considered my servant Job, that there is none like him in the earth, a perfect and an

153. upright man, one that feareth God, and escheweth evil? and still he holdeth fast his integrity, although thou movedst me against him, to destroy him without cause. Job 2:4- And Satan answered the LORD, and said, Skin for skin, yea, all that a man hath will he give for his life. Job 2:5- But put forth thine hand now, and touch his bone and his flesh, and he will curse thee to thy face. Job 3:1-11 After this opened Job his mouth, and cursed his day. (2) And Job spake, and said, (3) Let the day perish wherein I was born, and the

61

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

[54] . night in which it was said, There is a man child conceived. [8] Let that day be darkness; let not God regard it from above, neither let the light shine upon it. [5] Let darkness and the shadow of death stain it; let a cloud dwell upon it; let the blackness of the day terrify it. [6] As for that night, let darkness seize upon it; let it not be joined unto the days of the year, let it not be joined unto the days of the year; let it not come into the number of the months. [7] Lo, let

[55] that night be solitary; let no joyful voice come therein. [8] Let them curse it that curse the day, who are ready to raise up their mourning. [9] Let the stars of the twilight thereof be dark; let it look for light, but have none; neither let it see the dawning of the day: [10] Because it shut not up the doors of my mother's womb, nor hid sorrow from mine eyes. [11] Why died I not from the womb? Why did I not give up the ghost when I came out of the belly? Job 6:6-9

[56] [6] Can that which is unsavory be eaten without salt? Or is there any taste in the white of an egg? [7] The things that my soul refused to touch are as my sorrowful meat. [8] Oh that I might have my request; and that God would grant me the thing that I long for! [9] Even that it would please God to destroy me, that he would let loose his hand, and cut me off!

✳ Breakdown of JOB which is the medium of the system (beast) ✳ The word JOB is the name of a man/book in the Bible (old testament) and the word JOB is also defined as: [1] the

Civil Rights Complaint Pursuant to U.S.C. § 1983

157 principal activity in your life that you do to earn money; ② a specific piece of work required to be done as a duty or for a specific fee. ③ a state of difficulty that needs to be resolved ④ a program application that may consist of several steps but is a single logical unit. ⑤ a crime (especially a robbery) ⑥ profit privately from public office or official business. ✳This is what is the beginning of their sorcery which is crossing words in order to give it a different meaning. Also using phonics

158 in order to confuse a person who doesn't understand different languages, etc. Prime Example: Caesar's world is all about PROFITS which is money but Christ's world is all about PROPHETS which is the mouthpiece of God being used through a human being to declare and decree. Both words sound the same but mean the total opposite ✳ Now, the word Medium is defined as ① An intervening substance through which signals can travel as a means for communication

159 ② Someone who serves as an intermediary between the living and the dead ③ transmissions that are disseminated widely to the public. ④ a substance in which specimens are preserved or displayed. Job 1:1 the land of Uz symbolize the land of OZ from the Wizard of OZ ! The definition of Oz is also ounce which (crossword example: witch) is a unit of weight in the US customary system and imperial system of measurement (an Ancient Roman). Job 1:2-3 the 7 sons + 3 daughters only represent Revelation 13 the first beast which is the Gentile

160. nations (Revelation 13:1 - And I stood upon the sand of the sea, and saw a beast rise up out of the sea, having seven heads and ten horns, and upon his horns ten crowns, and upon his heads the name of blasphemy.) *Blasphemy = blasphemous behavior; the act of depriving something of its sacred character.* Job 1:3 - His substance also was seven thousand sheep, and three thousand camels, and five hundred yoke of oxen, and five hundred she asses, and a very great household; so that this man was the greatest of

161. all the men of the east. *This verse can symbolize sheep as being cotton for clothing, camels is a form of cigarettes, yoke of oxen can represent a slave system based upon an animalistic system (beast system), she asses symbolizes the females' ass especially African Americans because an ass is just a donkey that is a domesticated equine (crossword Earth Queen) which is derived from the African wild ass (Equus Africanus) this is only a description of the (harlot system) Revelation 17:5-9

162. ⑤ And upon her forehead was a name written, MYSTERY, BABYLON THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE EARTH. ⑥ And I saw the woman drunken with the blood of the saints, and with the blood of the martyrs of JESUS: and when I saw her, I wondered with great admiration. ⑦ And the angel said unto me, Wherefore didst thou marvel? I will tell thee the mystery of the woman, and of the beast that carrieth her, which hath the seven heads and ten horns. ⑧ The beast that thou sawest was, and is not; and shall ascend out of the

64
Page Number

163. bottomless pit, and go into perdition: and they that

Insert ¶ #

dwell on the earth shall wonder whose names were not written in the book of life from the foundation of the world, when they behold the beast that was, and is not, and yet is. ⑨And here is the mind which hath wisdom. The seven heads are seven mountains on which the woman sitteth. Greatest of all the men of the east is where they got the acronym G.O.A.T which means Greatest of All Time!

164. Let me also add that camel is also a representation

Insert ¶ #

of Egypt. The word substance is defined as "the subject matter of a text, speech, or work of art, especially as contrasted with the form or style in which it is presented," "wealth and possessions," it also can mean "an intoxicating, stimulating, or narcotic chemical or drug, especially an illegal one." If you break substance down in two words you get Sub meaning submarine or to act as a substitute for

165. Someone + Stance meaning the way in which someone

Insert ¶ #

stands, especially when deliberately adopted (as in baseball, golf, and other sports); a person's posture. East can represent the Eastern Rite Catholic Church/Oriental Catholic Church. Job 1:7 And the LORD said unto Satan, Whence cometh thou? Then Satan answered the LORD, and said, From going to and fro in the earth, and from walking up and down in it (* going to and fro is a form of wandering which is the definition of a vagabond and is exactly what God called Cain after he killed Abel). Wandering is also

166. a representation of the Land of Nod which means that

*Insert ¶ #*

LORD in this scenario is the King which makes the King the real beast and the church (catholic) is the whore that caused a lot of Kings to fall (Revelation 17:10 - And there are seven kings five are fallen, and one is, and the other is not yet come; and when he cometh, he must continue a short space.) The King that has a short space is King Charles III because is reign is not that long due to

167. his age, the days we're in which is Armageddon,

*Insert ¶ #*

and the truth being Revealed. Job 1:11 - But put forth thine hand now, and touch all that he hath, and he will curse thee to thy face. Job 1:12 - And the LORD said unto Satan, Behold, all that he hath is in thy power, only upon himself put not forth thine hand. Matthew 6:24 - No man can serve two masters: for either he will hate the one, and love the other; or else he will hold to the one, and despise the other. Ye cannot serve God

168. and mammon. Romans 4:4-5 Now to him that worketh

*Insert ¶ #*

is the reward not reckoned of grace, but of debt. 5 But to him that worketh not, but believeth on him that justifieth the ungodly, his faith is counted for righteousness. ✱ THE SET UP OF THE Beast System ✱ Capitalism was created by Adam Smith who was born in Kirkcaldy, fife, Scotland. The first form of bank note was developed in China during the Tang and Song dynasties, starting in the 7th century. Its roots were in merchant receipts

56

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

169. of deposit during the Tang dynasty (618-907). *Insert ¶ #* During the Yuan dynasty (1271-1368), banknotes were adopted by the Mongol Empire. In Europe, the concept of banknotes was first introduced during the 13th century by travelers such as Marco Polo with European banknotes appearing in 1661 in Sweden. True paper money called "jiaozi" were developed as promissory notes by the 11th century, during the Song dynasty. In 1661 the first

170. banknotes were created in Europe by Johan Palmstruch *Insert ¶ #* the founder of Stockholms Banco which was Sweden's first bank until it was liquidated in 1667. However, it served as the precursor to the central bank of Sweden that was founded in 1668 as Riksens Standers Bank until it was renamed in 1866 as Sveriges Riksbank which is the world's oldest surviving central bank. Also, the banknote of the one hundred daler issued by Stockholms $100

171. Banco and signed by Johan Palmstruch in 1666 (the *Insert ¶ #* mark of the beast in number form). * Communism was created by Karl Marxism who was born in Trier, Rhine Province, Prussia Germany. Marxism was also created by Friedrich Engels who was born in Barmen, Julich-Cleves Berg, Kingdom of Prussia which is now Wuppertal, Germany. Marxism is a method of socioeconomic analysis that uses a materialist interpretation of historical development, better known as historical materialism, to understand class

57
Page Number

172. relations and social conflict and a dialectical perspective to view social transformation. So basically, to sum up the beast system it was derived from the book of Job. Job was tested by Satan to see if he lost everything would he curse God. Satan had the ability to do whatever he wanted to Job except kill him. Satan was able to disconnect Job from every type of human support, progress, or success that he had just to see if Job would curse God to his

173. face. The social system is a reflection of Communism which is when somebody else has control over another persons possessions, it also goes hand and hand with the social systems behind human relationships and behaviors, then it is combined with capitalism which actually consist of the progress and success of humans. People use their progress and successes to help build their confidence which then gives them a sense of pride about themselves.

174. So Jobs' story was the perfect story to make a system for humanity when it came to their means of providing, self confidence, and a sense of power that can be obtained while they're progressing on their job. Based upon this brief description of how they crossed words to deceive the people you should have a better understanding on why it's so important for us to be a free people versus us being a slave because people enjoy their fun that only is tempory. In Matthew 6:24

58

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

175. God made it specific that nobody could serve two masters: for either he will hate the one, and love the other; or else he will hold to the one, and despise the other Ye cannot serve God and mammon. Romans 4:4-5 ⊕ Now to him that worketh is the reward not reicogned of grace, but of debt.✳ Matthew 6:24 and Romans 4:4-5 both speak about money/reward however in Matthew

176. God has given you a choice than in Romans the word tells you that the reward isn't grace however it leds you into debt. Right there reality sinks in letting you know that you lose more than you've gained. ✳ ✳ ✳ This right here explains how they set up America and also why America is still in debt while the Americans suffer for something they didn't put themselves in. Right now the

177. People are caught in the shackles of Americas debt to China for a debt that the people didn't do but what makes it even more wrong is the fact that China could have just helped America when they bankrupt but instead people of those times strategized a system that would be able to pay back the debt yet the debt isn't paid off. Now, I must also say that the marriage of the Lamb is at hand in this time however, this was what

59

Civil Rights Complaint Pursuant to U.S.C. § 1983

178. I call a battle due to the tricks, traps, and schemes of the enemy. See, the system that is being used all across the world is an artificial way to force slavery upon people while making them believe that they are free. Right now, people are striving for the one world order however the deception behind the one world order is that humans are losing their God giving rights of humanity to

179. their own creation which they don't exercise full control over especially when there's so much corruption going on and technology is bypassing the human brains. People have forgotten what it means to LIVE, LOVE, and LAUGH because our lives have been being controlled by people in high places who have evil motives. We must stop being so naive to the traps of the enemy who does not

180. like Humanity whatsoever. In Heaven, Satan caused some of the angels to be cast out with him, in the garden of Eden he caused Adam & Eve to be cast out the garden, and now he's at the nations causing kings, queens, and others to fall by keeping division between humanity as he divides and conquers. We must open our eyes, put pride aside, forgive one another, and put Jesus back on the Throne because Truth be told

60

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

181. Satan has everybody fighting over who was first, whose religion is real, etc what the people are failing to realize is that the battle isn't about none of the things he's using as cover ups to have you on his team. I say that because it's proveable. ③ All the Appetites that people have, that are against God comes from Satan not Eve, Adam was given power over Satan that's why

182. he chose to speak to Eve because she was still innocent, naive, and the enemy knew she was the only way he would have another chance to attempt to make his name bigger than God's. The devil was here before humans so he knew more just like AI because he understood that humans have a limited brain capacity and he also knew that they would be curious about the world around them. He also knew

183. that there are only two Spirits that can influence the people and that's either the Holy Ghost (the prophecy of Jesus) or Satan (the prince of air who let's you do whatever you want and serve whoever you want as long as he has control over you which only leads to destruction). Jesus came so that we can have life in abundance. however the rebellion of humanity has placed us in worldwide dispair, darkness, anger, anxiety, etc. Satan only comes

61

Civil Rights Complaint Pursuant to U.S.C. § 1983

184. to steal, kill, and destroy which makes him

*Insert ¶ #*

feel good because He Hates Himself. He Hates All God's creation, & He really Hates Jesus for Being chosen. So, with All this being said the beast system is a system of demonic mind control, turmoil, envy, Hatred, etc. as if HELL is on earth. Also, the beast system is forced Satanic worship due to the weapons he used to cause people

185. to believe a certain way which is only Indoctrination.

*Insert ¶ #*

He has forced the world to live backwards by using the Heaven and Earth that was created by God for humans to freely possess, be fruitful, and multiply. He has done so by Cain building a city (fast forward) then God flooded the whole earth however he saved Noah and his family and Noahs' sons' wives plus two cattle of every kind including fowls. After Noah

186. came out the ark, God told his family to be

*Insert ¶ #*

fruitful and multiply in which they did. Then one of Noahs' sons' named Ham saw his dad naked which caused God to curse Hams' son Canoon. However through Noahs' other son Shems' bloodline came Jesus'. So the world's backwards because the cursed ones have been stealing and making money off of Jesus while denouncing Him at the same time. The cursed ones have

Civil Rights Complaint Pursuant to U.S.C. § 1983

187. been living like they're the chosen ones as they have profitted off the chosen ones and portrayed to the entire world as if the chosen ones were the cursed ones by placing labels of lies on the names of the chosen ones. Prime example JOB is a book in the bible about a wealthy God fearing man. The world took the name of JOB and made it a label for work which is job. Many people have made

188. a very good living off of whatever job or career they have. So here's the serpent's seed Cain who kills Abel and they are hiding behind their jobs. Here are some job titles to prove my point ① Doctors (the first surgery was when God put Adam in a trance, opened his side, took out his rib, and made Eve). ② Police Officers (in Genesis 2:15: And the LORD God took the man, and put him into the garden of Eden to dress and to keep it. * Hebrew Definitions:

189. ① Dress → H5647 → äbad → to serve ② Keep → H8104 → Shámar → to protect. Law enforcement slogan is To Protect and to Serve.) ③ Teaching (in Genesis 1:2 - And the earth was without form, and void; and darkness was upon the face of the deep. And the Spirit of God moved upon the face of the waters) * Now, let's break this down in Hebrew: Form → H8414 → tshûw = empty place, without form, adverbially. * Adverbial means a word or group of words playing the grammatical role of an adverb. * Grammar means: the study of the way the sentences

63

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

190. of a language are constructed morphology and syntax; the elements of any science, art, or subject, a book treating such elements. Book is to enter an official charge against (an arrested suspect) on police register. VOID → H922 → bōhū: an undistinguishable ruin, emptiness. Darkness → H2822-7 chōsek → misery, destruction, wickedness, ignorance, death. *X* From Genesis 1:2, I defined 3 words which are form,

191. void, and darkness! I used Genesis 1:2 to describe how the serpent seed Cain (the son of Eve who built the city) uses jobs and the system to kill Abel (his brother who he envied because of his favor with God). Teaching is a job that is only a weapon of indoctrination to kill the Godlike character in individuals starting from a child that way they become a program (like computer simulation) that was created to destroy all Godly traits. For Example: The word form

192. in Hebrew means empty place (a childlike innocense), then it breaks down adverbial which describes the grammatical role of the adverb. Finally, the word grammer is described as a study of sentences of a language., the elements of science, art, etc in the form of a book (meaning to be arrested (institutionalized in the mind, indoctrinated). Then, the next word is void meaning that the worldly teachings causes emptiness and/or an undistinguishable ruin. Finally, the words form and void sums up to darkness which means misery, destruction, wickedness, ignorance, and death (spiritually).

84

Civil Rights Complaint Pursuant to U.S.C. § 1983

193. Even though I put Doctor as #1, Police as #2, and Teacher as #3 the correct order would be Teacher as #1 because God let Adam name the animals before He put Adam to sleep to create Eve. Also, in order to become a doctor, police, or teacher then you have to be educated by a teacher just to qualify according to the worlds system. Under those 3 titles can stem many other categories of

194. jobs such as under Doctor you can classify a nurse, psychologist, chemist, dentist, chiropractor, masseus, biologist, etc. because they all deal with the mind or body whether its evaluations, medicine (chemico/substances) or hands on physicals, etc. Under Police you can go back a decade and find slave patchers which were called bounty hunter. In modern times you have similar jobs such as security, bouncers, investigators, any other

195. title that pertains to Protecting and Serving (like DCFS), etc. Finally under Teacher you will find God as the first teacher, then in humanity today there are Apostles, Prophets, Evangelist, Pastors, and Teachers. Now in the world you have many jobs that fall under teaching such as: Substitute teacher, Pre-K, Elementary, Middle, High School, & University Teachers. There's also life coaches (in all types of curriculums/hobbies), Online Teachers, and in digital realm music, movies, social media platforms such as: Tik Tok, FaceBook, YouTube,

65

Page Number

196. Pictures, Paintings, Lyrics, etc (that can have influencers who push hidden agendas while getting paid to do so at the expense of peoples' sanity, lives, or beliefs) * Mark 8:34-38 (34) And when he had called the people unto him with his disciples also, he said unto them, Whosoever will come after me, let him deny himself, and take up his cross, and follow me. (35) For whosoever will save his life shall lose it; but whosoever shall lose his life for my sake and the gospels, the same shall

197. save it. (36) For what shall it profit a man, if he shall gain the whole world, and lose his own soul? (37) Or what shall a man give in exchange for his soul? (38) Whosoever therefore shall be ashamed of me and of my words in this adulterous and sinful generation; of him also shall the Son of man be ashamed, when he cometh in the glory of his Father with the holy angels. * Mark 8:15 - And he charged them, saying, Take heed, beware of the

198. leaven of the Pharisees, and of the leaven of Herod. *Herod the Great was the Roman appointed king of Judaea who built many fortresses, aqueducts, theatres, etc. Herod was born in southern Palestine; his father was Antipater and he was an Edomite (a semitic people that have been identified as Arab, who converted to Judaism in the 2nd century BCE) Herod was of Arab origin, although he was a practicing Jew. Herod killed the infants of Bethlehem in order to try and kill Jesus while he was still a baby then he died shortly after he had a bungled suicide attempt (Just like Judas & HITLER) *The enemy sets people up to try and kill Jesus & then they die afterwards * SET UP 2 FAIL!

* PRIDE also represents LGBT community which is PERVERSION and Perversion means "A Twisted Truth"

199. Edomites were Semitic people who fall under the category of Ammorites, Canaanites, and the Ara-maeans. The word Edom means "RED" and the Edomites sin was PRIDE. The Edomites were the descendants of Esau and the Edomites worshipped many gods. Esau became a pagan Roman who rebelled against the Torah, a countermodel of the rabbinic Jew. Reading Rome, the universal empire, into the Bible, and turning Romans.

200. into wayward brothers, the rabbis made Jewish history universal. Pagan Rome disregarded them, but Christian Rome made the typology part of European history. The Church Fathers interpreted Jacob and Esau's brotherhood as that of Christians and Jews, claimed Jacob's legacy and decried the Jews as Esau. The Empire's Christianization encumbered Christianity with the Jewish-Roman past and Rome with the Christian

201. Claim to disinherit Israel, and forged a traumatic relationship that still hasn't been undone. * Encumbered means - to restrict or burden (someone or something) in such a way that free action or movement is difficult. * John 10:1 Verily, Verily, I say unto you, He that entereth not by the door into the sheepfold, but climbeth up some other way, the same is a thief and a robber. John 10:10 - The thief cometh not, but for to steal, and to kill, and to destroy. I am come that they might have life, and that they might

67

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

202. have it more abundantly. Matthew 23:1-10 Then spake Jesus to the multitude, and to his disciples, saying, The Scribes and the Pharisees sit in Moses seat. All therefore whatsoever they bid you observe and do; but do not ye after their works: for they say, and do not. For they bind heavy burdens and grievous to be borne, and lay them on men's shoulders; but they themselves will not move them with one of their fingers. But all their

203. works they do for to be seen of men. they make broad their phylacteries, and enlarge the borders of the garments. And love the uppermost rooms at feasts, and the chief seats in the synagogues, and greeting in the markets, and to be called of men, Rabbi, Rabbi. But be not ye Called Rabbi: for one is you Master, even Christ; and all ye are brethren. And call no man your father upon the earth: for one is your Father, which is in heaven. Neither

204. be ye called Masters: for one is your Master, even Christ. * Descendents of Esau also known as Edom were the People of Seir from ancient Sparta, early Rome, Venice, Germany, Russia, China, Japan, and many other nations. The Edomites were always in conflict with Gods people. Esau gave rise to military elites such as the Spartans and warriors like Alexander the Great. *** Moving Forward, I will list a few more jobs that will also prove that they perverted the word of God to make merchandise of men

68

Page Number

205. by spiritually raping the people in order to obtain self gain and control which is still a form of slavery but just in the mind, emotions, and spiritually while deceiving the world to believe that they are still free when in all actuality they are being mislead by a wolf in sheeps clothing. ⓐ Astrologers (in Genesis 1:14-16 ⑭ And God said, Let there be lights in the firmament of the heaven to divide the day from the night; and let them

206. be for signs, and for seasons, and for days, and years: ⑮ And let them be for lights in the firmament of the heaven to give light upon the earth: and it was so. ⑯ And God made two great lights; the greater light to rule the night: he made the stars also.) ✱ According to Genesis 1:14-16 Astrology, cosmology, physics, psychics, tarot readers, etc are people who have gone beyond what they should have, they have perverted the origin of why God created the lights

207. in the firmament which was to divide the day from night, to be for signs (not horoscope, not for satelite, technology, etc), for the seasons, for the days, and for the years. People have gone beyond their boundaries while acting like they were just studying Gods' creation but in all actuality they were coming-up with wicked inventions while getting paid to do so. ✱ Isaiah 47:1 - Come down, and sit in the dust, O virgin daughter of Babylon, sit in the dust, O daughter of the Chaldeans: for thou shalt no

69

208. more, be called tender and delicate. ②Take, the millstones, and grind meal: uncover thy locks, make bare the leg, uncover the thigh, pass over the rivers. ③Thy nakedness shall be uncovered, yea, thy shame shall be seen: I will take vengeance, and I will not meet thee as a man. ④As for our redeemer, the LORD of hosts is his name, the Holy One of Israel. ⑤Sit thou silent, and get thee into darkness, O daughter of the

209. Chaldeans: for thou shalt no more be called, The lady of Kingdoms. ⑥I was wroth with my people, I have polluted mine inheritance, and given them into thine hand: thou didst shew them no mercy; upon the ancient hast thou very heavily laid thy yoke. ⑦And thou saidst, I shall be a lady for ever: so that thou didst not lay these things to thy heart, neither didst remember the latter end of it. ⑧Therefore,

210 hear now this, thou that art given to pleasures, that dwellest carelessly, that sayest in thine heart, I am, and none else beside me; I shall not sit as a widow, neither shall I know the loss of children: but these two things shall come to thee in a moment in one day, the loss of children, and widowhood: they shall come upon thee in their perfection for the multitude of thy sorceries, and for the great abundance of thine enchantments. ⑨For thou hast trusted in thy wickedness: thou hast said, None seeth me.

70

Page Number

211. Thy wisdom and thy knowledge, it hath perverted thee; and thou hast said in thine heart, I am, and none else beside me. Therefore shall evil come upon thee; thou shalt not know from whence it riseth: and mischief shall fall upon thee; thou shalt not be able to put it off: and desolation shall come upon thee suddenly, which thou shalt not know. Stand now with thine enchantments and with the multitude of

212. thy sorceries, wherein thou hast laboured from thy youth; if so be thou shalt be able to profit, if so be thou mayest prevail. Thou art wearied in the multitude of thy counsels. Let now the astrologers, the stargazers, the monthly prognosticators, stand up, and save thee. Behold, they shall be as stubble; the fire shall burn them; they shall not deliver themselves from the power of the flame: there shall not be a coal to warm at, nor

213. fire to sit before it. This shall they be unto thee with whom thou hast laboured, even thy merchants, from thy youth: they shall wander every one to his quarter; none shall save thee. * People who work in the astrology, Tarot, physics, etc have been paid to search the hidden mysteries of heaven and the earth which has also been used for monetary game at the expense of others while intentionally misleading people using the signs. Government jobs (in Isaiah 9:6 * For

7¹

Page Number

214. unto us a child is born, unto us a son is given: and the government shall be upon his shoulder: and his name shall be called Wonderful, Counsellor, The mighty God, The everlasting Father, The Prince of Peace. Of the increase of his government and peace there shall be no end, upon the throne of David, and upon his kingdom, to order it, and to establish it with judgement and with justice from henceforth even for ever. The

215. zeal of the LORD of hosts will perform this. ✳ In this passage of scripture it shows that the government was upon his shoulders however there would come a time that he would have to overturn it in order to bring order to Man made mess, he would have to establish it so that judgement and justice will move according to TRUTH instead of just the labels that humans have placed based on their own perception.

216. See, God knew that people would pervert the truth even if they knew the truth, so all the deep state & worldly corruption only Jesus could fix entirely: ✳ To finalize the perverting of Jobs' name and story from the bible and man creating Jobs(work) while using Jobs' story to obtain the Keys to rob the people, cause them to curse or be mad at (God), which robs them of Gods restoration(because lack of faith), and enables the beast system to drive them into debt which is a form

72

Civil Rights Complaint Pursuant to U.S.C. § 1983

217. *Insert ¶ #* of slavery, and caused America to run up it's debt because of PRIDE, lack of Biblical Knowledge, but mainly due to somebody else attempting to rob the people of their rights so that they could push a one world order for the beast system since they put their trust in their work while thinking God hadn't heard their cries. Basically, Satan has been hiding behind God while using Gods word to enslave, deceive, and

218. *Insert ¶ #* destroy humanity. Let's prove it wasn't God but instead it was satan (satan seed) hiding behind God. People like to blame God for their misfortunes because they love to reference the story of Job due to the conversation between the LORD and Satan over trying Job as if God is just playing a game with satan and we are stuck in the middle. But that's not the case; God isn't playing a game, it is Satan who is playing the games with humanity because he's still trying to prove

219. *Insert ¶ #* that humans are not better than him. God gave Adam and Eve dominion over the mind of his adversary (tree of Good/Evil). Satan (the serpent) played a mind game with Eve by twisting of Gods word in order to deceive her. Once Adam & Eve fell, God cursed the serpent then told him that he put enmity (jealousy) between the serpent seed and the womans seed. Satan's goal then became his drive to steal the womans' seed, turn them against God, turn them against themselves, and cause them to fall which would then make them worship

73
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

220. Satan instead of God. let's use a few scriptures from Job
Insert ¶ #
to wrap this up and move on. Job 1:9 - Then Satan answered the LORD, and said, Doth Job fear GOD for nought? (Basically he's asking if Job would still fear God even if he had nothing?) Job 1:11 - But put forth thine hand now, and touch all that he hath, and he will curse thee to thy face. (Satan told God to remove Jobs things and he would curse God to his face). Job 1:12 - And the LORD said unto Satan, Behold, all that he hath is in thy power, only upon

221. himself put not forth thine hand. So Satan went forth from
Insert ¶ #
the presence of the LORD. (Right here The LORD gave Satan power over everything of JOBS' except for his life. The LORD knows the heart of man so he knew Job would not curse him to his face also that was a way for God to show Satan that money wasn't everything to everybody and that some people Truly do love God). Mind you, satan is only looking for worship because he wanted to be greater than GOD. Mark 14:62

222. And Jesus said, I am: and ye shall see the Son of man
Insert ¶ #
sitting on the right hand of power, and coming in the clouds of heaven. Mark 16:19-50 then after the LORD had spoken unto them, he was received up into heaven, and sat on the right hand of God. Revelation 13:13-16 And he doeth great wonders, so that he maketh fire come down from heaven on the earth in the sight of men. And deceiveth them that dwell on the earth by the means of those miracles which he had power to do in the sight of the beast;

74

Page Number

223. saying to them that dwell on the earth, that they
*Insert ¶ #*
should make an image to the beast, which had the wand
by a sword, and did live. [15] And he had power to give life
unto the image of the beast, that the image of the beast
should both speak, and cause that as many as would
not worship the image of the beast should be Killed.
[16] And he causeth all, both small and great, rich and
poor, free and bond, to receive a mark in their right

224. hand, or in their foreheads. *Breakdown of the
*Insert ¶ #*
scriptures pertaining to Job 1:12 - And the LORD said
unto Satan, Behold, all that he hath is in thy power,
only upon himself put not forth thine hand... Now,
I'm going to paraphrase a few scriptures from above to
paint the picture of Satan pretending to be Jesus but in the
shadows. [1] Mark 14:16 Jesus is sitting on the right hand of
power. [2] Mark 16:19 - Jesus ascends to heaven to sit on the right hand

225. of God. [3] Revelation 13:13(paraphrased) The Beast does great
*Insert ¶ #*
wonders (sighs) by making fire come down from heaven. [4] Revelation 13:16
The Beast causes all to receive a mask in their right hand,
or in their forehead [5] Genesis 1:14 - God created lights in the firmament
of heaven to divide day and night, let them be signs, and for
seasons, days, and years. [6] Isaiah 47:12-13 The daughter VIRGIN of Babylon
was rebuked by the prophet for her enchantments, sorceries, astrologers,
stargazers, and monthly prognosticators (in verse 11, he said her wisdom
and knowledge perverted her & she became PRIDEFUL). [7] Mark 14:16 And

75
**Page Number**

226. Jesus said, I am: and ye shall see the Son of man
*Insert ¶ #*
sitting on the right hand of power, and coming in
the clouds of heaven. Matthew 28:18-19 (18) And Jesus
came and spake unto them, saying, All power is given
unto me in heaven and in earth. (19) Go ye therefore,
and teach all nations, baptizing them in the name of
the Father, and of the Son, and of the Holy Ghost: (20) Teaching
them to observe all things whatsoever I have commanded

227. you: and, lo, I am with you alway, even unto
*Insert ¶ #*
the end of the world. Amen. ✱ Now in Job 1:12 God told
Satan that when it came to Job being tried, he had all
access to Jobs' possessions except he couldn't touch
Jobs' life with his hand. In the workforce (JOB) the
Boss has all the power of your money, hours, days,
and assignment just not over the individuals life in
a personal/physical sense. Mark 14:61 Jesus sits on

228. the right hand of power and comes in the clouds
*Insert ¶ #*
of heaven, Mark 16:19 Jesus sits on the right hand of
God, and Matthew 28:18 Jesus acknowledges All power is
given to him in heaven and in earth. So you can see Satan,
taking power while hiding behind Jesus because he knows the
word, knows how to manipulate it, and use it for is own
wickedness. However, Mark 14:61 Jesus comes in the clouds
of heaven; then in Revelation 13:13 the beast (Satan) does
wonders (signs/miracles) by making fire come down from heaven

70
*Page Number*

229. Such as Astrology dealing with signs that they named in the sky & make fire come down symbolizes Technology, media, electricity, Lightening, and fireworks. All these methods of making fire come down is Satans attempt to solidify his worldly Kingdom as he uses space/universe to attempt to show forth his power as if he's God the ultimate creator Like what God did in Genesis 1:14 when he first created lights in the firmament of heaven to separate

230. day from night, be as signs, seasons, days, and years. So if Satan is a replicator of the original that means his Church is Babylon according to Isaiah 47:12-13 that talks about the woman and her sorceries, enchantments, astrologers, stargazers, and prognosticators (which all these symbolize witchcraft because its not the original reason of why God created the lights in the firmament and that means the readings are not coming from

(Prophetic)
231. the Holy Ghost but instead they are coming from demonic spirits). So they have the ability to transfer into humans, possess them, and drive humans to behave in abnormal ways, cause sicknesses, and/or attach themselves in different areas dealing with a persons' life. Speaking on Satan being a replica of God (Yeshua) his hirelings the witches/sorcerers are only a replica also known as a False Prophet(ess) because they use other methods outside of Christ-Jesus in order

77

Page Number

232. to give people a false hope, a false sense of direction, etc and even though the false prophet(ess) may be right on their readings the main question is what Spirit are they moving in because that's what determines the purity of the word That's spoken* See, Prophets are the mouthpieces of God which is a position that cannot be taken lightly because the LORD will hold every one of his

233. Prophets accountable for every word that has been spoken in the LORDs' name. The office of a Prophet comes with a lot of responsibility, accountability, etc. Prophets are called by God (Yahweh, Jehovah, Yeshua) and not by man. However, God will use another leader to confirm the prophetic gifting on a persons' life then that person will go through life with God teaching them and Gods shepherds (apostles, evangelist,

234. pastors & teachers) helping the prophet grow in their gift. The prophetic gift CANNOT be taught by worldly/secular teachers. Prime example: I was going to school for psychology and the LORD had me drop the class because psychology tries to make sense of everything but God uses people and do things that don't make sense to the human mind all the time. Now, there's two forms of the prophetic which is ① The Office of A Prophet and ② The gift of prophesy *The GIFT OF PROPHECY is a Gift of the Holy Spirit, every believer is encouraged

78

Civil Rights Complaint Pursuant to U.S.C. § 1983

235. to prophecy, prophecy is for edification, exhortation, and comfort, prophetic utterance is a gift, a person that prophecy is defined as a saint doing the work of the ministry of Christ the gift to prophecy if for life. * The OFFICE of a prophet(ess) is a gift from the Godhead, God chooses the prophet not humans, the prophetic office is a gift that is used to train, equip, direct, correct, warn and govern, the prophet is a gift to the body of Christ, a prophet is a part of the five-fold

236. ministry to equip the saints, and the Office if a Prophet(ess) is for life. * The Characteristics of a False Prophet * They point people back to themselves instead of to Jesus Christ of Nazareth, they lack spiritual accountability, they cause dissension/division within leadership and members within the church body, they are not seeing or speaking through the heart and eyes of God, they operate out of anger, frustration, and hurt, they mislead people

237. intentionally, they cause people to rebell against God as they lead the people to worship false gods (paganism), their in it for self gain and not to edify the church as the Body of Christ is a hospital. 1 Corinthians 14:10-12 ⁽¹⁰⁾There are, it may be, so many kinds of voices in the world, and none of them is without significance. ⁽¹¹⁾Therefore if I know not the meaning of the voice, I shall be unto him that speaketh a barbarian, and he that speaketh shall be a barbarian unto me. ⁽¹²⁾Even so ye, forasmuch as ye are zealous of spiritual

79

Civil Rights Complaint Pursuant to U.S.C. § 1983

238 . gifts, seek that ye may excel to the edifying of the church.
Insert ¶ #
Proverbs 18:21 - Death and Life are in the power of the tongue:
and they that love it shall eat the fruit thereof. Matthew 15:18-20
(18) But those things which proceed out of the mouth come
forth from the heart; and they defile the man. (19) For
out of the heart proceed evil thoughts, murders, adulteries,
fornications, thefts, false witness, blasphemies: (20) These are
the things which defile a man: but to eat with unwashen

239 . hands defileth not a man. Psalms 45:1-2 (1) My heart
Insert ¶ #
is inditing a good matter: I speak of the things which I have
made touching the King: my tongue is the pen of a ready writer.
(2) Thou art fairer than the children of men: grace is poured
into thy lips: therefore God hath blessed thee for ever.
* The Mouth has a way of revealing what is in the
heart of man whether the words are spoken in private
or in public. Now, the false prophet (ess) or witches

240 . Use ritualism, music, tarot cards, horoscope, etc to obtain
Insert ¶ #
results that they desire however it causes more harm than
good because they tap into demonic spirits to obtain
whatever results they desire but they fail to realize
that those demonic entities can overpower them because they
have opened up themselves and others to those spirits.
However, God will use a prophet to stand up against
what's attempting to destroy his people so a lot of times
the prophet and prophetic ministry is rejected because people

80
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

241. are looking for temporary fixes since the root of a
*Insert ¶ #*
problem is too complex, painful, and time consumming in order to correct the issue. When we are in this place it's easier to listen to people who tell you what you want to hear than to have to face the variety of emotions that show up when you have been deceived, lied on or lied to, pushed away, indoctrinated, misled, etc. However, the only way for healing to truly happen is by people being willing to

242. accept the truth so that they can be set free.
*Insert ¶ #*
The Holy Ghost is the spirit of Truth, then there's the spirit of error because the person didn't know any better, and finally the spirit of falsehood which is when a person is intentionally deceiving people. Revelation 13:15- And he had power to give life to the image of the beast, that the image of the beast should both speak, and cause that as many as would not worship the image of the beast

243. should be killed. Romans 1:18-32 [18] For the wrath of
*Insert ¶ #*
God is revealed from heaven against all ungodliness and unrighteousness of men, who hold the truth in unrighteousness; [19] Because that which may be known of God is manifest in them; for God hath showed it unto them [20] For the invisible things of him from the creation of the world are clearly seen, being understood by the things that are made, even his eternal power and Godhead, so that they are without excuse. [21] Because that, when they knew God, they glorified

81
Page Number

24:4 *Insert ¶ #* him not as God, neither were thankful; but became vain in their imaginations, and their foolish heart was darkened. 22 Professing themselves to be wise, they became fools, 23 And change the glory of the uncorruptible God into an image made like to corruptible man, and to birds, and four-footed beasts, and creeping things. 24 Wherefore God also gave them up to uncleanness through the lusts of their own hearts, to dishonor their own bodies between

24:5 *Insert ¶ #* themselves; 25 Who changed the truth of God into a lie, and worshiped and served the creature, more than the Creator, who is blessed for ever. Amen. 26 For this cause God gave them up unto vile affections: for even their women did change the natural use into that which is against nature: 27 And likewise also the men, leaving the natural use of the woman, burned in their lust one toward another; men with men working that which is unseemly, and receiving in

24:6 *Insert ¶ #* themselves that recompense of their error which was meet. 28 And even as they did not like to retain God in their knowledge, God gave them over to a reprobate mind, to do those things which are not convenient; 29 Being filled with all unrighteousness, fornication, wickedness, covetousness, maliciousness; full of envy, murder, debate, deceit, malignity, whisperers, 30 Backbiters, haters of God, despiteful, proud, boasters, inventors of evil things, disobedient to parents, 31 Without understanding, covenantbreakers, without natural affection, implacable, unmerciful: 32 Who knowing

82

Civil Rights Complaint Pursuant to U.S.C. § 1983

247. the judgement of God, that they which commit such Insert ¶ # things are worthy of death, not only do the same, but have pleasure in them that do them. *** False Prophets according to 2 Thessalonians 2:9-14 (9) Even him, whose coming is after the working of Satan with all power and signs and lying wonders, (10) And with all deceivableness of unrighteousness in them that perish; because they received not the love of the truth, that they might be saved. (11) And for this cause

248. God shall send them strong delusion, that they should Insert ¶ # believe a lie; (12) That they all might be damned who believed not the truth, but had pleasure in unrighteousness. (13) But we are bound to give thanks always to God for you, brethren beloved of the Lord, because God hath from the beginning chosen you to salvation through sanctification of the Spirit and belief of the truth: (14) Whereunto he called you by our gospel, to the obtaining of the glory of our Lord Jesus Christ.

249. * The methods of the False Prophets * 1 John 2:15- Insert ¶ # (15) Love not the world, neither the things that are in the world. If any man love the world, the love of the Father is not in him. (16) For all that is in the world, the lust of the flesh, and the lust of the eyes, and the pride of life, is not of the Father, but is of the world. (17) And the world passeth away, and the lust thereof: but he that doeth the will of God abideth for ever. (18) Little children, it is the last time: and as ye have heard that

Civil Rights Complaint Pursuant to U.S.C. § 1983

250. antichrist shall come, even now are there many antichrists; whereby we know that it is the last time. (19) They went out from us, but they were not of us; for if they had been of us, they would no doubt have continued with us: but they went out, that they might be made manifest that they were not all of us. * Let me break down the words (1) image, (2) sound, (3) logo after a few scriptures to paint the TRUE PICTURE... Genesis 1:26-27

251. (26) And God said, Let us make man in our image, after our likeness: and let them have dominion over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth. (27) So God created man in his own image, in the image of God created he him; male and female created he them. Genesis 2:7 - And the LORD God formed man of the dust of the ground, and breathed into his nostrils

252. the breath of life; and man became a living soul...

Here's the words (1) image, (2) sound, (3) logo breakdown. (1) image is imago in Latin meaning LIKENESS, appearance, statue, idea, echo. To me image can also mean image (I+Mage= eye magic meaning illusion) (2) sound root word in Greek is phone. Sound is a type of wave motion that originates as the vibration of a medium. In order to speak or sing, you must add sound to letters. So in this breakdown of sound I am going to use the Phoenician Alphabet which is the

84

Page Number

253. Early Linear Script that was used to write the Early Iron Age Canaanite languages. The 14th letter in the Phoenician alphabet is nun which is the phonemic representation of N and the numerical value of 50. Nun is believed to be derived from an Egyptian hieroglyph of a snake (serpent). In all languages the "n" represents the alveolar nasal. The voiced alveolar nasal is a type of consonantal sound used in numerous spoken

254. languages. The symbol in the international Phonetic Alphabet that represents dental, alveolar, and postalveolar nasals is "n". A dental consonant is a consonant articulated with the tongue against the upper teeth. Alveolar consonants are articulated with the tongue against or close to the superior alveolar ridge, which is called that because it contains the alveoli (the sockets) of the upper teeth. Post-alveolar

255. consonants are consonants articulated with the tongue near or touching the back of the alveolar ridge. The Phoenician alphabet was used to write the Early Iron Age Canaanite languages, subcategorized by historians as Phoenician, Hebrew, Moabite, Ammonite, Edomite, as well as Old Aramaic. Logos in Ancient Greek means word, discourse, or reason thats used in Western philosophy, psychology, and rhetoric; it connotes an appeal to rational discourse that relies on inductive and deductive reasoning. - In Christianity "Logos" means

Civil Rights Complaint Pursuant to U.S.C. § 1983

256. The Word of God (John 1:1 - In the beginning was the Word, and the Word was with God, and the Word was God). See, this is why the deception has been so much when it comes to spells, cross of words, and playing with the Bible in the form of manipulating, indoctrinating, controlling, labeling, stealing, and altering. This has occured using ① Image, ② sound, ③ Logos because whoever governs the Word of God as

257. a steward is who controls or frees the people and their inheritance. So in this case we can see their motive at heart, which is their ability to play God in order to flee from judgement. Basically, while they're playing as God (false messiah) with their weapons of sorcery they are also leading people into Idolatry. They are also fleeing from judgement by pretending to be somebody that they are not and that's also how extortion is happening.

258. All this means is that the false prophets (messengers) represents Revelation 13:11 - And I beheld another beast coming up out of the earth, and he had two horns like a lamb, and he spake as a dragon. *That sums up the three words ① Image = eye magic (appearance) ② sound = phone in Greek, and in the phoenician Alphabet the letter n (representation) which is the word nun that resembles a snake (serpent) in Egyptian hieroglyphs. Another meaning of nun (female) is the word Monk (male) and they are found in the religions of Catholicism, Lutheranism, Oriental Orthodoxy,

86

Page Number

259. Eastern Orthodoxy, Calvinism, Angelicanism, and Methodism. Insert ¶ # They are also found in Indian Religions such as Hinduism, Buddism, and Jainism. ⑥ Logos= word, discourse or reason. Discourse means - written or spoken communication or debate. The word discourse is derived from the Latin prefix "dis" meaning "away" and the root word "currere" meaning "to run" and refers to the way that a conversation flows. To study discourse is to analyze the use of spoken or

260. written language in a social context. Logo also represents Insert ¶ # a graphic mark, emblem, or symbol used to aid and promote public identification and recognition (it can also include text of the name it represents as in a wordmark). Logo is another form of trademark or branding (sounds like mark of beast in the forehead because of perception due to the fact that Logos originally stands for The WORD of God and not the words of the world) 2 Corinthians 4:1- ① Therefore

261. Seeing we have this ministry, as we have received mercy, Insert ¶ # we faint not; ② But have renounced the hidden things of dishonesty, not walking in craftiness, nor handling the word of God deceitfully; but by manifestation of the truth commending ourselves to every man's conscience in the sight of God. ③ But if our gospel be hid, it is hid to them that are lost: ④ In whom the god of this world hath blinded the minds of them which believe not, lest the light of the glorious gospel of Christ, who is the image of God should shine unto them.

Civil Rights Complaint Pursuant to U.S.C. § 1983

262. Another example of false prophets handling the word of God deceitfully to blind the minds of humanity in order to keep them in darkness and away from Jesus Christ of Nazareth being their savior is: Revelation 1:8 I am the Alpha and Omega, the beginning and the ending, saith the Lord, which is, and which was, and which is to come, the Almighty. The word Alpha means: 1st letter of Greek alphabet, the vowel sound represented by this letter (a) Alpha, Astronomy.

*Insert ¶ #*

263. used to designate the brightest star in a constellation. Chemistry (of an animal) having the highest rank in dominance of hierarchy: the alpha female of an elephant pack. Next, the word alphabet. alpha above definitions + bet = second letter in Phoenician alphabet and the letters name means "House" now put them together and you get Alpha= Astronomy + bet = house (Astronomy House or House of witchcraft). then omega = the 24th letter in the greek alphabet which is the last letter and the word omega means "great O". Finally before I add it up the

*Insert ¶ #*

264. last part is the movie Alpha and Omega for kids in which Alpha is a female wolf and Omega is a male wolf. Now, all this sum up to ① The movie Alpha and Omega equals Wolf(Beast)= "IMAGE (eye magic.)" ② The Alphabet equals to "Astronomy House, House of Witchcraft, Babylon" meaning "SOUND-Phone in Greek" ③ The word Alpha equals 1st letter of greek alphabet, the vowel sound of the letter (a), Alpha, Astronomy, Alpha Centauri (triple star system in southern constellation of Centaurus/south pole) meaning "LOGOS" equals the mark of Beast in Hand (Phone) & Forehead (movies, tv, digital realm) Technology

*Insert ¶ #*

*Page Number*

* They swapped WHICH with WITCH because it's mentioned 3 times symbolizing TRINITY (Alpha Centauri) not the Father, Son, and Holy Ghost... (Revelation 1:8)

## SEASONS of The False Prophets Deception, Pimping & Harlotry

265. False prophets (THEIR END / The End of their) Matthew 7:15 ⑮ BEWARE of false prophets, which come to you in sheep's clothing, but inwardly they are ravening wolves. ✳ Now let's go to Genesis 1:14 - And God said, let there lights in the firmament of the heaven to divide the day from the night; and let them be for signs, and for seasons, and for days, and years... Here are a few seasons and Holidays that have a different meaning or overlooked meaning. #1 Autumn, also know as fall has Halloween in its season. Ironically, by autumn being labeled as fall and Halloween being labeled All Hallow's Eve, this pagan holiday is demonic, satanic, and full of devil worship as it indoctrinates the children since the children are the next generation. Autumn/Fall indirectly glorifies the serpent for causing eve to fall in the garden. Genesis 3:1 - Now

262. the serpent was more subtile than any beast of the field which the LORD God had made. And he said unto the woman, Yea, hath God said, Ye shall not eat of every tree of the garden ✳ This was the first voice (sound) that Eve heard after being created. This was the first time the serpent twisted the word of God (Logos). Genesis 3:4-6 ④ And the serpent said unto the woman, Ye shall not surely die: ⑤ For God doth know that in the day ye eat thereof, then your eyes shall be

89

Civil Rights Complaint Pursuant to U.S.C. § 1983

208. opened, and ye shall be as gods, knowing good and evil. ⑥ And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make one wise, she took of the fruit thereof, and did eat, and give also unto her husband with her, and he did eat. ✳ This is the second time she heard his voice (sound) as he twisted the Word of God (logos) just to plant a picture in her head

209. (image). Genesis 3:7-8 ⑦ And the eyes of them were both opened, and they knew that they were naked; and they sewed fig leaves together, and made themselves aprons. ⑧ And they heard the Voice of the LORD God walking in the garden in the cool of the day: and Adam and his wife hid themselves from the presence of the LORD God amongst the trees of the garden. ✳ This is where her eyes opened however they were naked so

210. they made them some clothes to cover up their nakedness which makes sense on why clothing is a tool people use to project a certain image in society. This is also how Figueroa became a hoe street where women walk around naked to make some money. This is also a reprentation of the police showing up on prostitution streets and the men and women hide themselves when they see or hear the police, like Adam & Eve did to God. Mind you, this passage also shows that Eve finally heard the

90

Civil Rights Complaint Pursuant to U.S.C. § 1983

21. lords voice; however it was after the serpent had already talked to Eve and caused them to fall. So basically, Autumn symbolizes Adam and Fall symbolizes going downward and the Halloween symbolizes Hollow Eve. This is crossing of words also known as twisting words which is exactly what the serpent did to Eve. The crossing of words is where perversion (a twisted truth) and witchcraft (word curses) were birth out in the garden of Eden when Eve believed the

*Insert ¶ #*

22. serpent then ate of the tree of good and evil. In this season the serpent used the same tactics perversion (a twisted truth) and witchcraft (word curses) however this time the tree of good and evil (knowledge) was "MONEY", the perversion used as weapons in this season is sexuality, identity, education, career, technology, religion, family, faith, Bible, morality, etc. The witchcraft used as weapons are spells, lies, slander campaigns, influential peddling, obstruction of justice, and Biblical scriptures used to manipulate, exploit,

*Insert ¶ #*

23. blackmail, etc. the people. So, what happened here is something we see everywhere in the world right now. It was the enemy intentionally using such tactics against the people so that they'd fall which then helps him profit off of the demise, destruction, downfall, and/or death so that he can advance his kingdom. Another name that goes with Autumn/Fall is the words "Harvest Season" which is considered the gathering of the fruit of ones labor. That means the enemy has used the words Autumn, Fall, Halloween (Hollow Eve), and

*Insert ¶ #*

91

Page Number

274. Harvest Season to indirectly mock Adams fall behind *Insert ¶ #* Eve listening to the serpent which caused their disobedience to God to cause them to produce the serpent a harvest. The word "Hallow" means to make holy, sanctify, consecrate, to honor as holy; consider sacred; venerate, to hallow a battlefield. The etymology of the word "ween" is the slang word for penis. Venerate means to regard with great respect; revere. Eve is defined as: ① the evening, or the day before a

275. spesial day ② Mother of all living (Genesis 3:20). ※ In *Insert ¶ #* the Western christian practice, the liturgical (customary public ritual of worship) celebration begins with its first vespers (evening prayer) in Catholic Latin/Eastern rites, Eastern Orthodox, Oriental Orthodox, and Lutheran liturgies on the evening of 31 October, All Hallows Eve (All Saints Eve) and ends at the compline (night prayer) of 1 November. This is the day before All Souls Day (the commemoration of the poor souls in purgatory and gain them indulgences) on 2 November.

276. Roman Catholics take part in this portion of Allhallowtide (a *Insert ¶ #* "Allhallowtide" 3 day religious observation called a triduum). Allhallowtide is a "time" to remember the dead, including martyrs, saints, and faithful christians. Hallowsday (All saints' day) and thus of its vigil (Halloween) was established for Rome perhaps by Pope Gregory III (731-741) and was made of obligation throughout the Frankish Empire by Louis Pious in 835. In the 11th century All Souls' Day was popularized, after Abbot Odilo established it is a day for the monks of Cluny and associated monasteries to pray for the dead. ※ When

92
Page Number

277. I see "Allhallowtide" being called a triduum to me
Insert ¶ #
it symbolizes a "false Trinity"; in fact it doesn't symbolize
anything because it is a "false trinity" when it comes to
Christianity and I have many reasons for renouncing
this as a part of Christianity. The first reason is since
the church was "built" off of Jesus' then the only Trinity is
The father, The Son, and The Holy Ghost. The second reason is
Luke 20:38 - For he is not a God of the dead, but of the living;

278. for all live unto him. Matthew 8:21-22 And another of
Insert ¶ #
his disciples said unto him, Lord, suffer me first to go and
bury my father. 22 But Jesus said unto him, Follow me;
and let the dead bury their dead. Numbers 6:11 - And the priest
shall offer the one for a sin offering, and the other for a
burnt offering, and make an atonement for him, for that
he sinned by the dead, and shall hallow his head that same
day. Numbers 16:48 - And he stood between the dead and the

279. living, and the plague stayed. Numbers 19:11 - He that toucheth
Insert ¶ #
the dead body of any man shall be unclean seven days.
Numbers 19:16 - And whosoever toucheth one that is slain with
a sword in the open fields, or a dead body, or a bone of a man, or
a grave, shall be unclean seven days. Finally 3rd reason, is because
God says let the dead bury the dead; so ritualism
and days of religious prayers for the dead are all
done in vain; they go against the words of Christ which
means they symbolize The Anti Christ! To conclude this

230. topic using a steganography for the words Autumn, Fall Halloween (HallowEve) and Harvest Season I will decode a perverted meaning hiding in plain sight. HallowEve = Holy Mother of all living + Halloween = sanctify the penis + Autumn = of Adams' + Fall = Falling nature + Harvest Season (put it all together) Holy mother of all living sanctify the penis of Adam's falling nature; Holy mother of all living sanctify the evening of November 2nd as All souls day in remembrance of the harvest season

231. of the dead (this is just what I got from looking at the words. But when I was researching Thanksgiving because its the next holiday which is still considered to some as being Autumn also known as fall; I found under Black friday MY 2 aunts and one of their husbands plus I found the word SACS. The word SAC means Southern Association of Colleges and Schools. It's headquarters are in North Druid Hill Georgia near Decatur in the Atlanta Metropolitan area and Decatur Georgia is where my

232. partner was born. So this confirms my halloween assumption about Adam and Eve) Let me also breakdown "Allhallowtide" which is called a triduum according to Catholicism. As I said before triduum is a false trinity because it's for the dead and God is a living God. "Allhallowtide" means "Hallow = consecrate" + "tide = flood" (put it all together) "Total consecrated flood" and since its pertaining to the dead it will be a "totally consecrated flood of the dead (from October 31 - Nov 2)". I cast out any spirit of infirmity that came into people's lives through pride, rejection,

94

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

233. trauma, accidents, witchcraft in the name of Jesus Christ of Nazareth. Lord, I command all spirits of lust, perversion, adultery, fornication, uncleanness, and immorality to come out of our sexual character in the name of Jesus Christ of Nazareth. I command all spirits of witchcraft, sorcery, divination, and occultism to come out in the name of Jesus Christ of Nazareth. I speak to all generational and hereditary spirits operating in our lives through curses to be bound and cast out in the

234. name of Jesus Christ of Nazareth. I command all spirits operating in my back, spine, sexual organs, skeletal system, stomach, navel, abdomen, mind, heart, spleen, kidneys, liver, pancreas to come out in the name of Jesus Christ of Nazareth Amen. ※ Autumn, also known as Fall has Thanksgiving in its season. The story of Thanksgiving is stated to had been first celebrated on September 8, 1565 in St Augustine, Florida. It was the Native Americans and

235. Spanish settlers that held a feast as the Holy Mass was offered. A second Thanksgiving celebration occurred on American soil on April 30, 1598 in Texas when Don Juan de Oñate declared a day of Thanksgiving to be commerated by the Holy Sacrifice of the Mass. The Catholics considered Squanto, the Native American man to be the beloved hero of Thanksgiving. Squanto mediated between the Puritan Pilgrams and the Native Americans. He had been enslaved by the English but was freed by Spanish Franciscans. Squanto was a baptized Catholic Native American who

95

Civil Rights Complaint Pursuant to U.S.C. § 1983

286. orchestrated what became known as Thanksgiving. ✱ The Franciscans are a group of related mendicant (Roman Catholic religious orders that have adopted for their male members a lifestyle of poverty, traveling, and living in urban areas for purposes of preaching, evangelizing, and ministry to the poor.) Other mendicant orders are : Order of the Most Holy Trinity and of the Captives (The Trinitarians) the founding-intention for the order was the ransom of Christians held captives. In addition to ransoming

*Insert ¶ #*

237. Christian captives their ministry included hospitality, care of the sick and poor, churches, education, etc. The ransom is for the Christians that are held captive by Muslims. The Order of Preachers also known as the Dominican Order was founded to preach the gospel and to oppose heresy. The order is famed for its intellectual tradition by having produced many leading theologians and philosophers. This order was also into Mysticism which refers to the conviction that all believers have the capacity to experience God's love and that this

*Insert ¶ #*

238. love may manifest itself through brief estatic (religious ecstacy)

*Insert ¶ #*

(ecstacy= is also a drug pill people use to get high and enjoy sexual pleasures) experiences, such that one may be engulfed by God and gain immediate knowledge of him, which is unknowable through the intellect alone. (No wonder ecstasy was so big in the black communities.) The Patron Saints under this order is Saint Dominic (Dominic de Guzman; born in present day Castile-Leon, Spain) He is the patron saint of astronomers and natural scientists. Saint Mary Magdalene the one who witnessed the crucifixion & burial of Jesus plus she was the first person to see

96

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

288 . him after the Resurrection. Saint Mary Magdalene is the patron saint of Apothcaries (pharmacist and chemist), Arahal, Spain (a place in the path where stopping to rest) in Arahal, Spain their are a few monuments like Nta. Sra. de la Victoria Church, Vera-Cruz church (founded by Knights Templar which is a Military order of the Catholic Church), Nta. Sra. del Rosario convent (of the Rosary Convent), San Roque Church (protion against diseases and healer of contagion of all kinds), Santa Maria Magdalena parish-church, and finally San Antonio Hermitage (retreat).

290 . Atrani, Italy (sound like a tranny. aka transexual), Casamicciola Terme (Main Sights: Church of Saint Antonio al Mortito dedicated to Saint Anthony of Padva born in Lisbon Portugal, was given the title Doctor of the Church. Anthony's attributes consisted of the: Franciscan habit, lily (purity, innocence, and rebirth), book (a medium for recording information), tonsure (practice of cutting or shaving hair as a sign of religious humility or devotion in Catholicism; *I believe this is hypocrisy because Sampson was an Israelite warrior and judge who was know for his prodigious strength that came from his hair until

291 . Delilah found out where his strength came from then she cut his hair to weaken him), holding the Infant Jesus, mule (a hybrid between a female horse and a male donkey meaning Jackass. Anthony of Padva is the patron saint of Custody of the Holy Land (the mission of the Custody of the Holy Land is to guard "the grace of the Holy Places" of the Holy Land and the rest of the Middle East, "sanctified by the presence of Jesus" as well as pilgrims visiting them, on behalf of the Catholic Church. Activities owned by the Franciscan order are : Terra Santa College in Nicosia, Cyprus, and Magnificat Institute in Jerusalem. The

97

Page Number

292. Custody has a communication department in charge *Insert ¶ #* of the official media in the Holy Land, which is based at the Terra Sancta College in Jerusalem that has a multimedia centre broadcasting news programmes in different languages, an editorial office of the Christian Media Center and the Terre Sainte Magazine in French.) Anthony of Padua is patron saint of Miracles (my daughter who is in foster custody name), travelers, finding one's spouse (saints like cupid), pregnancy (I haven't been able to conceive with my

293 partner Antonio), harvests (all my resources have been held/dried up for 6 years) *Insert ¶ #* animals, lost souls (there's many of those like never before), lost people (people been disappearing), poverty (USA is in a famine), sterility (my partner), the sick (USA was hit with Covid 19 killing thousands of people), the disabled (USA is full of disabled people), the oppressed (all over the world), the hungry (All over the world), the elderly (All over the world), faith in the Blessed Sacrament, sailors, fishermen (need more soul winners for Jesus), watermen (paganism: Poseidon, Oceanus, Amphitrite, etc); swineherds, mail carriers (my mail and other people mail has been tampered with), counter-revolutionaries, indigenous

294. peoples of the Americas, etc.) * Now back to Mary Magdalene (where *Insert ¶ #* I found Anthony of Padua) She is the patron saint over the rest of these: Ischia (Italian Island in the Tyrrhenian Sea), Contemplative life (lifelong journey to God in prayer and worship), converts (religious conversion), glovers (maker of gloves), hairdressers, Kawit (a province of Cavite, Philippines whose sister city is Sakaegawa, Japan), Amadeo, Cavite (in Philippines), Magdalena (Laguna Philippines), Santa Magdalena (in Philippines), perfumeries, people ridiculed for their piety (piety = virtue), pharmacists, Pililla (in Philippines), penitent sinners, tanning (is

Civil Rights Complaint Pursuant to U.S.C. § 1983

295. the process of treating skins and hides of animals to produce leather),
Insert ¶ sexual temptation, and women. Catherine Siena attributes are: ring, lily, cherubim (a winged angel according to bible), crown of thorns (was placed on Jesus head for his crucifix), stigmata (body wounds that appear in areas corresponding to the wounds of Jesus Christ), crucifix, book, heart, skull, dove, rose, miniature church, miniature ship bearing Papal coat of arms (mark of beast in my eyes). St Catherine Siena is the patron saint of: against fire, bodily ills, people ridiculed for their piety, nurses,

296. Sick people, miscarriages, Europe, Italy, Diocese of Allentown,
Insert ¶ Pennsylvania, US; Bambang, Nueva Vizcaya (in Philippines), and Samal Bataan (Philippines). You have just read the 3 saints, their attributes, and patronage (what/who the "protect or pray for); The 3 saints under the Dominican Order that you just learned about was St Dominic, St Mary Magdalene, and St Catherine. Before I go back to St Francis, I will name a few more saints over certain topics ① St Cecilia attributes: flute, organ, roses, violin, harp, Baritone,

297. harpsichord, songbird, singing. St Cecilia patron of: Hyms, great
Insert ¶ musicians, luthiers, poets, Albi, France, Archdiocese of Omaha, Mar del Plata, Argentina (Pope Francis is from Argentina) & Pipe Organs ② Saint Jesus Malverde, born in Sinaloa Mexico. Jesus Malverde is patron of Mexican drug cartels, drug trafficking, outlaws, bandits, robbers, thieves, smugglers, people in poverty (he became a Saint in Sinaloa, Folk Catholicism) ③ St Maximilian attributes: Franciscan habit, Rycerz Niepokalanej (a Polish Roman-Catholic monthly magazine), Nazi concentration prison uniform,

99
Page Number

298. Nazi concentration camp badge, crucifix, rosary. He is

*Insert ¶ #*

the patron of: families, recovery from drug addiction, prisoners, amateur radio operators, journalists, political prisoners, pro-life movement, esperantists, militia immaculate (army of the immaculate one) His face was also commemorated on a West Germany stamp in 1973. ④ St Genesius of Rome is the patron saint of: Actors, playwrights, clowns, comedians, comics, converts, dancers, musicians, printers, stenographers, epileptics, thieves & torture victims. ⑤ Saint Columba

299. of Spain they celebrate her on September 17 annually (*this

*Insert ¶ #*

is my partners birthdate). St Columba of Spain is the patron of magic, witches, magicians, wizards, hags, andorra, chevilly & galicia. Her shrine is at Old Castile, priory of St Columba and the royal Abbey of Our Lady at Najera. ⑥ Saint John Bosco is the patron of christian apprentices, editors, publishers, students, young children, magicians, juvenile delinquents, Piura Peru, Brasilia Brazil ⑦ St Albertus Magnus aka Albert the Great/Albert

300. of Cologne he is the patron of those who cultivate the

*Insert ¶ #*

natural sciences, medical technicians, philosophers, and scientists. His scientific career fields were: natural science, alchemy, jurisprudence, diplomacy, theology, and Natural philosophy. His main interests: philosophy, physiology, mineralogy, astrology, geography, astronomy, music theory, natural science, alchemy, jurisprudence, diplomacy, theology, and natural philosophy. *** Returning to The franciscans (explanation) they are a group of related mendicant Christian religious orders within the Catholic Church. It

100

Page Number

301. Was founded in 1209 by the Italian saint Francis Insert ¶ # of Assisi, the Order of Friars Minor was for men. Their Motto is: Peace and the good and their ministry consisted of preaching, missionary, educational, parochial, & charitable works. The Order of Saint Clare which is the Franciscan's second branch was founded by Clare of Assisi and Francis of Assisi on Palm Sunday, this order is for nuns. St. Francis had a third order which was for people

302. of both sexes that were married but couldn't leave Insert ¶ # the world or abandon their avocations, but still were part of the Franciscan movement. He also had a Secular Franciscan order that let men and women make a spiritual commitment to their own Rule. however the Secular Franciscan fraternities can not exist without the assistance of the first and second Franciscan Order. Since Clare of Assisi is one of the founders for the Order of Saint Clare (2nd branch of the

303. Franciscan Order) I will describe her attributes: Monstrance, Insert ¶ # Pyx (boxwood receptacle), lamp, habit of the Poor Clares. Saint Clare is the patron of: eye disease, goldsmiths, laundry, television, bicycle messengers, good weather, needleworkers, remote, viewing, extrasensory perception, Santa Clara, California; Santa Clara Pueblo, New Mexico, Obando, Bulacan, Philippines. Saint Francis attributes were: Franciscan habit, birds, animals, stigmata, crucifix, book, and a skull. Saint Francis of Assisi was patron of: Franciscan Order, poor people, ecology

Civil Rights Complaint Pursuant to U.S.C. § 1983

304. animals, stowaways, merchants, Aquada (town in Puerto Rico); Naga, Cebu (in Philippines); Balamban, Cebu (in Philippines), Dumanjug, Cebu (in Philippines); General Trias (in Philippines), and Italy (THE END of THE FRANCISCANS under Saint Francis of Assisi). Finally, here are a few names of people and places with the word "Franc" in the beginning? In year 1539, France was the 1st Country to establish a nationwide population register using the Catholic parish register. Francis Solanus born

*Insert ¶ #*

305. March 10, 1549 - July 14, 1610 was a Spanish Friar and Missionary in South America, belonging to the Order of Friars Minors (the Franciscans) and is honored as a saint in the Roman Catholic Church. He is the patron saint of ARGENTINA, BOLIVIA, CHILE, PARAGUAY, PERU, also against earthquakes. He was born in Montilla, Spain and he died in Lima, Peru! (3) Francis Albert Lai born in Nice, Alpes-Maritimes, France. He was a Film score

*Insert ¶ #*

306. Composer who did music for film. (4) Francis Patrick Mary Brown was a distinguished Irish Jesuit and a prolific photographer (did the photos of RMS Titanic). He also was a military chaplain during First World War. He was born in Cork, Ireland and died in Dublin, Ireland. (5) Francis Brown Wai was born in Honolulu Hawaii and he died in Leyte Philippines. He was a US Army Captain who was killed in action the liberation of Philippines Island from Japan. (End of Topic.

*Insert ¶ #*

for Thanksgiving which led me to The Franciscans). Some people call thanksgiving "FRANKSGIVING" ~~Page Number~~ because of Franklin D. Roosevelt.

307. Black Friday is not an official holiday in the U.S. *Insert ¶* but California and some other states observe "The Day After Thanksgiving" as a holiday for state government employees. The SouthPark neighborhood of Charlotte, North Carolina is the most trafted area of the US on Black Friday. The neighborhood was once a part of a 3,000 acre (1,200ha) farm owned by former North Carolina Governor Cameron Morrison. The front entrance to the mall is on Sharon Road. * Right here.

308. under the Black Friday topic based on SouthPark I see *Insert ¶* my aunt Charlottes name in whom she is married to Morris' her husband and then I see my Sharon's name as well and she's my other aunt (they both worked with kids) plus she's Charlottes older sister as well.) Then, when you scroll down and click on Transportation infrastructure (wikipedia search SouthPark, Charlotte) you will see bus #'s for their transit system (C.A.T.S.= Charlotte Area Transit System); #29 (UNC Charlotte/

309. (crosstown) click on UNC Charlotte and it will redirect you *Insert ¶* to University of North Carolina at Charlotte then you will see the school information. When you see accreditation is shows SAC and and a little further down you see the word Chancellor with the name Sharon Gaber (mind you Sharon is the name of my aunt who worked at a childcare, Sharon is also the mom of my cousin Dominka (who messed with me when I was around 1 (incest/homosexuality) and Sharon has a son named Steven who messed with me til I was almost 17 years old (incest) all behind another parties witchcraft,

310 . perversion, narcissism, Scandal, etc. that was coming from people misusing their position of power that was supposed to lead people to Jesus Christ of Nazareth in Italy. Messed my head up to actually come to the reality of the depth of my pain that was stemming from a part of the world that I've never seen. But to make things Norst in order to confirm my statement then return to the rest of my story let me show you Italy's (Babylon/Rome) scandal that reaches "ALL OVER THE WORLD". Catholicism

311 . is a Christian church that "VENERATE" (to honour or very much respect a person or thing) basically to venerate means to "reverance, worship". Catholicism venerates people & things who they feel are worthy of being given respect for their attributes or past accomplishments. Now there's nothing wrong with wanting to respect the accomplishments of others from the past because that's how generations learn from each other. (Disclaimer: what I am about to say will open your mind to another

312 . Level of thinking that comes from the wicked, depraved, and perverse mind of the enemy but it will also confirm why God gave certain commandments to protect His people.) Now, the way that Catholicism venerates people or things is in a form of Idolizing the dead while attempting to control the present so that they can ensnare the future generations. "Let me pin their moves so that I can paint their picture and I'm going to paint their picture so that "YOU" may be able to pin their moves (quote by Victoria Dillburt 12L) ① They put a seal on you at birth (footprint,

104
Page Number

313. birth certificate, social security number (2) They have their
*Insert ¶ #*
professionals monitor your whole life (pediatrician, dentist, etc)
*Please remember this Beast is a system with Billions of peoples identity
inside that it controls & NOBODY IS EXCEMPT WHETHER YOU ARE RICH, POOR, FREE,
or BOND & race doesn't MATTER PERIOD!!!)* Now, I understand there were
systems before this time however those were destroyed but the one that
has been put in place today came from Catholicism and France was
the first country to use their registry in 1539 (the Catholic Parish Registry).

314. See, people fail to realize that while Europeans were playing
*Insert ¶ #*
the game "Scatter Africa" the mother land that they were learning
other peoples way of living, culture trends, inventions (like Asia,
Egypt, Babylon, etc) so that they could build, divide to conquer,
steal/replicate to rename as their own. They wrote things
down in their own words (better yet in their own languages) because
playing with sound and words is a subtle way to manipulate
a person who lacks the knowledge of the truth which brings me

315. to my next point) (3) As a child (modern days) you are expected
*Insert ¶ #*
to go to school in order to learn what is necessary to be
accepted in their system (professional field) because they
know you gotta make money to live in their world (but what
people fail to realize is in their world they make money off of
you being in their system as soon as your born and they use
you to make money as soon as you die. Ex: funeral, debt, fraud, etc).
(4) In the professional field they make money off of you,
they also tax you (which is more money), then you have to

105
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

31b. pay them to live (bills, entertainment, food, travel, child care, etc) now when I say them I talking about the chain of command that consists of countries debt, international trade, governments (federal & state), corporations, & even streets (depending on the person).

5 Now to bring it full circle and back to European & Catholicism, Europe Kings & Queens rule different countries under different titles. The Roman Catholics have their churches planted in different countries under different titles (ex: ArchDiocese of Atlanta

317. Catholic Church, East Orthodox Catholic Church, Roman Catholic Church, etc) also different positions of hierarchy such as Pope, priest, nun, etc and they have sub categories that range from Education, Hospitals, Finances, military orders, etc. So with all this being said, here's two kingdoms that worked together on conquering everybody else until the other kingdom got out of hand and moved with betrayal.

6 However, the betrayal came into full affect after

313. the legalization of same sex marriages in 2015 because same sex marriage (under Barack Presidency) is when the spirit of Perversion was activated which only means a twisted truth. So, what that did was Awaken the dead, the demons, witches, etc that was already put into place by the idolatry of both Kingdoms which consisted of them coveting, stealing, & entertaining the paganism of other peoples religions now don't mistake that I am saying that it didn't exist already because thats not what I am saying instead I am saying the mixing of the religions caused strange fire. So the confusion at hand _____ is because of the truth and the lie colliding.

Civil Rights Complaint Pursuant to U.S.C. § 1983

106

319. Christmas December 25

*Insert ¶ #.*

Christmas is an annual festival commemorating the birth of Jesus Christ, observed primarily on December 25 as a religious and cultural celebration among billions of people around the world. The history behind Christmas is vague so I will break down Santa Claus also known as Father Christmas, Saint Nicholas, etc. Since Saint Nicholas is venerated

320. by the Catholic church I will talk about him. He was

*Insert ¶ #*

born March 15, 270 (Roman Empire) and he died December 6, 343 (Roman Empire, Diocese of Asia). Little was known about the historical Saint Nicholas however one of his most famous incidents from his life is that it was said that he rescued three girls from being forced into prostitution by dropping a sack of gold coins through the window of their house each night for three nights so their father could pay a dowry for each

321. of them. Saint Nicholas is the patron saint over these

*Insert ¶ #*

categories: Children, coopers, travelers, sailors, fishermen, merchants, broadcasters, the falsely accused, repentant thieves, brewers pharmacists, archers, pawnbrokers, unmarried people, prostitutes, Prilep, Aberdeen, Galway, Russia, Greece, Hellenic Navy, Liverpool, Bari, Siggiewi, Moscow, Amsterdam, Lorraine, Royal School of Music and Duchy of Lorraine, students in various cities and countries around Europe & Russian Navy. Another thing about Saint Nicholas is that he was a monk

107
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

3≥2. and he was born in Patara, Turkey. ✱ After Saint Nicholas

*Insert ¶ #*

the prominence of Christmas Day increased gradually after Charlemagne, also known as Charles the Great who was King of the Franks (a Germanic speaking people whose land was divided into different kingdoms like ⓐ West Francia became the Kingdom of France, East Francia became the kingdom of Germany, and Middle Francia became the kingdom of Lotharingia in the north, Kingdom of Italy in the south, and the kingdom of

⅛3. Provence in the west.) Charles the Great was King of

*Insert ¶ #*

the Franks from 768 when he was crowned as the Emperors of the Romans by Pope Leo III on December 25, 800. Pope Leo III was the bishop of Rome (the pope which was head of the worldwide Catholic Church and he was ruler of the papal states which were the major states of Italy.) ✱ So basically, if Christmas is supposedly the day to ~~worship the birth of Jesus then what Jesus are people worshipping?~~ because Saint Nicholas who

⅜4. is supposedly, the pagan representation of Jesus Birth

*Insert ¶ #*

because Saint Nicholas allegedly lived in a crypt near Bethlehem where the Nativity of Jesus is believed to have taken place and thats where the Church of Saint Nicholas in Beit Jala, a christian town of which Nicholas is the patron saint. Then you have Charles the Great who was crowned Emperor of Rome on December 25,800 and then you also have Jesus Malverde who is a drug lord and they made him a saint in the catholic church located in Sinaloa, Mexico? So what Jesus is really being

108

*Page Number*

*25 , represented by the church and the pagan holidays.

*Insert ¶ #* Also, one of Santa's sayings is: Ho, Ho, Ho Merry Christmas and what I see when I hear that is Horace Marriage Christ's Massacre, which is exactly what they tried to do, thinking that they were cheating me out of my inheritance (that's where we are now) Horace also stands for Ho Race which would symbolize Babylon's Mystery The Mother of Harlots and the abominations of the

*26 . Earth (Revelation 17) which is the first Bridegroom and *Insert ¶ #* Bride then after Babylon falls comes the marriage of the lamb. However, under this guise of treachery we see that Hamas has hit Israel which lets us know that all those individuals (Muslims) are the seeds of the serpent because if they weren't then they would have never touched "The Holy Land". Also, they go by the name Hamas which people will say is from Ham who is one of

*27. Noah's son and that would further prove that they *Insert ¶ #* are all Cananites and Europe Kingdoms are Cain (same thing because Cain was cursed and Ham's son Canaan was cursed). Now, what people may have not known is "Yeshua Hamashiach" means "Jesus the Messiah" so why is Hamas proclaiming Allah and denouncing the very God that their name stems from? Do you know that Christmas (Santa Claus) is how they indirectly planted the seed of pimping and hoeing to our children because

109

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

328. the story of Saint Nicholas talks about him rescuing three girls from being forced into prostitution by dropping a sack of coins through the window of their house each night for three nights so their father could pay a dowry (the money, goods, or estate that a woman brings to her husband or his family in marriage) but that's not scripture! In Genesis 24:21-23, 29-40 [21] And the man wondering at her held his peace, to wit whether the LORD had made his

329. journey prosperous or not. [22] And it came to pass, as the camels had done drinking, that the man took a golden earring of half a shekel weight, and two bracelets for her hands of ten shekels weight of gold. [23] And said, Whose daughter art thou? tell me, I pray thee: is there room in thy father's house for us to lodge in? [28] And the damsel ran, and told them of her mother's house these things. [29] And Rebekah had a brother, and his name was Laban: and

330. Laban ran out unto the man, unto the well. [30] And it came to pass, when he saw the earring and bracelets upon his sister's hands, and when he heard the words of Rebekah his sister saying, Thus spake the man unto me; that he came unto the man; and behold, he stood by the camels at the well. [31] And he said, Come in, thou blessed of the LORD; wherefore standest thou without? for I have prepared the house, and room for the camels. [32] And the man came into the house: and he ungirded his camels, and gave straw and provender

110
Page Number

:31 . for the camels, and water to wash his feet, and the

Insert ¶ #

men's feet that were with him. And there was set meat before him to eat: but he said, I will not eat, until I have told mine errand. And he said, Speak on. And he said, I am Abraham's servant. And the LORD, hath blessed my master greatly; and he is become great: and he hath given him flocks, and herds, and silver, and gold, and menservants, and maidservants, and camels, and asses.

:32 . And Sarah my master's wife bare a son to my master

Insert ¶ #

when she was old: and unto him hath he given all that he hath. And my master made me swear, saying, Thou shalt not take a wife to my son of the daughters of the Canaanites, in whose land I dwell: But thou shalt go unto my father's house, and to my kindred, and take a wife unto my son. And I said unto my master, Peradventure the woman will not follow

:33 . me. And he said unto me, The LORD, before whom

Insert ¶ #

I walk, will send his angel with thee, and prosper thy way; and thou shalt take a wife for my son of my kindred, and of my father's house: Genesis 24: 50-53 Then Laban and Bethuel answered and said, The thing proceedeth from the LORD: we cannot speak unto thee bad or good. Behold, Rebekah is before thee, take her, and go, and let her be thy master's son's wife, as the LORD hath spoken. And it came to pass, that, when Abraham's servant heard their words, he worshiped

///

Page Number

33Y. the LORD, bowing himself to the earth. (33) And the

Insert ¶ #

servant brought forth jewels of silver, and jewels of gold, and raiment, and gave them to Rebekah: he gave also to her brother and to her mother precious things. *** Now that you know what the scriptures say, you see with your own eyes that the story of Saint Nicholas story is a perverted (twisted truth) of God's word. However, Dowries have long

stealing from

35. histories in Europe, South Asia, (Africa) and other

Insert ¶ #

parts of the world but not in United States. Middle East still practices the Dowry system however in India, dowry is called Dahez in Hindu, and Jahez in Arabic among the Islamic Community. In other parts of India (eastern) the dowry is called Aquuhnpot. Dowry is a payment from the bride's family to the bridegroom's family upon marriage. In Pakistan,

35b. the dowry is called Jahez in Arabic. Pakistan's Muslims

Insert ¶ #

make dowry an obligation in Islamic practice. In 95 percent of all marriages in Pakistan involves transfer of a dowry from the bride's family to the groom's family. In Afghanistan the dowry is called Jehez it is transferred from the bride's family to the groom's family. *** This is called PIMPING not a marriage, a woman isn't supposed to pay a man to be married and this is what Jesus Christ died on the cross of

112.

Page Number

337. Calvary for, his death was for the remission of humanities sin so how can you put a price on a person (male or female) when Christ gave his life for ALL HUMANITY. Then to make matters worst they used Christmas as a way to plant the seed of Harlotry/athiesm. Ho, Ho, Ho Merry Christmas seem so innocent to the naive however then you have the question of have you been naughty or nice? Even in some places

338. they have a person dressed up as Santa and the child goes to sit on a strangers lap just to take a picture while their parents are talking about how cute the child looks. What that parent doesn't know is that subconsciously that gets programmed into a child's mind, So, as they're growing up they remember those moments which then confises them when their parents say stay away from strangers or don't accept

339. nothing from strangers. Instead of the child asking their parent why? they leave with a sense of confusion because, Santa Claus is a ① stranger ② he gives good gifts, we celebrate the ③ birth of the savior during that time, and they were allowed to ④ sit on a strangers lap to take a picture that the ⑤ parent said was cute. It's something so simple as a holiday, movie, music video, video game, etc. that plant and water seeds of twisted truths (lies & perversion), # 1, 2, 4, & 5 all look innocent as 1 & 2 hides in front of Christ (purity, sacrificial love, etc) the 3 & 4 hides behind Christ's ~~#3~~ Page Number Pureness of character but 1, 2, 3 & 9 are

training tactics to be prostituted whether it be on the streets, on stage, on T.V., at a job, to get a degree, or government assistance, etc.

3⁄10. Now during Christmas season which is Winter there's a such thing as Christmastide. Its different days of celebrations during Christmas time and here's the list: Dec. 25 - Christmas, Dec 26 - St. Stephen's Day, Dec 28 - Childermas, Dec 31 - New Years Eve, Jan 1 - the feast of the circumcision of Christ or the Solemnity of Mary, Mother of God, and The feast of the Holy Family (date varies). * Saint Stephen's Day is to celebrate him as the first christian

*Insert ¶ #*

3⁄11. martyr. Saint Stephen's Day is celebrated on Dec 25 in Armenia and Dec 26 other Christianity. His attributes are: red martyr stones, dalmatic, censer, miniature church, Gospel Book, martyr's palm, orarion. He's the patron saint of: altar servers, native american Pueblo, bricklayers; casket makers, Cetona, Italy, deacons, headaches, horses, Kessel-Lo, Belgium; masons, etc. The next holiday is Dec 28 called Childermas (Massacre of the Innocents) this day is pertaining

*Insert ¶ #*

3⁄12. to children ✕✕✕ Valentines Day is the feast of Saint Valentine was known as a Bishop in the Roman empire who ministered to persecuted christians. He was martyred and his body buried on the Via Flaminia on February 14, which has been observed as the feast of Saint Valentine also known as St. Valentine's Day since the eighth century. He is also a patron saint of Terni, Italy; epilepsy, affianced couples, against fainting, beekeepers, happy marriages, love, mentally ill peoples, plagues, Lesvos (for Catholics) Lesvos

*Insert ¶ #*

114

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

343. is also called Lesbos which is a Greek Island located in the northern Aegean Sea. The region includes the island of Lesbos, Chios, Ikaria, Lemnos, and Samos. A third of Lesbians live in the capital, while the remainder are in small towns & villages. The larges are Plomari (the southernmost on Lesbos Island & not too far from Plomari is the church of Agios Pantekimonas with the Saint Pantaleon who is a saint over physicians, apothecaries, midwives, livestock, *Insert ¶ #*

344. lottery, lottery winners and miseries, lottery tickets; invoked against headaches, constipation, beasts, witchcraft, accidents and loneliness; helpers for crying children). Kalloni is after Plomari then Gera Villages (Gera Lesbos is named after a lesbian city called Hiera (sounds like hierarchy) that may have been Portus Hieraeus). After Gera there's Agiassos, Eresos, and Molyvos (the ancient Mythimna) all this falls under Saint Valentine (Valentines Day). *** Now, let's talk *Insert ¶ #*

345. About names and death because this will prove a point I will make later on in the packet. The Catholic Encyclopedia and other hagiographical (is a biography of a saint or an ecclesiastical leader, as well as, by extension, an adulatory and idealized biography of a preacher, priest, founder, saint, monk, nun or icon in any world's religions (NOT the REAL thing because this is IDOLATRY & WORSHIP OF THE DEAD). Christian hagiographies ascribed to men and women are canonized (declaration of a deceased person as an officially recognized *Insert ¶ #*

115

Page Number

346. saint) by the Roman Catholic, Eastern Orthodox, Oriental Orthodox Churches, and the Church of the East (is also called East Syriac Church, Church of Seleucia-Ctesiphon, the Persian Church, the Assyrian Church, the Babylonian Church, or the Nestorian Church was the Eastern Christian Church of the East Syriac Rite based in Mesopotamia. It was one of three major branches of Eastern Christianity that arose from the Christological controversies of

347. At 5th & 6th centuries, alongside the Oriental Orthodox Churches and the Chalcedonian Churches (whose Eastern branch became Eastern Orthodox Church) Since the latter half of the 20th century three churches in IRAQ claim the heritage of the Church of the East. Meanwhile, the East Syriac churches in India claim the heritage of the Church of the East in India.) The East Syriac Churches or East Syrian Rite also called the Edessan Rite, Assyrian Rite, Persian

348 Rite, Chaldean Rite, Nestorian Rite, Babylonian Rite Or Syro-Oriental Rite is an Eastern Christian liturgical rite. It originated in Edessa Mesopotamia however it is now the Church of the East and established themselves in modern-day Kerala. The Church of the East and Catholic Church split in 431 AD through the Council of Ephesus, in 1994 the Assyrian Church Patriarch Mar Dinkha IV and Pope John II signed a common declaration in Vatican. The Common Christological Declaration (1994) document

116
Page Number

349. asserted that the split that occurred due to the Council *Insert ¶ #* of Ephesus in 431 was "due in large part of misunderstandings," affirmed for both that " CHRIST IS TRUE GOD and TRUE MAN " then recognized "each other as sister churches" and vowed to resolve remaining differences. ✱ Now returning to my explanation of hagiographies it is when men & women are canonized as saints. The Roman Catholics, Eastern Orthodox, Oriental Orthodox, and Church of the East

350. that canonize deceased human names as saints in the *Insert ¶ #* Christian Church (THIS IS IDOLATRY & WITCHRAFT) Now, the other religions that also create and maintain hagiographical text concerning saints, gurus and other individuals believed to be imbued with sacred power is Buddhism, Hinduism, Taoism, Islam, Jainism, and Sikhism (such as Sikh Janamsakhis (biography of Guru Nanak- the founder of Sikhism who travelled as a missionary and went to mythical places

351. such as Mount Meru (sacred mountain of Hindu, Jain, and *Insert ¶ #* Buddhist cosmology which is the center of their spiritual universe) The last part presents him as settled in Kartarpur with his followers. Sikh writers were competing with mythological stories about Muhammad created by Sufi Muslim in Medieval Punjab region of South Asia). Hagiographic works, especially those of the Middle Ages (in the history of Europe the middle ages lasted from the 5th. to the late 15th century while aligning with the post-classical period of global history.)

117

Page Number

32. The Middle Ages can incorporate a record of institutional *Insert ¶ #* and local history, and evidence of popular cults, customs, and traditions. However, when referring to modern, non-ecclesiastical works, the term hagiography is often used today as a pejorative reference to biographies and histories whose authors are perceived to be uncritical or excessively reverential toward their subject. ✱✱ ✱ So as you can see every saint that has been

33. canonized in these churches, religions, and other *Insert ¶ #* forms of spirituality such as occultism, paganism, and any form of mysticism that may fall under the above ritualism that occurs in these churches all are very symbolic in everyday life of humanity. Let me explain myself to help you further understand what I mean: In 1994, The Common Christological Declaration was signed that affirmed that "CHRIST IS TRUE GOD) and

34. TRUE MAN" due to a misunderstanding from the past. *Insert ¶ #* But when I see a title such as: The Common Christological Declaration after seeing what's all connected to the foundation of the parties involved I see the perversion of a sick person's mind hidden in plain sight. I see: "The common Crysto (Crystal) logical D clar" (Clair is a civil parish in Madawaska County, New Brunswick, Canada. The parish has bodies of water at least partly in the parish: Saint John River and Thompson Lake. Saint John River (Bay of Fundy is a bay between Canadian provinces of

118

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

355. of New Brunswick and Nova Scotia, with a small portion *Insert ¶#* taching the U.S state of Maine. It is an arm of the Gulf of Maine. The River Sources are Big Salmon River, The Magaguadavic River is known as the "River of Eels" once you translate the words "Malisect/Passamaquoddy. Passamaquoddy had an oral history supported with visual imagery. This indian tribe has been forced off their original lands from the 1800s. They have lived on off reservation trust lands in Five Maine counties such as Somerset

356. County, Franklin County (the county seat of farmington old territory of *Insert ¶#* the Canibas tribe of Abenaki Indians a group from Topsham. The town border the towns of Industry, New Sharon, Chesterville, Wilton, Temple, Strong, and New Vineyard. Franklin County Sites of Interest is Gamache and Hiram Ramsdell House (called the octagon house located on High and Perham Street. The house was built in 1850 by mason Cyrus **R**amsdell). Franklin County was named after Benjamin Franklin. The county high point is Sugarloaf

357. Mountain which is the 3rd mountain with the highest peak after *Insert ¶#* Katahdin's Baxter and Hamlin Peaks. Sugarloaf is south by Spaulding Mountain & Sugarloaf mountain is in Carrabassett Valley where Crocker mountain is as well (The Appalachian Trail crosses the western side of the town, climbing the slopes of Sugarloaf Mountain and the summit of Crocker Mountain). Hancock County was named after John Hancock. In Hancock County they have Cadillac Mountain which is located on Desert Island. Penobscot County

Civil Rights Complaint Pursuant to U.S.C. § 1983

358. and Charlotte County which was named after Queen Charlotte. *Insert ¶ 8* These were the five counties that the Passamaquoddy Indians lived in Maine. Returning to the Magaguadavic River in York County here's what I find in York County Saint John River and the Southwest Miramichi River (this river has its origin in Carleton County. Under Miramichi you'll find the Tributaries in which you will see Cains River which then flows through Crown land that is territorial area belonging to the monarch

359. of who has the Crown. Crown land provides the country *Insert ¶ 8* and the provinces with the majority of their profits from natural resources. In province Alberta, Crown land, also called public land is territory registered in the name of "His Majesty the King in right of Alberta (Charles III). Alberta, Canada has the Rocky Mountains which was the home to the indigenous people such as Indian tribes. Rocky Mountains have lake of the Woods. Lots of Woods also have Islands

360. and I will name a few: Copeland Island aka Camp *Insert ¶ 8* Stephens, Brush Island, Chapel Island, Magnusons Island site of the restored Fort St. Charles, Massacre Island, Ontario which is marked by a large wooden cross in the middle of the Island. In Australia, The Crown land is Victoria which is governed by Charles III. Now, returning back to Saint John River (Bay of Fundy) is a part of the border between New Brunswick and Maine. New Brunswick Settlements are Edmundston

120

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

361. Insert ¶ # which is a city in Madawoska County, New Brunswick, Canada. In 1851 it was named Edmundston after Sir Edmund Walker Head who was Lieutenant Governor of New Brunswick under the monarch of Victoria. In 1857 he was Privy Councillor and 1860 he was Knight Commander of the Order of the Bath. @ Saint John is a seaport city located on the Bay of Fundy in the province of New Brunswick, Canada. It is Canada's

362. Insert ¶ # oldest incorporated city, established by royal charter on May 18, 1785 during the reign of George III. The Reversing Falls are a series of rapids on the Saint John River located in Saint John, New Brunswick, Canada. This city is named after Saint John the Baptist who was canonized by the Dicastery for the Causes of Saints.) ✗✗✗ Returning to The Common Christological Declaration so I can get to my point about ritualism, occultism, paganism,

363. Insert ¶ # and mysticalism. The Common Christological Declaration or my view of their hidden perversion The Common + rysto (crystal) + Logical + D + Clair + ation = The seeming crystal mind deceived clear action, The coming Christ mind did clear action, or The coming Christ mind deception (devils agenda to keep Kingdom). All this was to show how the Church has raised up all these false gods to use in the form of witchcraft in order to attempt to deceive the people about Christ Jesus being the true messiah. The worship

Civil Rights Complaint Pursuant to U.S.C. § 1983

364. of the dead being witchcraft and the names of the Insert ¶ # individual who is canonized as a Saint comes with certain attributes and are the saints over certain categories, so whoever is born under that name is controlled by the Church (Roman Catholics) in their attempt to keep the Kingdom. The witchcraft is systematic (digital because the universe is the abode of Satan and his demons) Ephesians 2:2-5 Wherein in time past ye walked according to the course of this

365. world, according to the prince of the power of the air, Insert ¶ # The spirit that now worketh in the children of disobedience ③ Among whom also we all had our conversation in times past in the lusts of our flesh, fulfilling the desires of the flesh and of the mind; and were by nature, the children of wrath, even as others ④ But God who is rich in mercy for his great love wherewith he loved us, ⑤ Even when we were dead in sins,

366. hath quickened us together with Christ, (by Insert ¶ # grace ye are saved;). ※ The prince of the air is a spirit that is contrary to the Holy Spirit. The Holy Spirit is a teacher, comforter, friend, is gentle, etc but that other spirit is controlling, misleading, deceptive, subtle, manipulative, etc. The Holy Spirit does not have to use technology, science, astrology, tarot cards, etc to direct humanity and the Holy Spirit is a revealer of ALL truths. However, the

122

Civil Rights Complaint Pursuant to U.S.C. § 1983

367. prince of the air is using the same trick that the serpent used in the garden. #1 sound, #2 Twisting the Word #3 driving people into enslavement to his lies while driving people away from the presence of God. Let me show you what I mean with four words that will #1 sound similar but not the same #2 twist the words #3 one pair will be on a higher level because God is in it and the other pair will be on a lower frequency level

368. even though you can use both words in unlimited ways. Here's the 1st pair of words: Vows and Covenant Here's the 2nd pair of words: Vowels and Consonant Pair #1 moves on a higher frequency because God is the WORD (John 1:1 - In the beginning was the Word, and the Word was with God, and the Word was God. John 1:14 And the Word was made flesh, and dwelt among us, (and we beheld his glory, the glory as of the only begotten

369. of the Father,) full of grace and truth) since God is the Word that means that Vows represent 2 people promise to each other to become 1 in their Covenant with God (2 becoming 1) which is Unity. Pair #2 moves on a lower frequency because SPELLING is the WORD). Vowels is the pronunciation that is the sound of the letter and Consonant is the agreement between the letters in order to define the word. However you must spell the words correctly in order to get an understanding.

Ex: NUN = a female
NUN = a male monk
none = Nothing
Si = yes
see = look
sea = water

*Do you see how easy it was to change vows and consonants to get different words & results???

*God's Word stays the same with power unless man use God's word to manipulate the hearts of humanity

Page Number

370. Finally, to wrap up Valentines Day because its paganism; *Insert ¶ #* I like to say loving somebody isn't 1 time a year. Love takes work because in order to Love, you have to spend time with God. Love cannot be bought (not real love)! However, LOVE can be sacrificial not destructive. John 3:16 - For God so LOVED the world that he gave His only begotten son that whosoever believeth in Him should not perish but have everlasting life. 1 Peter 4:8 - And above all

371. things have fervent charity among yourselves: for *Insert ¶ #* charity shall cover the multitute of sins. 1 Peter 4:9 - Use hospitality one to another without grudging. Romans 5:5 And hope maketh not ashamed; because the love of God is shed abroad in our hearts by the Holy Ghost which is given unto us. Proverbs 13:12 - Hope deferred maketh the heart sick: but when the desire cometh, it is a tree of life. 1 Corinthians 11:3 -

372. But I would have you know, that the head of every *Insert ¶ #* man is CHRIST, and the head of the woman is the man; and the head of Christ is God. ** Basically, Valentines Day is a day of idol worship even though we celebrate our loved ones. But in all reality on Valentines Day we are actually celebrating St Valentine and what he (they) stood for which was epilepsy, Lesvos (lesbians), mentally ill people, plagues, and everything else I placed under this category. In fact, this goes for every holiday, church, and religion that has saints (idols). Romans 1:25 who changed the truth of God into a lie, and worshipped and served the creature more than the _____ Creator, who is blessed for ever. Amen.

*Page Number*

**✳ Is Easter about Jesus or Ishtar?**

373. ✳ **Easter** "The Celebration of the Resurrection of JesusChrist" Easter, also called Pascha or Resurrection Sunday, is a Christian Festival and cultural holiday commemorating the resurrection of Jesus from the dead, described in the New Testament as having occurred on the third day of his burial following his crucifixion by the Romans at Calvary c. 30 AD. It is the culmination of the Passion of Jesus Christ, preceded by Lent (or Great Lent), a 40-d

374. period of fasting, pray, and penance. Celebrations consist of church services, festive family meals, Egg decoration/egg hunt, and gift-giving. Easter is related to Passover (Jewish holiday that celebrates the Biblical story of the Israelites escape from slavery in Egypt.), Septuagesima, Sexagesima, Quinquagesima, Shrove Tuesday, Ash Wednesday, Clean Monday, Lent, Great Lent, Palm Sunday, Holy Week, Maundy Thursday, Good Friday, and Holy Saturday which leads up to Easter. and

375. Divine Mercy Sunday, Ascension, Pentecost, Trinity Sunday, Corpus Christi(day of the Most Holy Body and Blood of Christ), and finally Feast of the Sacred Heart which follow it. The Easter Bunny was First mentioned in Georg Franck von Franckenaus De ovis paschalibus (About Easter eggs) in 1682 referring to a German tradition of an Easter hair bringing eggs for the children. In ancient times, people believed the hair was a hermaphrodite (both sexes)(Easter Bunny). Easter eggs symbolize the empty tomb of Jesus, from which

Civil Rights Complaint Pursuant to U.S.C. § 1983

376. Jesus was resurrected because people saw eggs as a traditional symbol of fertility and rebirth. The christian church officially adopted the custom, regarding the eggs as a symbol of the resurrection of Jesus, with the Roman Ritual, the first edition of which was published in 1610 but which has texts of much older date, containing among the Easter Blessings of food, one for eggs, along with those for lamb, bread, and new produce. In 1874 German philologist 377 Adolf Holtzmann stated "The Easter Hare (Bunny) is unintelligle to me, but probably the hare was the sacred animal of Ostara the goddess. In 1961 Christina Hole wrote, "The hare was the sacred beast of Eastre (or Eostre), a Saxon goddess of Spring and of the dawn. Ostara and Eostre are the same. and theories tried connecting Eostre with re ____ of Germanic Easter customs, including hares and eggs however Eostre/Ostara are venerated in same

378. forms of Germanic neopaganism. *** Ishtar?
Ishtar Terra is the second largest of the three continental terrae regions on the planet Venus, the others being Aphrodite Terra and Ladda Terra. Ishtar is a highland region named after the Akkadian goddess Ishtar (the Akkadian Empire was the first ancient empire of Mesopotamia, succeeding the long-lived civilization of Sumer (earliest known civilization of Mesopotamia (now south-central Iraq). Ishtar also known as Inanna is the Mesopotamia goddess

126
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

379. of love, war, and fertility. She is also associated with beauty, sex, divine law, and political power. Her title was "The Queen of Heaven. Her planet is Venus, a few of her cult centers are Uruk, Agade, & Niner, her abode is heaven, and her symbols are hook-shaped knot of reeds, eight-pointed star, lion, rosette, dove. Individuals who went against the traditional gender binary (male/female) were heavily involved in the cult of Ishtar (Inanna). During Sumerian

380. times, a set of priests known as gala worked in Inanna's temples, where they performed elegies and lamentations. Men who became gala sometimes adopted female names. Some Sumerian proverbs seem to suggest that gala had a reputation for engaging in anal sex with men. During the Akkadian period servants of Ishtar dressed in female clothing and performed war dances in Ishtar's temples. Several of the Akkadian proverbs suggests that

381. they may have also had homosexual proclivities. In another Akkadian hymn, Ishtar is described as transforming man to women. With all this being said, Easter/Inanna is another false religion with pagan Gods that hid behind Jesus Christ so they could still the glory. Plus, all these different seasons/holidays are false prophets who represent witchcraft but haven't came out and told the truth about themselves in order to validate their insecurity now to finally

127

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

332. finalize this topic on Easter paganism and Ishtar by saying "The cult of Ishtar was long thought to have involved "sacred prostitution", "temple prostitution", "cult prostitution", and "religious prostitution" which are purported rites consisting of paid intercourse performed in the context of religious worship. In Ancient East these ceremonies were a part of the regions of Sumer for the goddess Ishtar & Babylonia for the

333. goddess Aphrodite. The terms associated with "Temple Prostitution" is: Abbess, Priestess, NUN, Hierodule Priestess, Cult Prostitute, A Class of Women, and Prostitute. The Hittites practiced sacred prostitution as a part of a cult of _____ - _____, including the worship of a mated pair of deities, a bull god (My opinion Baphomet) and a lion goddess, the mother goddess became prominent, representing fertility, and (in Phoenicia) the goddess who presided over

334. human birth. Venus was a temple of temple prostitution in Rome during the 4th century when Emperor Constantine closed down her temples. In India (Deva dasis) are temple priestess/prostitutes. In Japan "Miko" is a young priestess also known as a shrine maiden (prostitute). In Maya (southern Mexico, Guntemala, and Northern Belize) they had several phallic (relating to a penis) religious cult possibly including homosexual temple prostitution. In Aztec (now central & southern Mexico) they had prostitutes (pleasure girls). In Inca civilization

128

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

385. which is South America countries (Peru, Bolivia, Ecuador, Colombia, and Argentina) they dedicated young boys as temple prostitutes. The boys were dressed in girl clothing (transexual/Dionysus behavior). The chiefs and head men would have ritual sexual intercourse with them during religious ceremonies and on holy days. Some people even use Sex magic which is sexual activity used for witchcraft purposes (gotta be careful because you don't know people true motives) ✱ In South Asia, Hijra

*Insert ¶ #*

386. are eunuchs, intersex people, or transgender people who live in communities that follow a kinship system called guru-chela system (this is the Indian subcontinent). In Pakistan, they are known as Khauxja sira. In the Islamic spirituality they respect the term Khawajasira for transgender. India, Pakistan, and Bangladesh have a limited protection for such individuals. ✱✱✱ Wow, do you see the Harlotry of the System that's been governing humanity? These holidays, systems, and religions

*Insert ¶ #*

387. are ridiculous for prostituting the church for their own lustful desires and self gain. JESUS CHRIST OF NAZARETH is the ONE & ONLY TRUE LIVING GOD. It's time these people stop pretending to be GOD's CHOSEN because humanity is broken and in need of some healing but WHO & WHAT BROKE US CANNOT HEAL US and it's time they stop pretending like they can as they make money on our down falls that they caused. #REAL TALK! YOU'RE FORGIVEN but NOW YOU MUST STOP PLAYING GOD! 129

*Insert ¶ #*

## Saint Patrick's Day!!

388. Saint Patrick was a fifth-century Romano-British
Insert ¶ #
Christian messionary and bishop in Ireland. Known as
the "Apostle of Ireland" he is the primary patron saint
of Ireland, the other patron saints being Brigid of
Kildare and Columba. Patrick wasn't canonised however
he is venerated as a saint in the Catholic Church, the
Lutheran Church, the Church of Ireland (part of the
Anglican Communion), and in the Eastern Orthodox

389. Church, where he is regarded as equal to the apostles
Insert ¶ #
and Enlightener of Ireland. **** Saint Patrick was
born in Roman or sub-Roman Britain then he died in Ireland
His attributes are: Crozier, mitre, holding a shamrock, carrying
a cross, repelling serpents, harp. St Patrick is the patronage
saint of Ireland, Nigeria, Montserrat (it is nicknamed The
Emerald Isle of the Caribbean" both for its resemblance to
coastal Ireland and for the Irish ancestry of many of

390. its inhabitants) Montserrat's Anthem is "God save the
Insert ¶ #
King" and their national song is "Motherland" The capital
of Montserrat is Plymouth which is a ghost town. Plymouth
motto is: "God save the Queen" Due to Plymouth being the capital
and a ghost town, there's a new capital under construction
at Little Bay, with nearby Brades serving as the capital for
the time being. After the establishment of the first European
colony on the island in 1632, St Anthony's Church was established
in Plymouth in 1636 (this St Anthony's isn't Catholic) however

Civil Rights Complaint Pursuant to U.S.C. § 1983

391. Anthony Brisket was an Irish man who went to England to get money to build an Anglican church. The church was built several times due to earthquakes and hurricanes and as of 2021, the church is buried deep in the ash. * Little Bay is a port town under construction to be the future capital of the Island of Montserrat. * Brades has been the capital on Montserrat since 1998 with an approximate population of 1,000 people and the majority are Black * The Witchery

392. About Montserrat is that its Motto is "God Save the King" as an anthem and the national song is "Motherland" but when you go to Plymouth (the original capital) it is a ghost town with the Motto "God save the Queen" and its nickname is "The Emerald Isle of the Caribbean". Now in Plymouth, the ghost town is also where St Anthony's the Anglican church is buried under ash. On September 17, 1989 hurricane Hugo struck Montserrat destroyed a 130-foot

393. stone jetty in Plymouth's harbour and destroyed many other buildings. After the hurricane in 1989, Montserrat was hit by volcanic eruptions in 1995 which caused ash to fall across a wide area of Plymouth * Now, let me break this down, Montserrat is governed by the United Kingdom however its in the caribbean sea near Venezuela, Puerto Rico (U.S) Dominican Republic, Haiti, Jamaica & Cuba before reaching the United States. So, on August 26, 1988 I was born in Compton CA (mind you there is a Compton Surrey England). Also, I was born at Dominguez Hospital in Compton CA.

Civil Rights Complaint Pursuant to U.S.C. § 1983

394. On September 17, 1989 (the year of my birth) my partner who has Dominican in his bloodline turned 9 years old, this is also the same day that Plymouth the capital of Montserrat got hit by hurricane hugo. Montserrat Motto is "God Save the King", the national anthem is "Motherland", and Plymouth's motto is "God save the Queen" and its nickname is "Emerald Isle of the Caribbean." Basically, the U.K governs Monserrat however their anthem is Motherland when we all know that

395. Africa is the "REAL MOTHER LAND" so this sounds like somebody is trying to pretend to be who they are not. This is located in the caribbean sea meaning CA-RIB+BEAN which means the false Mother has displaced the title mother from its true foundation and placed it upon herself; this also reflects the church being in ROME instead of in Israel. Also, this shows the world being turned in the wrong direction because its backwards, the backwardsness seemed beneficial

396. for many such as White, Hispanic, Indian, & Chinese, etc however in reality, even though it was designed to affect, confuse, & misdirect the blacks; all it did was change the whole world from the foundation of truths into a perverted lie (that's why everybody else was able to cheat in attempt to steal the inheritance because they knew more about the Blacks history than the blacks did, due to alot of deception). In fact, to prove this claim from this topic; I'd like to add that after Plymouth got hit by hurricane (Hurry cane) Hugo

132

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

397. Its 180-foot stone jetty fell into Plymouth's harbour and destroyed other buildings and became a ghost town. This kind resemble how God destroyed the tower of Babel, changed their languages (which you see 3 languages), and scattered them throughout the earth. Now, remember that St Anthony's Church (none catholicism) was planted in Plymouth in 1636 by an Irish man named Anthony Brisket. However, right before 1636, in the year 1619 the term "computer" was used to define a

398. person who knew how to calculate or keep books. Then, fasting forward to 1636, add 140 years that will then lead us to the year 1776 which is when they broke away from King George III. So, basically what I got from this knowledge is that it was premeditated prior to the Blacks arrival in America in 1776 (now that's just my assumption). The calculations do add up pertaining to my assumption due to the fact that in the 1500's there was a line of separation

399. drawn in the Catholic church due to claims of the miscuse of power while leading the members to believe that they can pay to receive a lesser penalty. This is what brought upon the church dividing and the Protestants going their own way especially because they don't believe in the Pope playing the middle man. as if the Pope is God. The only issue with this whole situation is that this goes to show that the Catholic Church DID NOT accept the church people wanting to separate because He had his own evil

133

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

400. agenda in mind. Technically, the Roman Catholic's agenda was to overtake humanity, conquer the lands, place his and other people in positions that surround who he considers as outsiders. So, the only way to get away from here is to face the process of the journey that fulfills Biblical prophecy. This, is why the end time battle comes to play because the sorcery of the Roman Catholics. In fact, right now we see the truth unfolding before

401. our eyes every day. What we see right now is the end time battle, the antichrist deceiving the entire world, and a fight to overcome the deception at hand. Even, when you go to Revelation 12:1-6 it says: And there appeared a great wonder in heaven; a woman clothed with the sun, and the moon under her feet, and upon her head a crown of twelve stars: and she being with child cried, travailing in birth, and pained to be delivered. And there

402. appeared another wonder in heaven; and behold a great red dragon, having seven heads and ten horns, and seven crowns upon his heads. And his tail drew the third part of the stars of heaven, and did cast them to the earth: and the dragon stood before the woman which was ready to be delivered, for to devour her child as soon as it was born. And she brought forth a man child, who was to rule all nations with a rod of iron: and her child was caught up unto God, and to his throne. And the woman fled into

134

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

403. the wilderness, where she hath a place, prepared of God, that they should feed her there a thousand two hundred and threescore days. ** As you can see, they attempted to create a false version of Revelation by placing people in positions that would adhere to their agenda, cause the world to believe that other women were that great wonder in heaven (stealing worship again by falsifying identities) and that the true person was the red dragon. To break

404. it down using religion is you had people who were working for the red dragon (systematically) that worked to get rid of the black protestant church, to steal the inheritance, and to attack Israel- Roman Catholics used sorcery, the bible, etc. in order to attempt to be that woman however the results (fruit) that came from such evil has only been lack, perversion, drugs, violence, & pride. The reason this is so is because you know a tree by its

405. fruit. The fruit that came forth has been demonic, mind controlling & deceptive, etc. With all this being said, open your eyes and see the truth so that we know it was only by God that turned this whole situation around. Also, must I add that while they were pretending to be me, they were destroying the land as well while blackmailing me.

## The Living WORD vs Hypnosis Twisted Truth

406. Genesis 2:18-25 (18) And the LORD God said, It is not good
*Insert ¶ #* that the man should be alone; I will make him an help
meet for him. (19) And out of the ground the LORD God
formed every beast of the field, and every fowl of the
air; and brought them unto Adam to see what he would
call them: and whatsoever Adam called every living
creature, that was the name thereof. (20) And Adam gave
names to all cattle, and to the fowl of the air, and

407. to every beast of the field; but for Adam there
*Insert ¶ #* was not found an help meet for him. (21) And the LORD
God caused a deep sleep to fall upon Adam, and he
slept: and he took one of his ribs, and closed up
the flesh instead thereof: (22) and the rib, which the
LORD God had taken from man, made he a woman,
and brought her unto the man. (23) And Adam said,
This is now bone of my bones, and flesh of my flesh:

408. She shall be called Woman, because she was taken out
*Insert ¶ #* of Man. (24) Therefore shall a man leave his father and
his mother, and shall cleave unto his wife: and they
shall be one flesh. (25) And they were both naked, the
man and his wife, and were not ashamed.

### * EXPLANATION

Genesis 2:18 The LORD said it wasn't good for the man to be alone,
so he decided to make him a partner. (Amos 3:3 Can two walk together
except they be agreed?) Then God formed animal out of the ground

136

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

409. (just like he did when he took the dust of the ground to create Adam but there was one thing God didn't do to the animals like he did to Adam and that was to breathe the breath of life within them; so that is why he had Adam name the animals which made the animals subject to Adam's authority) Once Adam was done naming the animals the LORD still acknowledged that there was not a help meet (partner) for Adam which means that the animals are not his help meet because they are

410. on a lower level than the stance of Adam's authority. That's when the LORD caused a deep sleep to fall upon Adam, and he slept; and he took one of his ribs, and closed up the flesh instead thereof (Genesis 2:21). Now let me break down this verse real quick: the LORD caused a deep sleep to fall upon Adam... this saying is speaking on a physical form of sleep which can be manifested in subconscious ways like as a trance. Trances manifest in the form of mysticism which entails a direct

411. connection, communication and communion with the divine; yoga, sufism, shaman, umbanda, crazy horse, etc are different groups that use mysticism which alters the subconscious mind. In the military there's a such thing as "battle trance" that's a mental state when combatants do not feel fear and pain, they lose their identity and acquire a collective identity. You also have hypnotherapy which is a type of mind-body intervention. Hypnosis is used to create a state of focused attention and increased suggestibility in the treatment of a medical or

137

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

412. psychological disorder or concern. Next, the word Trance in American Christianity relates to "power or presence or the indwelling of God, or Christ, or the Spirits." In the 19th century the Anglo-American Protestant awakening brought about the psychology of religion which consists of the application of psychological methods and interpretive frameworks to the diverse contents of religious traditions as well as to both religious and irreligious individuals. Some of these experiences consist of

413. Uncontrolled bodily movements (fits, convulsions, catalepsy); spontaneous vocalizations (crying out, shouting, speaking in tongues); unusual sensory experiences (trances, visions, voices, clairvoyance, out-of-body experiences); and alterations of consciousness and/or memory (dreams, mesmeric trance, mediumistic trance, hypnosis, possession, alternating personality. Trance like states are often interpreted as religious ecstacy or visions. Some of the techniques vary from prayer, religious rituals,

414. meditation, breathwork, physical exercise, sexual intercourse MUSIC, DANCING, sweating, fasting, thirsting, and the consumption of psychotropic drugs such as cannabis. Sensory modality is the channel or conduit for the induction of the trance. Benevolent, neutral, and malevolent trances may be induced by different methods: (A) Auditory: driving through the sense of hearing by chanting, auditory storytelling, overtone singing, drumming, music, etc. (B) Disciplines: Meditation, yoga, etc. (C) Gustatory:

138

Page Number

415. driving through the sense of taste, and indigestion, including starvation, herbs, hallucinogens, and drugs. (D) Kinesthetic: driving through the sense of feeling and movement, (E) Miscellaneously: traumatic accident, sleep deprivation, nitrogen narcosis (deep diving), fever, by the use of a sensory deprivation tank or mind-control techniques, hypnosis, meditation, prayer, etc. (F) Naturally occurring: dreams, lucid dreams, euphoria, ecstasy, psychosis

416. as well as purported premonitions, out-of-body experiences, and channeling. (G) Olfactory: driving via scent through the sense of smell by perfume, pheromones, incense, flowers, pollen, indeed any scent for which we have an association or memory, etc; (H) Photic or Visual: driving through the sense of sight by yantra, visual story telling, mandala, cinema, theater, art, architecture, beauty, strobe lights, form constants, symmetry. (I) AUDITORY Driving and AUDITORY art: Charles Tart

417. provides the definition of auditory driving as being the induction of trance through the sense of hearing, this process is known as ENTRAINMENT (Brainwave entrainment refers to the observation that brainwaves will naturally synchronize to the rhythm of periodic external stimuli, such as flickering lights, speech, music, or tactile stimuli. As different conscious states can be associated with different dominate brainwave frequencies, it is hypothesized that brainwave entrainment might induce a desired state.) Back to auditory driving and auditory art; it says the usage

139

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

**410**. of repetitive rhythms to induce trance states is an ancient phenomenon. Throughout the world, shamanistic practitioners (the word shamanism derives from the Russian word šamán, which itself comes from the word samãn from a Tungusic language that is spoken by Tungusic people who are native to Siberia, China, and Mongolia. The Tungusic people are categorized under Southern Tungusic and Northern Tungusic; both of these categories have sub-categories. When you look up southeastern Tungusic there's a group called

**417**. Nanaic Group. Nanai also means "NaNk" (Nana is the nickname my mother called me). In the southeastern Tungusic peoples they also have under the Nanai (Gold, Goldi (which are one of the ethnic groups within the people's republic of China and the Russian federation) & Hezhen) after this group comes (Akani meaning brother, Birar which is a village in India, & finally the last word is Samagir). The last group in southeastern Tungusic is the Amur group which divides into Upper Amur, Central Amur, and

**420**. lower Amur. Ⓐ Upper Amur has the right-bank Amur (a river), Sungari meaning SUGAR (a river), and Bikin (Ussuri) in which Bikin (Ussuri) means the ceremony (Ussuri) (a river). Next group is Ⓑ Central Amur which has Sakachi-Alyan (also called Sikachi-Alyan & is a small Nanai village in Russia), Naykhin (basis of standard Nanai but not identical) Naykhin is a city in Russia, and Dzhuen (a city in Russia). Finally we have Lower Amur has Bolon (a lake), Ekon, and Gorin (a river in Russia). The Amur River is the Tenth largest river in the world and its

140

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

421. nickname is Black Dragon River. This Amur River also was a political body called the "Amur River Society" or the "Black Dragon society". This society was founded in Japan in 1901. During the Russo-Japanese War, annexation of Korea, and Siberian Intervention; the Imperial Japanese Army made use of Black Dragon society for espionage, sabotage, and assassination. The Black Dragons waged a very successful psychological warfare campaign in conjunction with the Japanese military, spreading disinformation and propaganda

422. throughout the region (seems as if this is another repeat when it comes to China and the industries propaganda and disinformation that's being spewed out through mainstream media). Methods of psychological warfare consists of: Demoralization, Propaganda radio stations, Renaming cities and other places when captured, such as the renaming of Saigon to Ho chi Minh City after communist victory in the Vietnam War (* This is how people have taken other people's land and labeled it their own), false flag events (this is

423. an act committed with the intent of disguising the actual source of responsibility and pinning blame on another party), terrorism, the threat of chemical weapons (this would be chem trails, drugs, etc in today's time), Information Warfare (fake news, social media information, reality shows, television, etc is promoting a lot of false information). According to Daniel Lerner who was in the Office of Strategic Services; most of these techniques were developed during World World I or earlier, and have been used to some degree in every conflict since. Lerner also divided the

424. psychological warfare operations into three categories which are: White propaganda (omissions and emphasis): Truthful and not strongly biased, where the source of information is acknowledged. Gray propaganda (omissions, emphasis, and may contain ethical/religious bias): Largely truthful, containing no information that can be proven wrong; the source is not identified. Black propaganda (commissions of falsification): Inherently deceitful, information given in the product is attributed to a source that was not

425. responsible for its creation. * Now that we understand psychological warfare let me explain Black Dragon's Influence after being disbanded in 1846. The Black Dragon Society was reconstituted in 1961 by Ōmori Sōgen as the Black Dragon Club. Their influence in United States came through the Ethiopian Pacific Movement and the Peace Movement of Ethiopia (Both African-American black nationalist organizations) claimed they were affiliated with the Black Dragon Society. As a part of their effort to support

426. such organizations, the Black Dragon Society sent an agent, Satokata Takahashi (sounds similar to Tehashi 69 who was labeled a snitch for telling and getting out of jail), to promote pan-Asianism and claim that Japan would treat them as racial equals. Satokata Takahashi became a patron of Noble Drew Ali and the Moorish Science Temple of America, Elijah Muhammed and the Nation of Islam, as well as the Pacific Movement of the Eastern World.

## IV. STATEMENT OF FACTS

(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)

127. Genesis 1:1: In the beginning God created the heaven and the earth. John 1:1-In the beginning was the Word, and the Word was with God, and the Word was God. Genesis 1:3-And God said, let there be light: and there was light. Genesis 1:6-And God said, Let there be a firmament in the midst of the waters, and let it divide the waters from the waters. Genesis 1:9-And God said, Let the waters under the heaven, be gathered

128. together unto one place, and let the dry land appear: and it was so. Genesis 1:14-And God said, let there be lights in the firmament of the heaven to divide the day from the night; and let them be, for signs, and for seasons, and for days, and years: Genesis 1:20- And God said, Let the waters bring forth abundantly the moving creature. that hath life, and fowl that may fly above the earth in

129. the open firmament of heaven. Genesis 1:22-And God blessed them, saying, Be fruitful, and multiply, and fill the. waters in the seas, and let fowl multiply in the earth. Genesis 1:26-And God said, Let us make man in our image, after our likeness: and let them have dominion over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth. Genesis 1:27- So God created man in his own image, in the image of God created

143

430 . be him; male and female created he them. Genesis 1:28- And God blessed them, and God said unto them, Be fruitful, and multiply, and replenish the earth, and subdue it : and have dominion over the fish of the sea, and over the fowl of the air, and over every living thing that Moveth upon the earth. Genesis 2:16.- And the Lord God commanded the man, saying, of every tree of the garden thou mayest freely eat. Genesis 2:17 - But of the tree. of the knowledge

431 . of good and evil, thou shalt not eat of it: for in the day that thou eatest thereof thou shalt surely die. *** Lets explain what I take from these scriptures *** Starting with Genesis 1:1 and John 1:1, these two scriptures to me are the foundation of perversion when it comes to the worlds system. See in Genesis 1:1 it says In the beginning God created the heaven and the earth then in John 1:1 it says In the beginning was the Word, and the Word was with God

432. And the Word was God. The perversion snuck in because in the worlds system they twisted up the origin, purity, and likeness of Gods Word in order to redefine the heaven and earth. The backwardness comes in because the world puts the heaven and earth before they put the Word which is God. However, at the beginning of the Book it states in Genesis 1:1 that God created the heaven and the earth. Then, it goes to Genesis 1:3 and begins by saying God said... Now, when you go to John 1:1 it says In the beginning was the Word, and the Word was with God, and the Word was God.

Page Number 144

433. So if in Genesis 1:1 it says God created the heaven and the earth, that is basically explaining that God visualized what He was going to create. Genesis 1:3 And God said, Let there be light: and there was light. This scripture is God teaching us the power of words (God said, let there be: and there was). That's an example of the supernatural being manifested into the natural realm. In other words, let's basically say that is sound and movement. ✳ This is why music,

433. moves, dances, etc. can easily go from something that started off innocent and then become something perverted. It's all about the vision (perception) of the individual that is creating the art. Whatever, visual the artist or creator had in mind while creating will be transferred to their content and whoever sees or hears that artist's work will then either grow from it or become destructive because of it. For example: The doctor tells

434. his/her patient that they have a sickness (remember the power of words) that's when the patient goes through a mental shock at the doctors office and the first thing the patient does is speak aloud what the doctor has just said because they're questioning the doctor. However what the patient doesn't know is by repeating the doctors diagnosis aloud that they have just made a verbal contract with the sickness and their body so the body begans to manifest signs of the sickness because of their own declaration, perception, and verbal agreement to their body for the sickness. Proverbs 13:29 Page Number Death and Life are in the power of the tongue and he that loveth eat the fruit thereof. So it's the Spirit Realm b4 the Natural Realm (to be taught later)...

*The serpent stole her seed & made them His Own through Sorcery, Education, Jobs, etc*

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

Insert ¶ #: Romans 8:28 And we know that all things work together for good to them that love God, to them who are the called according to his purpose. Matthew 11:25 At that time Jesus answered, and said, I thank thee, O Father, Lord of heaven and earth, because thou hast hid these things from the wise and prudent, and hast revealed them unto babes * Matthew 11:25 is why the Elite has always went after the children: ① Looking for the lamb and bride in order

Insert ¶ #: to pervert (twisted truth) their identity, image, and beliefs so that the Elite could rob them of their destiny. ② To steal from the youth their innocence (perversion as a weapon), creative ability from a pure form, and to rob and/or kill and God given insight, visions, or dreams (if they robbed them it was for capitalization and if they killed their gift it is to make sure nobody could see their true motive, expose their tactics, and overturn their position that was built from stolen

Insert ¶ #: power). Matthew 12:24-27 ㉔ But when the Pharisees heard it, they said, This fellow doth not cast out devils, but by Beelzebub the prince of devils. ㉕ And Jesus knew their thoughts, and said unto them, Every kingdom divided against itself is brought to desolation, and every city or house divided against itself shall not stand: ㉖ And if Satan cast out Satan, he is divided against himself; how shall then his kingdom stand? ㉗ And if I by Beelzebub cast out devils, by whom do your children cast them out? therefore they shall be your judges. * Matthew 12:24-27 = This passage of scripture is

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

...a revealer of multiple truths. there are a few. (24) Beelzebub (verse 24) in Greek (G954) is beelzeboul meaning dung-god, beelzebul, a name of Satan, Baal of (the) Fly, and in Hebrew (H1168) it would be Baal, a Phoenician diety. (H1167) it is a master, owner (like slavery) confederate (with H1285), adversary and according to (H1616) Baal means to have dominion (over) wife (like pimping and hoeing). (?) Beelzebub (Beelzebul & Be'al) are the princes of Satan (devils/demons). Job 41:34 (?) He beholdeth all high things: he is a king over all the

_____. children of pride. Job 41:34 is referring to Leviathan as being the King over the children of pride. John 8:42-45 says (42) Jesus said unto them, If God were your Father, ye would love me. for I proceeded forth and came from God; neither came I of myself, but he sent me. (43) Why do ye not understand my speech? even because ye cannot hear my word. (44) Ye are of your father the devil, and the lusts of your father ye will do. He was a murderer from the beginning, and

_____. abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it. (45) And because I tell you the truth, ye believe me not. Genesis 3:14-15 (14) And the LORD God said unto the serpent, Because thou hast done this, thou art cursed above all cattle, and above every beast of the field; upon thy belly shalt thou go, and dust shalt thou eat all the days of thy life. (15) And I will put enmity between thee and the woman, and

_____: between thy seed and her seed, it shall bruise thy head, and thou shalt bruise his head. (16) Unto the woman he said, I will greatly multiply thy sorrow and thy conception; in sorrow thou shalt bring forth children, and thy desire shall be to thy husband, and he shall rule over thee.

Insert ¶ #,

Summary: Matthew 12:24 (paraphrased) Beelzebub the prince of devils aka Belial Job 41:34 (paraphrased) King over the children of pride, John 8:44 (paraphrased) Ye are of your father the devil, Genesis 3:14 (paraphrased) And the LORD

_____: God said unto the serpent, because thou hast done this, thou art cursed above all cattle, and above every beast of the field... All these passages of scripture define different identities of the enemy of God (King of kings and LORD of lords) while using different names but speaking about the same spirit (ex: Beelzebub, King, Father the devil, and serpent). When speaking about his seed they are devils & children of pride, drug dealers (pharmaceuticals and big companies, etc.) hard to verify this passage is talking about

Insert ¶ #

_____: people in positions to lead by example the sheep that they are supposed to be watching or governing is because in Genesis 3:14 (paraphrased) God told the serpent that because of what he did (which was to use manipulation, deception, and perversion, a twisted truth based off of envy, wrong motives, twisting words that mislead people from GOD's Real Truth in order to gain control of their lives, and misrepresenting the TRUE God all in the while trying replicating God so that the people will serve the creative more than the creator) that the serpent would be cursed above all the cattle

Insert ¶ #

Civil Rights Complaint Pursuant to U.S.C. § 1983

_____. and every beast of the field. Right here in Genesis 3:14- Insert ¶ # Satan has become cursed because of his cunning ways that deceived Eve into leading Adam to rebel against God. After, being rebuked by God in Genesis 3:15, The LORD says to the serpent that he would put enmity between him and the woman and between his seed and the womans seed.. When God was speaking about the serpent seed and the woman's seed there's a distinction between the two that I will like.

_____. To clarify for the sake of God's undeniable TRUTH. Insert ¶ # First of all, MAN came before Woman when it comes to the order of how God created humanity. Secondly, MAN carry the seed of life, women carry the eggs that becomes impregnated by the mans seed, and then she carries the seed of life until the time is right to give Birth (that sounds like birthright) Thirdly, the woman gives birth to her child however in this case She gave birth to the serpents

_____. Seed first (due to her disobeying the divine instructions given to Insert ¶ # her husband) that's why many say she slept with the serpent but the truth behind Eve's fall is that she was deceived. So, before we talk about her seed let me explain her proclamation of being deceived (beguiled). First off, Eve was NOT created when GOD spoke to Adam and told him not to eat of the tree of knowledge, Also Adam had dominion over Gods enemy because he was given responsibility to dress (H5647=to serve), keep (H3104=to protect) and he was given authority over the animals (wasn't

Civil Rights Complaint Pursuant to U.S.C. § 1983

_____. it a serpent which is an animal who knew the Word but twisted it in order to deceive Eve?). Due to the fact that Eve came from Adams rib-that made her spiritually aware of what God told Adam. However, the serpent understood the Power of Gods Word that's why he did not go straight to Adam because Adam had the spirit of God (God blew the breath of life into Adam when He created Him) so Adam would discern the deception and also

_____. Adam had dominion over the animals. But Eve had not the spirit of God, had not heard God speak to her yet, and did not understand the Power of the Word of God being God Himself. Eve was questioned by the serpent about what God said pertaining to the trees in the garden (Genesis 3:1 - Now the serpent was more subtil than any beast of the field which the LORD God had made. And he said unto the woman, Yea, hath God said, Ye shall

_____. not eat of every tree of the garden? ) Let's break down Genesis 3:1 in Hebrew: Serpent (H5175= nâchâsh) meaning a snake from its hiss or according to H5172= nâchash meaning to hiss, whisper a (magic) spell; prognosticate (predict, foretell, indicate by signs, omen, (augur according to ancient Rome is a religious official who interpreted omens to guide public policy. Augurs are in the regions of Rome, Roma, Eternal City, Italian capital, capital of Italy because they indicate by signs and these signs bring bad news) divine, enchanter, use enchantment, learn by experience, (idiom) indeed, diligently observe. (*in my opinion just like an observatory).

Civil Rights Complaint Pursuant to U.S.C. § 1983

_____. was (H1961 = hâyâh) meaning (A) to exist, be or become, (B) come to pass, beacon (a fire (usually on a hill or tower) that can be seen from a distance) (C) A radio station that broadcasts a directional signal for navigational purposes, (3) a tower with a light that gives warning of shoals to passing ships. (D) came, has been, (E) were happened.
subtil (H6175 = ârûwm) meaning cunning (shrewdness as demonstrated by being skilled in deception), crafty, prudent. beast (H2416 = chay) meaning appetite, (wild) beast, company, congregation, maintenance,

_____. (phrase) merry, multitude. field (H7704 = sâdeh) meaning to spread out, country, ground, land, soil. LORD (H3068 = Yᵉhôvâh) meaning (the) Self-Existent or Eternal; Jehovah or according to H3050 = Yahh meaning the same, Jah, the sacred name, Juh, the Lord, most vehement. God (H430 = 'ĕlôhîym) meaning gods in ordinary sense but specifically used of the supreme God or according to H433 = 'ĕlôwahh meaning a deity) Now that I have broken down some of the words from Genesis 3:1 in Hebrew we can finally see

_____. why Eve felt like she was deceived (beguiled) by the Serpent. The serpent manipulated (twisted) The word of God which caused Eve to be bewitched by the serpents spell or enchantment. The way the serpent was able to bewitch Eve started with a question based upon him observing & (spying) and studying The Word of God (John 1:1 - In the beginning was The Word, and the Word was with God, and the Word was God. John 1:2 The same was in the beginning with God). The serpent was once with God so he studied God

___. who is The Word and that is how he was able to

Insert ¶ #

bewitch Eve with the word because she hadn't had a chance to get to know God before the serpent (sorcerer, magician, wizard, necromancer (one who practices divination by conjuring up the dead) (conjuring means calling up a spirit (spirit is defined as ①the vital principle or animating Force within living things,② the general atmosphere of a place or situation and the effect it has on people, ③ a fundamental emotional and activating principle determining one's

___. Character ④ any incorporeal supernatural being that can become

Insert ¶ #    Phones, TV, movies,etc.

visible (or audible) to human beings, ⑤ the state of a person's emotions (especially with regard to pleasure or dejection) ⑥ animation and energy in action or expression, ⑦ the intended meaning of a communication). Conjuring means calling up a spirit or devil (devil is defined as ① an evil supernatural being, ② a word used in exclamation of confusion, ③ a rowdy or mischievous person, ④ a cruel wicked and inhumane person Ephesians 6:12 for we wrestle not against flesh and blood, but against principalities,

___. against powers, against the rulers of darkness of this

Insert ¶ #

world, against spiritual wickedness in high places.) Eve was under the enchantment of the serpents word curse Genesis 3:4 And the serpent said unto the woman, Ye shall not surely die. Genesis 3:5 - For God doth know that in the day ye eat thereof, then your eyes shall be opened, and ye shall be as gods, knowing good and evil. Genesis 3:6 And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make

G

___. one wise, she took of the fruit thereof, and did eat, and gave also unto her husband with her, and he did eat. Genesis 3:7 And the eyes of them both were opened, and they knew that they were naked, and they sewed fig leaves together, and made themselves aprons. Genesis 3:8 And they heard the voice of the LORD God walking in the garden in the cool of the day: and Adam and his wife hid themselves from the presence of the LORD God

___. amongst the trees of the garden. *In Genesis 3:4 The serpent gives Eve a false promise & reassurance that she will not really die (he was speaking about the flesh of Eve but GOD was speaking about the Spiritial connection between Him and humanity). In Genesis 3:5-7 The serpent verbally painted Eve a mental picture that gave her a different perspective about herself while she was barely beginning to find out why she was created. So basically she didn't even

___. have an ideal yet of who she was and why she was created. So when the serpent verbally painted her a mental picture of her eyes being opened and her having the ability to be as gods that enticed her to eat due to her own lack of knowledge of God, herself, her husband, and their unity as a covenant. She gave it to Adam thinking that he wanted to know who he was as well due to the fact that she came from his rib but what Eve did not know was that Adam was the one that would give her the answers to who she was and he would

Civil Rights Complaint Pursuant to U.S.C. § 1983

H

_____. be the one to name her. However, due to Eve being Adams

*Insert ¶ #*

rib and them being joined together by way of the spirit it caused Adam to eat as well because they were still one even though God made two (because she came from him). However, due to Eve listening to the serpent she became King in the serpents kingdom (feminist agenda) and her demonic authority drove her which still conflicted with Adams authority and that caused strange fire which is still a form of sorcery. Thats how they realized that

_____. they were naked, they had the knowledge to get fig leaves

*Insert ¶ #*

and so them together to cover their nakedness and they named them aprons. In Genesis 3:8 Adam and his wife HID themselves from the presence of the LORD God amongst the trees of the garden. This is how you know that they were deceived because they really believed that they could hide from GOD. As if He wouldn't know that they were walking in a false light (sorcery) when it may have appeared to look like GOD but it didn't have the characteristics of God due

_____. to eating from the tree of knowledge. See, they had the image

*Insert ¶ #*

of God but not the HEART (motive behind why they did/do the things that they did/do) of the LORD. That was their fall because they got caught in the Intellectual side of life while forgetting to live by way of the spirit of the LORD. ***ⓔ Moving past this topic because it's a lot I can breakdown, let's now get to her seed. Genesis 4:12 says "And Adam knew Eve his wife; and she conceived, and bare Cain, and said, I have gotten a man from the LORD.ⓔ And she again bare his brother Abel. And

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.Abel was a keeper of sheep, but Cain was a tiller of the ground. Genesis 4:7-8 says: If thou doest well, shalt thou not be accepted? and if thou doest not well, sin lieth the door. And unto thee shall be his desire, and thou shalt rule over him. And Cain talked with Abel his brother: and it came to pass, when they were in the field, that Cain rose up against Abel his brother, and slew him. *Both sons came out of Eve however the difference

___.between the two was the intent of their hearts. Cain (serpent seed) had jealousy/envy towards Abel so he killed Abel for nothing that Abel did wrong to him. Abel (chosen seed) was only doing what the LORD put on his heart to do. Now Genesis 4:7 (paraphrased) is the LORD basically telling Cain why his offering wasn't pleasant in Gods eyes. What God was saying was that The MOTIVE of WHY you do, create, or speak something will determine in Gods eyes whether He is pleased. If your motive

___.is good he will see that but if your motive is bad then the enemy will play off of that. The serpent seeds are ill-willed towards others, they devise evil things, they are haters of God, etc. Her seed LOVE GOD with their heart, they're not perfect they have issues, however they are not out for self at the expense of somebody else, they don't intentionally devise plans, plots, systems, groups, etc to hurt others. They are Genuine, Broken, Rejected, Persecuted, different, etc. The matter (motive) of their heart is to improve the lives of others. Last but not least THEY LOVE JESUS CHRIST OF NAZARETH!

Civil Rights Complaint Pursuant to U.S.C. § 1983

J

Year table & added text to see the TRUTH

_____. In year 1616 B.C. There was a king named Ashurbanipal who ruled the Assyrian Empire. They labeled him the Genocidal King. He constructed the library of Ashurbanipal which was located in Nineveh, a city located in modern-day Iraq. In year 1616 in the Middle East the death of Ramla bint Abi Sufyan, a wife of Muhammad died. In year 1666 The French Academy of Sciences was founded by Louis XIV. In 1666, Isaac Newton discovered the spectrum of light, worked out

Insert ¶ #

_____. his system of fluxions the precursor of modern calculus, and then started considering gravity. **#I put all this together to let you understand the serpents seed from another aspect now all these highlighted areas are learned history so let me show you how I broke down the drug field that explains the perversion that has affected America but started on the other side of the world that is governed by Britain (U.K), Italy (Vatican), etc. 1) Adam & Eve's first son is Cain who killed his brother Abel. Cain = Cocaine (Poisons) or

Insert ¶ #

_____. Crack Cocaine (Bricks) that's Genesis 4:8 where Cain killed Abel. Genesis 4:11 is where God curses Cain for killing his brother HOWEVER this verse has been twisted (perverted too). Genesis 4:11- And now art thou cursed from the earth, which hath opened her mouth to receive thy brother's blood from thy hand; *In this verse of scripture, Cain who is the builder of the city (Genesis 4:17- And Cain knew his wife; and she conceived, and bare Enoch: and he builded a city, and called the name of the city, after the name of his son, Enoch) has transfered his curse through the arts and artist in order to get back

Insert ¶ #

Civil Rights Complaint Pursuant to U.S.C. § 1983

K

Built Drug Empire from Hatred of God

___. at God because of him killing his brother out of jealousy.

Insert ¶ #

Basically, the creative arts are weapons of sorcery against humanity in order mock God. Prime example of the twist In the Bible we call Gods Word Scriptures however in the industry of film when you're reading a piece for a part they call that a script. When we read the Bible we say chapter 3 verse 2 of whatever book we're reading. When people talk about music you may hear somebody say his verses were hot!

___. You may also hear them say his "bars" are fire (bars

Insert ¶ #

really symbolize a mental prison). The World has been stealing Gods word then creating a twisted version of the word as they steal from God to make money for Satan. Now, Back to drugs. In Genesis 9:20-25 Noah is drunk from wine and passes out after being in the Ark for 40 days that it was flooding; Noah had 3 sons Shem, Japheth, and Ham. Ham walked in on Noah passed out and naked so he goes and tells

___. his brothers. his brothers walk in the room backwards

Insert ¶ #

and covers up their dad. When Noah wakes up he says, Cursed be Canacun (for the perversion). The enemy twists up this story for drugs because Ham had a son named Cush (that's marijuana) and out of jealousy of Shem being blessed by God he turned Shem into Sherm (water because it was a flood) and he also turns Shem which is the bloodline Jesus is to come from (during these times) into a He/She. Revelation 6:8 (Pale Horse) symbolizes fentanyl Revelations 6:5 (Black Horse) symbolizes Heroin Revelation 4:6 (sea crystal clear as glass) symbolizes Meth (Crystal)

Why they build a drug empire to try to destroy my faith?

Science is 666

ONLY CHEMIST created drugs

## Step 1a. Understanding Cestui Que Vie Act 1666

## Existence of Life

**Cestui Que Vie**

London 1666, during the black plague and great fires of London, Parliament enacted an act behind closed doors, called Cestui Que Vie Act 1666.

The act being debated was to subrogate the rights of men and women, meaning all men and women were declared dead, lost at sea/beyond the sea. (back then operating in Admiralty law, the law of the sea, so lost at sea).

The state (London) took custody of everybody and their property into a trust. The state became the trustee/husband holding all titles to the people and property, until a living man comes back to reclaim those titles, he can also claim damages.

When CAPITAL letters are used anywhere in a name this always refers to a legal entity/fiction, Company or Corporation no exceptions. e.g. John DOE or Doe: JANE

1) CEST TUI QUE TRUST: (pronounced setakay) common term in New Zealand and Australia
2) STRAWMAN: common term in United States of America or Canada

These are the legal entity/fiction created and owned by the Government whom created it. It is like owning a share in the Stock Market, you may own a share… but it is still a share of the Stock.

Legally, we are considered to be a fiction, a concept or idea expressed as a name, a symbol. That legal person has no consciousness; it is a juristic person, ENS LEGIS, a name/word written on a piece of paper. This traces back to 1666, London is an IndependentCityState, just like Vatican is an IndependentCityState, just like WashingtonDC is an Independent City State.

The Crown is an unincorporated association. Why unincorporated? It's private. The temple bar is in London, every lawyer called to the "bar" swears allegiance to the temple bar. You can't get called without swearing this allegiance.

1

Our only way out is to reclaim your dead entity (strawman) that the Crown created, become the executor and then collapse the called Cestui Que Vie trust and forgive yourself of your debts and then remove yourself from the admiralty law that holds you in custody.

When London burned, the subrogation of men's and women's rights occurred. The responsible act passed… CQV act 1666 meant all men and women of UK were declared dead and lost beyond the seas. The state took everybody and everybody's property into trust. The state takes control until a living man or woman comes back and claims their titles by proving they are alive and claims for damages can be made.

This is why you always need representation when involved in legal matters, because you're dead.

The legal fiction is a construct on paper, an estate in trust. When you get a bill or summons from court it is always in capital letters, similar to tomb stones in grave yards. Capital letters signify death. They are writing to the dead legal fiction. A legal fiction was created when someone informed the government that there was a new vessel in town, based upon your birth.

Birth Certificates are issued to us by the Doc. just as ships are given berth Certificates at the Dock. It's about commerce. We come from our mothers waters. Your mother has a birth canal just like a ship. The ship moves by the sea current just as we are able to move by the currency.

All this information relates to how the general public are still legally tied through Maritime Admiralty Law. Through this ancient legal construct we can be easily controlled and duped. Learning about your legal fiction helps you to unlock yourself. Otherwise you are just an empty vessel floating on the sea of commerce. Parents are tricked into registering the birth of their babies.

In about 1837 the Births, Deaths and Marriages act was formed in UK and the post of registrar general was established. His job was to collect all the data from the churches which held the records of birth.

Regis – from Queen or Crown. All people are seen to be in custody of," The Crown". This allows people to function in commerce and to accept the benefits provided by state. We have to understand who we are as men and women and how we can relate in the system. The City of London is a centre for markets,

2

PO Box 9144
Harris Park NSW Australia
turikatukuiii@gmail.com

where merchants work. Then there is Mercantile Law. It comes from Admiralty Law. Look at the symbols in your City Courts that relate to Admiralty.

So where you have commerce and money, you also have "justice" and "injury". You need to understand the bankruptcy before you can understand the judiciary. We have accepted the claim to accept the summons, yet ONLY the dead can be summoned. There is an obligation to accept any liability which has been created.

We are operating in Admiralty. A not guilty plea, or ANY plea admits jurisdiction. The strawman, aka legal fiction is always guilty. Barristers and solicitors make a living out of creating controversy. By creating a controversy you become liable for the case.

Honour and dishonour. To remain in honour you have to accept a claim and settle (discharge) it. Then you add conditions, ie. *"I accept on proof of claim and proof of loss"*. This gives the liability back to them. The legal fiction is always guilty. Only in the High Court, can the real man or woman appear. Games are played on courts, hence the name 'court'. It is a game with actors (acting on acts). It has to be treated as a game and just business. Court room dramas are misinformation.

In the public, we are operating in bankruptcy and you receive benefits. It takes a lot of time, effort and study to understand and use these tools. You have to be prepared to go fully through the process, get the right tool out of your toolbox at the right time.

People need to learn how to act as a creation of God rather than a creation of Man.

Evidence of Life Evidence of Person Entitled to payment Form 206

# Rights Suspension and Corruption
# Cestui Que Vie Trust

Canon 2036 (link)
A Cestui Que VieTrust, also known later as a "Fide Commissary Trust" and later again as a "Foreign Situs trust" and also known as a form of "Secret Trust"is a fictional concept being a Temporary Testamentary Trust, first created during the

3

reign of Henry VIII of England through the Cestui Que Vie Act of 1540 and updated by Charles II through the Cestui Que Vie Act of 1666 wherein an Estate may be effected for the Benefit of one or more Persons presumed lost or abandoned at "sea" and therefore assumed/presumed "dead" after seven (7) years. Additional presumptions by which such a Trust may be formed were added in later statutes to include bankrupts, minors, incompetents, mortgages and private companies.

Canon 2037 (link)
The original purpose and function of a Cestui Que (Vie) Trust was to form a temporary Estate for the benefit of another because some event, state of affairs or condition prevented them from claiming their status as living, competent and present before a competent authority. Therefore, any claims, history, statutes or arguments that deviate in terms of the origin and function of a Cestui Que (Vie) Trust as pronounced by these canons is false and automatically null and void. A Cestui Que (Vie) Trust may only exist for seventy (70) years being the traditional accepted "life" expectancy of the estate.

Canon 2039 (link)
As all Cestui Que (Vie) Trusts are created on one or more presumptions based on its original purpose and function, such a Trust cannot be created if none of these presumptions can be proven to exist.

Canon 2042 (link)
In 1534, prior to the 1st Cestui Que Vie Act (1540), Henry VIII declared the first Cestui Que Vie type estate with the Act of Supremecy which created the Crown Estate. In 1604, seventy (70) years later, James I of England modified the estate as the Crown Union (Union of Crowns). By the 18th Century, the Crown was viewed as a company. However by the start of the 19th Century around 1814 onwards upon the bankruptcy of the company (1814/15) , it became the fully private Crown Corporation controlled by European private banker families.

Canon 2043 (link)
Since 1581, there has been a second series of Cestui Que Vie Estates concerning the property of "persons" and rights which migrated to the United States for administration including:

4

PO Box 9144
Harris Park NSW Australia
turikatukuiii@gmail.com

(i) In 1651 the Act for the Settlement of Ireland 1651-52 which introduced the concept of "settlements", enemies of the state and restrictions of movement in states of "emeregency"; and

(ii) In 1861 the Emergency Powers Act 1861; and

(iii) In 1931 the Emergency Relief and Construction Act 1931-32; and

(iv) in 2001 the Patriot Act 2001.

Canon 2044 (link)

Since 1591, there has been a third series of Cestui Que Vie Estates concerning the property of "soul" and ecclesiastical rights which migrated to the United States for administration including:

(i) In 1661 the Act of Settlement 1661-62; and

(ii) In 1871 the District of Columbia Act 1871; and

(iii) In 1941 the Lend Lease Act 1941.

Canon 2045 (link)

By 1815 and the bankruptcy of the Crown and Bank of England by the Rothschilds, for the 1st time, the Cestui Que Vie Trusts of the United Kingdom became assets placed in private banks effectively becoming "private trusts" or "Fide Commissary Trusts" administered by commissioners (guardians). From 1835 and the Wills Act, these private trusts have been also considered "Secret Trusts" whose existence does not need to be divulged.

Canon 2046 (link)

From 1917/18 with the enactment of the Sedition Act and the Trading with the Enemy Act in the United States and through the United Kingdom, the citizens of the Commonwealth and the United States became effectively "enemies of the state" and "aliens" which in turn converted the "Fide Commissary" private secret trusts to "Foreign Situs" (Private International) Trusts.

Canon 2047 (link)

In 1931, the Roman Cult, also known as the Vatican created the Bank for International Settlements for the control of claimed property of associated private central banks around the world. Upon the deliberate bankruptcy of most countries, private central banks were installed as administrators and the global Cestui Que Vie/Foreign Situs Trustsystem was implemented from 1933 onwards.

Canon 2048 (link)

5

Since 1933, when a child is borne in a State(Estate) under inferior Roman law, three (3) Cestui Que (Vie) Trusts are created upon certain presumptions, specifically designed to deny the child forever any rights of Real Property, any Rights as a Free Person and any Rights to be known as man and woman rather than a creature or animal, by claiming and possessing their Soul or Spirit.

Canon 2050 (link)
Since 1933, when a child is borne, the Executors or Administrators of the higher Estate knowingly and willinglyclaim the baby as chattel to the Estate. The slave baby contract is then created by honoring the ancient tradition of either having the ink impression of the feet of the baby onto the live birth record, or a drop of its blood as well as tricking the parents to signing the baby away through the deceitful legal meanings on the live birth record. This live birth record as a promissory note is converted into a slave bond sold to the private reserve bank of the estate and then conveyed into a 2nd and separate Cestui Que (Vie) Trust per child owned by the bank. Upon the promissory note reaching maturity and the bank being unable to "seize" the slave child, a maritime lien is lawfully issued to "salvage" the lost property and itself monetized as currency issued in series against the Cestui Que (Vie) Trust.

Canon 2052 (link)
The Three (3) Cestui Que Vie Trusts are the specific denial of rights of Real Property, Personal Property and Ecclesiastical Property for most men and women, corresponds exactly to the three forms of law available to the Galla of the Bar Association Courts. The first form of law is corporate commercial law is effective because of the 1st Cestui Que Vie Trust. The second form of law is maritime and trust law is effective because of the 2nd Cestui Que Vie Trust. The 3rd form of law is Talmudic and Roman Cult law is effective because of the 3rd Cestui Que Vie Trustof Baptism.

Canon 2053 (link)
The Birth Certificate issued under Roman Law represents the modern equivalent to the Settlement Certificates of the 17th century and signifies the holder as a pauper and effectively a Roman Slave. The Birth Certificate has no direct relationship to the private secret trusts controlled by the private banking network, nor can it be used to force the administration of a state or nation to divulge the existence of these secret trusts.

Canon 2054 (link)

6

PO Box 9144
Harris Park NSW Australia
turikatukuiii@gmail.com

As the Cestui Que Vie Trusts are created as private secret trusts on multiple presumptions including the ongoingbankruptcy of certain national estates, they remain the claimed private property of the Roman Cult banks and therefore cannot be directly claimed or used.

Canon 2055 (link)
While the private secret trusts of the private central banks cannot be directly addressed, they are still formed on certain presumptions of law including claimed ownership of the name, the body, the mind and soul of infants, men and women. Each and every man and woman has the absolute right to rebuke and reject such false presumptions as a holder of their own title.

Canon 2056 (link)
Given the private secret trusts of the private central banks are created on false presumptions, when a man or woman makes clear their Live Borne Record and claim over their own name, body, mind and soul, any such trustbased on such false presumptions ceases to have any property.

Canon 2057 (link)
Any Administrator or Executor that refuses to immediately dissolve a Cestui Que (Vie) Trust, upon a Personestablishing their status and competency, is guilty of fraud and fundamental breach of their fiduciary duties requiring their immediate removal and punishment.

7

PO Box 9144
Harris Park NSW Australia
turikatukuiii@gmail.com

REPENT NOW

Isaiah 14:1-32

Isaiah 14:1- For the LORD will have mercy on Jacob, and will yet choose Israel, and set them in their own land: and the strangers shall be joined with them, and they shall cleave to the house of Jacob. 2 And the people shall take them, and bring them to their place; and the house of Israel shall possess them in the land of the LORD for servants and handmaids: and they shall take them captives, whose captives they were, and they shall rule over their oppressors.

3 And it shall come to pass in the day that the LORD shall give thee rest from thy sorrow, and from thy fear, and from the hard bondage wherein thou wast made to serve, 4 That thou shalt take up this proverb against the king of Babylon, and say, How hath the oppressor ceased! the golden city ceased! 5 The LORD hath broken the staff of the wicked, and the sceptre of the rulers. 6 He who smote the people in wrath with a continual stroke, he that ruleth the

nations in anger, is persecuted, and none hindereth. 7 The whole earth is at rest, and is quiet: they break forth into singing. 8 Yea, the fir trees rejoice at thee, and the cedars of Lebanon, saying, Since thou art laid down, no feller is come up against us. 9 Hell from beneath is moved for thee, to meet thee at thy coming: it stirreth up the dead for thee, even all the chief ones of the earth; it hath raised up from their thrones all the kings of the nations. 10 All they shall speak and say unto thee, Art thou also become weak as we? art thou become like unto us? 11 Thy pomp is brought

Civil Rights Complaint Pursuant to U.S.C. § 1983

_____. Insert ¶ # down to the grave, and the noise of thy viols: the worm is spread under thee, and the worms cover thee. [12] How art thou fallen from heaven, O Lucifer, son of the morning! how art thou cut down to the ground, which didst weaken the nations! [13] For thou hast said in thine heart, I will ascend into heaven, I will exalt my throne above the stars of God: I will sit also upon the mount of the congregation, in the sides of the north: [14] I will ascend above the heights of the clouds, I will be like the

_____. Insert ¶ # most High. [15] Yet thou shalt be brought down to hell, to the sides of the pit. [16] They that see thee shall narrowly look upon thee, saying, Is this the man that made the earth to tremble, that did shake kingdoms; [17] That made the world as a wilderness, and destroyed the cities thereof; that opened not the house of his prisoners? [18] All the kings of the nations, even all of them, lie in glory, every one in his own house. [19] But thou art cast out of thy grave like

_____. Insert ¶ # an abominable branch, and as the raiment of those that are slain, thrust through with a sword, that go down to the stones of the pit; as a carcase trodden under feet. [20] Thou shalt not be joined with them in burial, because thou hast destroyed thy land, and slain thy people: the seed of evildoers shall never be renowned. [21] Prepare slaughter for his children for the iniquity of their fathers; that they do not rise, nor possess the land, nor fill the face of the world with cities. [22] For I will rise up against them, saith

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

_____. the LORD of hosts, and cut off from Babylon the name, and remnant, and son, and nephew, saith the LORD. (23) I will also make it a possession for the bitterm, and pools of water: and I will sweep it with the besom of destruction, saith the LORD of hosts. (24) The LORD of hosts hath sworn, saying, Surely as I have thought, so shall it come to pass; and as I have purposed, so shall it stand. (25) That I will break the Assyrian in my land, and upon my

_____. mountains tread him under foot: then shall his yoke depart from off them, and his burden depart from off their shoulders. (26) This is the purpose that is purposed upon the whole earth: and this is the hand that is stretched out upon all the nations. (27) For the LORD of hosts hath purposed, and who shall disannul it? and his hand is stretched out, and who shall turn it back? (28) In the year that king Ahaz died was this burden. (29) Rejoice not thou, whole Palestina,

_____. because the rod of him that smote thee is broken: for out of the serpent's root shall come forth a cockatrice, and his fruit shall be a fiery flying serpent. (30) And the first-born of the poor shall feed, and the needy shall lie down in safety: and I will kill thy root with famine, and he shall slay thy remnant. (31) Howl, O gate; cry, O city; thou, whole Palestina, art dissolved: for there shall come from the north a smoke, and none shall be alone in his appointed times. (32) What shall one then answer the messengers

Civil Rights Complaint Pursuant to U.S.C. § 1983

. of the nation? That the LORD hath founded Zion, and the poor of his people shall trust in it.

*Insert ¶ #*

Isaiah 9:6-7 says. 6For unto us a child is born, unto us a son is given: and the government shall be upon his shoulder: and his name shall be called Wonderful, Counselor, The mighty God, The everlasting Father, The Prince of Peace. 7Of the increase of his government and peace there shall be no end, upon the throne of

. David, and upon his kingdom, to order it, and to

*Insert ¶ #*

establish it with judgement and with justice from henceforth even for ever. The zeal of the LORD of hosts will perform this.

Matthew 22:15-22 says: 15Then went the Pharisees, and took counsel how they might entangle him in his talk. 16And they sent out unto him their disciples with the Herodians, saying, Master, we know that thou art true, and teachest the way of God in truth, neither carest thou for any man: for

. thou regardest not the person of men. 17Tell us therefore,

*Insert ¶ #*

What thinkest thou? Is it lawful to give tribute unto Caesar, or not. 18But Jesus perceived their wickedness, and said, Why tempt ye me, ye hypocrites? 19Shew me the tribute money. And they brought unto him a penny. 20And he saith unto them, Whose is this image and superscription? 21They say unto him Caesar's. Then saith he unto them, Render therefore unto Caesar the things which are Caesar's; and unto God the things that are God's. 22When they had heard these words, they marvelled, and left him, and went their way

. *Now let me breakdown Matthew 22:15-22 so you can get a better understanding. In verse 15 the word Pharisee in Greek is (G5330= Pharisaios) meaning a separatist, i.e. exclusively religious; a Pharisean, i.e. Jewish sectary: Separatist means a person who supports the separation of a particular group of people from a larger body on the basis of ethnicity, religion, or gender. B counsel in Greek is (G4824= symboulion) meaning advisement; specially, a deliberative

Insert ¶ #
. body, i.e. the provincial assessors or lay-court. Advisement means careful consideration. C Entangle in Greek is (G3802= pagideuo) meaning to ensnare. Ensnare means to catch in a snare, to get control of something or someone by dishonest or underhand means, to bind, to enslave, to confine, to kidnap, to arrest, to indenture. D Talk in Greek is (G3056= logos) meaning something said, by implication, a topic, also meaning (the mental faculty) or motive; a computation,

Insert ¶ #
. preaching, doctrine, Word(Christ). Implication means the conclusion that can be drawn from something although it is not explicitly stated. Topic means (of a subject) of immediate relevance, interest, or importance owing to its relation to current events. Reasoning means the action of thinking about something in a logical, sensible way. Motive means the psychological feature that arouses an organism to action toward a desired goal. Computation means any type of arithmetic or nonarithmetic calculation that is well defined. Human Computation is the

___ . practice of using humans to solve issues or carry out tasks that are challenging for computers to perform. Another way human computation is used today is through data mining and machine learning. This involves using algorithms to learn from large data sets, in order to find patterns and make predictions. (The first definition for computer was in 1613 and it was referring to a person who performed complex calculations, such as bookkeepers and mathematicians. ** Both those

___ . areas are the things you learn from kindergarten on up. So basically, that's saying they were indoctrinating us since Elementary School. Then, after programming humanity as artificial intelligence since 1613 (computers) in 1951 the UNIVAC 1 mainframe computer became known for predicting (predicting means to say or estimate that (a specific thing) will happen in the future or will be a consequence of something) the outcome of the U.S. presidential election the following year; this incident

___ . is noteworthy because the computer correctly predicted an Eisenhower landslide over Adlai Stevenson, whereas the final Gallup poll had Eisenhower winning the popular vote 51-49 in a close contest. So this here, also shows that they have bewitched the people, they have the essence of humanity locked in the digital realm, their playing with spiritual warfare while releasing demons from the Universal realm, they are altering the elections, digitally controlling humanity, and they are blaming everybody else for them intentionally

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___: programming humanity in the satanic realm (universal) which has caused humanity to walk in the steps of rebellion, falsehood, sorcery, and witchcraft. To prove this statement I am going to refer back to Genesis 3:1 - Now the serpent was more subtil than any beast of the field which the LORD God had made. And he said unto the woman, Yea, hath God said, ye shall not eat of every tree of the garden? * In this verse the serpent said unto the woman. After, the spirit spoke

___. through the snake it caused the fall of Humanity because she was beguiled. Beguiled also means bewitched. So if the UNIVAC 1 predicted Eisenhower winning the US. Presidential election that means a spirit is talking through the computer just like a spirit spoke through the serpent and look at the results of the world today. Why playing around with technology it's in a fallen state because it's being governed by sorcery (wrong gods because there's only 1 true & living God

___. if any of these other Gods were really the true God then they wouldn't be hiding behind Gods Word, infiltrating his children, rewriting the story using other methods in order to take ownership, working together as a collective of religions to eradicate, one religion, moving in greed, using man made sources in order to pretend they have the answer to the problems when they are the problem because they're not in their rightful place, they wouldn't have people confused over identities, beliefs, etc. All this contention wouldn't be here because only

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

... Satan is the author of confusion. They also wouldn't

*Insert ¶ #* be stealing, killing, lying, etc to obtain what God gave another person. Nor would they be charging you for what God gave you freely. John 10:7-14 ⑦Then saith Jesus unto them again, Verily, verily, I say unto you, I am the door of the sheep. ⑧All that ever came before me are thieves and robbers: but the sheep did not hear them. ⑨I am the door: by me if any man enter in, he shall be saved, and

... shall go in and out, and find pasture. ⑩The thief cometh

*Insert ¶ #* not, but for to steal, and to kill, and to destroy. I am come that they might have life, and that they might have it more abundantly. ⑪I am the good shepherd: the good shepherd giveth his life for the sheep. ⑫But he that is an hireling, and not the shepherd, whose own the sheep are not, seeth the wolf coming, and leaveth the sheep and fleeth: and the wolf catcheth them, and scattereth the

... sheep. ⑬The hireling fleeth, because he is a hireling

*Insert ¶ #* and careth not for the sheep. ⑭I am the good shepherd, and know my sheep, and am known of mine. ✗✗✗ Now, that I have just broke down Matthew 22:15 which led me to more depth ~ understanding, I will wrap this topic on Matthew 22:15-22 By saying clearly as we can see from breaking down verse 15 that the Pharisees are replicas, false teachers/leaders, false prophets, false religions that tried to entangle the TRUE word of God with

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

Insert ¶ # . Conversation (different methods of talking such as logos, topics, implications, reasoning, motives, preaching, doctrines, computation, etc.) However, their primary focus was on money that's why they questioned Him about money in order to see if He would lie which then shows Motive (was He for humanity or for himself). That's why it says Jesus perceived their wickedness and said why tempt ye me, ye hypocrites? (Jesus could see their wicked motives because He IS the truth and their hearts were focused on

Insert ¶ # . trying to set Him up with Caeser over money, power, and prestige but because Jesus was The truth He spoke the truth without being afraid to lose the acceptance of others & materialistic things. Jesus knew that those things did Not Make Him nor could it hold any power over Him because He is POWER ALL by HIMSELF. His mission was to sacrifice His life to break the chains off of humanity from the fallen nature. He understood that the system was only entrapment

Insert ¶ # . to man and/or man made creation but Adam once upon a time had authority over creation however after the fall in the garden of Eden, Cain the cursed son of Adam built the city in order to hide from God, enslave others to do the work, and to pretend like he was the chosen seed. The only way Cain could hide from God was to build up people and give them his man made identity while stripping them of their God given power and forcing them to worship the creation instead of worshipping

___. God. Also, Jesus told the Pharisees that they were hypocrites because He knew that they would deceive many with the answer He gave them. He knew that they would attempt to rob Him and His chosen ones by falsely taking claim of things that weren't theirs. Matthew 22:19-21 (19) Shew me the tribute money. And they brought unto him a penny. (20) And he saith unto them, Whose is this image and

___. superscription? (21) They say unto him Caesar's. Then saith he unto them, Render therefore unto Caesar the things which are Caesar's and unto God the things that are God's. * All people been doing is creating things and putting their picture and names on them and then claiming it's theirs but in all actuality all they have been doing is stealing from God and that's why people are trying to escape Judgement by attempting

___. to blackmail the oppressed when it's really the leaders and oppressor who are in trouble for robbing God's people, beating them, enslaving them, killing them, setting them up, framing them, etc all in the name of MONEY! Repent NOW for the Time is Near & this is the FINAL WARNING! MAY GOD'S WILL BE DONE ON EARTH AS it is iN HEAVEN! TURN from YOUR WICKEDNESS!!!

Insert ¶ #
Insert ¶ #
Insert ¶ #

Page Number

_____. Genesis 1:1 In the beginning God created the heaven

*Insert ¶ #*

and the earth. (Hebrew Definitions) Beginning = H7225 = re'shiyth means the first; in place, time, order or rank, chief (-est); compare H7218 = rô'sh means the head; band, captain, highest (priest), principal; God = H430 = ělohiym means God, judge, goddess; compare H410 = ěl means Almighty, power, Immanuel, idol; compare H352 = 'ayil means strength, a ram (from his strength), post(s), trees Heaven = H8064 = shamayim means the sky, air, astrologers Earth = H776 = 'erets

_____. means land, ground, world, nations

*Insert ¶ #*

★ This is a breakdown of the enemy using the Word of God to assert his jurisdiction over GOD's peoples. Ex: the word beginning in Hebrew can be compared between re'shiyth & rô'sh which gives different breakdowns and it also shows you how the priest (high) has been a middle man between Humans & GOD (priest = popes, bishops, etc).

_____. You can prove that with the word GOD because there

*Insert ¶ #*

you have a judge inbetween GOD & GODDESS symbolizing a third party which sums up Marriage then compare ělohiym to 'el & you find the word idol hidden after Immanuel which proves that Humans have been forced into Idolatry by having the pope, judge, etc in the midst of their Marriage which excludes GOD since both religion/state pope, priests, judges, etc are playing (GOD) while excommunicating GOD. Finally, thats why they are astrologers, science, etc because they lack a true connection with GOD since they're too busy playing GOD which has *Page Number* placed curses over all of Humanity. Civil Rights Complaint Pursuant to U.S.C. § 1983 behind their self-righteous Idolatry.

On Your Mark, Get Set, GO equates

RACE! The Chemistry of CAIN'S Supremacy

Insert ¶ # _____ The TRUTH behind Racism starts in Genesis 4:10-15.

(10)And he said, What hast thou done? the voice of thy brother's blood crieth unto me from the ground. (Hebrew Definitions: ①Said=H559= âmar meaning to say, answer, appoint, avouch (admit openly & bluntly, make no bones about), bid, certify, challenge, charge, command, tell, term, report, etc. ②What=H4100= mâh meaning interrogate what (including how?, why?, when?) ③Done=H6213= 'âsâh meaning accomplish, advance, apt (at risk of or subject to experiencing something usually unpleasant,

Insert ¶ # _____ abbreviation of Apartment, mentally quick and resourceful), bear, bestow, bruise, exercise, fashion, fulfill, go about, govern, grant, be industrious, keep, labour, maintain, observe, serve, set, sin, vex, etc. ④Voice=H6963=qôwl meaning to call aloud, fame, lightness, proclamation, sing, sound, etc. ⑤brothers=H251='âch meaning brethren, kindred, or like. ⑥Blood=H1818=dâm meaning blood (as that which when shed causes death) of man or an animal; by analogy, the juice of the grape; compare H119='âdam meaning to show blood (in the face), flush or turn rosy; be (dyed, made) red ruddy. ⑦Crieth=H6817=tsâ'aq meaning to shriek, to proclaim (an assembly);

Insert ¶ # _____ call together, gather. ⑧Ground=H127='âdâmâh meaning soil (from its general redness); country, earth, ground, husband(man)(ry), land.

Next verse: "Genesis 4:11) And now art thou cursed from the earth, which hath opened her mouth to receive thy brother's blood from thy hand; (Hebrew Definitions: ①cursed=H779='ârar meaning a primitive root; to execrate (finding repugnant, curse or declare to be evil or anathema (a formal ecclesiastical curse accompanied by excommunication) or threaten with divine punishment.); bitterly curse. ②earth=H127='âdâmâh meaning (from its general redness); country, earth, ground, husband(man)(ry), land

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

*Insert ¶ #* ②. opened = H6475 = pâtsâh meaning a primitive root, to rend, open (especially the mouth) deliver, gape, open, rid, utter. ③. mouth = H6310 = peh meaning the mouth (as the means of blowing), whether literal or figurative (particularly speech), assent (agreement with a statement or purposal to do something), collar (a band that fits around the neck and is usually folded over, (zoology) an encircling band or marking around the neck of any animal, anything worn or placed about the neck, the act of apprehending.), word, hole, wish, spoken, sound, file, etc. ⑤. receive = H3947 = laqach meaning to take, accept, bring, buy, reserve,

*Insert ¶ #* ⑤. seize, send for, use, win ⑥. brother's = H251 = âch meaning brethren, kindred or like. ⑦. blood = H1818 = dâm meaning blood (as that which when shed causes death) of man or an animal; by analogy, the juice of the grape, compare H119 = 'âdam meaning to show blood (in the face), flush or turn rosy, be (dyed, made) red ruddy. ⑧. hand = H3027 = yâd meaning the closed one, the hollow (a cavity or space in something) hand or palm, figuratively, power, branch, spoon. Next Verse " Genesis 4:12) When thou tillest the ground, it shall not henceforth yield unto thee her

*Insert ¶ #* ①. strength, a fugitive and a vagabond shalt thou be in the earth. (Hebrew Definition: When = H3588 = kîy meaning surely, certainly, doubtless ②. tillest = H5647 = âbad meaning, to work, to serve, (causatively) enslave, etc; keep in bondage, be bondmen, bond-service, compel (force somebody to do something), execute (④ kill as a means of socially (by or with respect to society) sanctioned punishment. ⑧ murder in a planned fashion, ⑥ put in effect, ⑨ carry out the legalities of ⑦ carry out a process or program, as on a computer or a machine, ⑥ sign in the presence of witnesses.), keep, (cause to, make to) serve, transgress (act in disregard of laws, rules

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. contracts, or promises)(From margin(the boundary line or the area), in finance the margin is the net sales minus the cost of goods and services sold; the amount of collateral a customer deposits with a broker when borrowing from the broker to buy securities, a permissible difference, allowing some freedom to move within limits), be wrought (shaped to fit by or as if by altering the contours of a pliable (susceptible to being led or directed) mass (a musical setting for a mass) the property of a body that causes it to have weight in a gravitational field.) ③henceforth= H3254=yâcaph meaning to add or augment (often adverbial, to continue.

___. to do a thing); ④yield=H5414=nâthan meaning add, apply, appoint, assign, cast, commit, direct, distribute, grant, trade, etc. ⑤strength=H3581=kôach meaning to be firm, vigor (forceful exertion), literally (force, in a good or bad sense) or figuratively (capacity, means, produce); also (from its hardiness) a large lizard; ability, chameleon, fruits, might, power, substance, wealth. ⑥fugitive=H5128=nûwa meaning to waver, be promoted, reel (a photographic film, music composed for dancing a reel, a Scottish Highlanders dance, American country dance, etc.). ⑦vagabond=

___. H5110=nûwd meaning to nod, flee, disappear, to console (a scientific instrument consisting of displays and an input device that an operator can use to monitor and control a system (especially a computer system), housing for electronic instruments, as radio or television. Next VERSE :"Genesis 4:13) And Cain said unto the LORD, My punishment is greater than I can bear. (Hebrew Definitions: Punishment=H5771=avon meaning literally committing iniquity, perverted, trouble, wicked, iniquity, sin. bear=H5375=nâsâ meaning accept, contain, receiving.

Page Number

Next Verse: Genesis 4:14 - Behold, thou hast driven me out this day from the face of the earth; and from thy face shall I be hid; and I shall be a fugitive and a vagabond in the earth; and it shall come to pass, that every one that findeth me shall slay me. (Hebrew Definitions ① out = H1644 = gârash meaning to drive out from a possession; especially to expatriate (expel from a country) or divorce; thrust out. ② face = H6440 = pânîym meaning presence, because, countenance, sight. ③ earth =

H127 = 'ădâmâh meaning soil (from its general redness); country, ground, husband (-man); compare H119 = 'âdam meaning to show blood (in the face); i.e; flush or turn rosy; be (dyed, made) red (ruddy). ④ from = H5921 = 'al meaning because of, (as) against, by (reason of); compare H5920 = 'al meaning the highest (i.e. GOD), to Jehovah, most high; & compare H5927 = 'âlâh meaning to ascend, cut off, depart, fall, lift (self) up, (make) up, set (up), etc. ⑤ face = H6440 = pânîym meaning presence, because countenance ⑥ hid = H5641 = câthar meaning to hide (by covering)

____. (Keep) secret, conceal, hide (self). ⑦ fugitive = H5128 = nûwa meaning to waver, be promoted, reel (a photographic film, music composed for dancing a reel, a Scottish Highlanders dance, American country dance, etc). ⑧ vagabond = H5110 = nûwd meaning to nod, flee, disappear, to console (a scientific instrument consisting of displays and an input device that an operator can use to monitor and control a system (especially a computer system), housing for electronic instruments, as radio or television.) ⑨ findeth = H4672 = mâtsâ meaning to attain (me); i.e. find or acquire, catch.

Insert ¶ #

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

⑩ Slay = H2026 = hârag meaning to smite with deadly intent; destroy, kill, murder, make (slaughter), slay(er). Next Verse: Genesis 4:15 And the LORD said unto him, Therefore whosoever slayeth Cain, vengeance shall be taken on him sevenfold. And the LORD set a mark upon Cain, lest any find him should kill him. (Hebrew Definitions) ① LORD = H3068 = Yᵉhôvâh meaning (the) self-Existent or Eternal, Jehovah; Compare H3050 = Yâhh meaning Jah, the sacred

name; Jah, the LORD, most vehement. ⑨ Kill = H5221 = nâkâh meaning to strike (lightly or severely); beat, cast forth, murder, punish, (give stripes). Next Verse: Genesis 4:16 And Cain went out from the presence of the LORD, and dwelt in the land of Nod, on the east of Eden. Next Verse: Genesis 4:17 And Cain knew his wife, and she conceived, and bare Enoch: and he builded a city, and called the name of the city, after the name of his son, Enoch.

Civil Rights Complaint Pursuant to U.S.C. § 1983

ACTS 16:16-19 (THE FORTUNE TELLING SLAVE)

Insert ¶ #

16 And it came to pass, as we went to prayer, a certain damsel possessed with a spirit of divination met us, which brought her Masters much gain by soothsaying. 17 The same followed Paul and us, and cried saying, These men are the servants of the most high God, which show unto us the way of salvation. 18 And this did she many days. But Paul, being grieved, turned and said to the spirit, I command thee in the name

. of Jesus Christ to come out of her. And he came out

Insert ¶ #

the same hour. 19 And when her masters saw that the hope of their gains was gone, they caught Paul and Silas, and drew them into the market place unto the rulers (verse 20-24, they go before judges then jailed)

JUDGES 16:1-3 (The GAZA Harlot)

1 Then went Samson to Gaza, and saw there a harlot, and went in unto her, 2 And it was told the Gazites, saying, Samson is come hither. And they compassed him in, and laid wait for

. him all night in the gate of the city, and were quiet

Insert ¶ #

all the night, saying, In the morning, when it is day, we shall kill him. 3 And Samson lay till midnight, and arose at midnight, and took the doors of the gate of the city, and the two posts, and went away with them, bar and all, and put them upon his shoulders, and carried them up to the top of a hill that is before Hebron.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# WARTIME SEXUAL VIOLENCE

Insert ¶ #

Is rape and/or other forms of sexual violence committed by combatants during an armed conflict, war, or military occupation often as spoils of war, but sometimes, particularly in ethnic conflict, the phenomenon has broader sociological motives. Wartime sexual violence may also include gang rape and rape with objects (Spiritual Rape falls into the characteristics of rape with objects because an individual has to make a conscience decision to use The WORD of GOD in a way that it alters the believers sensitivity that enables them to Hear from GOD through discernment, reading The WORD, Visions, etc. - Victoria Dillihunt)

During wartime rape is frequently used as a means of psychological warfare in order to humiliate and terrorize the enemy. Wartime sexual violence may occur in a variety of situations, including INSTITUTIONAL SLAVERY in the form of Sex, drugs, policies, education, politics, religion, etc. Rape can also be recognized as Genocide when it is committed with the intent to destroy,

Civil Rights Complaint Pursuant to U.S.C. § 1983

___ . in whole, or in part, a targeted group.

Insert ¶ # FOR Instance, in January 2009, Barack Obama became the 1st Black looking president. Many African Americans were happy about this change. Barack Obama has walked in the occupations of President, Politician, Lawyer (civil), and Author. During his 2012 inauguration, Beyonce sang for him. Then, after he was sworn into office on Jan 20, 2013

___ . he implemented the Affordable Care Act (medical) &

Insert ¶ # he promoted inclusion for LGBT Americans & the supreme Court struck down same-sex marriage bans as unconstitutional. ✱ Point in case is with Obama being the 1st Black president; he did what NO other president would do and that was to legalize same sex marriages (this is a slap to Gods' face & to the black community because,

___ . perversion only means "a twisted truth" So,

Insert ¶ # Obamas' rationalist behavior knocked Black Americans down some as his policies only helped White Americans save, invest, & flip. But after he did all his dirt Nobody said Anything, & now that Trump took office in January 2017; all of a sudden America had a problem, got him removed from office, and allowed Biden to get in position & make a bigger mess of America when it comes to African Americans. Also, this is called LAWSHOPPING and Political Rape. Page Number DCFS is one big Weapon of sexual perversion used as Civil Rights Complaint Pursuant to U.S.C. § 1983 Warfare.

___. During this journey to find the pieces to me

_Insert ¶ #_ I was able to realize that my greatness was beyond what I knew about myself. I guess you can say that I never fitted into the crowds, I was always rejected regardless of what I did. But what trips me out about this whole situation is the fact that while I was searching for my identity there were many people pretending to be me.

___. Basically, I was attacked every time I unlocked a

_Insert ¶ #_ new perception of myself that was obsolete to the rhythm of the cultural trends around me. It was a catch 22 because I was obstracized whether I did or didn't follow the crowd. Now, I must say that I never understood the world's view of life but I did understand the spiritual realm. However, to put them together to bring balance was a struggle

___. to me. Due to this being the fruit behind my lack of the

_Insert ¶ #_ worlds knowledge, it seemed as if my head was always in the clouds. I lived like that majority of my life; that was my safe haven in spite of the hell and turmoil I faced in such a cruel world. What I couldn't understand is why were so many people in the black community so called believers in Jesus Christ of Nazareth however they deemed to be powerless when it came to dealing with the enemy and his crafty ways.

Page Number

Insert ¶ # However, it makes sense why the black communities stayed looking impoverished, run down, or as if nobody cared for their communities. This was all a game to discredit, breakdown, & blame the Blacks as other people pretended to be us. So the things that were intended to be a blessing became Karma do to other people's behaviors. One thing about me, is that regardless of ALL I try to keep a clean conscious at all times.

Insert ¶ # Moving Forward, I'd like to share some of the enemies tactics and methods used in this fight. 1) Technology is spiritual warfare against humanity while attempting to replace God. How? simple, it's a dead system which means something else is coming through those airways & not the Holy Spirit. Technology puts humanity into a trance state which hinders the way a person processes information. It hinders people from using their motor-skills through hands on experience.

Insert ¶ # It makes the mind lazy. Also, mind you this is spiritual war so the other side of technology is its ability to mess with a persons identity. How? because we are in a system according to birthcertificates. Systematic Slavery is what this is called because of how dangerous this is dealing with humans.

Civil Rights Complaint Pursuant to U.S.C. § 1983

THE GREATEST OF ALL TIMES (GOAT)

TEST ASKING Who Do You Serve?

## Luke 4:1-15

#1 LACK

#2 COMPROMISING

#3 USING

TO Obtain Power & Position thru Idolatry (Paganism)

MANIPULATE

(1) And Jesus being full of the Holy Ghost returned from Jordan, and was led by the Spirit into the wilderness, (2) Being forty days tempted of the devil. And in those days he did eat nothing: and when they were ended, he afterward hungered. (3) And the devil said unto him, If thou be the Son of God, command this stone that it be made bread. (4) And Jesus answered him, saying, It is written, that man shall NOT live by Bread alone, but by every WORD of GOD. (5) And the devil, taking him up into a high mountain, showed unto him all the kingdoms of the world in a moment of time. (6) And the devil said unto him, All this power will I give thee, and the glory of them: for that is delivered unto me; and to whomsoever I will I give it. (7) If thou therefore wilt worship me, all shall be thine. (8) And Jesus answered and said unto him, Get thee behind me, Satan: for it is written, Thou shalt Worship the LORD THY GOD, and HIM ONLY SHALT THOU SERVE. (9) And he brought him to Jerusalem, and set him on a pinnacle of the temple, and said unto him, If thou be the Son of God, cast thyself down from hence: (10) For it is written, He shall give His ANGELS CHARGE OVER THEE, TO KEEP THEE: (11) And in their HANDS THEY SHALL BEAR THEE UP, LEST AT ANY TIME THOU DASH THY FOOT AGAINST A STONE. (12) And JESUS answering said unto him, It is said, THOU SHALT NOT TEMPT THE LORD

Religion to try and GOD!

Civil Rights Complaint Pursuant to U.S.C. § 1983

THY GOD. ⑬ And when the devil had ended all the temptation, he departed from him for a season. ⑭ And Jesus returned in the power of the Spirit into Galilee: and there went out a fame of him through all the region round about. ⑮ And he taught in their synagogues, being glorified of all. **Let Me Breakdown**

LACK, COMPROMISING, & Religious Manipulation

**#1 LACK** means the STATE of being without or not having enough of something! Luke 4:3 Jesus lacked food So Satan said command this stone that it be made bread (paraphrased). 1 Samuel 17:45- ⁴⁵ Then said David to the Philistine, Thou comest to me with a sword, and with a spear, and with a shield: but I come to thee in the name of the LORD of hosts, the GOD of the armies of Israel, whom thou hast defied. ⁴⁶ This day will the LORD deliver thee into my hand; and I will smite thee, and take thine head from thee; and I will give the carcases of the host of the Philistines this day unto the fowls of the air, and to the wild beasts of the earth; that all the earth may know that there is a GOD in Israel. ⁴⁷ And all this assembly shall know that the LORD saveth not with sword and spear: for the battle is the LORD'S, and he will give you into our hands. ⁴⁸ And it came to pass, when the Philistine arose, and came and drew nigh to meet David, that David hasted, and ran toward the army to meet the Philistine. ⁴⁹ And David put his hand in his bag, and took thence a

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

_____ stone, and slang it, and smote the Philistine in his
_Insert ¶ #_ forehead, that the stone sunk into his forehead; and he fell upon his face to the earth. (50) So David prevailed over the Philistine with a sling and with a stone, and smote. the Philistine, and slew him; but there was no sword in the hand of David. ** What was David's LACK while going against Goliath the Philistine? David lacked an army & the weapons created by man for war. David also had a (positive lack)

_____. and that positive lack was fear. Since the enemy knew
_Insert ¶ #_ this he tried to test Jesus's lack of food by saying command this stone.... Now, remember it was a stone that David used to destroy Goliath by having Faith in the GOD of Israel & understanding that the battle was the LORD's. No wonder, Satan said command this stone, that it be made bread. Satan, was trying to get Jesus to trust the power of the stone, because, David did kill Goliath with a stone & if Jesus would have listened

_____. to his hunger (lack of food) then He would have went against
_Insert ¶ #_ David & Himself at the same time which would have made Satan seem like GOD when in all actuality it would have been Jesus playing with sorcery to cheat his journey of going to the cross as a "blameless sacrifice for man. I said, he would have gone against David; as you can see, David's stone killed their enemy. Also, Jesus would have gone against Himself as well because John 6:48 Jesus says: I AM THE BREAD of LIFE. This means that Satan tried to cheat him out of His position & discredit His GOD given authority. Jesus was

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

_____ . confident in His Father's Word and that's how he defeated

Insert ¶ #

Satans' weapon of using lack in order to try to get Him (Jesus) to compromise His True Power and Position. If Jesus wasn't confident in His Father's Word then Satans' weapon of lack would have cause Jesus to compromise His True Power & Position as he would have settled for Satanic power & positions which would have been idolatry (paganism). But the other issue that would have caused would have been Jesus stepping on David's

_____ . toes & completed work just to fulfill His selfish appetite.

Insert ¶ #

Finally, if He would have done that then that would have been Jesus symbolically using religion (the Word) to try and manipulate God as Satan ran around prideful because of him deceiving the SON of GOD (THANK GOD) JESUS didn't fall for the scheme of Satan like Adam did; in fact between Adam/Eve in the garden of Eden to Jesus fasting 40 days, you can see that the devil plays on abundance and lack to lure

_____ . people away from Christ Jesus. Next Topic: COMPROMISE

Insert ¶ #

2 Kings 12: 9-13, 16  "But Jehoiada the priest took a chest, and bored a hole in the lid of it, and set it beside the altar, on the right side, as one cometh into the house of the LORD: and the priests that kept the door put therein all the money that was brought into the house of the LORD. And it was so, when they saw that there was much money in the chest, that the King's scribe and the high priest came up, and they put up in bags, and told the money that was found in the house of the LORD.

Page Number

house

_____ .(11) And they gave the money, being told, into the hands of them that did the work, that had the oversight of the house of the LORD: and they laid it out to the carpenters and builders, that wrought upon the house of the LORD, (12) And to **Masons** (definition: a builder and worker in stone, a freemason), and hewers (definition: a person who cuts wood, stone, or other materials) of stone, and to buy timber and hewed stone. to repair the breaches of the house of the LORD, and for all that was

Insert ¶ #

_____ . laid out for the house to repair it. (13) Howbeit there were not made for the house of the LORD bowls of silver, snuffers (definition: a cone-shaped implement for extinguishing candles. ✳ Hebrew definition: snuffers= H4212 =mᵉzammᵉrah means: a tweezer, or H2168= zâmar means: to trim (a vine); prune; compare H2167 = zâmar means: to touch the strings or parts of a musical instrument; play upon it; to make music, accompanied by the voice; hence to celebrate in song and music; give praise, sing forth praises, psalms; compare H5568= çâmar meaning:

Insert ¶ #

_____ . to be erect (definition of erect is: to set up or establish, as an institution, to raise something to a vertical position); i.e. bristle as hair; stand up, tremble; and compare H6785 = tsemer meaning: to be shaggy; wool; wool(-len)) basins/basins (definition: Anglican Church (2) a large or deep bowl that you use for holding liquids, (3) a bay or harbor, (4) Any partially enclosed or sheltered area where vessels may be moored (definition: to cause to be held in place; secure. (2) A member of a Muslim people of mixed Arab and Berber descent living in NW Africa & a member of a group from this people that invaded and occupied Spain in the 8ᵗʰ century A.D., they established a civilization in North Africa and Spain between the 8ᵗʰ & 15ᵗʰ century. A.d.).

Insert ¶ #

Civil Rights Complaint Pursuant to U.S.C. § 1983

pt 2.

. Basons/Basins (Hebrew Definition: Basins = H4219 = Mizrâq meaning a bowl (as if for sprinkling); basons; compare, H2236 = zâraq meaning to sprinkle; be here and there, scatter, strew), trumpets = H2689 = châtsôtserâh meaning a trumpet (from its sundered or quavering note); compare H2690 = châtsar meaning to surround with a stockade (definition: ① an enclosure or pen made with posts and stakes, ② an enclosure in which prisoners are kept) and thus seperate from the open country; or (2 Chronicles 5:12 –

Insert ¶ #

⑫. Also the Levites which were the singers, all of them of Asaph, of Heman, of Jeduthun, with their sons and their brethren, being arrayed in white linen, having cymbals and psalteries and harps, stood at the east end of the altar, and with them a hundred and twenty priests sounding with trumpets:), vessels = H3627 means armour bearer, artillery, psaltery, furniture, instrument, and Jewel (vessels = keliy = H3627)), of gold, or vessels of silver, of the money that was brought into the house of the LORD) (The scripture in its entirety w/out definitions read as:

Insert ¶ #

. 2 Kings 12:13 - Howbeit there were not made for the house of the LORD bowls of silver, snuffers, basins, trumpets, any vessels of gold, or vessels of silver, of the money that was brought into the house of the LORD.) 2 Kings 12:16 - The trespass money and sin money was not brought into the house of the LORD; it was the priests'

Insert ¶ #

#2 Compromising

What is the compromise when it comes to 2 Kings 12:9-13, 16

____. compared to Luke 4:1-15? which is When Satan tested Jesus? The compromise is power versus obedience. lets start with Ⓐ Satan tempting Jesus with a stone (Roc), then you've entered into a test of compromising Gods will for satan's will. 2 Kings 12:9-13, he is talking about The LORDS house, the work it needs, and finances for the motion to build. So, verse Ⓑ 12 acknowledges the Masons (which is a builder in stone (Roc), and/or a freemason). Right here, is where the compromise comes in

____. pertaining to this passage of scripture. The goal of the Masons in 2 Kings 12:12 is to rebuild the breaches in the LORDS' House. But instead, humans have stepped into the role of a Mason's title in order to breach The LORD'S HOUSE instead of being a mason who is repairing the breaches. The money that goes into the LORD's house, is to do the LORD's work but instead of ACTUALLY BUILDING THE LORD'S HOUSE, it has been prostituted by those who misuse the Word in order to obtain self gain while watching

____. everybody else struggle. Mason's built the image of a leader serving the LORD, while denying the TRUE IMAGE (Black) of the LORD, While misappropriating the funds that came in from people who Love The LORD; just to buy a false illusion of what it looks like to be blessed by GOD. However, they don't show the FULL TRUTH of their walk with GOD on a TRANSPARENCY scale which reveals THE GOOD, THE BAD, & THE INDIFFERENCE. MASON'S have become GOD in their own mind, societies, etc.

. 2 Timothy 3:1-5
Insert ¶ #
(1)This know also, that in the last days perilous times shall come.(2)For men shall be lovers of their own selves, covetous, boasters, proud, blasphemers, disobedient to parents, unthankful, unholy, (3)Without natural affection, trucebreakers, false accusers, incontinent, fierce, despisers of those that are good (4) Traitors, heady, highminded, lovers of pleasures more

____.than lovers of GOD; (5)Having A FORM of
Insert ¶ #
Godliness, but denying the power thereof: from such turn away.

Using Religion to Manipulate

Example List

____: 1 Corinthians 15:53- For this corruptible must put on incorruption,
Insert ¶ #
and this mortal must put on immortality. • Romans 2:7- To them who by patient continuance in well doing seek for glory and honour and immorality, eternal life: (Manipulation is: reincarnation, canonize saints, etc)
(2) Isaiah 43:17-Which bringeth forth the chariot and horse, the army and the power; they shall lie down together, they shall not rise: they are extinct, they are quenched as tow (Manipulation is: TOW TRUCKS, CARS, ETC)
(3) 1 Corinthians 15:21-For since by man came death, by man came also the resurrection of death. • LUKE 9:60-Jesus said unto him, LET the DEAD bury their Dead: but go thou and preach the Kingdom of GOD
(Manipulation: Roman Catholic Church has led the people to worshipping, the dead Virgin Mary, the saints, Money, etc)

(A) . 2 Peter 2:3 "And through covetousness shall they with
*Insert ¶ #*
feigned words make merchandise of you: whose judgement
now of a long time lingereth not, and their damnation
slumbereth not. (Manipulation: Capitalism, commerce, etc)
(5) Jeremiah 51:26 And they shall not take of thee a
stone for a corner, nor a stone for foundations; but
thou shalt be desolate forever, saith the LORD (Manipulation:
this was spoken to Babylon so the Roman Catholic Church

. used others to create drugs and had people in America selling
*Insert ¶ #*
on corners as they kept manipulating other scriptures to blackmail
us into looking like Babylon for the last fight.)
(6) Joshua 8:16 - And all the people that were in AI
were called together to pursue after them: and they
pursued after Joshua, and were drawn away from the city
(Manipulation: AI is used to abbreviate Artificial Intelligence)
Genesis 4:10 And he said, What hast thou done? the voice

. of thy brother's blood crieth unto me from the ground
*Insert ¶ #*
(Manipulation: Assigned killings to collect the energies, property,
inheritance, etc of the dead & gain at the expense of the
dead)



Civil Rights Complaint Pursuant to U.S.C. § 1983

**R.I.C.O.**

**Racketeer Influenced and Corrupt Organizations**

*Insert ¶ #*

Title 18-Crimes and Criminal Procedures

Part 1- Crimes  Chapter 96 - R.T.C.O

(A) It shall be unlawful for any person who has received any income derived, directly or indirectly, from a pattern of racketeering activity or through collection of an unlawful debt in which such person has participated as a principal within the meaning of section 2, title 18 USS, to use or invest, directly or

_____ indirectly, any part of such income, or the proceeds

*Insert ¶ #*

of such income, in acquisition of any interest in, or the establishment or operation of, any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce. A purchase of securities on the open market for purposes of investment, and without the intention of controlling or participating in the control of the issuer, or of assisting another to do so, shall not be unlawful under this subsection if the

_____ securities of the issuer held by the purchaser, the members

*Insert ¶ #*

of his immediate family, and his or their accomplices in any pattern or racketeering activity or the collection of an unlawful debt after such purchase do not amount; the aggregate. to one percent of the outstanding securities of any one class, and do not confer, either in law or in fact, the power to elect one or more directors of the issuer.

(B) It shall be unlawful for any person through a pattern of racketeering activity or through collection of an unlawful

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

_____. debt to acquire or maintain, directly or indirectly,

*Insert ¶ #*

any interest in or control of any enterprise, which is engaged in, or the activities of which affect, interstate, or foreign commerce.

(C) It shall be unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the

_____. Conduct of such enterprise's affairs through a pattern

*Insert ¶ #*

of racketeering activity or collection of unlawful debt.

(D) It shall be unlawful for any person to conspire to violate any of the provisions of subsection (a),(b), or (c) of this section.

Welfare is R-I-CO

Genesis 43:27 – And he asked them of their

*Insert ¶ #*

welfare', and said, Is your father well, the old man of whom ye spoke? Is he yet alive?

1 Chronicles 18:10 – He sent Hadoram his son to King David, to inquire of his welfare, and to congratulate him, because he had fought against Hadarezer, and smitten him; (for Hadarezer had war with Tou;) and with him all manner of vessels of gold and silver and brass.

Civil Rights Complaint Pursuant to U.S.C. § 1983

. Nehemiah 2:10 - When Sanballat the Horonite, and Tobiah the servant, the Ammonite, heard of it, it grieved them exceedingly that there was come a man to seek the welfare of the children of Israel.

Job 30:15 - Terrors are turned upon me: they pursue my soul as the wind: and my welfare passeth away as a cloud.

. Psalm 69:22 - Let their table become a snare before them: and that which should have been for their welfare, let it become a trap.

Jeremiah 38:4 - Therefore the princes unto the king, We beseech thee, let this man be put to death: for thus he weakeneth the hands of the men of war that remain in this city, and the hands of all the people, in speaking

. such words unto them: for this man seeketh not the welfare of this people, but the hurt.

Welfare is Rico because they perverted it's true origin. "Welfare means Prosperity" and people have systematically stolen it.

**LEAP YEAR 2024!**

. Revelation 16:13-16 (13) And I saw three unclean spirits like frogs come out of the mouth of the dragon, and out of the mouth of the beast, and out of the mouth of the false prophet. (14) For they are the spirits of devils, working miracles, which go forth unto the kings of the earth and of the whole world, to gather them to the battle of that great day of God Almighty. (15) Behold, I come as a thief. Blessed is he that watcheth,

Insert ¶ #

. and keepeth his garments, lest he walk naked, and they see his shame. (16) And he gathered them together into a place called in the Hebrew tongue Armageddon.

Insert ¶ #

**Homeless**

. Matthew 8:18-22 (18) Now when Jesus saw great multitudes about him, he gave commandment to depart unto the other side. (19) And a certain scribe came and said unto him, Master, I will follow thee, whithersoever thou goest. (20) And Jesus saith unto him, The foxes have holes; and the birds of the air have nest; but the Son of Man hath not where to lay his head. (21) And another of his disciples saith unto him, Lord, suffer me first to go and bury my father. (22) But Jesus said unto him, Follow me; and let the dead bury their dead.

Insert ¶ #

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



*The government is upon His Shoulders*

**Claim #(   )**

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the fore fathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated and downplayed

*Insert ¶ #*

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. Isaiah 9:6-7 ① For unto us a child is born, unto us a son is given: and the government shall be upon His shoulder and his name shall be called Wonderful, Counselor, The mighty GOD, the everlasting Father, The Prince of Peace. ② Of the increase of his government and peace, there shall be no end, upon the Throne of David and upon his Kingdom, to order it, and to establish it with judgement and with justice from henceforth even for ever.. The zeal of the LORD of hosts will perform this.

*Insert ¶ #*

____. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

The government decided to go against God, work with the enemy, place barriers in front of Gods chosen, attempt to block the Lamb and his brides marriage by trying to swap us out with the goats because it keeps them in power as they pretend to be GOD while using the laws of man that has excommunicated me from my own & everybody else's support.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# The Hirelings

**Claim #(     )**

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real GOD), Till and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated and downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. John 10:7 Then saith Jesus unto them again, Verily, verily, I say unto, I am the door of the sheep. John 10:8 All that ever come before me are thieves and robbers: but the sheep did not hear them. John 10:9 I am the door: by me if any man enter in, he shall be saved, and shall go in and out, and find pasture. John 10:12 But he that is an hireling, and not the shepherd, whose own the sheep are not, seeth the wolf coming, and leaveth the sheep and fleeth: and the wolf catcheth them, and scattereth the sheep. John 10:13- The hireling fleeth, because he is a hireling and careth not for the sheep

*Insert ¶ #*

___. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The defendants consume much time, energy, and resources all for self gain without caring for who has helped them get to where their at; they have made me and other people work to prove ourselves only to realize we wouldn't measure up then they label us while we get caught in a system that is strategically designed to gain off of us while destroying us. They are hired to play their part at the expense of the people. In fact, they are hired to set up the people, pretend to help the people but instead they tried sacrificing us. Then, they flee by hiding behind the policies, & the power of the pen.

Civil Rights Complaint Pursuant to U.S.C. § 1983

# The Shadow Hand

## Part 1

Claim #(    )

*(Insert Claim#)*

____.  Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____.  All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed

____.  Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____.  Matthew 22:15,17-21 (15) Then went the pharisees, and took counsel how they might entangle him in his talk. (17) Tell us therefore, What thinkest thou, Is it lawful to give tribute unto Caesar or not. (18) But Jesus perceived their wickedness, and said, Why tempt ye me, ye hypocrites? (19) Shew me the tribute money. And they brought unto him a penny. (20) And he saith unto them, Whose is this image and superscription? (21) They say unto him Caesar's. Then saith he unto them, Render therefore, unto Caesar the thing which are Caesar's; and unto God the things that are God's.

*Insert ¶ #*

____.  As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

Jesus said, Why tempt ye me, ye hypocrites? He knew what they would do before he gave them their answer. Due to him asking whose image and superscription it was let them know who to pay that's why he said render to Caesar what's his & to God what is Gods'. So using this same concept is how the world has scattered Africa, enslaved the blacks, stolen the Church especially after locking up Paul _____ in Rome the Word was stolen which is the essence of Civil Rights Complaint Pursuant to U.S.C. § 1983 the blacks.

Page Number

To be continued...

Next Page

# The Shadow Hand
## Part 2     Matthew 22:15-22

Insert ¶ #

Matthew 22:18 - But Jesus perceived their wickedness, and said, Why tempt ye me, ye hypocrites? The pharisees tested Jesus character however Jesus was walking in his truth. They used a power move by asking who do they pay tribute to? So Jesus asked for their coin, then he asked whose image & superscription

_____. was on it? They said Caesar's so Jesus said give

Insert ¶ #

Caesar what is rightfully his & Give God what is Gods'. Right there, is where the hypocrisy showed its snake eyes. Jesus knew who He is so He don't compete or compare but the pharisees did because they didn't know their true identity. Their identity was defined by man made illusions/images. So, this is how they have pretended to be Jesus

_____. however they didn't have the likeness of God so

Insert ¶ #

when they locked up Paul during his fourth crusade to Rome, that's where they received the answer key, which is the word of God and they imitated the Word in front of the world as they plotted to become that Christ. They understood that whoever governs the Word of God governs the people of the world. So, they took the WORD, twisted it in a manner where they would

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# The Shadow Hand Part 2 continued

___. look like Angels of light especially because they got the keys before everybody had access to it. Then, they went to work on building their replication of the church using different languages because it then gives different people different views of the truth (that's called CONVOLUTION -a tortuous irregularity or elevation caused by the infolding of a structure upon itself). In order

___. to turn someone against themselves they had to altar the mental state of the individuals (by befriending or by aggression), then the afflict pain on individuals (using others), that's when they play super hero (subtle way to change beliefs). They used divide and conquer within different tribes and languages. For the blacks they used Allah to compete with Jesus however if you read the Bible in English w/ Strong's concordance

___. you will find both Jesus & Allah; Genesis 4:14 'âlâh=H5927 is the word from (in english). Basically Alah is a hebrew word not a name. Alah (H5927) shadows the word from and has multiple meanings like: ascend, cut off, depart, fall, lift (self) up (which is Idolatry), (make) up set (up), etc. Just like they say Jesus is Joshua in Hebrew well this is what Alah means in english from the hebrew language. That's basically CONVOLUTION right here. Tried turning Jesus against himself with dividing the language versus his nature.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# The Shadow Hand
## Part 3    Matthew 22:15-22

Insert ¶ #

Matthew 22:18 - But Jesus perceived their wickedness, and said, Why tempt ye me, ye hypocrites? The hypocrisy of these pharisees was the motive of why they asked Jesus the question. But because Jesus knew their heart that's why he called them hypocrites. Their whole foundation was built on a lie; so many decided

Insert ¶ #

to not face their truth. Let's prove the hypocrisy is real. Jesus asked whose image and superscription was on the coin and they said Caesar's' so instead of Jesus becoming insecure; he gave them the answer Rend to Caesar what is Caesars and give to God what is GODS. Psalm 24:1 - The earth is the LORD'S, and the fullness thereof; the world, and they that dwell therein. So the robbery has been

Insert ¶ #

done using basic strategy which is using the image and the print to allow you to see my ideas, watch me but don't help as people perceive me other than who I am. This strategy lets a person brainstorm, build, but your not free and they can come to take your stuff by easily put their seal on it as you can se. Example: Dr Martin Luther King is now a Hospital, Rosa Parks is now a train stop for everybody else to make it today at the expense of what Rosa Parks did yesterday

Civil Rights Complaint Pursuant to U.S.C. § 1983

*A COMPLEX Litigation of a mocker.*

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

Insert ¶ # __. Vagabond – A person who wanders from place to place. Without a home or job. Fugitive – A person who has escaped from a place, or is in hiding, especially to avoid arrest or persecution. ✳✳✳ Luke 9:56-58 (56) For the Son of man is not come to destroy men's lives, but to save them. And they went to another village. (57) And it came to pass, that, as they went in the way, a certain man said

Insert ¶ # __. Unto him, Lord, I will follow thee whithersoever thou thou goest. (58) And Jesus said unto him, Foxes have holes, and birds of the air have nests; but the Son of man hath not where to lay his head. ✳✳✳ Genesis 4:11-13,17 (11) And now art thou cursed from the earth, which hath opened her mouth to receive thy brother's blood from thy hand, (12) When thou tillest the ground, it shall not henceforth yield

Insert ¶ # __. unto thee her strength; a fugitive And a vagabond shalt thou be in the earth. (13) And Cain said unto the LORD, My punishment is greater than I can bear. (17) And Cain knew his wife; and she conceived, and bare Enoch: and he builded a city, and called the name of the city, after the name of his son, Enoch. ✳✳✳ John 15:18-19 (18) If the world hate you, ye know that it hated me before it hated you." (19) If ye were of the world, the world would love his own: but

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. because ye are not of the world, but I have chosen you out of the world, therefore the world hateth you." ✖✖✖ Ephesians 6:12- For we wrestle not against flesh and blood, but against principalities, against powers, against the rulers of the darkness of this world, against spiritual wickedness in high places. LET'S GET REAL ABOUT THE OPPRESSOR causing homelessness.

___ versus THE VAGABOND who is a FUGITIVE being homeless because they're hiding. A HOME is My life's journey as I lay down a solid foundation. Since, I was a child, I have moved from place to place and didn't understand why stability was hard to obtain in my life. Only to realize that I

___. was being conditioned to grow up and display a vagabond to the outside world. Now, I realize it was the oppressor utilizing their resources to make sure that I stayed unstable. They used ALL types of white collar, influential peddling, etc. to make sure that I would be so tired of wandering to the point that I would compromise my beliefs on FAITH in order to receive help from them. That's

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

2

___. manipulation in a subtle fashion because the person doesn't know that this was a premeditated scheme. When, I was younger my grandmother bought houses but then lost them so it didn't make any sense to me and I wanted to know what really happened that caused her to lose every house. That's when I knew I wanted to sell houses (do real estate). Unfortunately, pursuing

_Insert ¶ #_

___. real estate didn't happen until I got older (age 28) however, I had been wandering the streets since 13 years old. Now, in between age 13 and 28 I looked for stability but there was always a problem that either blocked my progress, sabotaged my progress, and/or short-stopped my progress; so I found myself constantly leaning on other people and the government as if I wasn't capable of standing on my own two feet (because of drugs

_Insert ¶ #_

___. Which is their favorite excuse for covering up their scandals). See, I was constantly ostracized about getting my life together, when the whole time they were tearing down any and everything I was establishing. It took this last attack for me to put the pieces together especially because I was in school for real estate with A's & B's and I was almost finished with my classes so I could take the test in order to get my license. Well, before I could get there.

_Insert ¶ #_

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

_____. I got smacked at my 1st own apartment

Insert ¶ #

in 2013. But what makes everything so strange about the situation is multiple scenarios that just didn't make any logical sense, whatsoever. lets say I moved to LA where I never lived before, an LAPD makes a sexual comment towards my daughter in front of me leaving us feeling uneasy about the new neighborhood however we had just come from a shelter so I was grateful and left the

_____. Cop situation alone to keep my peace. But it wasn't

Insert ¶ #

enough because I was set up a few months later and my kids were snatched from my care (on Holloween) which was two days before I was to open my R.A.M. (Rising Above Measure) classes. Now, mind you that Cain had a son named Enoch and then he named the city he built after his son. Right, here lets me know that humans can produce a human birth and a materialistic

_____. birth as well. Which means that our seeds of

Insert ¶ #

production manifest beyond what the natural mind of mankind can come to grasp. So, when they set me up they went after my name by using people to slander, lie, etc that was all a part of the game of how they were going to attempt to swap destiny's with me. First children, then that hindered my ability to open the company so that I could teach the people I had enrolled in my company R.A.M. Also, I didn't know I was in GOAT territory nor did I know Page Number that my know how made me an enemy. Civil Rights Complaint Pursuant to U.S.C. § 1983.

___. Mind you when this first occurred in 2018, I didn't know what was really going on, what I did wrong, nor who was behind this Madness (besides Satan). I was lost with no direction nor guidance, other than what children services told me to do & that still didn't make sense nor add up. However, I was complying with them behind lies; then on top of that the employees kept trying to paint a bad picture of me to the public

___. eye while also having Child Abuse on my record without me being convicted. What does that have to do with housing? A lot because it was housing that they offered me in the beginning that put me on the radar which gave them the ability to track Me & My family. So, first I lived on Ocean & Redondo where we walked out to the Beach in 2017 as I worked for American Cancer Society on Ocean & Magnolia.

___. Out of nowhere I get fired when my lease was up which pushed to be homeless n/ my daughters. Finally, 2018 I thought I made it to stability for once in my lifetime, only to be dragged through the system as everybody profitted off of me. Now, let me add vehicles to this situation as well because I dealt both issues at the same times. 2017 was a hell of a year for me, because I was teaching my company at Leaders Park in

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Compton, had just released two singles as I was _Insert ¶ #_ how to do music, I had published my 1st book J.E.S.U.S (Joining Every Soul Unto Salvation) bought a BMW, and in 2017 My BMW was hit coming out my aunts house. That accident knocked out my arm so I couldn't do my classes. Then about 1½ month ___ partner gets me Camry to go back and forth to work in and three days

___. before Christmas I'm driving to where I was _Insert ¶ #_ residing and a car hits me in the same spot that the BMW was hit which knocked out my legs so I couldn't help with my dance classes. So, basically, in 2017 is when they used cars to stop my progression in my business. Moving backward, 2018 they used housing to attack me, my children, my education, MY ministry, my

___. books), my music, my relationship, etc.. _Insert ¶ #_ All because I wanted to teach people how to properly use their gifts for Gods purposes. Never did I imagine that by doing so I would literally have to face many Goliaths in order for me to do the will of God. But whats so cold about the overall picture is how the whole world ganged up on me, tried to make me seem crazy, and got a thrill

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. out of watching me suffer. Then top that off [Insert ¶ #] [Inma] by saying that 2018 really crushed me, 2019 almost paralyzed me, when they had their people target my house, & there was a situation that left me open so I got ran into my garage which messed up my legs (again) as I got put into jail for defending myself and the criminals got to write a statement

___. and leave. That's when my partner bailed [Insert ¶ #] me out, took me to get my belongings, and I fled into the streets, especially since I didn't have anybody about that lifestyle to help nor anybody to help me that were in power positions! Well, due to me having to go through strangers in order to gain little tokens of knowledge, I was forced to study all around

___. the board which caused me to be able to go back [Insert ¶ #] in time in order to realize what was really going on. So, now that I have gotten stronger in my understanding it allowed me to grasp the bigger picture of why the enemy targeted every area of my life. For instance, vehicles symbolizes Pharaoh & Chariot, housing symbolizes Satan the Bride (church), music symbolizes God taking back the essence, trappings of his worship, dance symbolizes the Body of Christ realigning with their purpose, the children symbolizes the innocence of Adam & Eve before eating the tree then as they grew up we seen the cause & effect of Adam and <span>Page Number</span> Eves Fall. However, Now we are at a point where Civil Rights Complaint Pursuant to U.S.C. § 1983 God is fulfilling His word to Eve from thousands of years ago, destroying the works of the enemy, and presenting A Healing like never before (that is Needed Now).

*It's 2023 and we are Here all over again "Tyranny"*

*Exhibit "Freedom 1"*

*Exhibit "Freedom 1 - 3"*
*The Declaration of*
*Independence*
*PrintOut*

# THE DECLARATION OF INDEPENDENCE—1776 [1]

### IN CONGRESS, JULY 4, 1776

*The unanimous Declaration of the thirteen united States of America*

WHEN in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.

[1] The delegates of the United Colonies of New Hampshire; Massachusetts Bay; Rhode Island and Providence Plantations; Connecticut; New York; New Jersey; Pennsylvania; New Castle, Kent, and Sussex, in Delaware; Maryland; Virginia; North Carolina, and South Carolina, in Congress assembled at Philadelphia, *Resolved* on the 10th of May, 1776, to recommend to the respective assemblies and conventions of the United Colonies, where no government sufficient to the exigencies of their affairs had been established, to adopt such a government as should, in the opinion of the representatives of the people, best conduce to the happiness and safety of their constituents in particular, and of America in general. A preamble to this resolution, agreed to on the 15th of May, stated the intention to be totally to suppress the exercise of every kind of authority under the British crown. On the 7th of June, certain resolutions respecting independency were moved and seconded. On the 10th of June it was resolved, that a committee should be appointed to prepare a declaration to the following effect: "That the United Colonies are, and of right ought to be, free and independent States; that they are absolved from all allegiance to the British crown; and that all political connection between them and the State of Great Britain is, and ought to be, totally dissolved." On the preceding day it was determined that the committee for preparing the declaration should consist of five, and they were chosen accordingly, in the following order: Mr. Jefferson, Mr. J. Adams, Mr. Franklin, Mr. Sherman, Mr. R. R. Livingston. On the 11th of June a resolution was passed to appoint a committee to prepare and digest the form of a confederation to be entered into between the colonies, and another committee to prepare a plan of treaties to be proposed to foreign powers. On the 12th of June, it was resolved, that a committee of Congress should be appointed by the name of a board of war and ordnance, to consist of five members. On the 25th of June, a declaration of the deputies of Pennsylvania, met in provincial conference, expressing their willingness to concur in a vote declaring the United Colonies free and independent States, was laid before Congress and read. On the 28th of June, the committee appointed to prepare a declaration of independence brought in a draught, which was read, and ordered to lie on the table. On the 1st of July, a resolution of the convention of Maryland, passed the 28th of June, authorizing the deputies of that colony to concur in declaring the United Colonies free and independent States, was laid before Congress and read. On the same day Congress resolved itself into a committee of the whole, to take into consideration the resolution respecting independency. On the 2d of July, a resolution declaring the colonies free and independent States, was adopted. A declaration to that effect was, on the same and the following days, taken into further consideration. Finally, on the 4th of July, the Declaration of Independence was agreed to, engrossed on paper, signed by John Hancock as president, and directed to be sent to the several assemblies, conventions, and committees, or councils of safety, and to the several commanding officers of the continental troops, and to be proclaimed in each of the United States, and at the head of the Army. It was also ordered to be entered upon the Journals of Congress, and on the 2d of August, a copy engrossed on parchment was signed by all but one of the fifty-six signers whose names are appended to it. That one was Matthew Thornton, of New Hampshire, who on taking his seat in November asked and obtained the privilege of signing it. Several who signed it on the 2d of August were absent when it was adopt-

We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed,—That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security. Such has been the patient sufferance of these Colonies; and such is now the necessity which constrains them to alter their former Systems of Government. The history of the present King of Great Britain is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid world.

He has refused his Assent to Laws, the most wholesome and necessary for the public good.

He has forbidden his Governors to pass Laws of immediate and pressing importance, unless suspended in their operation till his Assent should be obtained; and when so suspended, he has utterly neglected to attend to them.

He has refused to pass other Laws for the accommodation of large districts of people, unless those people would relinquish the right of Representation in the Legislature, a right inestimable to them and formidable to tyrants only.

He has called together legislative bodies at places unusual, uncomfortable, and distance

*#1 Truth*
*#2 Truth*
*#3 Truth*
*✱✱✱*
*✱✱✱*
*✱*

ed on the 4th of July, but, approving of it, they thus signified their approbation.

NOTE.—The proof of this document, as published above, was read by Mr. Ferdinand Jefferson, the Keeper of the Rolls at the Department of State, at Washington, who compared it with the fac-simile of the original in his custody. He says: "In the fac-simile, as in the original, the whole instrument runs on without a break, but dashes are mostly inserted. I have, in this copy, followed the arrangement of paragraphs adopted in the publication of the Declaration in the newspaper of John Dunlap, and as printed by him for the Congress, which printed copy is inserted in the original Journal of the old Congress. The same paragraphs are also made by the author, in the original draught preserved in the Department of State."

Page XLV

*page 25*

*Exhibit Freedom!!*

THE DECLARATION OF INDEPENDENCE—1776          Page XLVI

from the depository of their public Records, for the sole purpose of fatiguing them into compliance with his measures.

He has dissolved Representative Houses repeatedly, for opposing with manly firmness his invasions on the rights of the people.

He has refused for a long time, after such dissolutions, to cause others to be elected; whereby the Legislative powers, incapable of Annihilation, have returned to the People at large for their exercise; the State remaining in the mean time exposed to all the dangers of invasion from without, and convulsions within.

He has endeavoured to prevent the population of these States; for that purpose obstructing the Laws for Naturalization of Foreigners; refusing to pass others to encourage their migrations hither, and raising the conditions of new Appropriations of Lands.

He has obstructed the Administration of Justice, by refusing his Assent to Laws for establishing Judiciary powers.

He has made Judges dependent on his Will alone, for the tenure of their offices, and the amount and payment of their salaries.

He has erected a multitude of New Offices, and sent hither swarms of Officers to harass our people, and eat out their substance.

He has kept among us, in times of peace, Standing Armies without the Consent of our legislatures.

He has affected to render the Military independent of and superior to the Civil power.

He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their acts of pretended Legislation:

For quartering large bodies of armed troops among us:

For protecting them, by a mock Trial, from punishment for any Murders which they should commit on the Inhabitants of these States:

For cutting off our Trade with all parts of the world:

For imposing Taxes on us without our Consent:

For depriving us in many cases, of the benefits of Trial by Jury:

For transporting us beyond Seas to be tried for pretended offenses:

For abolishing the free System of English Laws in a neighbouring Province, establishing therein an Arbitrary government, and enlarging its Boundaries so as to render it at once an example and fit instrument for introducing the same absolute rule into these Colonies:

For taking away our Charters, abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments:

For suspending our own Legislatures, and declaring themselves invested with power to legislate for us in all cases whatsoever.

He has abdicated Government here, by declaring us out of his Protection and waging War against us.

He has plundered our seas, ravaged our Coasts, burnt our towns, and destroyed the lives of our people.

He is at this time transporting large Armies of foreign Mercenaries to compleat the works of death, desolation and tyranny, already begun

with circumstances of Cruelty & perfidy scarcely paralleled in the most barbarous ages, and totally unworthy the Head of a civilized nation.

He has constrained our fellow Citizens taken Captive on the high Seas to bear Arms against their Country, to become the executioners of their friends and Brethren, or to fall themselves by their Hands.

He has excited domestic insurrections amongst us, and has endeavoured to bring on the inhabitants of our frontiers, the merciless Indian Savages, whose known rule of warfare, is an undistinguished destruction of all ages, sexes and conditions. *(NOT INDIAN PER SE)*

In every stage of these Oppressions We have Petitioned for Redress in the most humble terms: Our repeated Petitions have been answered only by repeated injury. A Prince, whose character is thus marked by every act which may define a Tyrant, is unfit to be the ruler of a free people. *(ME)*

Nor have We been wanting in attentions to our Brittish brethren. We have warned them from time to time of attempts by their legislature to extend an unwarrantable jurisdiction over us. We have reminded them of the circumstances of our emigration and settlement here. We have appealed to their native justice and magnanimity, and we have conjured them by the ties of our common kindred to disavow these usurpations, which, would inevitably interrupt our connections and correspondence. They too have been deaf to the voice of justice and of consanguinity. We must, therefore, acquiesce in the necessity, which denounces our Separation, and hold them, as we hold the rest of mankind, Enemies in War, in Peace Friends.

WE, THEREFORE, the Representatives of the UNITED STATES OF AMERICA, in General Congress, Assembled, appealing to the Supreme Judge of the world for the rectitude of our intentions, do, in the Name, and by Authority of the good People of these Colonies, solemnly publish and declare, That these United Colonies are, and of Right ought to be FREE AND INDEPENDENT STATES; that they are Absolved from all Allegiance to the British Crown, and that all political connection between them and the State of Great Britain, is and ought to be totally dissolved; and that as Free and Independent States, they have full Power to levy War, conclude Peace, contract Alliances, establish Commerce, and to do all other Acts and Things which Independent States may of right do. And for the support of this Declaration, with a firm reliance on the protection of divine Providence, we mutually pledge to each other our Lives, our Fortunes and our sacred Honor. *(United Nations) Communist Agenda*

JOHN HANCOCK.

*New Hampshire*

JOSIAH BARTLETT,          MATTHEW THORNTON.
WM. WHIPPLE,

*Massachusetts Bay*

SAML. ADAMS,          ROBT. TREAT PAINE.
JOHN ADAMS,          ELBRIDGE GERRY.

*Rhode Island*

STEP. HOPKINS,          WILLIAM ELLERY.

*page 26*

VerDate Aug 31 2005   08:33 Feb 15, 2008   Jkt 040101   PO 00000   Frm 00002   Fmt 5820   Sfmt 5807   Y:\TS\2006MAIN\2006V1.MN\V1PRE4.MN   BOB


Page XLVII          THE DECLARATION OF INDEPENDENCE—1776

### Connecticut

ROGER SHERMAN,          WM. WILLIAMS,
SAM'EL HUNTINGTON,      OLIVER WOLCOTT.

### New York

WM. FLOYD,              FRANS. LEWIS,
PHIL. LIVINGSTON,       LEWIS MORRIS.

### New Jersey

RICHD. STOCKTON,        JOHN HART,
JNO. WITHERSPOON,       ABRA. CLARK.
FRAS. HOPKINSON,

### Pennsylvania

ROBT. MORRIS,           JAS. SMITH,
BENJAMIN RUSH,          GEO. TAYLOR,
BENJA. FRANKLIN,        JAMES WILSON,
JOHN MORTON,            GEO. ROSS.
GEO. CLYMER,

### Delaware

CAESAR RODNEY,          THO. M'KEAN.
GEO. READ,

### Maryland

SAMUEL CHASE,           CHARLES CARROLL OF
WM. PACA,                 Carrollton.
THOS. STONE,

### Virginia

GEORGE WYTHE,           THOS. NELSON, jr.,
RICHARD HENRY LEE,      FRANCIS LIGHTFOOT
TH. JEFFERSON,            LEE,
BENJA. HARRISON.        CARTER BRAXTON.

### North Carolina

WM. HOOPER.             JOHN PENN.
JOSEPH HEWES,

### South Carolina

THOS. HEYWARD,          THOMAS LYNCH, Junr.,
  Junr.,                ARTHUR MIDDLETON.
EDWARD RUTLEDGE,

### Georgia

BUTTON GWINNETT,        GEO. WALTON.
LYMAN HALL,

NOTE.—Mr. Ferdinand Jefferson, Keeper of the Rolls in the Department of State, at Washington, says: "The names of the signers are spelt above as in the fac-simile of the original, but the punctuation of them is not always the same; neither do the names of the States appear in the fac-simile of the original. The names of the signers of each State are grouped together in the fac-simile of the original, except the name of Matthew Thornton, which follows that of Oliver Wolcott."

Isaiah 9:6-7 says

⑥ For unto us a child is born, unto us a son is given: and the government shall be upon his shoulder: and his name shall be called Wonderful, Counsellor, The mighty God, The everlasting Father, The Prince of Peace. ⑦ Of the increase of his government and peace there shall be no end, upon the throne of David, and upon his kingdom, to order it, and to establish it with judgement and with justice from henceforth even for ever. The zeal of the Lord of hosts will perform this.

✱ This Reflects #1 Truth and #2 Truth (A NEW GUARD)

Christ JESUS as Head

page 27

# GANGSTALKING "the Argued Controversial Mental Illness" IS REAL

## "Organized Crime in its FINEST FASHION" *Reflects communist agenda tactics*

Exhibit Weapons of War 1

Exhibit "Weapons of War #1-8" Covert methods

https://www.urbandictionary.com/define.php?term=gang%20stalking

**Gang Stalking** is stalking by more than one person to a victim, usually involving **community harassment**, or the "mob", using people from all backgrounds and vocations to harass, tracking 24/7, sometimes organizing lethal vehicle accidents, poisonings, **electronic harassment**, home invasions/property destruction, corrupt or ignorant doctor diagnosis given to stamp the victim as bogus mentally ill with delusions, paranoid, or schizophrenia, etc. Everything is done covertly, and with a sophisticated real time dispatching system to organize the criminals' harassments and attacks, often in the hundreds to thousands of criminals participating as a coordinated mob at any given time while the criminals due their normal routines of work, shopping, commuting to and from work, leisure, etc., using the method of moving foot and vehicular surveillance techniques, and computers, cell phones, verbal and visual cues, and every other conceivable type of communication.

Often, the local network of this mob is connected to a national and international network - funding is done by illicit drug industry/crime syndicates, CRIMINALS working in corporate environments, and government sponsored terrorism for military weapons research using unconsented human medical research testing linked to teaching/research hospitals. Practically all work environments and local communities have been compromised and set-up as a super **domestic terrorism** predator for mob antics- in every form of business, the government, and even police and fire departments and intelligence agencies. All of those entities have been reportedly ,on the internet and by victims accounts , to have been infiltrated with SOME of these numerous criminals willing to do this crime for money, greed, revenge, politics, war on the poor and disabled, **psychological warfare** and Direct Energy Weapons testing/research for contractors of psychotronic equipment, (psychotropic drugs was added by: Victoria Dillihunt) and mind control operations. No place is immune from these criminal **dirty birds**, not even hospitals or police stations. These weapons, which **omit** various forms of **Electromagnetic** Frequency(**EMF** or **RF**: radio frequency), and other tactics are meant to mimic natural illness, and mental illness. Organ and cell damaging, Pictures and sounds, **mind reading**, and dream interrogation can be achieved now by satellite delivery, **CCTV**, house wiring serving as a conductor, or even portable devices that are top secret and denied technology, but both the good guys and the bad guys have gotten their hands on them. They are used to sometimes drive a person's life into the ground, with hopes of the perfect unprovable crime results. These RF Weapons can cause Diabetes, cancer, and a host of other digestive and other terrible diseases. Remarkably, it's not usual for some neighbors, co-workers, or family members to ALREADY be involved in these secret operations before a related victim is chosen to be attacked. That is a closely guarded secret, and hardly any person who is unfamiliar with **gang stalking** or mob organization and tactics would believe to be true. Often, person known by the victim are recruited before or after the victim even realizes what is happening, that his/her life has the problem of gang stalking. Some victims never figure out that they are being attacked covertly, even if they die, or who is the **main person** of group who desired the criminals to destroy the often innocent victims life. Corporate and influential well connected small business owners to politicians and the underworld can put a person on this list to be attacked by gang stalking, and the other criminal

page 40

✱ Here is an example of a persons explanation of gangstalking that's located in the urban dictionary(I used this view because it describes what the minority experience & how they view their experiences that are covered up.)

*Exhibit Weapons of War*

components that go along with it. There is belief that this crime, gang stalking, is often the underbelly, or dark side of "The **New World Order**" that the elder President George Bush spoke of in the early 1990's. New World Order is a push by Bush and his millions of partners to have the USA be the strongest leader in the new one world **global government** that is taking shape now, and already basically exists in the illicit **drug trade**. George Bush believes in partnerships between the government and criminal syndicates as evidenced by the **Iran-Contra** War scandal. Gang Stalking increased dramatically starting under the elder George Bush Presidency, and continues growing exponentially like an evil cancer across the world. There are thousands, if not millions of victims. For a relevant history, look up "The Dan **Bolles** Papers" on Google concerning the Charles Schuld case. Also, look up the "Ken Wilbourne Jr" on Google that directs to the perfect.co.uk web site. Note: RF Weapons can be made by savvy electrical criminal from parts from electronic stores, and are used to make a beam weapon utilizing destructive ionizing radiation or microwaves into a persons house using precision for that one intended victim, can cause radiation sickness, as said cancer, and worse, even **sudden death** by heart attack, or **brain stroke**.

*Eleanor White, and Liza Parker have websites concerning the crime of gang stalking, which needs to be better competently addressed by law enforcement and new laws put on the books to protect innocent citizens from gang stalking, **electronic harassment**, and **RF** weapons. Uninformed people in society, and the criminals claim this "flash **crime mob**" tactics are not real which is a lie right out of hell. See also: mindjustice.org , www.eharassment.ca, www.raven1.com, and "mind control forum". There is a saying: "Its better to **light a candle** than to curse the darkness". I believe in good government, not bad government laced with human rights abuse that the seemingly Nazi ties and family history President Bush has at his core. The Nazi Germany state believed some lives are not worth living, and committed atrocities on humans on a mass scale on behalf of the elite who were under a Satanic delusion. Senator **Prescott Bush**, the Grandfather of George Bush, financed Hitler's rise to power, along with his other partners. It's easy for me to see that the **Iraq war** is a lie. I voted for George Bush twice as I am a Christian, as I trust in Jesus Christ to be **my savior** to grant me eternal life, but I am no longer fooled this bad guy in disguise, George Bush. He is an extremist for money and power for the himself and his elite partners and elite society. He just cut 50 billion dollars from the poor, disabled, and honest students. It's little wonder why USA is now called the Great Satan in the world under his leadership. **World Trade Center** Tower 7 fell without a plane attack?? Hmm... interesting. Afghanistan opium production is up by 500 percent since USA Bush took influence according to Newsweek Magazine, and still climbing to the applause of some USA economists?? Hmm. Put it all together, what do you get??? God or mercy or some savior help us all. We have entered into a very dark period under George Bush, disguised as **glib** words such as "peace, democracy, prosperity, **regime change**, fight against terrorism, etc."!! Einstein said evil (such as Bush) would never prevail if good people would tell the truth. What a thief George Bush and my criminal relatives are is on my life, and also on the lives of so many other gang stalking and other terrorism victims of his regime across the world. (other reference, The Harold **Groome** Jr –Wilbourne - Johnson Crime Family of Richmond, Virginia.*

**by In memory of E.L. Wright November 20, 2005**

page 41

Case 2:23-cv-00423-FMO-MARR Document 1 Filed 01/28/21 Page 42 of 138 Page ID #:238

WIKIPEDIA    " Exhibit Weapons of War 3 "

# MKUltra

**Project MKUltra** (or **MK-Ultra**)[a] was an illegal human experimentation program designed and undertaken by the U.S. Central Intelligence Agency (CIA), intended to develop procedures and identify drugs that could be used in interrogations to weaken individuals and force confessions through brainwashing and psychological torture.[1][2][3][4] It began in 1953 and was halted in 1973. MKUltra used numerous methods to manipulate its subjects' mental states and brain functions, such as the covert administration of high doses of psychoactive drugs (especially LSD) and other chemicals, electroshocks,[5] hypnosis,[6][7] sensory deprivation, isolation, and verbal and sexual abuse, in addition to other forms of torture.[8][9]



Declassified MKUltra documents

MKUltra was preceded by two drug-related experiments, Project Bluebird and Project Artichoke.[10][11] It was organized through the CIA's Office of Scientific Intelligence and coordinated with the United States Army Biological Warfare Laboratories.[12] The program engaged in illegal activities,[13][14][15] including the use of U.S. and Canadian citizens as unwitting test subjects.[13]:74[16][17][18] Over 7,000 American veterans took part in these experiments non-consensually during the 1950s through 1970s, many of them suing later on.[19] MKUltra's scope was broad, with activities carried out under the guise of research at more than 80 institutions aside from the military,[20] including colleges and universities, hospitals, prisons, and pharmaceutical companies.[21] The CIA operated using front organizations, although some top officials at these institutions were aware of the CIA's involvement.[13]

MKUltra was first brought to public attention in 1975 by the Church Committee of the United States Congress and Gerald Ford's United States President's Commission on CIA activities within the United States (also known as the Rockefeller Commission). Investigative efforts were hampered by CIA Director Richard Helms's order that all MKUltra files be destroyed in 1973; the Church Committee and Rockefeller Commission investigations relied on the sworn testimony of direct participants and on the small number of documents that survived Helms's order.[22] In 1977, a Freedom of Information Act request uncovered a cache of 20,000 documents relating to MKUltra, which led to Senate hearings.[13][23] Some surviving information about MKUltra was declassified in July 2001.

# Contents

**Background**
    Origin of project
    Origin of cryptonym
    Aims and leadership
    Scale of project

Page 42

*"Exhibit Weapons of War 4"*

Applications
Other related projects

**Experiments on Americans**
LSD
Other drugs
Hypnosis

**Experiments on Canadians**
Motivation and assessments

**Experiments on Danes**

**Secret detention camps**

**Revelation**
1994 U.S. General Accounting Office report

**Deaths**

**Legal issues involving informed consent**

**Notable people**

**Aftermath**

**In popular culture**
Music
Television
Video games

**See also**

**Notes**

**References**

**Further reading**

**External links**

# Background

## Origin of project

According to Stephen Kinzer, the CIA project "was a continuation of the work begun in WWII-era Japanese facilities and Nazi concentration camps on subduing and controlling human minds". Kinzer writes that MKUltra's use of mescaline on unwitting subjects was a practice that Nazi doctors had begun in the camps at Auschwitz and Dachau. Kinzer gives evidence of the continuation of a Nazi agenda, citing the CIA's secret recruitment of Nazi torturers and vivisectionists to continue experimenting on thousands of subjects, and Nazis were brought to Fort Detrick, Maryland, to instruct CIA officers on the lethal uses of sarin gas.[5]

The Soviet Union also contributed greatly to the motivation for this project; according to CIA director Allen Dulles, fear of "Soviet brain perversion techniques" was palpable. The CIA wanted to verse itself in this type of "mind control" to be able to recognize and use it in case of a conflict with the USSR.

*page 43*

Fear of the enemy ran rampant among Americans, especially upon the sharp increase in PTSD in Korean POWs. The damage incurred on these survivors was so severe that mind control was thought to be the culprit.[24]

## Origin of cryptonym

The project's CIA cryptonym is a combination of the digraph *MK*, indicating the sponsorship of the Technical Services Staff (TSS), and the word *Ultra* which formerly designated the most secret classification of World War II intelligence. Other related cryptonyms include Project MKNAOMI and Project MKDELTA. MKDELTA was established to oversee the use of MKUltra materials abroad. According to the Church Committee, "such materials were used on a number of occasions".[25]

## Aims and leadership

The project was headed by Sidney Gottlieb but began on the order of CIA director Allen Dulles on April 13, 1953.[26][27] Its aim was to develop mind-controlling drugs for use against the Soviet bloc in response to alleged Soviet, Chinese, and North Korean use of mind control techniques on U.S. prisoners of war during the Korean War.[28] The CIA wanted to use similar methods on their own captives, and was interested in manipulating foreign leaders with such techniques,[25] devising several schemes to drug Fidel Castro. It often conducted experiments without the subjects' knowledge or consent.[29] In some cases, academic researchers were funded through grants from CIA front organizations but were unaware that the CIA was using their work for these purposes.[30]

The project attempted to produce a perfect truth drug for interrogating suspected Soviet spies during the Cold War, and to explore other possibilities of mind control. Subproject 54 was the Navy's top-secret "Perfect Concussion" program, which was supposed to use sub-aural frequency blasts to erase memory; the program was never carried out.[31]



Sidney Gottlieb approved of an MKUltra sub-project on LSD in this June 9, 1953, letter.



Sidney Gottlieb, Sept. 21, 1977

Most MKUltra records were destroyed in 1973 by order of CIA director Richard Helms, so it has been difficult for investigators to gain a complete understanding of the more than 150 funded research subprojects sponsored by MKUltra and related CIA programs.[32]

The project began during a period of what English journalist Rupert Cornwell described as "paranoia" at the CIA, when the U.S. had lost its nuclear monopoly and fear of communism was at its height.[33] CIA counter-intelligence chief James Jesus Angleton believed that a mole had penetrated the organization at the highest levels.[33] The agency poured millions of dollars into studies examining ways to influence and control the mind and to enhance its ability to extract information from resistant subjects during interrogation.[34][35] Some historians assert that one goal of MKUltra and related CIA projects was to create a *Manchurian Candidate*-style subject.[36] American historian Alfred W.

*we are here now because of hidden truths & lies*

*Page 44*

McCoy has claimed that the CIA attempted to focus media attention on these sorts of "ridiculous" programs so that the public would not look at the research's primary goal, which was effective methods of interrogation.[34]

## Scale of project

One 1955 MKUltra document gives an indication of the size and range of the effort. It refers to the study of an assortment of mind-altering substances described as follows:[37]

1. Substances which will promote illogical thinking and impulsiveness to the point where the recipient would be discredited in public. (Meth)
2. Substances which increase the efficiency of mentation and perception. (Meth)
3. Materials which will prevent or counteract the intoxicating effect of alcohol.
4. Materials which will promote the intoxicating effect of alcohol.
5. Materials which will produce the signs and symptoms of recognized diseases in a reversible way so they may be used for malingering, etc.
6. Materials which will render the induction of hypnosis easier or otherwise enhance its usefulness.
7. Substances which will enhance the ability of individuals to withstand privation, torture, and coercion during interrogation and so-called "brain-washing". (Meth)
8. Materials and physical methods which will produce amnesia for events preceding and during their use. (Meth)
9. Physical methods of producing shock and confusion over extended periods of time and capable of surreptitious use.
10. Substances which produce physical disablement such as paralysis of the legs, acute anemia, etc.
11. Substances which will produce "pure" euphoria with no subsequent let-down.
12. Substances which alter personality structure in such a way the tendency of the recipient to become dependent upon another person is enhanced. (Meth)
13. A material which will cause mental confusion of such a type the individual under its influence will find it difficult to maintain a fabrication under questioning. (Meth)
14. Substances which will lower the ambition and general working efficiency of men when administered in undetectable amounts. (Fentanyl / M30's)
15. Substances which promote weakness or distortion of the eyesight or hearing faculties, preferably without permanent effects.
16. A knockout pill which can be surreptitiously administered in drinks, food, cigarettes, as an aerosol, etc., which will be safe to use, provide a maximum of amnesia, and be suitable for use by agent types on an ad hoc basis. (Seroquel)
17. A material which can be surreptitiously administered by the above routes and which in very small amounts will make it impossible for a person to perform physical activity.

## Applications

*This is sickening yet they blame the streets but all this started in the government & was dropped in the streets (RACKETEERING)

**WIKIPEDIA**

*[handwritten: Exhibit Weapons of War 7]*

# Gay bomb

The "**gay bomb**" and "**halitosis bomb**" are informal names for two non-lethal psychochemical weapons that a United States Air Force research laboratory speculated about producing. The theories involve discharging sex pheromones over enemy forces in order to make them sexually attracted to each other.

*[handwritten: African Americans/LATINOS (they use this against our people)]*

In 1994 the Wright Laboratory in Ohio, a predecessor to today's United States Air Force Research Laboratory, produced a three-page proposal on a variety of possible nonlethal chemical weapons, which was later obtained by the Sunshine Project through a Freedom of Information Act request.[1][2][3][4][5]

## Contents

**Background**

**Leaked documents**

**Body odors**

**Ig Nobel Prize awards**

**See also**

**Notes**

**References**

**External links**

*[handwritten: They using this against Americans especially Minorities & its released in these fake rain clouds so are drugs.]*

# Background

No well-controlled scientific studies have ever been published suggesting the possibility of pheromones causing rapid behavioral changes in humans.[6]

Some body spray advertisers claim that their products contain human sexual pheromones which act as an aphrodisiac. In the 1970s, "copulins" were patented as products which release human pheromones, based on research on rhesus monkeys.[6] Subsequently, androstenone, axillary sweat, and "vomodors" have been claimed to act as human pheromones.[7]

Despite these claims, no pheromonal substance has ever been demonstrated to directly influence human behavior in a peer reviewed study.[6][7][8]

Using a brain imaging technique, Swedish researchers have shown that when homosexual and heterosexual males are presented with two odors that may be involved in sexual arousal their brains tend to respond differently, and that the homosexual men tend to respond in the same way as heterosexual women, though it could not be determined whether this was cause or effect.[9] The study was expanded to include homosexual women; the results were consistent with previous findings

meaning that homosexual women were not as responsive to male identified odors, while their response to female cues was similar to that of heterosexual males.[10] According to the researchers, this research suggests a possible role for human pheromones in the biological basis of sexual orientation.[11]

## Leaked documents

In both of the documents, the possibility was canvassed that a strong aphrodisiac could be dropped on enemy troops, ideally one which would also cause "homosexual behavior". The documents described the aphrodisiac weapon as "distasteful but completely non-lethal".[2][12]

## Body odors

Body odor remote-engineering, involving compounds found in halitosis and hyperhidrosis, was another possibility discussed. Again, these effects would be produced by a non-lethal chemical weapon—possibly one that would affect the hormonal and digestive systems. It appears that a 'heavy sweating bomb', 'flatulence bomb' and 'halitosis bomb' were also considered by a committee at the time. The plan was to make an enemy so smelly they could be quite literally sniffed out of hiding by their opponents.

(Meth)

## Ig Nobel Prize awards

Wright Laboratory won the satiric 2007 Ig Nobel Peace Prize for "instigating research & development on a chemical weapon—the so-called 'gay bomb' / 'poof bomb'—that will make enemy soldiers become sexually irresistible to each other."[13]

## See also

- Bremelanotide, the only known synthetic aphrodisiac
- Frey effect (science)
- Misattribution of arousal
- *30 Rock*, a sitcom which featured a working gay bomb in the episode "Cooter".
- *Brickleberry*, a sitcom whose sixth episode, "Gay Bomb", involves a gay bomb.
- *The Alex Jones Show*, a conspiracy theory outlet, talks about how Atrazine runoff is the equivalent of a gay bomb by causing the endocrine system of amphibians to alter their gender.

## Notes

1. "Pentagon toyed with 'gay bomb' " (https://archive.today/20070616042537/http://www.france24.co m/france24Public/en/news/americas/20070616-US-army-gay-bomb-developing-a--gay-bomb-.htm l). *France 24*. Agence France-Presse. 15 June 2007. Archived from the original (http://www.france 24.com/france24Public/en/news/americas/20070616-US-army-gay-bomb-developing-a--gay-bom b-.html) on 16 June 2007. Retrieved 15 October 2015. Alt URL (http://web-capture.net/picture.ph p?pic_index=1&presentation_method=inline)

page47

**BRICS Universities League** is a consortium of leading research universities from BRICS countries including Brazil, Russia, India, China, and South Africa. Initiated at Fudan University, Shanghai on July 6, 2013, the League aims to become a platform for academic and expert cooperation, comparative research, and international educational projects.[1] In October 2015, around 40 outstanding universities from the five BRICS countries gathered in Beijing Normal University, Beijing to hold the BRICS Universities Presidents Forum. After this Forum, the participating universities declared the Beijing Consensus, and they decided to establish the BRICS Universities League.[2] The League Secretariat is located in Beijing Normal University, with the BNU as a leading university in terms of BRICS higher education and academic cooperation.[3] The League is expanding to attract more and more outstanding BRICS universities to participate in its activities.[4][5][6] The BRICS Universities League has performed as a strategic pillar for the BRICS cooperation.

## BRICS Universities League

| | |
|---|---|
| **Formation** | June 6, 2013 |
| **Founded at** | Fudan University, Shanghai, China |
| **Type** | Education and Research |
| **Headquarters** | Beijing Normal University, Beijing, China |
| **Location** | Brazil, China, India, Russia, South Africa |
| **Membership** | 60 Universities from BRICS |
| **Website** | nu-brics.ru (http://nu-brics.ru/) |

# Current members

## Brazil

| University[7][8] | Location | Year Founded | Note |
|---|---|---|---|
| Federal University of Minas Gerais | Belo Horizonte | 1927 | |
| Federal University of Rio de Janeiro | Rio de Janeiro | 1920 | |
| Federal University of Rio Grande do Sul | Porto Alegre | 1934 | |
| Federal University of Santa Catarina | Santa Catarina | 1960 | |
| Federal University of Viçosa | Viçosa | 1922 | |
| Fluminense Federal University | Niterói | 1960 | |
| National Institute of Amazonian Research | Manaus | 1952 | |
| Pontifical Catholic University of Rio de Janeiro | Rio de Janeiro | 1940 | |
| University of Campinas | São Paulo | 1964 | |

## China

| University[7][9][4] | Location | Year Founded | Note |
|---|---|---|---|
| Beijing Normal University | Beijing | 1902 | Project 985, Project 211, Double First Class University |
| Fudan University | Shanghai | 1905 | Project 985, Project 211, Double First Class University |

Exhibit "God did #1"

"GOD DID" lyrics

# DJ Khaled Lyrics

## "GOD DID"

**(feat. Rick Ross, Lil Wayne, JAY-Z, John Legend & Fridayy)**

It breaks my heart
They ain't believe in us
We the Best Music
They played themselves
While you hatin' and being jealous
You could be over here embracing that love
More love, more blessings, more life
GOD DID (GOD DID)
You either win with us or you watch us win
DJ Khaled

They wanted us down, ooh-woah
But look at us now, oh
They counted us out (Time to say a prayer, M-M-M—)
They didn't think that we would make it, oh (May we bow our heads)
They didn't believe in us, oh (Huh)

But I know God did, God did (Oh, yes, He did)
Oh, God did (Oh-oh, Khaled)
Oh, yes, God did (Oh-oh, Khaled)
Oh, God did (God is great)
But I know God did

Nosedive, they just prayin' that I crash (Huh)
Those guys, they don't wanna see you last
They'll jack up three million dollars up on your tax
A tub full of money, I still can't relax
Tires spinnin', Lord forgive me, I'm a sinner
Conquer, divide niggas
Wrong side of the petition, only divine winnin'
Better listen when I tell you how I put time in it
Please, forgive me, God did
So leave me in the dark, swimmin' with the sharks
Dope boy, big calm, still the biggest boss
Got a kilo on a plate, send 'em on a freight
Or I can go and buy a bank, I know my money's safe (Maybach Music)

They counted us out
They didn't think that we would make it, oh
They didn't believe in us, oh

But I know God did, God did (Oh, yes, He did)
Oh, God did (Oh-oh)
Oh, yes, God did (Oh-oh)

page 125

*Exhibit*
*"God did #2"*

Oh (Mula)
But I know God did (Uh)

Sky is the limit, every day I reach
They was tired of me winnin', now they dead sleep
Don't wan' see me with the ring? You better play D'
Nigga, God did His thing when He made me
With the odds stacked against me, I could crack Da Vinci
I know only God can judge us, I say that for Brittney
They smell blood like the sharks, they start actin' fishy
Well, I'ma have to act a ass and they gon' have to kiss me
Please, don't hate me just to hate me
Before they overrate me, they gon' underestimate me
Funeral and wake me, bury me and excavate me
But I'm so cultivating, everybody replicate me, nigga, face facts
Dreadlocks, face tats, I'm the apex
I made the culture, what up, twin? Never laid back
I fucked the world and when I did, I practiced safe sex
I pray more and said less, God did the rest

They counted us out
They didn't think that we would make it, oh
They didn't believe in us (It breaks my heart), oh

But I know God did (Where we at Gu?), God did (Oh, yes, He did, where we at Gu?)
Oh, God did (Oh-oh)
Oh, yes, God did (Oh-oh)
Oh, God did
But I know God did

*★Shawn Carter aka Jay Z Lyrics★* Hov did
Please, Lord forgive me for what the stove did
Nobody touched the billi' until Hov did
How many billionaires can come from Hov crib? Huh
I count three, me, Ye and Rih
Bron's a Roc boy, so four, technically (Woo)
I left the dope game with my record clean, huh
I turned the cocaína into champagne, huh
I cleaned up la madrina with the same soap, huh
Me and Loro talk 'bout how we slang dope, huh
Now the weed in stores, can you believe this, Ty?
I put my hustle onto Forbes, can you believe this guy?
Then we said, "Fuck it," took the dope public
Out the mud, they gotta face you now, you can't make up this shit
Judge it how you judge it, say we goin' corporate
Nah, we just corner boys with the corner office
I'm at the cap table, what the splits is?
Not that cap table, boy, we live this
Breezy what the business is
We pushin' Fenty like Fentanyl, the shit is all legitimate (Woo)
E was down ten for this

*page 126*

*Exhibit "God Did #3"*

We just got his ten back then went back like, "Where the interests is?"
Em light up the O3 — *Represents M30's the pill killing everybody*
We let y'all do the zazas, OG for the OGs
Some new niggas out of pocket, talkin' exotic
You barely been to the Baham— (Haha) that's another topic
Monogram in my pocket off the red carpet
You see the face I made that night, shit is that shockin'
Odds wasn't great, we'd even be alive
Gotta be crazy to y'all niggas, we surprised
Shit is too much how we grew up (Grew up)
Shit don't even feel real to us (Damn)
OG sold to those, you called kingpin
If those your drug lords, then who are we then? ← *Indirectly telling you he is a Drug lord...*
Hov is a real nigga's dream
My only goal, to make a real nigga feel seen ← *Fake Image (Social Media)*
*Bully Tactics* → Sometimes, it make a fake nigga hate life
Never my intention, the consequences of my way of life ← *Lifestyle choices*
The way we used to play with life
I'm now careful with the sentences, them only jail bars I like (Woo) ← *Binding people up mentally in jail (mind control) with bars aka Lyrics word curses*
I never wanted to be the state custodian (Come on)
*Communist Agenda & Satanic Worship* — *Dedicated to destruction* The laws are draconian (Come on, Hov)
For those married to the life (Come on), it's holy matrimony and (Come on)
*Claiming he's that smart or conniving that he gets away with this madness.* → Somehow, I'll out-fox every box they'll try to throw me in (Come on)
With great ceremony and
Folk and 'nem told me how highly Caddy spoke of him
And bloke and 'nem from London, Harold Road, Weston Inn
*Literally Speaking* → I be speakin' to the souls of men
Those of them willin' to die for the existence that this cold world has chose for them
Kickin' snow off a frozen Timb (Woo)
*The revenge of communist behind to Cold War so they tried turning America into a cold world* → Back and forth on this turnpike, really took a toll on 'em
✱ Lot of fallen soldiers on these roads of sin ← *Representing angels/demons of darkness, deception, lies, corruption, injustice, etc.*
For those who make the laws, I'ma always have smoke for them
✱ I got lawyers like shooters ← *This goes with fallen soldiers lyric →*
✱ Workin' pro bono for him as a favor 'cause I throw them Ms →
In memory of Teelo
I pray none of your people die over jailphones again
All this pain from the outside, inspired all this growth within
So new planes gettin' broken in
Highest elevation of the self
*Corruption* → They done fucked around and gave the right niggas wealth
*Satanic statement/Dragon* → These ain't songs, these is hymns 'cause I'm him
It's the Psalm 151, this New Testament
The book of Hov (The book of Hov)
*He's saying it took dope to control the masses dope on need too its laced* → Jesus turned water to wine, for Hov, it just took a stove
You never know how this shit could go
Me and Biggs probably got too big if they ain't book that load (What's up Hoffa?)
Hindsight is 20/20
Though he's gettin' plenty money, lookin' back now this shit is funny
I just got a million off a sync
Without riskin' a million years tryna get it out the sink (Woo)
Hov did

*Beyoncé causes them to do her dirty bidding through her seduction, harlotry ways which is why I say he's more like her pimp & she's his hoe whose misleading a whole Nation (starting with our government then the streets)*

*Page 127*

*Exhibit "God Did #4"*

*Revelations 13:11*

*And I beheld another beast coming up out of the earth; and he had two horns like a lamb, and he spake as a dragon*

*This right here confirms Baphomet which is a goat, the dragon symbolizes the communist agenda and church of satanic worship (illuminati)*

They said they don't know me internationally, niggas on the road did
I see a lot of Hov in Giggs
Me and Meek could never beef, I freed that nigga from a whole bid
Hov did (Hov did)
Next time we have a discussion who the G.O.A.T., you donkeys know this
Forgive me, that's my passion talkin' (Haha)
Sometimes I feel like Farrakhan (Haha) talkin' to Mike Wallace (Haha)
I think y'all should keep quiet
Breaks my heart (Haha)
God did

They wanted us down, ooh-woah (Come on, man)
But look at us now, oh
They counted us out
They didn't think that we would make it, oh
They didn't believe in us, oh

But I know God did, God did (Oh, yes, He did)
Oh, God did (Oh-oh)
Oh, yes, God did (Oh-oh)
Oh, God did
But I know God did, God did (Oh, yes, He did)
Oh, God did (Oh, God did)
Oh, yes, God did (He did)
Oh-oh-oh, God did

Yeah
And you may not believe, but I know God did
Oh, God did (God did)
God did (God did)
Oh-oh
But I know God did
He did it
Oh, He did it, yeah, yeah
God did
God did
God did
Yeah

Copyright © 2000-2023 AZLyrics.com

*Page 128*

*Exhibit C*

https://www.thehits.co.nz/spy/a-new-beyonce-inspired-religion-called-beyism-has-been-created/



On Air Now:

**The Hits**

**Listen Live Here**          **iHeartRadio**

# A New Beyoncé-Inspired Religion Called 'Beyism' has Been Created

Publish Date
Tuesday, 22 April 2014, 1:34PM

Back in January a new Kanye West-inspired religion was created by a 23-year old man so it should come as no surprise to learn that a Beyoncé-inspired religion has also been created. *Beyism* is the name of this new religion which was created by a group of 12 friends in Atlanta, CA, led by a self-proclaimed Minister Diva named Pauline John Andrews. HMMM. The group claims that the inspiration for Beyism came from one of their weekly hang sessions where the

*Page 30*

Exhibit

friend would gather every Sunday to sing her songs. While smoking marijuana, they say, the inspiration for this Beyoncé-inspired religion sprang froth. Imagine that.

"A group of 12 friends from Atlanta, Georgia have taken their admiration for the singer Beyoncé to a more spiritual level. Zay of www.MapeNation.com reports that Pauline John Andrews is the founder and self-proclaimed "Minister Diva" of the new National Church of Bey. What is now known as Beyism began about two years ago in a run-down garage in Southwest Atlanta. "There were 12 of us," Andrews explained, "and we used to gather every Sunday and sing her songs together. One day, while drinking Moscato and smoking Beyha (marijuana), we analyzed one of her songs and came to the realization that Beyoncé is truly divine." From that moment moving forward, Andrews took the reigns as the leader of the Divine Divas. Some time in the summer of 2013, they adopted the name "National Church of Bey" and registered themselves as a non-profit institution. Pauline John Andrews proclaimed herself the first Minister Diva of the National Church of Bey. Through donated funds, and by all 12 members emptying their savings accounts, the church was able to purchase a building that would become their first temple. The rest is history. Today, the National Church of Bey is thriving and shows no signs of slowing down. The congregation has grown to 203 official Divine Divas. One random visit to the temple on a Saturday night would prove to be an interesting experience. You would get to listen to Minister Diva Andrews preach from the principal text of Beyism known to them as the Beyble. Andrews explains, "Our most sacred text is a compilation of all of Beyoncé's verses and lyrics. Through our Beyble, we can better ourselves and strive to become truly Divine Divas." Shouts of "Surfbort!" were made by fellow divas as a sign of approval for her statement. Minister Diva Andrews estimates that there are at least 58 million worshippers of Beyism, but 99% of them simply don't realize it."

Witchcraft is the only way 99% would realize they are worshippers of Beyism!

""Whenever you see a large group of women defending the actions of her divine divaness, Bey, they are practicing Beyism," Andrews explained, "It is not about believing she rose from the dead, or that she is perfect or anything like that, it is about recognizing that she is the Divine Diva that we all strive to be." As for who can join the National Church of Bey? Well, 100% of the congregation consists of women, but males are welcome to join the church on the strength of one condition – they sacrifice their manhood."

Emasculating Men/Perversion Ritual

"All males are to go through a symbolic ceremony known as Bicchen in which they symbolically remove their penises and then declare their allegiance to the Divine Diva, Bey. At the conclusion of the ceremony, the member then achieves the status of Puhcee. What the future holds for the National Church of Bey is unclear. The hope of the church is that the millions of fans recognize that they are practicing Beyism. Once this happens, the true aspirations of the Divine Divas can finally be met. What is that you may ask? According to Minister Diva Andrews, it is "for the whole world to bow at the feet of the Goddess Beyoncé and recognize that she is the Diva of all Divas!" Idolatry

*Source: Buzzfeed.com*

page 31

Exhibit "Glass Horse"

♥ Donate to RNS

**Faithfully Feminist**                Revelations 6:8

# Beyoncé invites church girls to celebrate their freedom

*In her new song 'Church Girl,' Beyoncé doesn't just give church girls permission to dance, she also defends us.*

Mockery



We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept All", you consent to the use of ALL the cookies. However, you may visit "Cookie Settings" to provide a controlled consent.

Cookie Settings        Accept All

🔔

🇬🇧 English

page 129

EXHIBIT N



church girl lyrics                    ✕   🎤   📷   🔍          ⚙   ⋮⋮⋮   Ⓢ

🔍 All   ▶ Videos   🖼 Images   🛒 Shopping   📰 News   ⋮ More          Tools

About 56,600,000 results (0.39 seconds)

# CHURCH GIRL

Song by Beyoncé ⋮        Overview   (Lyrics)   Videos   Listen   Artists

## Lyrics

Ooh, ooh (I wanna be centered)
Ooh, ooh (I wanna be centered, I wanna be centered in thy will)

I've been up, I been down
Feel like I move mountains
Got friends that cried fountains, oh

I'm warning everybody, soon as I get in this party
I'm gon' let go of this body, I'm gonna love on me
Nobody can judge me but me, I was born free

I'll drop it like a thotty, drop it like a thotty
I said, now pop it like a thotty, pop it like a thotty (you bad)
Mi seh, now drop it like a thotty, drop it like a thotty (you bad)
Church girls actin' loose, bad girls actin' snotty (you bad)
Let it go, girl (let it go), let it out, girl (let it out)
Twerk that ass like you came up out the South, girl (ooh, ooh)
I said, now drop it like a thotty, drop it like a thotty (you bad)
Bad girl actin' naughty, church girl, don't hurt nobody

You can be my daddy if you want to
You, you can be my daddy if you want to
You can get it tatted if you want to
You, you can get it tatted if you want to (she ain't tryna hurt nobody)

Put your lighters in the sky, get this motherfucker litty
She gon' shake that ass and them pretty tig ol' bitties (huh)
So get your racks up (word), get your math up (uh)
I'ma back it up (uh), back it, back it up (back it, back it up)
I'ma buss it, buss it, buss it, buss it up, back it up
I see them grey sweats (grey sweats), I see a blank check

I'm finally on the other side, I finally found the urge to smile
Swimmin' through the oceans of tears we cried (tears that we've cried)
You know you got church in the morning (the morning)
But you're doin' God's work, you're goin' in
She ain't tryna hurt nobody
She is tryna do the best she can
Happy on her own, with her friends, without a man

I'm warning everybody, soon as I get in this party
I'm gon' let go of this body, I'm gonna love on me
Nobody can judge me but me, I was born free (born free)

I'll drop it like a thotty, drop it like a thotty
I said, now pop it like a thotty, pop it like a thotty (free, you bad)
Mi seh, now drop it like a thotty, drop it like a thotty (free, you bad)
Church girls actin' loose, bad girls actin' snotty (you bad)
Let it go, girl (let it go), let it out, girl (let it out)
Twerk that ass like you came up out the South, girl (ooh, ooh)
I said, now drop it like a thotty, drop it like a thotty (you bad)
Bad girls actin' raunchy, church girl, don't hurt nobody (don't hurt nobody)

You can be my daddy if you want to (you bad)
You, you can get it tatted if you want to (you bad)
Put your lighters in the sky, get this motherfucker litty (you bad)
She gon' shake that ass and them pretty tig ol' bitties
So get your racks up (ooh), get your math up (ooh)
I'ma back it up (back it up), back it, back it up (back it, back it up)

### Listen                                                    ⟩

🟢 Spotify   ▶ YouTube Music   🅿 Pandora   🎵 Apple Music

### About

**Released:** 2022

**Album:** Renaissance

**Artist:** Beyoncé

**Genre:** R&B/Soul

                                                    Feedback

### People also search for



| ENERGY lyrics Beyoncé | MOVE lyrics Beyoncé | Center of Thy Will lyr... The Cl... |

page 32



Beyonce... er, Sasha Fierce throwing the devil's horn hand sign

Exhibit B

page 20



Follow



See page 12 Section 28

Baal Worship

Exhibit G

Framing Me with Water when its Her

Baal is portrayed as a man with the head and horns of a bull. Another name is Baphomet and other names like (Goat). Goat is a small horned ruminant animal

Idolatry at the Grammys where Beyonce is worshipped as she channels the demon Yoruba water goddess Oshun. It's associated with female sensuality, love & fertility, fresh water, rivers, & waterfalls, & known to display human attributes such as vanity & jealousy. Oshun is one of more than 400 orisha, 'gods' of the Yoruba pantheon. She also pays homage to false deities Mami Wata, Kali or Durga, Venus, and the Virgin Mary

Ritualism on National TV!

Repent

"Thou shalt have no other gods before me. Thou shalt not make unto thee any graven image, or any likeness of any thing that is in heaven above, or that is in the earth beneath, or that is in the water under the earth. Thou shalt not bow down thyself to them, nor serve them: for I the Lord thy God am a jealous God, visiting the iniquity of the fathers upon the children unto the third and fourth generation of them that hate me," - Ex. 20:3-5

page 25

*[handwritten annotations: "???", "Mockery", "Communist", "Legalized same Sex Marriage (Perversion)"]*

## Activism

Beyoncé performed "America the Beautiful" at President Barack Obama's 2009 presidential inauguration, as well as "At Last" during the first inaugural dance at the Neighborhood Ball two days later.[354] The couple held a fundraiser at Jay-Z's 40/40 Club in Manhattan for President Obama's 2012 presidential campaign[355] which raised $4 million.[356] In the 2012 presidential election, the singer voted for President Obama.[357] She performed the American national anthem "The Star-Spangled Banner" at his second inauguration in January 2013.[349]

*[handwritten: "Cover It"]*

*[handwritten left margin: "Master Influence"]*

The Washington Post reported in May 2015, that Beyoncé attended a major celebrity fundraiser for 2016 presidential nominee Hillary Clinton.[358] She also headlined for Clinton in a concert held the weekend before Election Day the next year. In this performance, Beyoncé and her entourage of backup dancers wore pantsuits; a clear allusion to Clinton's frequent dress-of-choice. The backup dancers also wore "I'm with her" tee shirts, the campaign slogan for Clinton. In a brief speech at this performance Beyoncé said, "I want my daughter to grow up seeing a woman lead our country and knowing that her possibilities are limitless."[359] She endorsed the bid of Beto O'Rourke during the 2018 United States Senate election in Texas.[360]

*[handwritten: "Out of Order", "Jezebel", "Prophetess Debra Led Barack according to Gods Will"]*

Beyoncé has conducted several fundraising and donation campaigns during her tours

In 2013, Beyoncé stated in an interview in *Vogue* that she considered herself to be "a modern-day feminist".[361] She would later align herself more publicly with the movement, sampling "We should all be feminists", a speech delivered by Nigerian author Chimamanda Ngozi Adichie at a TEDx talk in April 2013, in her song "Flawless", released later that year.[362] The next year she performed live at the MTV Video Awards in front a giant backdrop reading "Feminist".[363] Her self-identification incited a circulation of opinions and debate about whether her feminism is aligned with older, more established feminist ideals. Annie Lennox, celebrated artist and feminist advocate, referred to Beyoncé's use of her word feminist as 'feminist lite'.[364] bell hooks critiqued Beyoncé, referring to her as a "terrorist" towards feminism, harmfully impacting her audience of young girls.[365] Adichie responded with "her type of feminism is not mine, as it is the kind that, at the same time, gives quite a lot of space to the necessity of men."[366] Adichie expands upon what 'feminist lite' means to her, referring that "more troubling is the idea, in Feminism Lite, that men are naturally superior but should be expected to "treat women well"

*[handwritten bottom: "Beauty is vain & charm is deceit but a Woman that fears the Lord shall be praised"]*

*[handwritten: "Page 34"]*

*Exhibit Q*

and "we judge powerful women more harshly than we judge powerful men. And Feminism Lite enables this."[367] Beyoncé responded about her intent by utilizing the definition of feminist with her platform was to "give clarity to the true meaning" behind it. [367] She says to understand what being a feminist is, "it's very simple. It's someone who believes in equal rights for men and women."[368] She advocated to provide equal opportunities for young boys and girls, men and women must begin to understand the double standards that remain persistent in our societies and the issue must be illuminated in effort to start making changes.[368]

*Perverted Fallacy*

*Contradicts Gods Truth*

She has also contributed to the Ban Bossy campaign, which uses TV and social media to encourage leadership in girls.[369] Following Beyoncé's public identification as a feminist, the sexualized nature of her performances and the fact that she championed her marriage was questioned.[370]

In December 2012, Beyoncé along with a variety of other celebrities teamed up and produced a video campaign for "Demand A Plan", a bipartisan effort by a group of 950 U.S. mayors and others[371] designed to influence the federal government into rethinking its gun control laws, following the Sandy Hook Elementary School shooting.[372] Beyoncé publicly endorsed same-sex marriage on March 26, 2013, after the Supreme Court debate on California's Proposition 8.[373] She spoke against North Carolina's Public Facilities Privacy & Security Act, a bill passed (and later repealed) that discriminated against the LGBT community in public places in a statement during her concert in Raleigh as part of the Formation World Tour in 2016.[374] She has also condemned police brutality against black Americans. She and Jay-Z attended a rally in 2013 in response to the acquittal of George Zimmerman for the killing of Trayvon Martin.[375] The film for her sixth album *Lemonade* included the mothers of Trayvon Martin, Michael Brown and Eric Garner, holding pictures of their sons in the video for "Freedom".[376] In a 2016 interview with *Elle*, Beyoncé responded to the controversy surrounding her song "Formation" which was perceived to be critical of the police. She clarified, "I am against police brutality and injustice. Those are two separate things. If celebrating my roots and culture during Black History Month made anyone uncomfortable, those feelings were there long before a video and long before me".[377]

*4/5 points of Communism*

In February 2017, Beyoncé spoke out against the withdrawal of protections for transgender students in public schools by Donald Trump's presidential administration. Posting a link to the *100 Days of Kindness* campaign on her Facebook page, Beyoncé voiced her support for transgender youth and joined a roster of celebrities who spoke out against Trump's decision.[378]

In November 2017, Beyoncé presented Colin Kaepernick with the 2017 *Sports Illustrated* Muhammad Ali Legacy Award, stating, "Thank you for your selfless heart and your conviction, thank you for your personal sacrifice", and that "Colin took action with no fear of consequence ... To change perception, to change the way we treat each other, especially people of color. We're still waiting for the world to catch up." Muhammad Ali was heavily penalized in his career for protesting the *status quo* of US civil rights through opposition to the Vietnam War, by refusing to serve in the military. 40 years later, Kaepernick had already lost one professional year due to taking a much quieter and legal stand "for people that are oppressed".[379]

*But she never speaks up about them taking God out . . .*

*Page 35*

# BEYONCE LYRICS 2:
## RUN THIS WORLD

Page 5A

✱ Run this World Lyrics by Beyonce ✱

Girls, we run this mutha (yeah)

Girls, we run this mutha (yeah)

Girls, we run this mutha (yeah)

Girls, we run this mutha, girls

*Jezebel → Pride, ego, Arrogant*

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run this mutha? Girls

Who run this mutha? Girls

Who run this mutha? Girls

Who run this mutha? Girls

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

*Emasculating Men →*

Some of them men think they freak this

Like we do, but no they don't

Make your check, come at they neck

Disrespect us, no they won't

Boy, don't even try to touch this

(touch this)

Boy, this beat is crazy (crazy)

*A scorned woman →*

This is how they made me (made me)

Houston, Texas, baby

This goes out to all my girls

That's in the club rocking the latest

Who will buy it for themselves and

get more money later

I think I need a barber (barber)

None of these niggas can fade me

(fade me)

I'm so good with this, I remind you,

I'm so hood with this

Boy, I'm just playing

Come here, baby

Hope you still like me, F you, pay me

---

*Flattery*

*— Tone Down America — Moral System*

*State Power — Love worketh NO ILL*

*Idol worship — Interest?*

*Arrogant*

My persuasion

Can build a nation

Endless power

With our love we can devour

You'll do anything for me

Who run the world? Girls (girls)

Who run the world? Girls (girls) *→ Wrong type of Woman*

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run this mutha? Girls

Who run this mutha? Girls

Who run this mutha? Girls

Who run this mutha? Girls

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

It's hot up in here, DJ, don't be

scared to run this, run this back

I'm repping for the girls who taking

over the world

Help me raise a glass for the college grads

41' Rollie to let you know what time it is, check

You can't hold me (you can't hold me) *← God Made Statement = Vanity!*

I work my nine to five, better cut my check

This goes out to all the women

getting it in, you on your grind

To all the men that respect what I do,

please accept my shine *↑ seduced like Adam in garden of Eden*

Boy, you know you love it

How we smart enough to make these millions *← Tree of Good and Evil*

Strong enough to bear the children *and Evil* (children) *Serpent in Her Ear AGAIN*

---

Then get back to business

See, you better not play me (me)

Oh, come here, baby *← Luring with*

Hope you still like me *← Seduction*

F you, pay me *← Then Attack Mode*

My persuasion

Can build a nation

Endless power

With our love we can devour

You'll do anything for me

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run this mutha? Girls

Who run this mutha? Girls

Who run this mutha? Girls

Who run this mutha? Girls

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who are we?

What we run?

The world

Who run this mutha? Yeah

Who are we?

What we run?

The world

Who run this mutha? Yeah

Who are we?

What do we run?

We run the world

Who run this mutha? Yeah

Who are we?

What we run?

We run the world

Who run the world? Girls (girls)

---

• Emasculate means "deprive (a man) of his role or identity." 2) make (someone or something) weaker or less effective

- Beyonce's Image is not her Likeness (Character)
- She used her Image to pull a veil over the eyes of humanity who don't understand discernment or the artistic gifts that are beyond just entertaining & performing.
- Beyonce understands the pimp terminology of "Get in the Mind and the Body will Follow"

# JAY Z SONG LYRICS

## RUN THIS TOWN

(Exhibit A (3A))

**Run this Town Lyrics by Jay Z feat. Kanye West and Rihanna**

*(Rihanna)*
Feel it coming in the air ← F.O.G = fear, Obligation, and Guilt
Hear the screams from everywhere — Death = Famine, Pestilence, Sword
I'm addicted to the the thrill
It's a dangerous love affair ← crossbred with Communist Aparatus
Can't be scared when it goes down
Got a problem, tell me now
Only thing that's on my mind
Is who gon' run this town tonight
Is who gon' run this town tonight
We gon' run this town

*War* Between Good & Evil
Truth & Falsehood

*(Jay-Z)*
We are, yeah, I said it, we are
This is Roc Nation, pledge your allegiance ← To falsehood
Get y'all fatigues on, all black everything — sick
Black cards, black cars, all black everything
And our girls are blackbirds, riding with they Dillingers
I get more in-depth if you boys really real enough
This is La Familia, I'll explain later
But for now, let me get back to this paper
I'm a couple bands down and I'm tryna get back
I gave Doug a grip, I lost a flip for five stacks
Yeah, I'm talking five comma six zeroes dot zero, here girl
Back to running circles 'round niggas, now we squared up
Hold up

Symbolize Death in exchange for monetary and material gain

Hurting + pain with game
Exposing the animalistic perception + stance in Life

*(Rihanna)*
Life's a game but it's not fair
I break the rules so I don't care
So I keep doing my own thing
Walking tall against the rain
Victory's within the mile
Almost there, don't give up now
Only thing that's on my mind
Is who gon' run this town tonight
Hey-ey-ey-ey-ey-ey, ey-ey-ey-ey
Hey-ey-ey-ey-ey, ey-ey-ey-ey
Who gon' run this town tonight?

*(Jay-Z)*
We are, yeah, I said it, we are
You can call me Caesar, in a dark Caesar
Please follow the leader, so Eric B, we are
Microphone fiend, it's the return of the God, peace, God
And ain't nobody fresher
I'm in Maison, uh, Martin Margiela
On the table, screaming fuck the other side, they jealous
We got a bankhead full of broads, they got a table full of fellas
(Ewww) And they ain't spendin' no cake
They should throw they hand in, 'cause they ain't got no spades
(Ewww) My whole team got dough
So my bankhead is lookin' like Millionaires' Row
(Ewww)

*(Rihanna)*
Life's a game but it's not fair
I break the rules so I don't care
So I keep doing my own thing
Walking tall against the rain
Victory's within the mile
Almost there, don't give up now
Only thing that's on my mind
Is who gon' run this town tonight
Hey-ey-ey-ey-ey-ey, ey-ey-ey-ey
Hey-ey-ey-ey-ey, ey-ey-ey-ey

Page 5B

Who gon' run this town tonight?

*(Kanye West)*
It's crazy how you can go from being Joe Blow
To everybody on your dick, no homo
I bought my whole family whips, no Volvos
Next time I'm in church, please no photos
Police escorts, everybody passports ← Working for the dark side
This the life that everybody ask for
This a fast life, we are on a crash course ← Self destruction of America
What you think I rap for? To push a fuckin' Rav 4?
But I know that if I stay stunting
All these girls only gon' want one thing
I could spend my whole life good will hunting
Only good gon' come is it's good when I'm coming
She got an ass that'll swallow up her G-string
And up top, uh, two bee stings
And I'm beasting, off the re-sling
And my nigga just made it out the precinct
We give a damn about the drama that you do bring
I'm just tryna change the color on your mood ring
Reebok, baby, you need to try some new things
Have you ever had shoes without shoestrings?
What's that, Ye? Baby, these heels
Is that a May-what? Baby, these wheels
You trippin' when you ain't sippin', have a refill
You feelin' like you run it, huh?
Now you know how we feel

Really sounds like Wrath forward
Playing w/ words having double meanings

Perverting the likeness (character) of what good is versus the lust (image) of what good IS!

*(Jay-Z)*
Wha'sup?

*(Rihanna)*
Hey-ey-ey-ey-ey-ey, ey-ey-ey-ey
Hey-ey-ey-ey-ey, ey-ey-ey-ey

*(Jay-Z)*
Wha'sup?

*(Rihanna)*
Hey-ey-ey-ey-ey-yeah, ey-ey-ey-yeah
Hey-ey-ey-ey-yeah
We gon' run this town tonight

*(Jay-Z)*
Wha'sup?

Draconians = China Communist Party
Beasts Technology & Music Industry plus more

* Revelations 13:4 - And they worshiped the *
* dragon which gave power unto the beast; *
* and they worshiped the beast saying, Who *
* is like unto the beast? Who is able to make
war with him?

China also worships the Dragon, Image, and Demons

Intro of song also reflects Organized Crime based on Premeditated arrangement of words

* Precinct means
A district of a city or town as

4/26/24, 4:21 PM    did it all for love lyrics sza - Google Search

Google    did it all for love lyrics sza

All    Videos    Images    Shopping    Forums    : More        Tools        SafeSearch ▾

About 6,940,000 results (0.38 seconds)

**Artist: SZA** *(handwritten)*

## Kill Bill
Song by SZA :

Overview    Lyrics    Videos    Listen    Artists    Composers

### Lyrics

I'm still a fan even though I was salty
Hate to see you with some other broad, know you happy
Hate to see you happy if I'm not the one driving

I'm so mature, I'm so mature
I'm so mature, I got me a therapist to tell me there's other men
I don't want none, I just want you
If I can't have you, no one should
I might

*(handwritten: This is called Possessiveness (the fear of loss/abandonment) more likely it stems from childhood (Daddy Issues))*

I might kill my ex, not the best idea
His new girlfriend's next, how'd I get here?
I might kill my ex, I still love him though
Rather be in jail than alone

I get the sense that it's a lost cause
I get the sense that you might really love her
The text gon' be evidence, this text is evidence
I tried to ration with you, no murders or crimes of passion, but damn

You was out of reach
You was at the farmer's market with your perfect peach
Now I'm in the basement, planning home invasion
Now you laying face-down, got me singing over a beat

I'm so mature, I'm so mature
I'm so mature, I got me a therapist to tell me there's other men
I don't want none, I just want you
If I can't have you, no one will
(I might)

I might kill my ex, not the best idea
His new girlfriend's next, how'd I get here?
I might kill my ex, I still love him though
Rather be in jail than alone

I did it all for love (love)
I did it all on no drugs (drugs)
I did all of this sober
I did it all for us, oh

I did it all for love (love)
I did it all of this on no drugs (drugs)
I did all of this sober
Don't you know I did it all for us? (I'll kill your ass tonight)

Uh, I just killed my ex (my ex)
Not the best idea (idea)
Killed his girlfriend next, how'd I get here?
I just killed my ex (my ex)
I still love him, though (I do)
Rather be in Hell than alone

Source: Musixmatch

Songwriters: Solana I. Rowe / Carter Lang / Robert Click Bisel

Kill Bill lyrics © Sony/atv Songs Llc, Zuma Tuna Llc, Songs Of Universal Inc, Bisel Creative Sound

### Listen

Spotify    YouTube    Apple Music    Pandora
            Music

### About

**Released:** 2022
**Album:** SOS
**Artist:** SZA
**Genres:** Pop music, R&B/Soul, Doo-wop, Psychedelic pop, pop soul

Feedb

### People also search for

Good Days    Open Arms    All the Stars    Broken
lyrics      lyrics       lyrics          Clocks lyric
SZA         SZA          SZA             SZA

See more →

*(handwritten annotations:)*

Basically, it's a way to mock or downplay another party (who is struggling) to make one seem better than the next person (or better than who they used to be). If the motive has to do with another person then that means this individual is comparing themselves because they're feeling insecure yet they fail to realize the bigger picture which means They are too busy looking outside for validation instead of looking inwardly.

This can be done physically/spiritually. For instance, killing a person's character through slander and lies. Sabotaging a persons work which kills their finances, housing, relationships, etc. Or by attacking his woman & causing them to be separated by stirring up situations that takes up their time.

SAME description from above (Infact, the above description is what was done to me which put a wedge in my relationship)

This individual rather take people to hell with them instead of being close and that is sort of what has happened to the world because people wanted to violate the spiritual laws of God and go against what GOD ordained

245. Revelations 4:5 explains how social media, smart phones, smart tv's, smart gadgets, siri, alexa, artificial intelligence, digital alteration of images, sound, documents, etc is demonic because it is not in its pure state. which symbolizes falsehood over truth. It also gives people the ability to play like they are the Ultimate Creator because when the digitally alter themselves thats basically saying God made a mistake and the only one who promotes image or sound surrounding falsehood is the serpent (satan). Also the other demonic

246. reasoning for such creations being created is it opens an avenue that enables being spied on indirectly which violates humanities privacy; gives lead way to bullying, mobbing, attacks; and builds up rebellion witchcraft, false doctrines, false influencers, and a world of false information. This was all a part of the communist agenda as tactical warfare. that was pleasing to entertain while it has been picking its targets off one by one and maybe in numbers too. Revelations 1:10 - shows how they conjured

247. up meth also known as crystal, ice, etc. as a tactic of war because of jealousy and/or envy. Then used it as a racket to attempt to wipe out their enemies and/or disable them in order to push them to the back so the jealous ones can take the lead. Crystal Meth is a weapon they have used to break down families, cities, etc. so they could profit off of the downfall of the victims while discrediting their opponents with systematic laws. However we both know the truth drugs did not start in the streets, they got dropped in the streets,

Civil Rights Complaint Pursuant to U.S.C. § 1983

248. and business have made billions off the victims that was crippled by the wickedness of people in positions. It is now time to stop blaming the streets and minority for what the government has done since the days of Hitler. Revelations 6:8 - Beyonce Knowles has a photo on the cover of her song title "Church girl" where she is sitting on a pale horse that looks like crystal. Well, when I think of

*Insert ¶ #*

249. this scripture from a drug perspective it makes me think of fentanyl because in the drug world Heroine was the dark horse, so the pale horse must be fentanyl since it is a synthetic version of heroine(let me not forget M30's too). Both these drugs have been killing people everywhere at an all time high which is probably what Jay Z meant about cleaning the streets because the pale horse, death, and hell worked

*Insert ¶ #*

250. together to kill with sword, hunger, death, and with the beasts of the earth to destroy the fourth part of the earth. By Beyonce sitting on the pale horse it symbolizes killing the godly nation with draconian laws, drugs, corruption, etc. which is all apart of the 45 points of communism. Shawn Corey Carter (Jay Z) brags about such corruption as if they can't be touched, as if nobody was bold enough to confront their wickedness, and as if Jesus Christ of Nazareth is just some made of

*Insert ¶ #*

131
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

251. name with a storybook that has been rendered powerless. The devil is a lie, and the devils soldiers used The Holy Bible to implement their dirt by slithering through the back pages (using Hebrew and Greek translations). But even then JESUS CHRIST OF NAZARETH is REAL and that's how I was able to overcome every snare, trap, and find the devils codes of tactical warfare. #CHURCH

See Exhibit "Glass Horse."

252. Revelations 12:1 - Is the description of the Bride of Christ (The Christian Church) however the devils church tried to take this title using Beyonce Knowles, Beyism, and the Beyble which is all a perverted stance and a doctrine of men and devils. The true woman who represents Revelation 12:1 - And there appeared a great wonder in heaven, a woman clothed with the sun, and the moon under her feet, and upon her head a crown of the twelve star, IS ME

253. VICTORIA T. DILLIHUNT the PROPHETESS to the NATIONS who will usher in the KINGDOM OF CHRIST. To certify My stance and qualifications is the warfare I went through all my life, how JESUS CHRIST of NAZARETH delivered me from every tactic sent against me. perversion, drugs, abuse, etc.; then equipped me to challenge head up the serpents seeds establishments, and falsehood all with the Word of God, my story of the chains that had me.

132

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

254. bound, and my testimony of Gods Love/ Delivering POWER. Revelations 12:2 (self explanatory) Revelations 12:3 - this scripture symbolizes the draconian/ communist agenda and corruption. Revelation 12:4- describes the communist agenda using social programs for families to set them up. Prime example. point 41 of communist agenda states emphasizing the need to raise children away from the negative

Insert ¶ #

255. influence of parents. Attribute prejudices, mental blocks and retarding of children to suppresive influence of parents. (That sounds like the works of Health and Human Services) (DCFS) (Mental HEALTH) (EDUCATION). Revelations 12:5 - symbolizes the woman worship JESUS CHRIST of Nazareth as she builds her house on the WORD of GOD. This is why communist wanted to separate families and

Insert ¶ #

256. faith because they said it interferes with their agenda. This scripture also describes DCFS ruling the nation with tyranny, corruption, and taking by force our children while presenting their falsehood before judges who helps them achieve their corruption because the whole system has been infiltrated by the draconian law/communist agenda. Revelations 12:6 symbolizes the amount of time DCFS gives the mother (approximate time) to be alone, jump through their hoops that systematically is designed to turn her

Insert ¶ #

133

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

257. against herself through convolution.* Convolution means a tortuous irregularity or elevation caused by the infolding of a structure upon itself (medical.dictionary.thefreedictionary.com) So basically they turn the parents against themselves by having them commit all their focus and time to get their kids back which puts DCFS and their partners in the position of God in the individuals life. God said "He is a jealous God and will have no other

258. God before him so that forces the parents to walk in idolatry. Revelations 12:7 symbolizes the war between the Kingdom of Christ and Christ's seed versus the kingdom of the serpent and his seed over who will LEAD the world into either the light of Christ or the darkness of satan. Revelations 12:8 shows that the Kingdom of Christ and the Bride of Christ (the church) defeats the

259. Serpent and his communist agenda. Revelations 12:9 explains justice serving the serpent, his seeds, and agenda the judgement it deserves and restoring the people. Revelations 12:10 (self explanatory) Revelations 12:11 (self explanatory) Revelations 12:12 (self explanatory) Revelations 12:13 (self explanatory) Revelations 12:14 proves housing worked with DCFS (even in my case, where they baited me with housing then took my kids but let me keep my housing which comes with attacks,

134
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

260. privacy violations, etc. as they spied (previously)/spy (currently)
*Insert ¶ #*
on my every move. inside/outside my residence and I've lived
like this since I started reaching out for housing services in my
younger years. However, I didn't recognize what was happening nor
see the pattern of attacks until I took Section 8 in 2018
which is another serpent seeds. It is also another way to use
people to do their dirty work because people don't want to
lose their houses or are in need of stability so they play the game

261. to keep or to gain and it's sad that people do such
*Insert ¶ #*
crimes because they have what people need. Let me add
that ALL SOCIAL PROGRAMS are the serpents' seeds and
war tactics. Revelations 12:15 - when it comes to the serpent
casting out of his mouth water as a flood after the woman
that can symbolize many components for instance since
I am the woman the serpent sent the flood after
I would start by saying the first type of flood was

262. an ambush of attacks all at once (which made me
*Insert ¶ #*
lose my mind all of 2019), second type of flood was when
I relapsed in 2019 on meth but because I was already out
of it mentally the drug only kept me woke (plus made
me have to figure out how to get sober again since I
couldn't get any help from substance abuse programs
(they're serpent seeds)) so the flood of drug addiction tried
to consume me but the Holy Ghost was fighting for me
in the spirit realm. the third type of flood was a flood

Civil Rights Complaint Pursuant to U.S.C. § 1983

263. of lies, misinformation, slander, defamation of character, breach of privacy, fraud on my accounts, etc. The fourth type of flood was vehicle vandalization, home entrances to steal evidence, to destroy my property, and to make me feel uncomfortable; false accusations made by neighbors, police calls by neighbors, no peace in the residence or in the streets (they tried to drive me crazy), neighbors knowing my business & mocking my situation

264. or knowing what I'm doing in my unit, whole apartment complex working together to stop any progress or efforts I made to get out of the mess. The fifth type of flood was turning everybody I knew against me except for street people that way it made it seem like I was just a woman who lost my kids, was on dope, and chose the streets instead of fighting to get my kids back.

265. All those floods were interwoven within each other so many days and nights I found myself paralyzed by hopelessness however my faith in JESUS CHRIST OF NAZARETH wouldn't let me throw in the towel regardless of how dangerous it got because I knew I was innocent even though I didn't know what was going on, who was trying to destroy me, and why when I didn't do anything to anybody. So, here are examples of floods that the serpent uses to make people seem crazy when they are being Targeted without cause.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

266. Revelations 13:4 - And they worshipped the dragon which gave power unto the beast: and they worshipped the beast, saying, Who is like unto the beast? who is able to make war with him? Revelations 13:8 - And all that dwell upon the earth shall worship him, whose names are not written in the book of life of the lamb slain from the foundation of the world.

267. Revelations 13:11 And I beheld another beast coming up out of the earth; and he had two horns like a lamb, and he spake as a dragon. * This scripture symbolizes the music industry/illuminati god baphomet. Baphomet is NOT a lamb he is a goat. *** The lamb that has horns is called a RAM! RAM is the initials of my music company named Rising Above Measure!

268. RAM Slogans for my music company is: ① Restoring All Music(seed of worship) + Restoring Adams Ministry(image) + Restoring All Morals(likeness) = Joining Every Soul Unto Salvation (JESUS the title of the first book I published) ② Rising Above Measure(childs seed) + Restoring A Man(image/likeness) + Restoring A Mother (Image/likeness) = Joining Every Soul Unto Salvation (fellowship/likeness) ③ Redefining A Magistrate (seed of Government) + Redefining All Ministries (image/likeness) + Redefining All Motives = Joining Every Soul Unto Salvation(fellowship, Image, & Likeness) RAM is a MALE LAMB which is JESUS (Revelations 13:8) They tried to stop me from birthing the ministry of Jesus Christ of Nazareth! The Second Coming of JESUS CHRIST of NAZARETH is HERE !!! REPENT

Civil Rights Complaint Pursuant to U.S.C. § 1983

269. Revelations 13:16-17 symbolizes fingerprints, the chips that they put into cellphones (forehead through soundwaves/frequencies), debit cards/credit cards (through digital transactions + most people are righthanded) however I am lefthanded so they had me stabbed in my right hand in 2020 which hit my radial nerve and damaged my whole right side. I am barely getting back strength because I was forced to write these lawsuits even though my left hand has been

270. over compensating for my right hand these past 3 years due to me not being able to get proper medical attention smh! Technology, digital, & social media platforms, Obama programs are bldo! ✱ Some things may seem like I repeated myself however I'm not a lawyer so I can only word things according to my Bible studies and interpretation. Please feel free to add charges if deemed suitable. Also, for remedies, I put what was on my heart because I

271. am still dealing with people obstructing justice & hindering my learning process so for the sake of time & to stop this wicked agenda I will submit AS-IS! I trust that JESUS CHRIST OF NAZARETH will work out the transition but first we must deal with the enemies to our Nation, families, and livelihood!

Civil Rights Complaint Pursuant to U.S.C. § 1983

Witches Star subliminally designed on water opening! The night I found this I seen the manifestation of the demonic Black Bird and the police showed up with their lights on as if they already knew she was there. The reason the demon manifested is because I heard its sound and commanded it to show itself. I have a witness who seen too.

This is located down the street from my house on Broadway and Imperial

Page 71



[Handwritten annotations across top: "*Main Healthcare* done by medical case and placed me at Rand Schrader HIV/Aids clinic in Los Angeles. I don't have AIDS/HIV so why place me there?"]

**WIKIPEDIA**
The Free Encyclopedia

# Rand Schrader

**Rand Schrader** (May 11, 1945 – June 13, 1993) was an American AIDS and gay rights activist who also served as a judge of the Los Angeles Municipal Court.

## Early life and education

Schrader was born in Los Angeles, California.[1] He graduated from the University of California, Berkeley and then from the University of California, Los Angeles School of Law in 1973.[2]

## Professional career and judicial service

After graduating from law school, Schrader was hired by Los Angeles City Attorney Burt Pines.[1] He was the first openly gay staffer to work in the Los Angeles City Attorney's office.[2]

In 1980, Schrader was appointed to the Los Angeles Municipal Court by Governor Jerry Brown.[1] Schrader was recommended to Brown by gay rights activist Sheldon Andelson.[2] Schrader served on the bench until April 1993.[1]

## AIDS-related advocacy and death

Los Angeles County Supervisor Ed Edelman appointed Schrader to the Los Angeles County AIDS Commission when it was established in 1987.[2] Schrader served as chairman of the commission from 1989 to 1991.[2]

In 1991, Schrader announced that he had been recently diagnosed with AIDS.[2] He disclosed that he had tested positive for HIV in 1989 and had developed pneumocystis pneumonia in October 1991.[2] Schrader went public with his diagnosis in an attempt increase AIDS awareness and to combat discrimination and misinformation associated with AIDS.[2]

Schrader died from AIDS-related complications on June 13, 1993, in Century City, California.[1]

Shortly before his death, in May 1993, the 5P21 HIV/AIDS clinic at Los Angeles County – USC Medical Center was named in honor of him.[3] Schrader had previously advocated for the establishment of the clinic.[1][3]

## Personal

| Rand Schrader | |
|---|---|
| Judge of the Los Angeles Municipal Court | |
| In office 1980 – April 1993 | |
| Appointed by | Jerry Brown |
| Personal details | |
| Born | May 11, 1945 Los Angeles, California, U.S. |
| Died | June 13, 1993 (aged 48) Century City, California, U.S. |
| Domestic partner | David Bohnett |
| Alma mater | University of California, Berkeley UCLA School of Law |

[Handwritten annotations over the infobox: "Rand Schrader   Systematic Slander! Intentionally done to humiliate me while causing me to deal with Stigmas based off of lies!"]



# VICTORIA DILLIHUNT

*BACKDOOR Method using Technology to label, slander & defame MY NAME. They Won't stop with the Lies, bullying, etc*

## Overview

*Department Medicare*
*800-675-6770*
*option # member services*

This patient is eligible as of today, **04-22-2024** . This patient is currently assigned to Molina. Please visit www.Molina.com to access additional patient information

*Molina 800-526-8196*

*trying to make me seem like damaged goods so I feel stuck!*

👍 This patient is eligible as of today, Apr 22, 2024

*I Don't have No HIV/AIDS!*

*Retaliation*

*phone #: 800-641-7761*

### Patient Information

| | |
|---|---|
| Name | VICTORIA DILLIHUNT |
| Gender | F |
| Birthdate | Aug 26, 1989 |
| Age | 34 years old |
| Member # | 90470635D |
| Address | 813 E 4TH PL LOS ANGELES, CA 90013 |
| County | Los Angeles County, California |
| Redetermination Date | 03/01/2025 |
| Group ID | MCAL44 |
| Primary Lang | English |
| Product | Molina LA |

### Eligibility History

*They changed Provider to Molina 1/1/24*

| Start Date | End Date | Product Name |
|---|---|---|
| Jan 1, 2024 | Ongoing | MCE Non Dual |
| Feb 1, 2023 | Dec 31, 2023 | MCE Non Dual |

### PCP Information

| | |
|---|---|
| Name | MOLINA - DHS-LAC+USC PC RAND SCHRADER POS CARE |
| | *HIV/AIDS outpatient clinic* |
| Physician ID | M463 |
| Address | 1300 N MISSION RD, |
| | LOS ANGELES, CA 900331021 |
| Phone Number | 3234098255 |

View PCP History  *Rand Schrader was and American AIDS & gay rights activist plus a Judge*

### PPG Information

*This is who oversees Rand Schrader documents*

| | |
|---|---|
| Name | MOLINA - LA DHS |
| PPG ID | M423 |
| Address | 200 OCEANGATE STE 100, |
| | LONG BEACH, CA 908024317 |

View PPG History  *Long Beach is LGBT pride. Long is who stole my kids thru educational system!*

Provider Subgroup

| | |
|---|---|
| Name | MOLINA - LA DHS |
| Provider ID | MM463 |

*Stigmatizing me based off providers!*

*STOP using Positions to Attack ME!*

Give Feedback

4/23/24, 9:18 AM    Availity Essentials — less than 30 minutes left until session expiration.

Date of Service Apr 23, 2024     Transaction ID 62979605859   Transaction Time Apr 23, 12:17 PM   Customer ID 481569

**DILLIHUNT, VICTORIA**

613 E 4TH PL
LOS ANGELES, CA 90013   *[handwritten: GR office near skid Row]*

| Member Status | Date of Birth | Gender | Current Plan Effective Date | Relationship to Subscriber |
|---|---|---|---|---|
| Active Coverage | Aug 26, 1989 | Female | Jan 1, 2024 - Dec 31, 2078 | Self |

*[handwritten: Changed my insurance to MOLINA 1/1/2024]*

Member ID Card

Member ID:     90470635D

**MOLINA HEALTHCARE**
**Payer: MOLINA HEALTHCARE CALIFORNIA**

*[handwritten: Systematic Slander!]*

Other or Additional Payer Information
No additional payer information provided.

▾ Provider Information

**Requesting Provider**
Name: BENEVOLENCE INDUSTRIES INCORPORATED
Category: Requesting Provider
NPI: 1376761940
Payer Assigned Provider ID: QMP000003665652

*[handwritten: 4/22/2024 - I called Molina and requested to be changed back to Benevolence.]*

**Services Restricted to Following Provider**
Category: Services Restricted to Following Provider
Period Start Date: Apr 2, 2024
Period End Date: Dec 31, 2078
- Pay To Affiliate ASSOCIATED HISPANIC PHYSICIANS IPA
- Provider Type IPA
- Service Location ASSOCIATED HISPANIC PHYSICIANS IPA
- 3533 W PICO BLVD LOS ANGELES CA 90019

*[handwritten right margin: Who oversees Benevolence payments Which Makes sense to why my blood came up missing 3 X! Why when my blood pressure was high I was given a pill which shot it to 200 then doctor told me to drive myself to the ER! This is also why I never got a neurologist after being stabbed in my right hand & Arm (Long Beach memorial didn't even check the damaged radial nerve in my hand which is the area they place the mark of the beast in Revelation and it was a Jamaican who stabbed me. (How Ironic)]*

▾ Care Reminders

No reminders for this member.

## Plan Maximums and Deductibles

▾ Health Benefit Plan Coverage - 30

| | Information / Details | Individual |
|---|---|---|
| Annual Deductible | Insurance Type: Medicaid<br>Plan / Product: ACA - LA<br>Benefit Start Date: Jan 1, 2024<br>Benefit End Date: Dec 31, 2078 | $0 / Calendar Year(s)<br>-$0 Year to Date    $0 Remaining |
| Out Of Pocket | Insurance Type: Medicaid<br>Plan / Product: ACA - LA<br>Benefit Start Date: Jan 1, 2024<br>Benefit End Date: Dec 31, 2078 | $0 / Calendar Year(s)<br>-$0 Year to Date    $0 Remaining |

*[handwritten: Organized Medical Mal Practice]*

FILTER BY NETWORK
All Networks

## Benefit Information   Expand

▾ Professional (Physician) Visit - Office - 98

Active Coverage
Insurance Type: Medicaid
Plan / Product: ACA - LA

*[handwritten: They changed my Provider from Benevolence to Rand Schrader (a HIV/AIDS clinic) Rand Schrader was an American AIDS/Gay rights activist! I DONT HAVE AIDS nor HIV]*

https://apps.availity.com/public...    1/2

CU CHI, VIETNAM



IF Adam was black and he came from earth then this symbolizes the black mans' anal and black woman Vagina entrance! #SPIRITUAL RAPE Using Sorcery # Worship of Molech, Ashtoreth, & Baal Peor which are Cananite God

I can't make this up! Cu Chi of Ho Chi Mihn City!

* SORRY for the Black & White!
Google: Cu Chi, Vietnam

# CÚ CHI, VIETNAM



← LOOK at the tunnel which symbolizes a Black woman vagina walls/ tunnel. #Spiritual Rape! —Victoria Dillihunt

← There is no making this up! Wicked intentions of MASTER SORCERY Come on in lamen terms! Coochi of Hoochi; men city (Cuchi of Ho Chi Minh City). Found by Victoria Dillihunt! This can also represent the anal canal for both sexes!

*SORRY for the Black & White! Google: Cú Chi, Vietnam

Google

cu chi vietnam

All    Images    Videos    Maps    News    ⋮ More                    Tools                                        SafeSearch ▾

About 94,800,000 results (0.33 seconds)

# Củ Chi ⋮





**Weather**

Mon          Tue          Wed
103°         102°         102°
weather.com

bea adventurous

The Best Cu Chi Tunnels Tour in Vietnam - bea adventurous


Map data ©202·

---

Ⓦ Wikipedia
https://en.wikipedia.org › wiki › Củ_Chi_tunnels ⋮

## Củ Chi tunnels

The tunnels of **Củ Chi** are an immense network of connecting tunnels located in the **Củ Chi** District of Ho Chi Minh City (Saigon), **Vietnam**, and are part of a …

## People also ask ⋮

What was the Cu Chi in the Vietnam War?

By helping to covertly move supplies and house troops, the tunnels of Củ Chi allowed North Vietnamese fighters in their area of South Vietnam to survive, help prolong the war and increase U.S. costs and casualties until the eventual withdrawal in 1973, and the final defeat of South Vietnam in 1975.

Ⓦ Wikipedia
https://en.wikipedia.org › wiki › Củ_Chi_tunnels

Củ Chi tunnels - Wikipedia

Search for: What was the Cu Chi in the Vietnam War?

Was Agent Orange used in Cu Chi Vietnam?

Are the Cu Chi Tunnels worth visiting?

Do Viet Cong tunnels still exist?

What did U.S. soldiers call Vietnamese soldiers?

What was the most secret unit in Vietnam?

Who did the Viet Cong fear the most?

Why were Viet Cong called Charlie?

What did the Vietnamese call the Navy SEALs?

Feedback

## About

Củ Chi is a rural district of Ho Chi Minh City, Vietnam. Wikipedia

**Province:** Ho Chi Minh City

**Population:** 403,038 (2018)

**Area:** 168 mi²

**Things to do**
Things to do in Củ Chi

**Pronunciation**
How to pronounce cu chi

Feedback

**People also search for**

Hóc Môn    Bình Tân    Gò Vấp    Tân Bình

See more →

## Things to do ⋮



Cu Chi Tunnel
4.5    (12K)
Historical landmark



Ben Duoc Temple - Cu Chi
4.6    (270)
Place of worship
Free



Cu Chi Tunnel Ben Duoc
4.6    (1.4K)
Historical place

More things to do →

Ⓗ History.com
https://www.history.com › Topics › Vietnam War ⋮

## Cu Chi Tunnels - Facts, History & Length

WIKIPEDIA

# *Củ Chi tunnels*

The **tunnels of Củ Chi** (Vietnamese: *Địa đạo Củ Chi*) are an immense network of connecting tunnels located in the Củ Chi District of Ho Chi Minh City (Saigon), Vietnam, and are part of a much larger network of tunnels that underlie much of the country. The Củ Chi tunnels were the location of several military campaigns during the Vietnam War, and were the Viet Cong's base of operations for the Tết Offensive in 1968.


Entrance sign at the tunnels.


Part of the tunnel complex at Củ Chi, this tunnel has been made wider and taller to accommodate tourists.


*Location of Củ Chi tunnels in Ho Chi Minh City*

The tunnels were used by Viet Cong soldiers as hiding spots during combat, as well as serving as communication and supply routes, hospitals, food and weapon caches and living quarters for numerous North Vietnamese fighters. The tunnel systems were of great importance to the Viet Cong in their resistance to American and ARVN forces, and helped to counter the growing American military presence.

## Life in tunnels

American soldiers used the term "Black Echo" to describe the conditions within the tunnels. For the Viet Cong, life in the tunnels was difficult. Air, food, and water were scarce, and the tunnels were infested with ants, venomous centipedes, snakes, scorpions, spiders, and rodents. Most of the time, soldiers would spend the day in the tunnels working or resting and come out only at night to scavenge for supplies, tend their crops, or engage the enemy in battle. Sometimes, during periods of heavy bombing or American troop movement, they would be forced to remain underground for many days at a time. Sickness was rampant among the people living in the tunnels, especially malaria, which was the second largest cause of death next to battle wounds. A captured Viet Cong report suggests that at any given time, half of a unit of the People's Liberation Armed Forces (PLAF) unit had malaria and that "one-hundred percent had intestinal parasites of significance."[1]

## U.S. campaigns against tunnels


A trap door on the jungle floor leads down into the Củ Chi tunnels. Closed and camouflaged, it is almost undetectable.

Genesis 3:7 ... that they were naked; and they sewed fig leaves together, and made themselves aprons.



Digital Production plants seeds of Sexual perversion in the producers smlb

Stem of Male Penis
Tip of Male penis
Conscious until it Sprouts flowerer, Producers engage with this software (Protools, etc) and even though they Cut, trim, fade, etc Thats the same thing they do to their male area!

#Computer Love

Psalm 119:37—Turn away my eyes from looking at vanity, And revive me in Your ways!



look like a measuring stick LoL!

← JUST like the microphone; it's the worship of the penis indirectly

Gateway 2 Spiritual realms that shouldn't ~~be~~ BE



# INTERNATIONAL COURT OF JUSTICE

Peace Palace, Carnegieplein 2, 2517 KJ  The Hague, Netherlands
Tel.: +31 (0)70 302 2323   Fax: +31 (0)70 364 9928
Website: www.icj-cij.org   Twitter Account: @CIJ_ICJ   YouTube Channel: CIJ ICJ
LinkedIn page: International Court of Justice (ICJ)

## Press Release
Unofficial

No. 2018/47
28 September 2018

### The State of Palestine institutes proceedings against the United States of America

THE HAGUE, 28 September 2018. The State of Palestine today instituted proceedings against the United States of America before the International Court of Justice (ICJ), the principal judicial organ of the United Nations, with respect to a dispute concerning alleged violations of the Vienna Convention on Diplomatic Relations of 18 April 1961 (hereinafter the "Vienna Convention").

It is recalled in the Application that, on 6 December 2017, the President of the United States recognized Jerusalem as the capital of Israel and announced the relocation of the American Embassy in Israel from Tel Aviv to Jerusalem. The American Embassy in Jerusalem was then inaugurated on 14 May 2018.

Palestine contends that it flows from the Vienna Convention that the diplomatic mission of a sending State must be established on the territory of the receiving State. According to Palestine, in view of the special status of Jerusalem, "[t]he relocation of the United States Embassy in Israel to . . . Jerusalem constitutes a breach of the Vienna Convention".

As basis for the Court's jurisdiction, the Applicant invokes Article 1 of the Optional Protocol to the Vienna Convention concerning the Compulsory Settlement of Disputes. It notes that Palestine acceded to the Vienna Convention on 2 April 2014 and to the Optional Protocol on 22 March 2018, whereas the United States of America is a party to both these instruments since 13 November 1972.

The Applicant further states that, on 4 July 2018, "in accordance with Security Council Resolution 9 (1946) and Article 35 (2) of the Statute of the Court, [it submitted] a 'Declaration recognizing the Competence of the International Court of Justice' for the settlement of all disputes that may arise or that have already arisen covered by Articles I and II of the Optional Protocol [to the Vienna Convention]".

At the end of its Application, Palestine "requests the Court to declare that the relocation, to the Holy City of Jerusalem, of the United States embassy in Israel is in breach of the Vienna Convention". It further requests the Court "to order the United States of America to withdraw the diplomatic mission from the Holy City of Jerusalem and to conform to the international obligations flowing from the Vienna Convention". Finally, the Applicant "asks the Court to order the United States of America to take all necessary steps to comply with its obligations, to refrain from

- 2 -

taking any future measures that would violate its obligations and to provide assurances and guarantees of non-repetition of its unlawful conduct".

_____

The full text of the Application of 28 September 2018 will be available shortly on the Court's website.

_____

Note: The Court's press releases are prepared by its Registry for information purposes only and do not constitute official documents.

_____

The International Court of Justice (ICJ) is the principal judicial organ of the United Nations. It was established by the United Nations Charter in June 1945 and began its activities in April 1946. The seat of the Court is at the Peace Palace in The Hague (Netherlands). Of the six principal organs of the United Nations, it is the only one not located in New York. The Court has a twofold role: first, to settle, in accordance with international law, legal disputes submitted to it by States (its judgments have binding force and are without appeal for the parties concerned); and, second, to give advisory opinions on legal questions referred to it by duly authorized United Nations organs and agencies of the system. The Court is composed of 15 judges elected for a nine-year term by the General Assembly and the Security Council of the United Nations. Independent of the United Nations Secretariat, it is assisted by a Registry, its own international secretariat, whose activities are both judicial and diplomatic, as well as administrative. The official languages of the Court are French and English. Also known as the "World Court", it is the only court of a universal character with general jurisdiction.

The ICJ, a court open only to States for contentious proceedings, and to certain organs and institutions of the United Nations system for advisory proceedings, should not be confused with the other — mostly criminal — judicial institutions based in The Hague and adjacent areas, such as the International Criminal Court (ICC, the only permanent international criminal court, which was established by treaty and does not belong to the United Nations system), the Special Tribunal for Lebanon (STL, an international judicial body with an independent legal personality, established by the United Nations Security Council upon the request of the Lebanese Government and composed of Lebanese and international judges), the International Residual Mechanism for Criminal Tribunals (IRMCT, mandated to take over residual functions from the International Criminal Tribunal for the former Yugoslavia and from the International Criminal Tribunal for Rwanda), the Kosovo Specialist Chambers and Specialist Prosecutor's Office (an ad hoc judicial institution which has its seat in The Hague), or the Permanent Court of Arbitration (PCA, an independent institution which assists in the establishment of arbitral tribunals and facilitates their work, in accordance with the Hague Convention of 1899).

_____

- 3 -

Information Department:

Mr. Andrey Poskakukhin, First Secretary of the Court, Head of Department (+31 (0)70 302 2336)
Ms Joanne Moore, Information Officer (+31 (0)70 302 2337)
Mr. Avo Sevag Garabet, Associate Information Officer (+31 (0)70 302 2394)
Ms Genoveva Madurga, Administrative Assistant (+31 (0)70 302 2396)

ID #:283

COUR INTERNATIONALE DE JUSTICE

RECUEIL DES ARRÊTS,
AVIS CONSULTATIFS ET ORDONNANCES

TRANSFERT DE L'AMBASSADE
DES ÉTATS-UNIS À JÉRUSALEM

(PALESTINE c. ÉTATS-UNIS D'AMÉRIQUE)

**ORDONNANCE DU 15 NOVEMBRE 2018**

# 2018

INTERNATIONAL COURT OF JUSTICE

REPORTS OF JUDGMENTS,
ADVISORY OPINIONS AND ORDERS

RELOCATION OF THE UNITED STATES
EMBASSY TO JERUSALEM

(PALESTINE *v.* UNITED STATES OF AMERICA)

**ORDER OF 15 NOVEMBER 2018**

ID #:284

Mode officiel de citation :

*Transfert de l'ambassade des Etats-Unis à Jérusalem
(Palestine c. Etats-Unis d'Amérique),
ordonnance du 15 novembre 2018,
C.I.J. Recueil 2018*, p. 708

———————

Official citation:

*Relocation of the United States Embassy to Jerusalem
(Palestine* v. *United States of America),
Order of 15 November 2018,
I.C.J. Reports 2018*, p. 708

ISSN 0074-4441
ISBN 978-92-1-157353-4

| | |
|---|---|
| **Nº de vente:** **Sales number** | **1154** |

15 NOVEMBRE 2018

ORDONNANCE

TRANSFERT DE L'AMBASSADE
DES ÉTATS-UNIS À JÉRUSALEM

(PALESTINE c. ÉTATS-UNIS D'AMÉRIQUE)

—————

RELOCATION OF THE UNITED STATES
EMBASSY TO JERUSALEM

(PALESTINE *v.* UNITED STATES OF AMERICA)

15 NOVEMBER 2018

ORDER

708

INTERNATIONAL COURT OF JUSTICE

YEAR 2018

**15 November 2018**

2018
15 November
General List
No. 176

# RELOCATION OF THE UNITED STATES EMBASSY TO JERUSALEM

(PALESTINE *v.* UNITED STATES OF AMERICA)

ORDER

*Present: President* Yusuf; *Vice-President* Xue; *Judges* Tomka, Abraham, Bennouna, Cançado Trindade, Donoghue, Gaja, Sebutinde, Bhandari, Robinson, Crawford, Gevorgian, Salam, Iwasawa; *Registrar* Couvreur.

The International Court of Justice,

Composed as above,

After deliberation,

Having regard to Article 48 of the Statute of the Court and to Articles 44, 48 and 79, paragraphs 2 and 3, of the Rules of Court,

Having regard to the "Declaration Recognizing the Competence of the International Court of Justice" deposited by the State of Palestine (hereinafter "Palestine") on 4 July 2018, whereby, pursuant to Security Council resolution 9 (1946) of 15 October 1946 adopted in virtue of the powers conferred upon the Council by Article 35, paragraph 2, of the Statute of the Court, Palestine "accept[ed] with immediate effect the competence of the International Court of Justice for the settlement of all disputes that may arise or that have already arisen covered by Article I of the Optional Protocol to the Vienna Convention on Diplomatic Relations concerning the Compulsory Settlement of Disputes (1961), to which the State of Palestine acceded on 22 March 2018",

4

Having regard to the Application filed in the Registry of the Court on 28 September 2018, whereby Palestine instituted proceedings against the United States of America (hereinafter the "United States") concerning alleged violations of the Vienna Convention on Diplomatic Relations of 18 April 1961 (hereinafter the "Vienna Convention");

Whereas a certified copy of the Application was communicated to the United States on the day it was filed;

Whereas in its Application, Palestine seeks to found the jurisdiction of the Court on Article I of the Optional Protocol to the Vienna Convention on Diplomatic Relations concerning the Compulsory Settlement of Disputes (hereinafter the "Optional Protocol");

Whereas Palestine appointed H.E. Mr. Ammar Hijazi, as Agent, and H.E. Ms Rawan Sulaiman, as Co-Agent, for the purposes of the case; whereas the United States was invited to appoint an agent in the case, in accordance with Article 40, paragraph 2, of the Rules of Court; and whereas it has not appointed an agent to date;

Whereas, by a letter dated 11 October 2018, the Registrar invited the representatives of the Parties to a meeting with the President of the Court to be held on 5 November 2018, pursuant to Article 31 of the Rules of Court, in order for the President to ascertain the views of the Parties with regard to questions of procedure in the case;

Whereas, by a letter dated 2 November 2018, Ms Jennifer G. Newstead, Legal Adviser of the United States Department of State, informed the Court that, on 13 May 2014, following the Applicant's "purported accession" to the Vienna Convention, the United States had submitted a communication to the Secretary-General of the United Nations, declaring that the United States did not consider itself to be in a treaty relationship with the Applicant under the Vienna Convention; whereas she added that, on 1 May 2018, following the Applicant's "purported accession" to the Optional Protocol, the United States had submitted a similar communication to the Secretary-General of the United Nations, declaring that the United States did not consider itself to be in a treaty relationship with the Applicant under the Optional Protocol; whereas, in her letter, Ms Newstead observed that the Applicant had been aware of these communications by the United States before it submitted its Application to the Court; and whereas she concluded that, according to the United States, "it [was] manifest that the Court ha[d] no jurisdiction in respect of the Application" and that the case ought to be removed from the List;

Whereas, by a letter of the same date, Ms Newstead informed the Registrar that the United States would not participate in the proposed meeting to be held on 5 November 2018 by the President with the representatives of the Parties;

Whereas, on 5 November 2018, the President of the Court met with the representatives of Palestine; whereas, at that meeting, Palestine expressed

5

RELOCATION OF THE UNITED STATES EMBASSY (ORD. 15 XI 18)     710

the wish that the Court decide in favour of its claim and indicated a strong preference for the submission of a Memorial dealing both with jurisdiction and merits, on the grounds that these two aspects were, in its view, closely related, stating that Palestine would need six months for the preparation of the said pleading; whereas Palestine added that, if the Court were to order a first round of written pleadings dedicated solely to the question of its jurisdiction, a time-limit of six months would similarly be necessary for the preparation of a pleading on that question;

Whereas the Court considers, with reference to Article 79, paragraph 2, of its Rules, that, in the circumstances of the case, in particular in view of the fact that, according to the United States, the Court manifestly lacks jurisdiction to entertain Palestine's Application, it is necessary to resolve first of all the question of the Court's jurisdiction and that of the admissibility of the Application, and that these matters should accordingly be separately determined before any proceedings on the merits;

Whereas it is necessary for the Court to be informed of all the contentions and evidence on facts and law on which the Parties rely in relation to its jurisdiction and the admissibility of the Application,

*Decides* that the written pleadings shall first be addressed to the question of the jurisdiction of the Court and that of the admissibility of the Application;

*Fixes* the following time-limits for the filing of those pleadings:

15 May 2019 for the Memorial of the State of Palestine;

15 November 2019 for the Counter-Memorial of the United States of America; and

*Reserves* the subsequent procedure for further decision.

Done in French and in English, the French being authoritative, at the Peace Palace, The Hague, this fifteenth day of November, two thousand and eighteen, in three copies, one of which will be placed in the archives of the Court and the others transmitted to the Government of the State of Palestine and the Government of the United States of America, respectively.

(*Signed*)  Abdulqawi Ahmed YUSUF,
President.

(*Signed*)  Philippe COUVREUR,
Registrar.

———————

6



# INTERNATIONAL COURT OF JUSTICE

Peace Palace, Carnegieplein 2, 2517 KJ  The Hague, Netherlands
Tel.: +31 (0)70 302 2323   Fax: +31 (0)70 364 9928
Website: www.icj-cij.org   Twitter Account: @CIJ_ICJ   YouTube Channel: CIJ ICJ
LinkedIn page: International Court of Justice (ICJ)

_____

## Press Release
Unofficial

No. 2018/57
30 November 2018

**Relocation of the United States Embassy to Jerusalem (Palestine v. United States of America)**

**The Court decides that the written pleadings will first be addressed to the question of jurisdiction and that of the admissibility of the Application**

THE HAGUE, 30 November 2018. By an Order dated 15 November 2018, the International Court of Justice (ICJ), the principal judicial organ of the United Nations, decided that the written pleadings in the case concerning the Relocation of the United States Embassy to Jerusalem (Palestine v. United States of America) would first be addressed to the question of the jurisdiction of the Court and that of the admissibility of the Application. It fixed 15 May 2019 and 15 November 2019 as the respective time-limits for the filing of a Memorial by the State of Palestine and a Counter-Memorial by the United States of America.

It is recalled in the Order that the State of Palestine seeks to found the jurisdiction of the Court on Article I of the Optional Protocol to the Vienna Convention on Diplomatic Relations concerning the Compulsory Settlement of Disputes (1961), to which the State of Palestine acceded on 22 March 2018.

The Order notes that, by a letter dated 2 November 2018, the United States informed the Court of the communications it had submitted to the Secretary-General of the United Nations in 2014 and 2018, in which it declared that it did not consider itself to be in a treaty relationship with the Applicant under the Vienna Convention or the Optional Protocol. In its letters, the United States further observed that the Applicant had been aware of these communications before it submitted its Application, and it concluded that, in its view, "it [was] manifest that the Court ha[d] no jurisdiction in respect of the Application" and that the case ought to be removed from the List.

The Court further notes in its Order that, by a letter of the same date, the United States informed the Registry that it would not participate in the proposed meeting to be held on 5 November 2018 by the President with the representatives of the Parties, in order to ascertain their views with regard to questions of procedure in the case. The Court states that, at that meeting, Palestine expressed the wish that the Court decide in favour of its claim and indicated a strong preference for the submission of a Memorial dealing with both the jurisdiction of the Court and the merits, explaining that it would need six months to prepare that pleading.

_____

- 2 -

History of the proceedings

A complete history of the proceedings can be found in Press Release No. 2018/47 of 28 September 2018, available on the Court's website (www.icj-cij.org) under "Press Room/Press Releases".

_____

The full text of the Order can be found on the Court's website (under the heading "Cases"/"Pending Cases").

_____

Note: The Court's press releases are prepared by its Registry for information purposes only and do not constitute official documents.

_____

The International Court of Justice (ICJ) is the principal judicial organ of the United Nations. It was established by the United Nations Charter in June 1945 and began its activities in April 1946. The seat of the Court is at the Peace Palace in The Hague (Netherlands). Of the six principal organs of the United Nations, it is the only one not located in New York. The Court has a twofold role: first, to settle, in accordance with international law, legal disputes submitted to it by States (its judgments have binding force and are without appeal for the parties concerned); and, second, to give advisory opinions on legal questions referred to it by duly authorized United Nations organs and agencies of the system. The Court is composed of 15 judges elected for a nine-year term by the General Assembly and the Security Council of the United Nations. Independent of the United Nations Secretariat, it is assisted by a Registry, its own international secretariat, whose activities are both judicial and diplomatic, as well as administrative. The official languages of the Court are French and English. Also known as the "World Court", it is the only court of a universal character with general jurisdiction.

The ICJ, a court open only to States for contentious proceedings, and to certain organs and institutions of the United Nations system for advisory proceedings, should not be confused with the other — mostly criminal — judicial institutions based in The Hague and adjacent areas, such as the International Criminal Court (ICC, the only permanent international criminal court, which was established by treaty and does not belong to the United Nations system), the Special Tribunal for Lebanon (STL, an international judicial body with an independent legal personality, established by the United Nations Security Council upon the request of the Lebanese Government and composed of Lebanese and international judges), the International Residual Mechanism for Criminal Tribunals (IRMCT, mandated to take over residual functions from the International Criminal Tribunal for the former Yugoslavia and from the International Criminal Tribunal for Rwanda), the Kosovo Specialist Chambers and Specialist Prosecutor's Office (an ad hoc judicial institution which has its seat in The Hague), or the Permanent Court of Arbitration (PCA, an independent institution which assists in the establishment of arbitral tribunals and facilitates their work, in accordance with the Hague Convention of 1899).

_____

Information Department:

Mr. Andrey Poskakukhin, First Secretary of the Court, Head of Department (+31 (0)70 302 2336)
Ms Joanne Moore, Information Officer (+31 (0)70 302 2337)
Mr. Avo Sevag Garabet, Associate Information Officer (+31 (0)70 302 2394)
Ms Genoveva Madurga, Administrative Assistant (+31 (0)70 302 2396)

4/26/24, 4:21 PM did it all for love lyrics sza - Google Search

Google did it all for love lyrics sza

All Videos Images Shopping Forums More Tools SafeSearch

About 6,940,000 results (0.38 seconds)

**Artist: SZA**

**Kill Bill**
Song by SZA

Overview Lyrics Videos Listen Artists Composers

## Lyrics

I'm still a fan even though I was salty
Hate to see you with some other broad, know you happy
Hate to see you happy if I'm not the one driving

I'm so mature, I'm so mature
I'm so mature, I got me a therapist to tell me there's other men
I don't want none, I just want you
If I can't have you, no one should ← This is called possessiveness (the fear is more likely it stems from loss/abandonment) Childhood (deadly issues)
I might

I might kill my ex, not the best idea
His new girlfriend's next, how'd I get here?
I might kill my ex, I still love him though
Rather be in jail than alone

I get the sense that it's a lost cause
I get the sense that you might really love her
The text gon' be evidence, this text is evidence
I tried to ration with you, no murders or crimes of passion, but damn

You was out of reach
You was at the farmer's market with your perfect peach
Now I'm in the basement, planning home invasion
Now you laying face-down, got me singing over a beat

I'm so mature, I'm so mature
I'm so mature, I got me a therapist to tell me there's other men
I don't want none, I just want you
If I can't have you, no one will
(I might)

I might kill my ex, not the best idea
His new girlfriend's next, how'd I get here?
I might kill my ex, I still love him though
Rather be in jail than alone

I did it all for love (love)
I did it all on no drugs (drugs) ← Basically, it's a way to mock or downplay another party (who is struggling) to make one them better than the next person (or better than what they used to be). If the motive has to do with another person then that means this individual is comparing themselves because they're feeling insecure yet they fail to realize the bigger picture which means They are too busy looking outside for validation instead of looking inwardly.
I did all of this sober
I did it all for us, oh

I did it all for love (love)
I did it all of this on no drugs (drugs)
I did all of this sober
Don't you know I did it all for us? (I'll kill your ass tonight)

Ah, I just killed my ex (my ex) ← This can be done physically/spiritually. For instance; killing a person's character through slander and lies. Sabotaging a persons work which kills their finances, housing, relationships, etc. Or by attacking his woman & causing them to be separated by stirring up situations that takes up their time.
Not the best idea (idea)
Killed his girlfriend next, how'd I get here
I just killed my ex (my ex)
I still love him, though (I do)
Rather be in Hell than alone ← SAME description from above (In fact, the above description is what was done to me which put a wedge in my relationship)

Musixmatch

Songwriters: Solana I. Rowe / Carter Lang / Robert ___ ___

This individual rather take people to hell with them instead of being close and that is sorta of what has happened to the world because people wanted to violate the spiritual laws of God and go against what God ordained

The Heart of Babylon (Catholic Church) (Harlot) willingness to Kill (using All tactics/Everybody) in order to STOP the marriage of the LAMB and His Bride from taking back everything that was stolen! The ways of THE ANTI-CHRIST

Claim #( )

(Indirect Claims)

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Scale, according to the Laws and Precepts of The King of Kings and Lord of Lords, Yahweh, El Roi, Jehovah Jireh, Jehovah Shalom, El Shaddai, Adonai, Jesus Christ of Nazareth, etc

___. Plaintiff alleges the above claim against the following Defendant(s):

All defendants played a part in the charades of witchcraft, idolatry, and organized crime (All across the world) using Religion & Government as a weapon to wage many different forms of warfare. 1 Samuel 15:23-For rebellion is as the sin of witchcraft, And stubbornness is as iniquity and idolatry. Because thou hast rejected the word of the LORD, He hath also rejected thee from being King.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Song: Kill Bill by SZA reflects on Obsessed Person (woman) that believes she's better than her ex-boyfriends New person. This concept works in Many fashions for example. In Religion: people judge others if they're not from the same religion but got married. In the World: people judge others based off of money, careers, etc when it comes to marriage. In the Streets: people judge others based off of what GAME a person is in. For ex: A blood marrying a crip, A pimp marrying a girl that's not a hoe, A dope dealer marrying a smoker, etc. However none of us is God) so who can say who God has for somebody except if GOD spoke to them or used somebody to tell them.

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

Her song describes my circumstance 100%! Based on both me & my partners past lifestyles and beliefs there have been people doing everything in their power to keep us apart. For instance: They have me blocked by the hispanic man because of Meth (Crystal) and they have my partner blocked by women (hispanic) because of pimping! They have used every weapon systematically to stop my destiny with the man GOD chose for me because everybody male/female are in a system that was created by the Catholic Church. SO My MARRIAGE MUSIC MINISTRY FAMILY, Etc would be GOD taking back his worship from Satan which gives the Kingdom & Church back to GOD!

The World intentionally promoting sin, drugs, hatred,death to keep us a way from Gods promises and our inheritance!

**Claim #(___)**
*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords, Yahweh, El Roi, Jehovah Jireh, Jehovah Shalom, El Shaddai, Adonai, Jesus Christ of Nazareth, etc
*Insert ¶ #*

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All defendants played a part in the charades of witchcraft, idolatry, and organized crime (All across the world) using Religion & Government as a weapon to rage many different forms of warfare. 1 Samuel 15:23 - For rebellion is as the sin of witchcraft, and stubbornness is of iniquity and idolatry. Because thou hast rejected the word of the LORD, He hath also rejected thee from being King.
*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Matthew 11:12 - And from the days of John the Baptist until now the kingdom of heaven suffereth violence, and the violent taketh by force.
*Insert ¶ #*
Romans 12:2 - And be not conformed to this world: but be ye transformed by the renewing of your mind, that ye may prove what is that good, and acceptable, and perfect will of GOD.

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:
*Insert ¶ #*
John the Baptist went before Jesus to announce Jesus arrival (they beheaded him), Paul (they locked him up not long after they killed Jesus) - this represents the kingdom of heaven suffering violence and them taken taking it by force. Romans 12:2 describes the worlds way of thinking is different from Gods way of think (even the saying Get in the mind and the body will follow.) This lets us know that the worlds way of thinking is backwards, controlling and is sick. So, The world can't be blamed because the leaders weaponizes everything in a perverted manner to go against GOD This affects me because the world promotes a compromised truth to keep us from GOD!

-Systematic Standard/Labeled (Falsely)
-Retaliation behind civil claims about Medical Malpractice! __Claim #(__)__ Also, because I exposed the Blood rituals to Dionysus!

*(Insert Claim#)*

Plaintiff realleges and incorporates by reference all of the paragraphs above. Done By People in Positions (Cain Killing Abel)

*(List any other legal claim you have that is related to your civil rights claim.)*

All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords, Yahweh, El Roi, Jehovah Jireh, Jehovah Shalom, El Shaddai, Adonai, Jesus Christ of Nazareth, etc.

Plaintiff alleges the above claim against the following Defendant(s): All defendants played a part in the charades of witchcraft, idolatry, and organized crime (All across the world) using Religion & Government as a weapon to wage many different forms of warfare. 1 Samuel 15:23 For rebellion is as the sin of witchcraft, and stubbornness is as iniquity and idolatry. Because thou hast rejected the word of the LORD, He hath also rejected thee from being King.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

Molina Medical (Government Benefits) took over my case from LA Care and assigned me to Rand Schrader Pos Care Clinic in Los Angeles. When you google the address 1300 N. Mission Rd LA, CA 90033; 5P21 Rand Schrader HIV/AIDS outpatient clinic pops up! On the map it's between USC school of NURSING and USC Health Science Campus.

As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way: Systematically this had me under a false label because I've been exposing the LGBT community and the medical field (which has to do with witchcraft (medicines, drugs, perversion) that leads to sickness). However, it is ALL apart of the corruption to make merchandise of humanity by trafficking or through systems of HEALTH & HUMAN SERVICES, JAILS, SOCIAL SERVICES, etc. This is how the nation, Big Tech, Corporations, etc got rich off of the least fortunate while PRETENDING to fix what they broke because it either affects our bodies, families, etc. This has affected me because it causes people to judge me unfairly (mental/emotional stress), it's an attempt to sabotage my chance a marriage, and its a tactic used to humiliate me. Scientist, Chemist, & medical are behind drugs & sickness

# My Testimony begins His Story as it gives GOD back HIS GLORY!

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

___. Ended on the streets at the age 13, destruction came to destroy my dreams, I fell in love with getting money fast, neglecting the the fact that it didn't last, I was so consumed by my pride, didn't realize I was buying a lie, my frenemies showed love to me, while I was looking for my identity, all I wanted was to find myself, but ended up lost chasing wealth, got addicted to the fast game, he thought

___. he stole my name! You can't tell me God's not real, the devil tried to make me sign the deal, Just repent while God is found and watch God turn your life around, He did it for me, He can do it for you, try him at His WORD & Believe its TRUE, Never have I seen it fall to the ground, open up His WORD and God will be found, just ask Him to show himself **to you** and watch what reading His WORD will do, ain't no time

___. to keep unbelieving, when the devils always deceiving now you gotta fight to get your life back, while trusting God to put it on track, He made a promise and He'll see it **through** So FAITHING or faking is ALL up to You! The motive of your actions God looks at, so its the motive of your actions that moves FAITH to ACT.

## Victoria Dillihunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Spiritual Death/Paganism

Genesis 2:15-26 (15) And the LORD God took the man, and put him into the garden of Eden to dress it and to keep it. (16) And the LORD God commanded the man, saying, Of every tree of the garden thou mayest freely eat: (17) But of the tree of the knowledge of good and evil, thou shalt not eat of it: for in the day that thou eatest thereof thou shalt surely die. (18) And the LORD God said, It is not good that the man should be alone; I will make him an help meet for him. (19) And out of the ground the LORD God formed every beast of the field, and every fowl of the air; and brought them unto Adam to see what he would call them: and whatsoever Adam called every living creature, that was the name thereof. (20) And Adam gave names to all cattle, and to the fowl of the air, and to every beast of the field; but for Adam there was not found an help meet for him. (21) And the LORD God caused a deep sleep to fall upon Adam, and he slept: and he took one of his ribs, and closed up the flesh instead thereof. (22) And the rib, which the LORD God had taken from man, made he a woman, and brought her unto the man. (23) And Adam said, This is now bone of my bones, and flesh of my flesh: she shall be called Woman, because she was taken out of Man. (24) Therefore shall a man leave his father and his mother, and shall cleave unto his wife: and they shall be one flesh. (25) And they were both naked, the man and his wife, and were not ashamed.

Civil Rights Complaint Pursuant to U.S.C. § 1983

Genesis 3:1-8 [1] Now the serpent was more subtil than any beast of the field which the LORD God had made. And he said unto the woman, Yea, hath God said, Ye shall not eat of every tree of the garden? [2] And the woman said unto the serpent, We may eat of the fruit of the trees of the garden: [3] But of the fruit of the tree which is in the midst of the garden, God hath said, Ye shall not eat of it, neither shall ye touch it, lest ye die. [4] And the serpent said unto the woman, Ye shall not surely die: [5] For God doth know that in the day ye eat thereof, then your eyes shall be opened, and ye shall be as gods, knowing good and evil. [6] And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make one wise, she took of the fruit thereof, and did eat, and gave also unto her husband with her; and he did eat. [7] And the eyes of them both were opened, and they knew that they were naked; and they sewed fig leaves together, and made themselves aprons. [8] And they heard the voice of the LORD God walking in the garden in the cool of the day: and Adam and his wife hid themselves from the presence of the LORD God amongst the trees of the garden. Genesis 3:14 - And the LORD God said unto the serpent, Because thou hast done this, thou art cursed above all cattle, and above every beast of the field; upon thy belly shalt thou go, and dust shalt thou eat all the days of thy life. Genesis 3:15 - And I will put enmity between thee and the woman, and between thy seed and her seed; it shall bruise thy head, and thou shalt bruise his heel.

Insert ¶ #

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Enmity/Physical Death

_Insert ¶ #_

. Genesis 4:1-15 ①And Adam knew Eve his wife; and she conceived, and bare Cain, and said, I have gotten a man from the LORD. ②And she again bare his brother Abel. And Abel was a keeper of sheep, but Cain was a tiller of the ground. ③And in process of time it came to pass, that Cain brought of the fruit of the ground an offering unto the LORD. ④And Abel, he also brought of the firstlings of his flock and of the fat thereof. And the LORD had respect unto Abel and to his offering. ⑤But unto Cain and to

_Insert ¶ #_

. his offering he had not respect. And Cain was very wroth, and his countenance fell. ⑥And the LO  said unto Cain, Why art thou wroth? ⑦If thou doest well, shalt thou not be accepted? and if thou doest not well, sin lieth at the door. And unto thee shall be his desire, and thou shalt rule o  him. ⑧And Cain talked with Abel his brother: and it came to pass, when they were in the field, that Cain rose up against Abel his brother, and slew him. ⑨And the LORD said unto Cain, Where is Abel

_Insert ¶ #_

. thy brother? And he said, I know not: AM I my brother's keeper? ⑩And he said, What hast thou done? the voice of thy brothers blood crieth unto me from the ground. ⑪And now art thou cursed from the earth, which hath opened her mouth to receive thy brother's blood from thy hand; ⑫When thou tillest the ground, it shall not henceforth yield unto thee her strength; a fugitive and vagabond shalt thou be in the earth. ⑬And Cain said unto the LORD, My punishment is greater than I can bear. ⑭Behold, thou hast driven me out this day from the face of the earth; and from thy face shall I be hid; and I shall be a fugitive and vagabond

---

Page Number

___. in the earth, and it shall come to pass, that everyone that findeth me shall slay me. (15) And the LORD said unto him, therefore whosoever slayeth Cain, vengeance shall be taken on him sevenfold. And the LORD set a mark upon Cain, lest any finding him should kill him.

*Insert ¶ #*

# Death's Truth!!!

___. I Corinthians 15:20-23 (20) But now Christ is risen from the dead, and become the firstfruits of them that slept. (21) For since by by man came death, by man came also the resurrection of the dead. (22) For as in Adam all die, even so in Christ shall all be made alive. (23) But every man in his own order: Christ the first fruits, afterward they that are Christ's at his coming. I Corinthians 15:26 The last enemy that shall be destroyed is death. Ezekiel 18:23 - Have I any pleasure at all that

*Insert ¶ #*

___. the wicked should die? saith the LORD God: and not that he should return from his ways, and live? Ezekiel 18:32 - For I have no pleasure in the death of him that dieth, saith the LORD God: wherefore turn yourselves, and live ye. Songs of Solomon 8:16 - Set me as a seal upon thine heart, as a seal upon thine arm: for love is strong as death; jealousy is cruel as the grave: the coals thereof are coals

Civil Rights Complaint Pursuant to U.S.C. § 1983

# The Truth about Gangs

Insert ¶ #

Let's breakdown a few things like the acronym's of GANGS w/ BLOOD meaning **B**rotherly **L**ove **O**vercomes **O**ur **D**estruction. However, the only thing I see is a lot of corruption (BLOOD)!

[CRIP] **C**ommunity **R**evolution **I**n **P**rogress(ion). However, the only thing I see is degression). South Siders, I ain't tryna seem any meaner but this is North America so the South Side is over there by Argentina (SUR)...

## SATANIC SACRIFICES of the MEN EXPLAINED HERE: (PAY CLOSE ATTENTION)

Insert ¶ #

1) Give them an area to start gang with leader (King of Street)
2) Oppress them in every area of life (Family, living expenses, poverty, etc)
3) The Introduction to Drugs, Money, Hoes, Pimps, Tricks, Sex, & etc
4) Media Influences (that shows these lifestyles to be it)
5) Limit Influence of Real Role Models in the Media
6) Play with their appetite for money because you know they're

Insert ¶ #

: trying to find a way out the Hood (playing w/ appetite for money means after y'all gave the streets drugs, oppression, poverty, etc. Now you send in the informants, bad drugs, DCFS (family social services), The Police (jail-time, mental health, etc) which institutionalizes their ways of thinking into your systematic program (as if jail is a way of real help) and/or they become Indoctrinized by MUSLIMS (no offense) where they're taught another form of discipline and brotherhood that plays off of what's lacking at home in their family yet all of this was really preparation for the end time war over

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. The Chosen Ones of the True & Living, Jesus Christ of Nazareth. HOW? Easy; Stolen Identity, POVERTY, & a programmed mentality against WHO GOD has called them to be...

*Insert ¶ #*

Let's Prove It: God didn't cause death upon the earth but humans constantly blame God for deaths that occur. Cain brought death into the earth behind jealousy that God favored Abels offering &

___. not his selfish(entitled driven) offering. Even though God explained to Cain where he messed up that wasn't good enough for him to DO BETTER next time. Instead he wanted it all (this is that self righteous I AM GOD mentality) so he pretended to wanna talk with Abel and once they were in the field Cain killed his brother. Cain MURDERED his brother behind his own insecurities (Cain was the 1st physical murderer and field is symbolic to streets). Now, it wasn't fully Cain's fault his insecurities were

*Insert ¶ #*

___. there due to his parents experiencing exhile from the Garden of Eden while dealing with spiritual death because the serpent caused them to go against God (this is where paganism starts because the serpent is Not the TRUE GOD). Now, to wrap this up quickly let me dive a little deeper in explanation using Blood, CRIPS, & SUR to explain what I mean Genesis 4:10 And he said, What hast thou done? the voice of thy brother's blood crieth unto me from the ground. (Death) ② Crip can also be spelled crypt meaning an underground room or vault beneath a church used as a chapel or burial place. (DEATH)

*Insert ¶ #*

Civil Rights Complaint Pursuant to U.S.C. § 1983

Insert ¶ # — South Siders is symbolic to South America. Argentina is a country in S. America and the Pope over Latin America which is The Vatican yet his from Argentina. Plus, he worships the dead so South siders are his soldiers just like Knights Templar (a catholic component of the Catholic Church) Then, to go further in the worlds history I'm going to show another way gangs have been deceived into being blackmailed and sacrificed (Bloods & Crips) by

Insert ¶ # — Killing one another over colors. Example: Blood can look out to an extent. In Revelation 12:9 - It talks about the red dragon that made war against the woman and her seed. Now, Using PHONICS the word Crypt means a burial place, Crip is a blue color wearing gang member, and crypto currency is digital which comes from the blue sky where the electric magnetic field is (but further in space). This right here shows who is being blackmailed

Insert ¶ # — as they lose, so the other party who is the real enemy of God gets away with murder, slander, etc.. Then the USA south siders are put into the middle in order to intimidate anybody who dares to standup while not knowing that they're being **blackmailed** too because the main author of the confusion is hiding in the shadows while sacrificing other people. lives and it all started because he don't want to have to face judgement so blaming others helps him save face!

Civil Rights Complaint Pursuant to U.S.C. § 1983

# HE is A gangsta

Victoria Dillihunt

(Part 1: Transitioning)

Insert ¶ #.

He is a gangsta, he is a G
He be thugging in the streets
He used to shed blood, now he showing love.
He's still a G straight out the mud
He is a gangsta, he is a G
He be snatching territory
representing a real G; crafted by GOD

___. a gangsta with heavenly authority

Insert ¶ #

strategically trained in these streets
He is a gangsta, he is a G
a gangsta that found his identity
after many years tryna find it on his own
this gangsta finally made his way home
down on his knees seeking Christ face.
is where he found Gods' grace

___. He is a gangsta, he is a G

Insert ¶ #

one that's banging G-O-D
He's banging G-O-D (G-O-D)
Running through the dark like braveheart
swimming in a sea full of sharks
that's what made him triple OG
while walking towards his destiny
He is a gangsta, he is a G
a vessel setting captives free

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

Written By Victoria Dillihunt

## He IS a GANGSTA

(Part 2: Ending)

Insert ¶ #
pressing forward towards the mark
snatching souls out the dark
staying humble every day
making sure that he pray
He is a gangsta, he is a G
a gangsta claiming VICTORY (oh yeah, the victory)
G-O-D has given him VICTORY (Victory G-O-D)

___. He used to be on the block selling dope
Insert ¶ #
now he's out there giving out hope
He used to be in the street sending hoes
now he's finally restoring homes
He used to be like a rebellious child
now he's returning from the wild
He is a gangsta, He is a G
he has authority over all beast

___. He is a gangsta, He is a G
Insert ¶ #
he's finally overcoming the lies of the enemy
He is a man, He is a King
he's putting away childish things
He is a man, He is a King
he's finally grew into his sovereignty
He is a man, He is a King
he's found a virtuous woman worthy of a wedding ring
He is a man, He is a King
and God is head over his family!
He is a man, He is a King

Page Number

Who gets his direction from GOD before Anybody or anything.

ARISE from the G into A SOVEREIGN KING!

# DEAR BLACK MAN

_____. Here I sit tonight with this burden on my chest,
Insert ¶ #
This feeling that I have has left me with NO REST,
I stand at this door as I lay down my life for you,
even after all the hell you have put me through,
Truth be told healing must have its way,
so that we can both see a brighter day,
It has taken me so much to see past your beast,
because I still remember the things you did to me,

_____. Now that I know that it wasn't really you,
Insert ¶ #
My LOVE for Jesus Christ of Nazareth wills to see you through,
It grieves my heart to be the one that shares to you your truth,
however I am glad it is me because it helped change my view,
All my life you were a monster in my eyes,
One that was consumed by the world & your pride,
I was torn apart with nobody to hear my cries
I was broken into pieces behind somebody else's lies,

_____. the perversion of our essence brought other people their blessings,
Insert ¶ #
as they pretended like we were a curse, while in their presence,
so here I STAND to give you your pardon,
for the fall that was caused back in the garden,
It took a long time for us to get here,
because only Jesus Christ of Nazareth could make the road clear,
Now that HE has called you to a higher place,
God shall restore you in the enemy's face,
As I submit myself to my origin, YOU shall finally have your DOMINION,

Yes, Black Man you ___ are FORGIVEN

Page Number

-Victoria Dillihunt

NOW, Let us go experience the LAND of the Living!

**BE MADE** (left margin)

**WHOLE KINGS!** (right margin)

Crediting Pastor Rudolph McKissick Jr from Bethel Church for:::

# ALPHABET (Names of God)

*Insert ¶ #*

A- Alpha (Revelation 1:8)

B- Bright and Morning Star (Revelation 22:16)

C- Calvary's Hero (Luke 23:33)

D- DaySpring from on High (Luke 1:78)

E- Everlasting Life (John 3:16)

F- First Fruits (1 Corinthians 15:20)

G- Good Shepherd (John 10:11)

H- High Lifted Up (Isaiah 6:1)

*Insert ¶ #*

I- Immortal and Invincible (1 Timothy 1:17)

J- Joy of My Salvation (Psalms 51:12)

K- King of Kings (1 Timothy 6:15)

L- Lord of Lords (1 Timothy 6:15)

M- Messiah (John 4:25)

**Nothing is Impossible ( Luke 1: 37)**

O- Omnipotent, Omniscient, Omnipresent (Romans 8:38-39)

P- Prince of Peace (Isaiah 9:6)

*Insert ¶ #*

Q- Quickening Power (Romans 8:11)

R- Rock in a hard place (Psalm 62:6)

S- Shelter in a time of Storm (Isaiah 4:6)

T- True Vine (John 15:1)

U- Unchanging God (Psalms 89:34)

V- Victory over death, hail, and the grave (1 Corinthians 55:54-58)

W- Washes sins away (Acts 22:16)

X- Xfactor (2 Corinthians 5:17)

Y- Yoke is Easy (Matthew 11:30)

Z- ZION of my Life! (Isaiah 33:5)

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Strength of Sin is the law!

## Claim #(   )

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords, Yahweh, El Roi, Jehovah Jireh, Jehovah Shalom, El Shaddai, Adonai, Jesus Christ of Nazareth, etc

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants played a part in the charades of witchcraft, idolatry, and organized crime (All across the world) using Religion & Government as a weapon to wage many different forms of warfare. I Samuel 15:23 For rebellion is as the sin of witchcraft and stubbornness is as iniquity and idolatry. Because thou hast rejected the word of the LORD, He hath also rejected thee from being King.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. I Corinthians 15:55 - O death, where is thy sting? O grave, where is thy victory? I Corinthians 15:56 The sting of death is sin; and the strength of sin is the law. I Corinthians 15:57 - But thanks be to God, which giveth us the victory through our LORD Jesus Christ. 2 Corinthians 3:6 Who also hath made us able ministers of the new testament; not of the letter, but of the spirit: for the letter killeth, but the spirit giveth life.

____. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

The sting of death is sin and the promoting of sin is unto death. The strength of sin is the law. Basically the wicked use the laws to oppress our people / into sin so they can try to hold us in captivity as Their servant.

*Page Number*

False Leaders

## Claim #(___)

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords, Yahweh, El Roi, Jehovah Jireh, Jehovah Shalom, El Shaddai, Adonai, Jesus Christ of Nazareth, etc.

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants played a part in the charades of witchcraft, idolatry, and organized crime (All across the world) using Religion & Government as a weapon to wage many different forms of warfare. 1 Samuel 15:23 - For rebellion is as the sin of witchcraft And stubbornness is as iniquity and idolatry. Because thou hast rejected the word of the LORD, He hath also rejected thee from being King.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. 2: Corinthians 11:13 - For such are false apostles, deceitful workers, transforming themselves into the apostles of Christ. 2 Corinthians 11:14 - And no marvel; for Satan himself is transformed into an angel of light. 2 Corinthians 11:15 - Therefore it is no great thing if his ministers also be transformed as the ministers of righteousness; whose end shall be according to their works.

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

Due to infiltration going on amongst religious; I have had to fight to obtain what is mine by promises of God and bloodlines. I have dealt with the children of Satan pretending to be of the light after intentionally misleading the world into pagan worship while attacking the TRUTH out of fear of their judgement due to choices they made. Also, most of these individuals are leaders in their line of work that chose wealth at the expense of others.

Civil Rights Complaint Pursuant to U.S.C. § 1983

ZION Deliver thyself

## Claim #( )

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution

*Insert ¶ #*

and Declaration of Independence. Outside of those two, the laws have been violated on a Global Scope according to the Laws and Precepts of The King of Kings and Lord of Lords, Yahweh, El Roi, Jehovah Jireh, Jehovah Shalom, El Shaddai, Adonai, Jesus Christ of Nazareth, etc

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants played a part in the charades of witchcraft, idolatry, and organized crime (All across the world) using Religion & Government as a weapon to wage many different forms of warfare. 1 Samuel 15:23-For rebellion is as the sin of witchcraft, And stubbornness is of iniquity and idolatry. Because thou hast rejected the word of the LORD, He hath also rejected thee from being King.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Zechariah 2:7-Deliver thyself, O Zion, that dwellest with

*Insert ¶ #*

the daughter of Babylon.
Psalms 129:5- Let them all be confounded and turned back that hate Zion.
Psalms 76:2 - In Salem also is his tabernacle, and his dwelling place in Zion.

___. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

I have had my identity robbed by the daughters of Babylon. So that they could continue spreading harlotry, I was sacrificed in their place, and Satan could obtain the 1,000 year reign. This forced me to fight to deliver myself from the daughter of Babylon.

Civil Rights Complaint Pursuant to U.S.C. § 1983

Sing, daughter of Zion

**Claim #( )**

*(Insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords, Yahweh, El Roi, Jehovah Jireh, Jehovah Shalom, El Shaddai, Adonai, Jesus Christ of Nazareth, etc

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants played a part in the charades of witchcraft, idolatry, and organized crime (All across the world) using Religion & Government as a weapon to wage many different forms of warfare. 1 Samuel 15:23 For rebellion is as the sin of witchcraft, and stubbornness is as iniquity and idolatry. Because thou hast rejected the word of the LORD, he hath also rejected thee from being King.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. Psalms 134:3 - The LORD that made heaven and earth bless thee out of Zion.

*Insert ¶ #*

Zephaniah 3:14 - Sing, O daughter of Zion; shout, O Israel; be glad and rejoice with all the heart, O daughter of Jerusalem.

____. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

Being misplaced from the original grounds of my people, has given other people the opportunity to exploit, traffic, enslave, blackmail, frame, accuse, and blame us for what is happening as if we removed ourselves and abandoned our foundation. Also, they have misled a number of my people into falsehood and into persecuting each other as they got away f being held ACCOUNTABLE.

# Blameshifters

## Claim #(___)

*(Insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD OF GOD by the forefathers of America, as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others' unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. 2 Timothy 3:1-5 ¹This know also, that in the last days perilous times shall come. ²For men shall be lovers of their own selves, covetous, boasters, proud, blasphemers, disobedient to parents, unthankful, unholy, ³without natural affection, trucebreakers, false accusers, incontinent, fierce, despisers of those that are good, ⁴traitors, heady, highminded, lovers of pleasures more than lovers of God; ⁵Having a form of godliness, but denying the power thereof: from such turn away.

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

The wicked at heart accuse, abuse, & misuse me because of my faith, status quo, and/or struggles however my heart is pure when it comes to God regardless of the things that were intentionally placed in my life to discredit me. The Elites give us nothing but destructive _____ things then blame us because we have an appetite for the poison they left for us to self sabotage. Hypocrites!

Page Number _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

*Backdoor Violation by way of Wicked Playing on languages and lack of Knowledge*

## V. CLAIMS

### Claim #1

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

____. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right:

Insert ¶ #

All GOD given birth rights that were established by Jehovah Jireh before there was any man made system, has been violated by the laws of men that portray themselves to be GOD.

____. The above civil right was violated by the following Defendants:

Insert ¶ #

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

____. Hosea 1:2 - The beginning of the word of the LORD by Hosea. And the LORD said to Hosea, Go, take, unto thee a wife of whoredoms and children of whoredoms: for the land hath committed great whoredom departing from the LORD. * Hebrew Definitions: Hosea=H1954: Ho-shea meaning= deliverer; its the name of Five Israelites, and it also means OSHEA! ② Take= H3947= laqach meaning= infold (envelope), seize, take (away, -ing, up), and USE. ③ Wife=H802= ishshah meaning= woman; adultress, female. ④ Whoredoms=H2183= zanuwn meaning= adultery and/or Idolatry. ⑤ land= H776 = 'erets meaning= earth, country and world. *** Oshea is another name for Hosea. Hosea was a prophet of God. Oshea is Ice Cubes name.

Insert ¶ #

____. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way:

Insert ¶ #

With this being said, Hosea the prophet (Gods Mouthpiece) got swapped out with Oshea (ICE CUBE) in exchange for profit also because Oshea Jackson Sr (ICE CUBE) & Oshea Jackson Jr (HIS SON) work in music and film then they would be considered Sorcerors. Also, they came to be a part of my church family to make it seem like I am the wife of Whoredoms (Hosea 1:2). By doing that, its easier to swap identities (so they thought) with a person who doesn't know who they are. Besides the fact that Ice Cubes name is OSHEA, he's from NWA (Straight out of Compton) his partner from NWA attends my Jesus Is the Answer which is where I was trained & ordained. His name is DJ Yella

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

**Jesus Rejected @ Nazareth Pt. 1**

Claim #(___)

(Insert Claim#)

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

(List any other legal claim you have that is related to your civil rights claim.)

___. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD OF GOD by the forefathers of America as its supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

___. Mathew 13:54 And when he was come into his own country, he taught them in their synagogue, insomuch that they were astonished, and said, Whence hath this man this wisdom, and these mighty works? Mathew 13:55 Is not this the carpenter's son? is not his mother called Mary? and his brethren, James, and Joses, and Simon, and Judas? Mathew 13:56 - And his sisters, are they not all with us? Whence then hath this man all these things?

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

Due to people placing their narratives, titles, labels, etc on me; I became Marked in the eyes of the community that was familiar with me so people judged me based off of another person's perception and that robbed me of a fair opportunity to build Relationships, establish myself in my God given identity. This also, gave people too much power to destroy a person's life using lies, slander campaigns, gossip, their man given records, etc. What it also did was train people to judge one another but didn't teach them how to set boundaries, respect other people's information and privacy, and how to shut off gossip

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Jesus Rejected @ Nazareth Pt. 2

**Claim #( )**

(Insert Claim#)

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

(List any other legal claim you have that is related to your civil rights claim.)

___. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

___. Matthew 13:57 - And they were offended in him. But Jesus said unto them, A prophet is not without honor, save in his own country, and in his own house.

Matthew 13:58 - And he did not many mighty works there because of their unbelief.

Nasa is pretending like they're Nazareth the home of JESUS, but that's the abode of Satan. Jesus is on a higher Realm with God and man can't go to that place.

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

The enemy used slander, lies, accusers, manipulation, the legal documentation, influential peddling, robbery, death threats, set ups, etc. in exchange for PROFIT in order to discredit the PROPHETESS. Then due to UNBELIEF that I have been telling the truth it caused me to be limited in EVERY AREA of my Life and that made me unable to show forth my GOD given abilities because of other people's Unbelief when it came to God using me to Build His Vision, Teach a People, & being STANDING IN TRUTH!

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# RichMan

Claim #(   )

*(Insert Claim#)*

_____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and down played

_____. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. Matthew 19:23 Then said Jesus unto his disciples, Verily I say unto you, That a rich man shall hardly enter into the kingdom of heaven. Matthew 19:24 And again I say unto you, It is easier for a camel to go through the eye of a needle, than for a rich man to enter into the kingdom of God

_____. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The rich have plotted against the poor out of jealousy because they don't like these scriptures (They even turned Camels into cigarettes.) Due to them being angry about this they chose to organize crime to cause the least fortunate to do whatever it takes to get money which mostly puts them in compromising situations and they get locked up. This is Page Number the rich's way of attacking God by setting up His children and in their motives it's as if they're saying to God since you won't let us in Heaven then we're gonna lock them in Hell on Earth and torment them.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(   )

(insert Claim#)

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

(List any other legal claim you have that is related to your civil rights claim.)

____. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated and downplayed

Insert ¶ #

____. Plaintiff alleges the above claim against the following Defendant(s):

Insert ¶ #

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

____. Luke 4:34 ③ And the devil said unto him, If thou be the Son of God, command this stone that it be made bread. ④ And Jesus answered him, saying, It is written, that man shall not live by Bread alone, but by every WORD of GOD.

Insert ¶ #

____. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

Insert ¶ #

Defendants built empires off of this word which has perverted the essence of my beliefs & Identity that's being spiritually prostit by the elite as they manipulate the Word to build themselves up.

Example: The Word stone = roc        The word Mason= secret society
         + The word Bread = money  or  + the Word Bread(meaning Jesus) = money

Selling Drugs    Civil Rights Complaint Pursuant to U.S.C. § 1983   The Masons using Jesus identity to steal the inheritance

## Claim #(   )

(Insert Claim#)

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

(List any other legal claim you have that is related to your civil rights claim.)

____. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated and downplayed
Insert ¶ #

____. Plaintiff alleges the above claim against the following Defendant(s):
Insert ¶ #

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

____. Luke 4:6-8 and the devil said unto him, All this power will I give thee, and the glory of them; for that is delivered unto me; and to whomsoever I will I give it. ⑦ If thou therefore wilt worship me, all shall be thine. ⑧ And Jesus answered and said unto him, Get thee behind me, satan: for it is written, Thou Shalt Worship the LORD thy GOD, and HIM only shalt thou serve.
Insert ¶ #

____. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:
Insert ¶ #

These individuals bought the enemies lies which left me targeted, abused, fighting for my life while being innocent so that others could do me any kind of way because they were compromising and tried to force me to be who I wasn't

Page Number

## Claim #(___)

*(Insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated and downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Luke 4:9 And he brought him to Jerusalem, and set him on a pinnacle of the temple, and said unto him, If thou be the Son of God, cast thyself down from hence.

*Insert ¶ #*

Luke 4:12 - And Jesus answering said unto him, It is said, Thou SHALT NOT TEMPT THE LORD thy GOD

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

Every body has played on the warfare of the Lamb & His BRIDE by using his Word to rebrand their own identity while not giving GOD his glory & using sorcery to try and keep the chosen ones divided amongst each other while having the world blaspheme Jesus Christ of Nazareth.

Page Number
Civil Rights Complaint Pursuant to U.S.C. § 1983

# V. CLAIMS

## Claim #1

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

____. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right:

Insert ¶ #

All GOD given birth rights that were established by Jehovah Jireh before there was any man made system, has been violated by the laws of men that portray themselves to be GOD.

____. The above civil right was violated by the following Defendants:

Insert ¶ #

All defendants have played a part in the characters of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

____ John 1:45-46 ⊛ Philip findeth Nathanael, and said unto him, We have found him, of

Insert ¶ #

whom Moses in the law, and the prophets, did write, Jesus of Nazareth, the son of Joseph. ⊛ And Nathanael said unto him, Can there any good thing come out of Nazareth? Philip saith unto him, Come and see.

※ Nazareth was considered a poor place however God still allowed His only begotten son to come from the bottom of the bottoms (poor places) to be the Biggest blessing to Humanity by being a sacrifice in order to save humanity.

____. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way:

Insert ¶ #

Ice Cube's Straight out of Compton signifies his group NWA (niggas with attitudes). NWA planted the seed of Destruction sending Compton into rebellion instead of follow the footsteps of Jesus who came out of Nazareth (similar to Compton)!

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

____. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
Insert ¶ #    federal constitutional or statutory civil right:

All GOD given birth rights that were established by Jehovah Jireh before there was any man made system, has been violated by the laws of men that portray themselves to be GOD.

____. The above civil right was violated by the following Defendants:
Insert ¶ #

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

____. John 3:16 - For God so loved the world that
Insert ¶ #
He gave his only begotten so that whosoever believes in him should not perish but have an everlasting life.

____. As a result of the Defendant's violation of the above civil right, Plaintiff
Insert ¶ #    was harmed in the following way:

The Religious people & worldly people have been blocking us from doing Gods will which means they have been waging war against our beliefs while enforcing their own will on Humanity.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

____. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
Insert ¶ # federal constitutional or statutory civil right:

All GoD given birth rights that were established by Jehovah Jireh before there was any man made system, has been violated by the laws of men that portray themselves to be GoD.

____. The above civil right was violated by the following Defendants:
Insert ¶ #

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwittingly partook behind another parties policies, influence, etc.

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

____. John 3:16 - For God so loved the world that
Insert ¶ # He gave his only begotten so that whosoever believes in him should not perish but have an everlasting life.

____. As a result of the Defendant's violation of the above civil right, Plaintiff
Insert ¶ # was harmed in the following way:

The Religious people & worldly people have been blocking us from doing Gods will which means they have been waging war against our beliefs while enforcing their own will on Humanity.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

_____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

_____. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right:

All GoD given birth rights that were established by Jehovah Jireh, before there was any man made system, has been violated by the laws of men that portray themselves to be GoD.

_____. The above civil right was violated by the following Defendants:

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

_____. John 10:14-16 (14) I am the good shepherd, and know my sheep, and am known of mine. (15) As the Father knoweth me, even so know I the Father; and I lay down my life for the sheep. (16) And other sheep I have, which are not of this fold; them also I must bring, and they shall hear my voice; and there shall be one fold, and one shepherd.

_____. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way:

All the division in the churches & in the world has broken my family and many others for selfish reasons because God says "He has sheep" that are not of the fold (meaning their different from the typical sheep & He lets us have a chance to get to know Him outside of the religious system that has enslaved humanity. It's time that people move out the way so I can do Gods will & bring people to Christ Jesus of Nazareth!

Page Number _____

Civil Rights Complaint Pursuant to U.S.C. §1983

## Claim #(   )

*(Insert Claim#)*

_____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. All rights have been violated according to the US Constitution for
humanity. It was said to be founded on the WORD of God, by the forefathers of
America as it's supposed to align with the Declaration of Independence.
All the RIGHTS that were given by GOD to the BLACKS which were: To
FELLOWSHIP with the REAL GOD, TILL and keep the land, be fruitful and
multiply, and to LEAD the people, etc have been violated & downplayed.

_____. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All defendants have played a part in the charades of witchcraft.

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant
violated the rights giving rise to this claim.)*

_____. Acts 16:16 And it came to pass, as we went to prayer, a certain
*Insert ¶ #*
damsel possessed with a spirit of divination met us, which brought her
masters much gain by soothsaying: Acts 16:17 The same followed Paul
and us, and cried, saying, These men are servants of the most high God, which show
unto us the way to salvation. Acts 16:18 And this she did many days. But Paul, being grieved, turned
and said to the spirit, I command thee in the name of Jesus Christ to come out of her. And he came
out the same hour. Acts 16:19 And when her masters saw that the hope of their gain was gone, they caught
Paul and Silas, and drew them into the marketplace unto the rulers,

_____. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

All the Kings and their men came up against the lamb because they'd rather have witchcraft
that binds people instead of having the true living God that delivers people & all this stems
from a place of jealousy, uncertainty, etc. That's why it was easier for them to join forces
to attempt to stop the TRUE LIVING GOD (which is insane

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( )

*(insert Claim#)*

___ . Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___ . All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated and downplayed
*Insert ¶ #*

___ . Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___ . Acts 16:16-24 Paul & Silas run into the fortune telling slave as they on their way praying. The spirit of divination begans to speak through her and Paul casts out the demon. Her slave masters that profitted off of her being demonically possessed offers Paul & Silas up to the judges and have them put into jail. (Acts 16:16-24 Paraphrased)
*Insert ¶ #*

___ . As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:
*Insert ¶ #*

This is what has been going on in my life pertaining to the witches & sorcerors knowing who I am. They used influential peddling to sabotage my entire life so that the masters could continue prospering. They even went after Kobe, Nipsey Hussle, Donald Truk, etc

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(   )

*(Insert Claim/s)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD), Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

Scripture→ Ephesians 2:2 Wherein in time past ye walked according to the course of this world, according to the prince of the power of our the spirit that now worketh in the children of disobedience

GREEK breakdown→ Wherein=G3739=H'os=He/She/it, in time past ye ② walked=G4043=peripateō=(to live) lived or deported oneself (trampled) According=G2596=Katá= concerning the ④ course-G165=aiśn=one(specially Jewish) a messianic period ⑤ world=G2889= Kósmos=orderly arrangement/adorn(ment) concerning the ⑥ Prince=Archon=Ruler/leading ⑦ Power=G1849=exasía =(subjective force) ⑧ air=G155=Aér= to breathe unconsciously (to blow) ⑨ spirit=G4151=pneuma=mental disposition that now ⑩ worketh=G1754=energeo (to be active) is Active the ⑪ children=G5207=thuiós=son of man of ⑫ disobedience=G543= Apeítheia = disbelief (of Hebrew Origin)

____. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

Conclusion→ Ephesians 2:2 He/She/It in time past, lived concerning the age of (Kósmos) orderly arrangement and adornment concerning the ruler subjective force to breathe unconsciously or to blow the mental disposition that now is Active in the sons of man of disbelief..

✱ Due to the dependence of A.I. it causes humanity to negect you as an individual verses just knowing your celebrity person. Man, must keep going to the other Side and not surrender until the Breakthrough Occurs.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

_____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

_____. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

Insert ¶ #   federal constitutional or statutory civil right:

All GOD given birth rights that were established by Jehovah Jireh before there was any man made system, has been violated by the laws of men that portray themselves to be GOD.

_____. The above civil right was violated by the following Defendants:

Insert ¶ #

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

_(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)_

_____. Ephesians 6:12 For we wrestle not against flesh and

Insert ¶ #

blood, but against principalities, against powers, against rulers of darkness of this world, against spiritual wickedness in high places.

_____. As a result of the Defendant's violation of the above civil right, Plaintiff

Insert ¶ #   was harmed in the following way:

I have been dealing with A LOT of spiritual wickedness in high places, against rulers of darkness of this world behind them misusing their authority, violating my rights, etc. as they allowed me to be targeted without reasoning other than jealousy. They have even used dark powers just to attempt to cheat me out of what is rightfully mine. This has caused me health issues, financial issues, physical marks, etc.

**MODEST OVER Harlotry**

Claim #( )

(Insert Claim#)

Plaintiff realleges and incorporates by reference all of the paragraphs above.

(List any other legal claim you have that is related to your civil rights claim.)

All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed.

Plaintiff alleges the above claim against the following Defendant(s):

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

1 Peter 3:1-4 Likewise, ye wives, be in subjection to your own husbands; that, if any obey not the word, they also may without the word be won by the conversation of the wives; ②While they behold your chaste conversation coupled with fear. ③Whose adorning let it not be that outward adorning of plaiting the hair, and of wearing of gold, or of putting on of apparel. ④But let it be the hidden man of the heart, in that which is not corruptible, even the ornament of a meek and quiet spirit, which is in the sight of God of great price.

As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

Today's MAINSTREAM MEDIA, CLOTHING STORES, Etc Promoted wretchedness, harlotry, idolatry & then attacks others for not being like them. They have caused division in Families, Marriages, & misled people into Idolatry using Imagery, Communication, & the Brides & Grooms Page Number from the Kingdom of darkness.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

____. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
Insert ¶ # federal constitutional or statutory civil right:

All GOD given birth rights that were established by Jehovah Jireh before there was any man made system, has been violated by the laws of men that portray themselves to be GOD.

____. The above civil right was violated by the following Defendants:
Insert ¶ #

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

.2 Peter 2:1-2 "But there were false prophets also among
Insert ¶ #
the people, even as there shall be false teachers among you, who privily shall bring in damnable heresies, even denying the LORD that bought them, and bring upon themselves swift destruction. And many shall follow their pernicious ways, by reason of whom the way of truth shall be evil spoken of. *1 John 4:1- Beloved, believe not every spirit, but try the spirits whether they are of God; because many false prophets are gone out into the world.

____. As a result of the Defendant's violation of the above civil right, Plaintiff
Insert ¶ # was harmed in the following way:

The defendants partook in the charades of teaching false stories about my life as they projected me to be the enemy while they laughed out you & me, smh!

## Claim #(___)

(insert Claim#)

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

(List any other legal claim you have that is related to your civil rights claim.)

___. All rights have been violated according to the US Constitution for humanity. It is said to be Founded on the WORD of GOD by the forefathers of America as its supposed to align with the Declaration of Independence. All the Rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the REAL GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated & downplayed

Insert ¶ #

___. Plaintiff alleges the above claim against the following Defendant(s):

Insert ¶ #

All defendants have played a part in the charade of witchcraft.

_____

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

___. Revelation 17:5 And upon her forehead was a name written, MYSTERY, BABYLON THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE EARTH. Revelation 17:13- These have one mind, and shall give their power and strength unto the beast. Revelation 17:14-These shall make war with the LAMB, and the LAMB shall overcome them: for he is Lord of lords and King of kings: and they that are with him are called, and chosen, and faithful. Revelation 17:15 And he saith unto me, The waters which thou sawest where the Whore sitteth, are peoples, and multitudes, and nations, and tongues.

Insert ¶ #

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

BABYLON is infiltrating the Bride of Christ (ME) to confuse humanity (running from judgement) (v13) Their one mind is: Gangstalking, stealing, blackmail, blasphemy, murder, etc. (the 1 mind with beast is TECHNOLOGY, A-I, BARBIE, CRYPTO, MONEY, COMMUNISM, CRUCIFY CHRIST the LAMB, RELIGION, BUDHISM, MUSLIM, SATANSM etc. because it all sums up to (V14) These shall make war with the Lamb... Babylon is NOT the USA (they built America to reflect BABYLON to run from judgement

ROME (ITALY) LATIN AMERICA is sitting on the waters of people, etc with her sorcery as she infiltrates to be ME they even have (little Jerusalem in ITALY) STOP it PLEASE NOT M

BABYLON OF TODAY IS THE ROMAN CATHOLIC CHURCH SYSTEM OF CHURCHES

**Claim #____**

*(Insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the Word of GOD by the fore fathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. Revelation 18:4 - And I heard another voice from heaven, saying, Come out of her, My people, that ye be not partakers of her sins, and that ye receive not of her plagues. Revelation 18:5 - For her sins have reached unto heaven, and God hath remembered her iniquities. Revelation 18:10 Reward her even as she rewarded you, and double unto her double according to her works: in the cup which she hath filled fill to her double. How much she hath glorified herself, and lived deliciously, so much torment and sorrow give her: for she saith in her heart, I sit a Queen, and am no widow, and shall see no sorrow.

____. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

They (Latin America) (ROME) have deceived the world ABOUT ME! I HAVE fought in these civil suits to COME OUT OF HER & I've been persecuted for doing so. Her cup is full, mine is empty, she glorifies herself & live deliciously; I am struggling & I glorify JESUS! She proclaims Queen & isn't a widow. I am a Mother to the Nations (Prophetess) and I'm waiting for this to end so I can be married with my God given spouse.

Page Number 7

THE LATIN AMERICANS excommunicated me (kicked me out which only still made me fight to COME OUT OF HER SYSTEM completely) BABYLON is THE ROMAN CATHOLIC CHURCH HEADQUARTERS

# Deceived the NATIONS

## Claim #( )

(Insert Claim#)

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

(List any other legal claim you have that is related to your civil rights claim.)

___. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed

Insert ¶ #

___. Plaintiff alleges the above claim against the following Defendant(s):

Insert ¶ #

All Defendants have played a part in the charades of Witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

___. Revelation 18:23-24 ㉓ And the light of a candle shall shine no more at all in thee; and the voice of the bridegroom and of the bride shall be heard no more at all in thee: for thy merchants were the great men of the earth; for by thy sorceries were all nations deceived. ㉔ And in her was found the blood of prophets, and of saints, and of all that were slain upon the earth.

Insert ¶ #

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

Insert ¶ #

Roman Catholics deceived the Whole World. In that church is the blood of prophets, and the Saints (plus they were canonized as a saint but you're not God so its witchcraft (occultism) because NO HUMAN Has that Authority) and the blood of all that were killed is in this church (THEY WORSHIP THE DEAD)

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(___)

(insert Claim#)

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

(List any other legal claim you have that is related to your civil rights claim.)

___. All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Scale according to the Laws and Precepts of The King of Kings and Lord of Lords Yahweh, El Shaddai, Yehoshua, El Roi, Adonai, Elohim, Jehovah-M'Kaddesh, Jesus, I AM THAT I AM

Insert ¶ #

___. Plaintiff alleges the above claim against the following Defendant(s):

Insert ¶ #

All defendants have partaking in the charades of witchcraft

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

___. Revelation 17:13-15 ⁽¹³⁾These have one mind, and shall give their power and strength unto the beast. ⁽¹⁴⁾These shall make war with the Lamb, and the Lamb shall overcome them: for he is Lord of lords, and King of Kings: and they that are with him are called, and chosen, and faithful. ⁽¹⁵⁾And he saith unto me, The waters which thou sawest, where the whore sitteth, are peoples, and multitudes, and nations, and tongues.

Insert ¶ #

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

Insert ¶ # They have created technology as a mind controlling agent to seduce the people into having one mind, as they give their power and strength to the beast. In the midst of their deception they have made war with the Lamb in exchange of the AntiChrist that's pretending to be an angel of light. It is also in a transgender stance because A NUN is a male monk just like a lamb can be a Ram or Ewe but Never a Goat and also there a Horn Headed lambs which are still NOT GOATS and being deceived by the GOATS

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

**Claim #(___)**

(insert Claim#)

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

(List any other legal claim you have that is related to your civil rights claim.)

____. All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords Yahweh, JESUS, I AM that I AM

____. Plaintiff alleges the above claim against the following Defendant(s):

Insert ¶ #

All defendants partook in the charades of witchcraft

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

____. Revelation 17:18 - And the woman which thou sawest is that great city, which reigneth over the kings of the earth. The only city reigning over the kings of the earth is VATICAN because it consider itself an Absolute Monarch, Israel isn't even recognized by the UN on such a peckistool. Vatican is the only one playing in between everybody to divide & conquer that's why everything is backwards because they Perverted the TRUTH to work in their favor after they stole it.

____. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

Insert ¶ #

Latin America (Vatican) has been in the middle of my whole circumstance and has used every form of sorcery, influence, etc. to blackmail me in order to stop me from marrying The Black Man that I love & from taking back what's mine. The have waged war against every area of my life to try and make me ~~Page Number~~ depend on Latinos (not their real identity). I WILL NOT BE ~~Civil Rights Complaint Pursuant to U.S.C. § 1983~~ DECEIVED AGAIN because I SEE THE TRUTH & I AM NOT RACIST but I don't have to tolerate their DRAMA & GAMES.

# Infiltrating the Church like Wolves in Sheep Clothing

Claim #(___)

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Scope according to the Laws and Precepts of The King of Kings and Lord of Lords Yahweh.

*Insert ¶ #*

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Defendant DJ Yella told me when I visited Jesus Is The Answer Apostolic Church in Compton; that he was the one in my spot! I just kept walking as him and another person chuckled about it. Since he told me as I was leaving church I just kept walking and told myself that "I knew that but it was up to the Bishop to wake up to the deception."

*Insert ¶ #*

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

The industry represents The GOATS (rebellion), NWA represents (rebellion) Niggas With Attitudes, & DJ Yella represents crack cocaine (sorcery/rebellion) plus he had a porno problem (idolatry), and he's still connected to the Industry which means He's being used to infiltrate the church for the enemy.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# The Catholic Church Divide
## Birth Protestant Reformation

Claim #( )

(Insert Claim#)

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

(List any other legal claim you have that is related to your civil rights claim.)

____. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the Word of GOD by the fore Fathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed

Insert ¶ #

____. Plaintiff alleges the above claim against the following Defendant(s):

Insert ¶ #

All Defendants have played a part in the charades of Witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

____. Since the 1500's Catholics and Protestants have been seperated. Protestants had a different view of the authority of the Pope and the form of the Eucharist in communion. The Catholic Church proclaims to be founded by Jesus Christ however Worships Mary instead. The Catholic Church have given the Pope authority as if he is God yet their religious system does not bring unity but instead divides, wages wars (using others to do so) & prays to the dead.

Insert ¶ #

____. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

Insert ¶ # This has tarnished many people's beliefs about Jesus Christ of Nazareth because the Pope is not just moving based on Christian principals however, he also moves in politics that are not Christ Governed.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Anti Christ/Worship of the Dead

**Claim #( )**

*(Insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the Word of God by the forefathers of America as its supposed to align with the Declaration of Independence. All the rights that were given by God to the Blacks which were: To FELLOWSHIP with the Real God, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. The sorcery of the Catholic Church is the fact that #4 the Church isn't in the right location equaling to witchcraft. The Church canonizes Saints in the Universe as if they are God and people with those names tend to walk in the same attributes as the Saints.

____. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

The Church has caused the world to be enslaved, rebellious, and Anti Christ! Jesus is the living God because He rose from the dead and said Death where's your sting(paraphrased)
1 Corinthians 15:34 & 1 Corinthians 15:55

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Satanic Army Targeting Individuals

**Claim #( )**

(insert Claim#)

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

(List any other legal claim you have that is related to your civil rights claim.)

___. All rights across all laws in the world were violated

Insert ¶ #

___. Plaintiff alleges the above claim against the following Defendant(s):

Insert ¶ #

All defendants

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

___. The Stasis function in East Germany resembled that of the KGB in the Soviet Union. Vladimir Putin was a KGB officer who worked in Dresden from 1985-1989 as a linson officer to the Stasi from the KGB. Stasi was known to be the secret police. They conducted espionage, infiltration, psychological harassment, and used (DEW) directed-energy weapons. These are still tactics that mobs, gangstalkers, Elites, etc pay people to do when they want somebody out the way.

Insert ¶ #

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

Insert ¶ # 

I was mobbed (still being stalked), harassed, spied on, etc. and it was people in positions who partook in this charade while employing street mobs, gangs, etc to partake in their crimes to hinder, hurt, etc me.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Systematic Slavery (false freedom)
# Human Trafficking (claim #6)

Plaintiff realleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your civil rights claim.)*

Partus sequitur ventrem (that which is born follows the womb) was a legal document passed in colonial Virginia in 1662. And other English Crown colonies in the Americas which defined the legal status of children born there, the doctrine mandated that children of slave mothers would inherit the legal Status of their mothers. The legal doctrine of partus sequitur ventrem was derived from Roman civil law, especially concerning slavery & personal property.

Plaintiff alleges the above claim against the following Defendant(s):

All defendants have partaken in this by oppressing others in order to keep control in the hands of the Elite thieves only because it kept their money adding up.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

I been in the system since birth, then foster system since around 3 then juvenile hall, then placement, jail, rehabs, jobs, hud housing, community college, gr, calfresh calworks, etc. That's called HUMAN TRAFFICKING while everybody in job positions get paid to keep me entangled. Now I am 34 years old and I'm still in the situation but this time the system has my kids, business, etc. They even used Child Soldiers against me.

As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

I have been blocked from the digital realm, hindered from normal life, me & my daughter sexually assaulted while the system hid the truth. I've been enslaved so others can benefit

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Demonic Officials Touching Holy Land
## THE Breach w/ Vienna & Jerusalem
## caused WAR (going in Between)

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the US Constitution
and Declaration of Independence. Outside of those two the
laws have been violated on a Global Stage according to
the Laws and Precepts of The King of Kings and Lord
of Lords Yahweh.

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have partaking in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. September 2018 The State of Palestine filed against
United States of America for breaching their diplomatic relations
of 18 April 1961 with the Vienna Convention. This was filed
in the International Court of Justice. United States requested a
relocation for their Embassy to be at the Holy City of Jerusalem (Israel).
Palestine stated it was a violation of the Vienna
Convention Agreement.

____. As a result of the Defendant's violation of the rights giving rise to this
claim, Plaintiff was harmed in the following way:

Basically this lets me know that USA been working against God and
now they're being deceivers because they went in between the beast
and now the Holy Land. In fact this was Filed 1 month before they set me up
so this is the backdoor way of HOW the ANTICHRIST is pretending to be God
because this nation is being driven by (Catholics, Buddhism, Communism, etc
and now they have placed their embassy on Holy Land. This is a move from
Vatican & their sorcery. Just like JFK being the 1st Catholic president when Communism
snuck in our agenda & Obama being a Socialist & communist is here again!
Stop pretending to be THE CHOSEN

# Hypocrisy in Presidency equals Corruption & Tyranny!

Claim #

*(Insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords Yahweh.

*Insert ¶ #*

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants partook in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. 1) President John F Kennedy was the 1ST President of United States to be Catholic (during his presidency "The Communist Agenda" was snuck into our Congressional records without making the citizens aware). The communist agenda of 1963 was to flip the Narrative. 2) President Jimmy Carter's administration established the U.S Department of Energy & the Department of Education (indoctrination/technology advancing for mind controlling purposes. 3) President George Bush pushed for faith-based initiatives w/ government restrictions and worldly competition (desensitizing the Church). 4) **President Barak Obama** authorized Perversion, Socialism, Government Phones/Trackers etc. (being the 1st Black President he committed TREASON!

*Insert ¶ #*

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

Every President from John F Kennedy until today has been helping to change the Narrative in order to stop the end of the corruption from coming to a cease. They've even aided in deceiving their citizens about the true motive behind their policies that are in place to aid others with the ability to steal the inheritance of the chosen ones while also fucking up confusion throughout their lands to keep the division so that they may not see who, what, & where the true Wickedones are hiding.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Espionage Personel

Claim #( )

_(Insert Claim#)_

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

_Insert ¶ #_

_(List any other legal claim you have that is related to your civil rights claim.)_

___. All legal claims that fall under the Constitution, International laws, and the laws that are governed under other nations for their people were violated in my life.

_Insert ¶ #_

___. Plaintiff alleges the above claim against the following Defendant(s):

_Insert ¶ #_

All defendants have partaking in the charades of witchcraft in one way or another.

_(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)_

___. •Defendants were manipulated to do things based upon influential peddling based upon their jobs/careers. •Defendants were manipulated by the Elites to mob, harass, stalk, torment, spy, lie, etc to cover up the TRUTH. I King 21:1-29 Tells the Story about king Ahab & Queen Jezebel! Ahab wanted Naboths inheritance so his wife had Naboth set up, falsely accused, and killed! Jezebel used the elders, nobles, and wicked to accomplish her task (See print out on next page for story)

_Insert ¶ #_

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

_Insert ¶ #_

I have been living under the umberella of lies, spies, poverty, homelessness, sabotage, etc so that other people could cover up the fact that they've been stealing and being successful at my expense & they used people in every position from Judges, Churches, Industry, Streets, other professionals to make it hard on me to access anything from bathrooms, food, money, clothes, showers, etc to attempt to break my confidence so I would give up. This is RICO

**Ambushed/blackmailed**

## Claim #(   )

*(insert Claim#)*

___ . Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___ . All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed

___ . Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___ . They took MY life, ran it down into the streets

*Insert ¶ #*

as they used people in positions to sabotage my accounts, my money, my company, my family, my ministry, my education (just finished real estate in 999), my health, my name (with slander campaigns), my products (my book & music), my spiritual inheritance (so the witches/sorcerers could take over), and my housing and transportation just so they could sacrifice me instead of facing their accountability.

___ . As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

I was ambushed in 10 areas & it was a crazy experience plus I still am in the streets suffering

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Covering Up Perversion

### Claim #(___)

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution
*Insert ¶ #*
and Declaration of Independence. Outside of those two, the
laws have been violated on a Global Scale according to
the Laws and Precepts of The King of Kings and Lord
of Lords Yahweh, El Shaddai, Yehoshua, El Roi, Adonai,
Elohim, Jehovah-M'Kaddesh, JESUS, I AM THAT I AM

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*
All defendants have played a part in the charades of witchcraft.
Some partook willingly and others unwillingly partook behi___
another parties policies, influence etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Defendants helped partake in the crime of covering
*Insert ¶ #*
up Perversion (whether that be rape, incest, molestation, pedophilia, sodomy,
kidnapping, theft, invasion of privacy, targeting the innocent, systematic
prostitution, genocide, sorcery in the church, making merchandise of
mankind, slander campaigns, blasphemy, idolatry, soliciting children,
embezzlement, blackmail, coveting, etc.). Defendants cry we need
justice yet deny others their justice which is HYPOCRISY!

___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:
Due to slander campaigns, fabricated documents, witness tampering, and all the
above allegations I was restricted to a poverty level and forced to confront
everything that has come out in these claims which caused others to be upset
because of the information that has exposed many individuals in all
walks of life.

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

ShapeShifter! She's a GOAT & Dragon (CHINA)
Pretending to be a LAMB & LION (NING)(MOOK)(Judah)
TRANSGENDERING! Astrology: Virgo (Bride)

Claim # of God's

Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

(List any other legal claim you have that is related to your civil rights claim.)

*Insert ¶ #* . All rights have been violated according to the US Constitution for humanity. It was said to be founded on the Word of GOD by the fore fathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed

*Insert ¶ #* . Plaintiff alleges the above claim against the following Defendant(s):

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

*Insert ¶ #* . Beyonce Carter was raised Catholic which means that even though she is black; she still represents LATIN AMERICA. She also chose to stand with China because she knew that if she didn't it would dethrone her so she chose to compromise her followers, the nations, and use the circumstance as a way to make others feel her pain. 2 Corinthians 11:14- And no marvel for Satan himself is transformed into an angel of light.

. As a result of the Defendant's violation of the rights giving rise to this *Insert ¶ #* claim, Plaintiff was harmed in the following way:

Due to the level of influence she has used influential peddling to mislead the world as I have taken the repercussions for her wickedness

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

**Chemical Warfare And Gaslighting Tactics**
**The Top destroying the bottom 4 Profitable Gain**

Claim #(___)

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution
*Insert ¶ #* and Declaration of Independence. Outside of those two, the laws have been violated on a Global Scope according to the Laws and Precepts of The King of Kings and Lord of Lords Yahweh.

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All defendant's have partaking in the charades of witchcraft.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. MKULTRA and The Gay Bomb were both biochemical
*Insert ¶ #* agents that were treated by the military as weapons. They used MKULTRA to release LSD over communities so I assume they are doing the same with the gay bomb

___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

They have weaponized methods like MKULTRA & the Gaybomb against The Black males&Black women in order to stop us from populating (basically using drugs(chemicals)and LGBT communities) to destroy our people after introducing them to that appetite so that you can pretend to have the answers to fix us when that's a LIE. You went Too Far! Now, ENOUGH is ENOUGH of your FANTASY WORLD)

Civil Rights Complaint Pursuant to U.S.C. § 1983

Streets used by Officials to harm me with reprimanding their Criminal behavior which left me a Targeted game without Human Help!

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

(List any other legal claim you have that is related to your civil rights claim.)

___. All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords Yahweh.

___. Plaintiff alleges the above claim against the following Defendant(s):

All defendants to part in the charades of witchcraft

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

___. The person that they used to attack me was from Jamaica. She is the one who stabbed me. The top people used the streets to do their dirty work however the Jamaican lady whose name is Crystal attacked me at 2 different apartments and I still didn't receive justice. All these people worked together to try and stop me from being TRUE to my identity and from teaching others how to use their gifts Gods way.

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

The whole system from Military, School, Social Services, Neighborhood watch, gangs, etc were all designed for 1 purpose and that was to come against God (Jesus Christ of Nazareth) out of ignorance as others pretended to be our God. The system, media, etc is all a weapon of warfare to use against humanity in a way of the devil attempting to use humans to fight God collectively!

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Perpetrating in the Shadows
## Framing the Innocent in the Light!

(insert Claim)

Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

(List any other legal claim you have that is related to your civil rights claim.)

*Insert ¶ #*

- Canonizing dead people as saints
- Idolizing paganism at Churches, Businesses, Film, music, etc
- Stealing from GOD and Claiming it's theirs
- Perverting the essence of Gods people for self gain
- Charging For what God gave to us freely

Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have been entangled in the Charades of witchcraft

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

*Insert ¶ #*

- Using sorcery to hide behind God & the chosen ones as you steal their stuff and keep them impoverished, struggling so you can say they are the criminals for doing what they do just to survive, feed their families, eat, etc.

As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

Stop oppressing us, blackmailing us, trafficking us, starving us, etc so you can live lavishly off what you stole from me.

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Sabotaging Transportation to Stop my motion

Claim #(
(Insert Claim)

Plaintiff realleges and incorporates by reference all of the paragraphs above.

(List any other legal claim you have that is related to your civil rights claim.)

All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Scope according to the Laws and Precepts of The King of Kings and Lord of Lords Yahweh.

Plaintiff alleges the above claim against the following Defendant(s):

All defendants play a part in the charades of witchcraft.

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

*2016  9/11 - My BMW got totaled, 12/22/16 my Cammy gets totaled (they put a hit out) This was done to try and stop me from building my Record label. 2017-They messed with my housing and jobs and this was done to downgrade me. 2018 they use section 8 as Bait to track me. & I bit, found a place, got set up, kids taken, put in jail, etc. 2019 harassed everywhere by strangers and professionals. 2020-present-they used organized crime, influential peddling etc to fabricate lies and slander my character.

As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

All this was done plus more so that people will look at me like I was crazy that way they could discredit my integrity as they intentionally bullied me and I had no support due to being isolated. It was all an ACT so that it looked like they were silencing me. when in all actuality I haven't even started to fully walk into my purpose. Remember, they tried to sacrifice me in order to swap destiny's which proves that I am THE REAL DEAL & People are deceiving Humanity with lies

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(    )

*(insert Claim#)*

___.   Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____.  All rights have been violated according to the Constitution of man

*Insert ¶ #* that was said to be founded on the WORD OF GOD by the forefathers of

America as it's supposed to align with the Declaration of Independence.

ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To

FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and

multiply, and to LEAD the people, etc have been violated & downplayed

___.   Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #* All defendants have played a part in the charades of witchcraft

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____.  Leviticus 16:22 And the goat shall bear upon him all their iniquities

*Insert ¶ #* unto a land not inhabited: he shall let go the goat in the wilderness.

Leviticus 16:26 And he that let go of the goat for the scapegoat shall

was his clothes, and bathe his flesh in water, and afterward come into the

camp. Leviticus 16:27 And the bullock for the sin offering, and the goat

the sin offering, whose blood was brought in to make atonement in the

holy place, shall one carry forth without the camp........( to be continued)

___.   As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Jesus died as the ultimate sacrifice however the wicked are still using

these kind of sacrifices to try and cleanse their sin. Also, they're using the

humans for the sacrifices instead of the goats bcuz their the serpent seed

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## <u>Claim #(___)</u>

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. All rights have been violated according to the Constitution of man
*Insert ¶ #* that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

___.    Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*
All defendants have played a part in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. Leviticus 19:28 Ye shall not make any cuttings in your flesh for the
*Insert ¶ #* dead, nor print any marks upon you: I am the Lord. Leviticus 19:29 Do not prostitute thy daughter, cause her to be a whore; lest the land fall to whore -dom, and the land become full of wickedness .

___.    As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:
All things that is instructed for us not to do the wicked have used as a way 2 cause us to sin against God. Not having the right GOD in His Right PLACE is the world PROSTITUTING ME SPIRITUALLY & SYSTEMATICALLY

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

**<u>Claim #(    )</u>**

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. All rights have been violated according to the Constitution of man

*Insert ¶ #* that was said to be founded on the WORD OF GOD by the forefathers of

America as it's supposed to align with the Declaration of Independence.

ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To

FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and

multiply, and to LEAD the people, etc have been violated & downplayed

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #* All defendants have played a part in the charades of witchcraft

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. Leviticus 18:3 After the doings of the land of Egypt, wherein ye

*Insert ¶ #* dwelt, shall ye not do: and after the doings of the land of Canaan, whither

I bring you, shall ye not do: neither shall ye walk in their ordinances.

Leviticus 18:22 Thou shalt not lie with mankind, as with womankind: it is

abomination. Leviticus 19:4 Turn ye not unto idols, nor make to your-

selves molten gods: I am the LORD your God. Leviticus 19:11 Ye shall not

steal, neither deal falsely, neither lie one to another.

___.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The Roman Catholic Church has led the people into following the doings

of Canaan by rebuilding the Roman Empire as they goverened the Church.

Their seeds have stolen, infiltrated, and replicated us while killing us too.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(___)

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the Constitution of man
*Insert ¶ #* that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

___.    Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #* All defendants have played a part in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. Leviticus 19:10 And thou shalt not glean thy vineyard, neither shalt
*Insert ¶ #* thou gather every grape of thy vineyard; thou shalt leave them for the poor and stranger: I am the LORD your God. Leviticus 19:13 Thou shalt not defraud thy neighbor, neither rob him: the wages of him that is hired shall not abide with thee all night until the morning. Leviticus 19:16 Thou shalt not go up and down as a talebearer among thy people: neither shalt thou stand against the blood of thy neighbor: I am the LORD.

___.    As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:
I have had to get help from the government, hustle in the streets, work & wait to get paid just so I could take care of my basic needs however that is slavery and a violation to my BIRTHRIGHTS given to me by The Creator.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(___)

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the Constitution of man

*Insert ¶ #* that was said to be founded on the WORD OF GOD by the forefathers of

America as it's supposed to align with the Declaration of Independence.

ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To

FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and

multiply, and to LEAD the people, etc have been violated & downplayed

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

_____

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Acts 5:33 When they heard that, they were cut to the heart, and

*Insert ¶ #* took counsel to slay them. Acts 5:34 Then stood there up one in the

council, a Pharisee, named Gamaliel, a doctor of the law, had in reputation

among all the people, and commanded to put the apostles forth a little

space; Acts 5:35 And said unto them, Ye men of Israel, take heed to

yourselves what ye intend to do as touching these men

_____

___.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(    )

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of

FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and

multiply, and to LEAD the people, etc have been violated & downplayed

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Acts 16:16 And it came to pass, as we went to prayer, a certain

*Insert ¶ #*

damsel possessed with a spirit of divination met us, which brought her

masters much gain by soothsaying: Acts 16:17 The same followed Paul

and us, and cried, saying, These men are the servants of the most high

God, which show unto us the way of salvation. Acts 16:18 And this did

she many days. But Paul, being grieved, turned and said to the spirit, I

command thee in the name of Jesus Christ to come out of her. And he...

___.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The people in positions decided to stick with witchcraft over God because

they wanted to keep money in their pockets

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(___)

*(insert Claim#)*

___.     Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. § 86205(a)(b)(c)(d)(e)(f)
*Insert ¶ #* § 81001(a)(b)

_____

_____

_____

_____

___.     Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All defendants due to the charade of witchcraft

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. In 2014, The Carters went to Havana,Cuba for their anniversary and
*Insert ¶ #* it was approved by the Treasury Department. In, 2020 Beyonce did a
vusual album for Black is King where she rocked OSHUN(an Africa deity)
that is also linked to Cuba. Then, in 2022 Beyonce did a concert in the
city of Compton. All her moves are ritualistic in the realms of sorcery.
She is also Catholic and her moves are just like the Scatter Africa era to
keep the world under the realm of manipulation, witchcraft, idolatry, etc

___.     As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:
The CARTERS have been pretending to be ME and My Partner while using
the power of influence, witchcraft, and money to try and cover their steps
while blackmailing me for no apparent reason other than Jealousy.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Death's Truth

Claim #(___)

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords, Yahweh, EL Roi, Jehovah Jireh, Jehovah Shalom, El Shaddai, Adonai, Jesus Christ of Nazareth, etc

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants played a part in the charades of witchcraft, idolatry, and organized crime (All across the world) using Religion & Government as a weapon to wage many different forms of warfare. I Samuel 15:23 For rebellion is as the sin of witchcraft, and stubbornness is as iniquity and idolatry. Because thou hast rejected the word of the LORD, he hath also rejected thee from being King.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. I Corinthians 15:20-22 (20) But now is Christ risen from the dead, and become the firstfruits of them that slept. (21) For since by man came death, by man came also the resurrection of the dead. (22) For as in Adam all die, even so in Christ shall all be made alive.

*Insert ¶ #*

I Corinthians 15:26 – The last enemy that shall be destroyed is death.

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

It was man that created death through their actions of going against Gods ordinances. Eve ate first but because Adam ate after it caused a spiritual death (separated from God/Garden). Then Cain caused physical death by killing Abel. However, many people blame God for their loved ones dying, but it wasn't God, it has been the motives of people's actions. The enemy knew to cause spiritual deaths because it would cause people to create for themselves their own gods such as voodoo, hoodoo, santaria, religious cults, etc and he also knew that idolatry would cause the judgement on the people from GOD.

TURNED 2 Hell *for forgetting
The GOD! led Astray!

**Claim #(___)**

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution
*Insert ¶#*
and Declaration of Independence. Outside of those two, the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords, Yahweh, EL Roi, Jehovah Jireh, Jehovah Shalom, El Shaddai, Adonai, Jesus Christ of Nazareth, etc

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants played a part in the charades of witchcraft, idolatry, and organized crime (All across the world) using Religion & Government as a weapon to wage many different forms of warfare. I Samuel 15:23-For rebellion is as the sin of witchcraft, And stubbornness is as iniquity and idolatry. Because thou hast rejected the word of the LORD, He hath also rejected thee from being King.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Psalms 9:17 - The wicked shall be turned into hell,
*Insert ¶ #*
and all the nations that forget God.

They stole everything from Blacks except for the false Gods.

They tried to deceive everybody through these false religions

___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ # claim,* Plaintiff was harmed in the following way:

The wicked have turned the people against God (Jesus Christ of Nazareth) in attempt to make us forfeit the promises of God. Then, they used the Jamaican religion of Obeah to replicate Jesus while using Tarot cards to give readings. This is all part of the Anti Christ.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

**Birth Footprint Certificate TRUE MOTIVE WAS to STEAL and Promises of** *(insert Claim#)* **YOUR Birthright, Power, and Promises of GOD!** *Then Birth Certificate & social security card was created to make merchandise of humans.*

Claim #(   )

Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

All rights have been violated according to the US Constitution

*Insert ¶ #*

and Declaration of Independence. Outside of those two, the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords, Yahweh, EL Roi, Jehovah Jireh, Jehovah Shalom, El Shaddai, Adonai, Jesus Christ of Nazareth, etc

Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants played a part in the charades of witchcraft, idolatry, and organized crime (All across the world) using Religion & Government as a weapon to wage many different forms of warfare. I Samuel 15:23-For rebellion is as the sin of witchcraft, And stubbornness is as iniquity and idolatry. Because thou hast rejected the word of the LORD, He hath also rejected thee from being King.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

Joshua 1:3 - Every place that the sole of your

*Insert ¶ #*

foot shall tread upon, that have I given unto you, as I said unto MOSES.

Deuteronomy 11:24 "Every place whereon the soles of your feet shall tread shall be yours: from the wilderness and Lebanon, from the river, the river Euphrates, even unto the uttermost sea shall your coast be."

As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

At birth the hospitals take our footprint; it's strategically designed in a manner of them playing God in the artificial world they built. So basically, by entering us into a database that is man made (electric magnetic field/technology) the rulers of the world/spiritual ones in high places have forced everybody into a universal system where they control all of humanity w/ their sorcery/manipulation of the Word of God. Then depending upon peoples compromises & sacrifices they issue out or allow what they want certain people to have. Basically, the world system was designed to steal, kill, and destroy the Word of God as they weaponized it to turn us away from GOD in order to serve the devil



*Give Us back of God given Rights!*

## Claim #(   )

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution

*Insert ¶ #*

and Declaration of Independence. Outside of those two, the laws have been violated on a Global Stage, according to the Laws and Precepts of The King of Kings and Lord of Lords, Yahweh, EL Roi, Jehovah Jireh, Jehovah Shalom, EL Shaddai, Adonai, Jesus Christ of Nazareth, etc

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants played a part in the charades of witchcraft, idolatry, and organized crime (All across the world) using Religion & Government as a weapon to wage many different forms of warfare. I Samuel 15:23-For rebellion is as the sin of witchcraft, And stubbornness is as iniquity and idolatry. Because thou hast rejected the word of the LORD, He hath also rejected thee from being King.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Deuteronomy 8:18 - But thou shalt remember the LORD

*Insert ¶ #*

thy God: for it is he that giveth thee power to get wealth, that he may establish his covenant which he sware unto thy fathers, as it is this day. - The rulers of darkness of this world have been systematically prostituting humanity while limiting and stealing our ability and power to get wealth as they control our lives so that they can attempt to stop Gods covenant from being established.

___.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The wicked have taken all my hard work & claimed it as their own and have sent people to lie on me, attack me, etc just so they don't have to return what they stole. & to try & stop God's covenant

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

YOUR EYES SHALL BE OPENED, & YE SHALL BE AS GODS (Genesis 3:5)

.Genesis 3:1-11 ① Now the serpent was more subtil than any beast of the field which the LORD God had made. And he said unto the woman, Yea, hath God said, Ye shall not eat of every tree of the garden? ② And the woman said unto the serpent, We may eat of the fruit of the trees of the garden: ③ But of the fruit of the tree which is in the midst of the garden, God hath said, Ye shall not eat of it, neither shall ye touch it, lest ye die. ④ And the serpent said unto the woman,

_Insert ¶ #_

.Ye shall not surely die: ⑤ For God doth know that in the day ye eat thereof, then your eyes shall be opened, and ye shall be as gods, knowing good and evil. ⑥ And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make one wise, she took of the fruit thereof, and did eat, and gave also unto her husband with her, and he did eat. ⑦ And the eyes of them both were opened, and they knew

_Insert ¶ #_

.that they were naked; and they sewed fig leaves together, and made themselves aprons. ⑧ And they heard the voice of the LORD God walking in the garden in the cool of the day: and Adam and his wife hid themselves from the presence of the LORD God amongst the trees of the garden. ⑨ And the LORD God called unto Adam, and said unto him, Where art thou? ⑩ And he said, I heard thy voice in the garden, and I was afraid, because I was naked; and I hid myself. ⑪ And he said, Who told thee that thou was naked? Hast thou eaten of the tree, whereof I commanded thee that thou shouldest not eat?

Civil Rights Complaint Pursuant to U.S.C. § 1983

Your *(handwritten, partly illegible)* ... **As GODS (Genesis 3:5)** IDOLATRY, **ASS GODS (Sodomy)**, **ASS=Donkey (stubborn)**

**Claim #(  )**

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords, Yahweh, El Roi, Jehovah Jireh, Jehovah Shalom, El Shaddai, Adonai, Jesus Christ of Nazareth, etc

___. Plaintiff alleges the above claim against the following Defendant(s):

All defendants played a part in the charades of witchcraft, idolatry, and organized crime (All across the world) using Religion & Government as a weapon to wage many different forms of warfare. I Samuel 15:23-For rebellion is as the sin of witchcraft, And stubbornness is as iniquity and idolatry. Because thou hast rejected the word of the LORD, he hath also rejected thee from being King.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Genesis 3:1-11 (Symbolizes III; now in Magic 1666 is the magic sum, or sum of the magic constants of a six by six magic square, any row or column of which adds up to 111). Then 666 = Joshua 6 ch 6 verse mentions NUN a nun is a female or a male monk symbolizing transgender which goes to Nero Cesar. Nero Cesar is symbolic of Dionysus the son of Zeus. So Genesis represents Creation chapter 3 symbolizes a Twisted form of trinity (NUN, Nero Caesar, & Dionysus which is perversion as the head of the Roman Catholic church)

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

Basically, All the gods were created from the fallen state of mankind due to disobedience in the garden. They became as gods which is idolatry/self made, ass gods which is sodomy, ASS GODS = Donkey which is stubborn. This has affected the children of Israel & the believers of Jesus Christ of Nazareth for too long because of all the idolatry going on as many false Christ rise in Jesus Christ name, and has misled many into Paganism, sorcery etc.

Civil Rights Complaint Pursuant to U.S.C. § 1983

**＊ Ye shall be as gods knowing good evil !!**

. Genesis 3: 1-6 ① Now the serpent was more subtil than any beast of the field which the LORD God had made. And he said unto the woman, Yea, hath God said, Ye shall not eat of every tree of the garden? ② And the woman said unto the serpent, We may eat of the fruit of the trees of the garden. ③ But of the fruit of the **tree** which is in the midst of the garden, God hath said, Ye shall not eat of it, neither shall ye touch it, lest ye **die**. ④ And the serpent said unto the woman,

_____ . Ye shall not surely die. ⑤ For God doth know that in the day ye eat thereof, then your eyes shall be opened, and ye shall be as gods, knowing good and evil. ⑥ And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be, desired to make one wise, she took of the fruit thereof and did eat, and gave also unto her husband with her, and he did eat... John 10:1 - Verily, verily, I say unto you,

_____ . He that entereth not by the door into the sheepfold, but climbeth up some other way, the same is a thief and a robber.

＊ Basically, not doing something the right way is a way to manipulate others into serving their man made gods (idolatry/idols) for all the wrong reasons. This is what the serpent told Eve before she ate, her eyes opened, and they became their own Gods because the serpent mislead her into believing that by creating their own Gods then they would obtain a level of power to replace the King of Kings and Lord of Lords so now their ego & pride has them caught up in scandals in order for them to save face. Also, due to their idolatry of pagan gods that's why so much sexual sodomy, rape, etc is taking place

*Insert ¶ #*

## Claim #(    )

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

_____

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. Revelation 17:12 - And the ten horns which thou sawest are

*Insert ¶ #*

ten Kings, which have no kingdom as yet, but receive power as kings one hour with the beast. Revelation 17:13 - "These have one mind, and shall give their power and strength unto the beast." Revelation 17:14 - "These shall make war with the lamb, and the lamb shall overcome them": for he is Lord of lords and King of Kings: and they that are with him are called, and chosen, and faithful.

____. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Revelation 17:13 symbolizes the people. allowing themselves to be controlled by a system that's designed to steal, kill, and destroy in order to feel powerful. The one mind symbolizes computer simulation and mass manipulation through the social system of technology that's misleading the people hearts and lifestyles to distruction as they take their anger and frustration out against Gods Chosen. This has affected me all my life that people would lead us to everything outside of Gods truth just to get paid as the Chosen are attacked

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(   )

(insert Claim#)

____.  Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

(List any other legal claim you have that is related to your civil rights claim.)

____.  All rights have been violated according to the Constitution of man

Insert ¶ # that was said to be founded on the WORD OF GOD by the forefathers of

America as it's supposed to align with the Declaration of Independence.

ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To

FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and

multiply, and to LEAD the people, etc have been violated & downplayed

____.  Plaintiff alleges the above claim against the following Defendant(s):

Insert ¶ #

All defendants have played a part in the charades of witchcraft

_____

_____

_____

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

____.  Pope Francis name is Jorge Mario Bergoglio. He's the

Insert ¶ # first pope to be a member of the Society of Jesus (Jesuits). He was born in Flores, Buenos Aires. He is the 1ST Latin-American Pope with claims to be hispanic. He was ordained in 1969 which is after President John F Kennedy became the 1ST White Catholic of the USA

_____

_____

____.  As a result of the Defendant's violation of the rights giving rise to this

Insert ¶ # claim, Plaintiff was harmed in the following way:

_____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

<u>Claim #(   )</u>

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. Pope Francis name is Jorge Mario Bergoglio. He's the

*Insert ¶ #*

first pope to be a member of the Society of Jesus (Jesuits). He was born in Flores, Buenos Aires. He is the 1ST Latin-American Pope, with claims to be hispanic. He was ordained in 1969 which is after President John F Kennedy became the 1ST White Catholic of the USA. The Pope is hiding behind Francis but his real name is Jorge (George) which symbolizes $1 bill George Washington & the $100 bill benjamin Franklin

____. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The deception of the twisted Word has many people confused. Pope Francis represents many different people which is stolen identities. This is how he has taken over the land & stole my inheritance and helped others do the same since the system is governed by him and his associates as he has took claim of being 1st hispanic pope so this is why the Hispanics turned on me

Civil Rights Complaint Pursuant to U.S.C. § 1983

Hispanics can tell lies on Blacks with No Consequences. Like the Pope is Blackmailing the TRUE BRIDE of CHRIST with NOBODY HOLDING HIM ACCOUNTABLE...

**Claim #(___)**

(insert Claim#)

_____.  Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

(List any other legal claim you have that is related to your civil rights claim.)

_____. All rights have been violated according to the Constitution of man

Insert ¶ #

that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

_____.  Plaintiff alleges the above claim against the following Defendant(s):

Insert ¶ #

All defendants have played a part in the charades of witchcraft

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

_____. Unjust practices towards Blacks from different races & Cultures such as: In Hispanic Politics they do not consider it SNITCHING if you tell on a Black person which is a set up for Blacks & a green light for hispanics to lie, fabricate, steal, etc without little or any Consequences.

Insert ¶ #

_____.  As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

Insert ¶ # I have been innocent this whole case yet many Hispanics have lied, slandered, obstructed justice, etc while laughing & playing in my face without any Consequences yet as I defended myself there were slander campaign labeling me as a snitch for speaking The TRUTH this making my fight harder. (Unjust practices)

Page Number

(Civil) Rights Complaint Pursuant to U.S.C. § 1983

# THE GREAT (GOAT) Deception

Insert ¶ #

Genesis 3:5 - For God doth know that in the day ye eat thereof, then your eyes shall be opened, and ye shall be AS GODS (originally lower-cased) knowing good and evil. (Breakdown) For symbolizes a prohibitation, exclusion, OMISSION, (a clone, a shadow mimicking God while deceptively enticing the listener into rebelling against the (Creator of all creation) Omission means the act of not including something or someone that

Insert ¶ #

should have been included (like what was the serpents motive or reasoning behind why he was talking to the woman, what was his benefit for sharing such information with the woman behind Gods Back. This also represents the backdoor because God is the FRONT DOOR. So this proves there's two voices that have spoken to humanity. God spoke to Adam face to face (prophetic/prostration) (1ST Voice), then the serpent spoke to Eve Behind Gods back while twisting Gods words to Adam in a way

Insert ¶ #

that enticed Eve to follow him blindly without knowing his motive, who he really was, and why was he going behind Gods back in order to put her focus on the very thing God said don't touch but he didn't GO TO GOD for himself to get a better understanding (2nd Voice). In hebrew the word serpent is H5172 = nâchash meaning to ① hiss, ② whisper a (magic) spell, ③ Prognosticate (to forecast or predict from present indications or signs), ④ learn by experience, ⑤ diligently observe,. Hiss a sound made by snakes and other animals. His is a word associated with a male person. Both can be manipulated for instance History can Page Number really be Hisstory (one is based on the male & the other is based on the SNAKE.

_____. Another breakdown of Genesis 3:5 For God doth know *Insert ¶ #* that in the day ye eat thereof, then your eyes shall be opened, and ye shall be AS GODS (originally lowercased). For symbolizes (444) For eating wrong things, for seeing wrong things, and for being the wrong Gods.

① Eating = worldly knowledge, diets, drugs, etc

② Eyes = I's = SIN, DIE, PRIDE, LIES, Idolatry, S

③ AS Gods = Self made, religion, idol worship, AS=

_____. (ASS symbolizing Buttocks, Sodomy, homosexuality, behind (sneaky, *Insert ¶ #* manipulative, not face to face, hiding, shadows, espionage, etc), donkey (animal kingdom worship, Stubborn, rebellious, don, key, astrology, etc.)

*Rest of scripture after as gods; knowing good and evil. This is where the Educational system is exposed because it teaches both good and evil. For the worlds meaning of good is evil in Gods eyes because the worlds knowledge is not in

_____. alignment with God nor is their religious institutions. *Insert ¶ #* Both the World & religious foundations are grounded in the beast system because imposters are invading where the church is supposed to be according to God

## V. CLAIMS

### Claim #1

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

____.    Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

*Insert ¶ #*    federal constitutional or statutory civil right:

All God-given and civilian rights have been violated!

_____

_____

_____

___.    The above civil right was violated by the following Defendants:
*Insert ¶ #*

All Defendants

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

_____.   Huntington Park is one big community of witchcraft that has been
*Insert ¶ #*
placed with businesses that all tell a story about my life, which includes some

of the people, places, etc; that were in my life growing up. I used to run thru

this city as a teenager. I used to hang with the Florence 13 when I was running

the streets, and they NEVER brought any harm my way so this is SHOCKING.

What I would like to say is I understand how they were used from a perverted

aspect in accord with the POPE. See, when people diss Florence they call them

Flowers which in Spanish is Flores. The Pope's Birthplace Flores, Argentina

___.    As a result of the Defendant's violation of the above civil right, Plaintiff

*Insert ¶ #*   was harmed in the following way:

The defendants have been used in this season as a weapon against me due to the

Pope's sorcery which is how everyone was used as a weapon against me for

the enemy's satisfaction and them trying to keep me in a stuck position.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(___)

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the Constitution of man

*Insert ¶ #* that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #* All defendants have played a part in the charades of witchcraft

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. **ROXBURY LATIN SCHOOL**

*Insert ¶ #* 101 St. Theresa Ave, Boston, MA 02132 (MASSACHUSETS)

Mary Teresa Bojaxhiu (Mother Teresa) was an Albanian-Indian Catholic

Motto (Roxbury) The Dead Teach The LIVING, Mascot: FOX

Established: 1645 (379 yrs ago)

Matthew 8:20 - And Jesus said unto him, The foxes have holes and the birds of the air have nests; but the Son of men hath not where to lay his head.

Proverbs 18:21 - Death and life are in the power of the tongue; and they that love it shall eat the fruit thereof.

Matthew 15:11 - Not that which goeth into the mouth defileth a man, but that which cometh out of the mouth, this defileth a man.

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #* Rox = Christ the living Rock; Bury = dead by Latin Teaching (Anti-Christ (twisted truth) Perversion) The Dead symbolize = Catholic & Hinduism/Buddhism. The Living symbolize The SON of man. The worlds teachings come from the dead (falling angels, demons, etc) which means its a backwards perception that's not in its proper order making humanity a slave to the enemy while verbally promoting death. Then, going against the living Truth due to the deception of the dead while breeding more fleshly bodies of dead spirits instead of Bodies filled with the Holy Spirits Power! (A.I.)

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(___)

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the Constitution of man

*Insert ¶ #*
that was said to be founded on the WORD OF GOD by the forefathers of

America as it's supposed to align with the Declaration of Independence.

ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To

FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and

multiply, and to LEAD the people, etc have been violated & downplayed

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*
All defendants have played a part in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Monta Dinero = Mount Money & is
*Insert ¶ #*
Located in Argentina the birthplace of the Pope
Mount means to ascend, go up, etc. Money symbolize Mammon,
Mammon means wealth regarded as an evil influence or false object of worship
Matthew 6:24 (cut short & paraphrased) Ye cannot serve God and Mammon.
The Pope goes by Francis (Franks, Benjamin Franklin #100) but Name is Jorge (George Washington $1) in
Buddhism = The God of Money      Mammon = Beast

___.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Revelation 12:9 (paraphrased) The great dragon was cast down, the old serpent, he that
is called the Devil and Satan, the deceiver of the whole world ...
The World HAS BEEN Deceived into blackmailing me while
serving the devil at the same time who has had
his hands on all my ___Page Number___ belongings that

Civil Rights Complaint Pursuant to U.S.C. § 1983

were promised by God.

# V. CLAIMS

## Claim #1

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

____.    Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

*Insert ¶ #*    federal constitutional or statutory civil right:

Every Law surrounding humanity was violated

___.    The above civil right was violated by the following Defendants:

*Insert ¶ #*

All Defendants

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

____.    Solomon 2:1-4 says: 1) I am the rose of Sharon, and lily of the valleys.

*Insert ¶ #*

2) As the lily among thorns, so is my love among the daughters. 3) As the apple tree among the trees of the wood, so is my beloved among the sons. I sat down under his shadow with great delight, and his fruit was sweet to my taste. 4) He brought me to the banqueting house, and his banner over me was love.

___.    As a result of the Defendant's violation of the above civil right, Plaintiff

*Insert ¶ #*    was harmed in the following way:

Sharon and Sons Flooring and Cabinets is a company located in Santa Ana on Harbor Blvd before you get to Costa Mesa. This company symbolizes the incest I went through with my aunt Sharon's son which drove me to drugs as a run away.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(___)

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the Constitution of man that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

*Insert ¶ #*

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #*

___. Using Logos (the WORD of GOD), or principle of divine reason & creative order, identified in the Gospel of John with the second person of the Trinity incarnated in Jesus Christ. Incarnate means embody or represent (a deity or spirit) in human form. * In Jungian psychology) the principle of reason and judgement, associated with the animus. Animus means hostility or ill feeling ② motivation to do something). Using LOGOS as a label to Hide the WORD of GOD is denying GOD's sovereignty as humans take under a labels cover.

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way: The top robbing the bottom while using R.I.C.O.! All defendants have used this tactical method to continue to rob others while placing their man made labels on Top of GOD's original creation in order to systematically justify their dogmatic behaviors according to animalistic reasoning that I defies the purity of creations essence. In doing so, they've opened the realms to satanic doctrines that serve no purpose other than to ensure others to appease another, leaving life moraless, destructive, and in ruin while blaming others for the action of a beasts system that is governed by someone else. HYPOCRISY!!!

## Claim #(   )

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

_____

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. There were two slave masters which were the whites

*Insert ¶ #*

& the other was of spanish descent. We always focused on the whites while dismissing the spanish slave master. Now, they've added more problems but this time THE TRUTH is being revealed. Blacks NEVER got their 40 Acres in a mule because Ceaser Chavez got it during his protests. Both parties stole everything from us & put their name & label on it.

____. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

This has affected me because they take everything away from us as they got rich off of stolen goods. But mainly, because, if they take every thing of substance/power from us why are we allowed to worship Allah, Buddha, hinduism, etc with NO PROBLEM? Answer, is because that's not our power Page Number source or they would have taken it which leaves me. Civil Rights Complaint Pursuant to U.S.C. § 1983 To say that JESUS CHRIST of NAZARETH is our true power source & that's why they have it & tried taking claims on it (Slavery spiritually). They're trying to deceive the blacks out their birthright

## Claim #(___)

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the Constitution of man

*Insert ¶ #* that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #* All defendants have played a part in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Names, Nicknames, industries, etc are all being used against the chosen (a part of communist agenda 1960) However, All that was done with the help of the Roman Catholic church in a strategic move to attempt to steal the inheritance while using China as a debt collector in a form of entrapment so that they could keep embezzling money right under our noses.

___. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The sorcery of the Roman Catholic church has ensnared ALL of humanity while activating the people to go against the coming of Christ & keeping me stuck in a rut outside of my control as they send people to send death threats, slander campaigns, etc

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(___)

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #* Defendants have violated the most sacred Law afforded to man and to woman. This law supersedes every religious argument and every worldly view; this law is the PRECEPT that was set before any Principles were laid down as a guide to LEAD the people back to WORSHIPPING Jesus Christ of Nazareth. This law is the SOVEREIGN LAW called "And God said"

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #* All defendants are a part of the charades of witchcraft that has been used to deceive the nations. Genesis 1:28 (paraphrased) - And God blessed them, and God said unto them, Be fruitful and multiply, and replenish the earth, and subdue it...

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Genesis 1:3 And God said, Let there be light: and there was light... Genesis 1:4 And God saw the light, that it was good: and God divided the light from the darkness.

*Insert ¶ #* Genesis 1:14 - And God said, Let there be lights in the firmament of the heaven to divide the day from the night; and let them be for signs, and for seasons, and for days, and years: John 1:1 In the beginning was the Word, and the Word was with God, and the Word was God.

___. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

By defendants intentionally playing with names, words, logos, etc in their attempt to over-throw God; they have mislead others into sinning against God in order to live off of the people's lack of belief so that they can capitalize off the people's need for validation

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

Britain did what they did but Now we Must address LATIN AMERICA for the Deception they have caused at the expense of ALL humanity

**Claim #(____)**

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

_____

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. Scattered Africa · 2 Slave Masters (White & Spanish)

*Insert ¶ #*

Misrepresenting The Word of God · Misleading humanity through the guise of entertainment, religion, corporations, etc; · Mocking & Blaspheming the same God people proclaim to love, · placing stumbling blocks in front of others to hinder success, · intentionally sabotaging work ethics & opportunities to keep people in poverty; · using chemical warfare against humanity

____. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Kept me in a poverty lifestyle while restricted from receiving proper services or help from people in positions of power thus making a mockery out of my life

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(___)

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft. Ex: Defendants used words, names, addresses, etc. to subconsciously plant hidden messages in the viewer/listeners mind. By every party doing so it caused the case to be a complex litigation making it harder to prove and easier to label the plaintiff as incompetent which gave them leverage by means of using Mental Health as *you may list facts supporting your claim. Be specific about how each defendant violated the rights giving rise to this claim.* a weapon to suppress the validity of a different point of view.

___.

*Insert ¶ #*

Ex: Housing is how I was baited in the trap (section 8). In New York, their housing authority name is New York City Housing Authority (NYCHA). Enisha is my middle name so to some its a conspiracy... however to me it represents somebody partially stealing my things by manipulating my name, as they capitalized off of the games they've playing, while leaving me to do damage control with no resources for support.

___. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

I was harmed because I dealt with unnecessary hatred and unnecessary attacks against human rights that are given at birth

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

### Claim #(   )

*(insert Claim#)*

____.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

____.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft. Ex: Perversion! Defendants jumped into groups, communities, etc while enabling each other to partake in slander campaigns, etc. So that they could set me up as they played victim to the public (as if I was the problem)

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____.    Defendants used power of position to toy with my life, Defendants

*Insert ¶ #*

used my story to create content in the form of propaganda to make mockery of my pain, defendants hacked all my electronic devices so everybody else could see my work then they had people pretending to be of service to others by taking my work, twisting the narrative, and collecting a fee off of my work as they laughed in my face. Defendants constantly attacked my character with false accusations & witnesses

____.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Everything that the defendants did put my life on the line everyday, affected everything I worked hard to change, just so they could get a thrill out of watching me scramble and suffer without cause.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(   )

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. In order for defendants to play this kind of game

*Insert ¶ #*

with my life without feeling anything about con-sequences; they had to be given orders by people in High Places.

____. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

I suffered because the people in High Places excommunicated me, due their own problems/insecurities about my God given gifts that the WITCHES try to replicate but CAN'T

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(___)

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft. Ex: Defendants chose to STEAL from, ATTEMPT TO KILL, & Destroy the innocent without cause while promoting wickedness throughout the land intentionally to disguise their wickedness they were doing in the shadows.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. Defendants use Religion, laws, etc in the means of manipulating the masses, allowing the demons to have a field day in the lives of the good & bad people, leading people to worship the dead indirectly, stopping people who wanted to know the living God by intercepting their perception of the Living & Healing God due to them, ~~anticipating~~ manipulating Gods Word, placing Stumbling blocks in people's way, etc

*Insert ¶ #*

____. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

Stopped from being myself, stopped from showing the purity of my love to humanity, stopped from creating, stopped from teaching people, stopped from anything I wanted to do so they didn't take my credit. They tried Bullying me into SILENCE! INTENTIONALLY KNOCKED ME DOWN, kept me down, so they could make it seem like it was DRUGS! LIARS!!!

*Page Number*

*Civil Rights Complaint Pursuant to U.S.C. §[1983 ]*

## Claim #(   )

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

_____

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Extraterritorial Jurisdiction is the legal ability of

*Insert ¶ #*

a government to exercise authority beyond its normal boundaries. ~ Universal Jurisdiction is a legal principle that allows states or international organizations to claim criminal jurisdiction over an accused person regardless of where the alleged crime was committed, and regardless of the accused nationality, country of residence, or any other relation to the prosecuting entity

___. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

According to Amnesty International, a proponent of universal jurisdiction, Certain crimes pose so serious a threat to the international community as a whole that states have a logical & moral duty to prosecute an individual responsible, therefore NO PLACE should be safe haven for those committing GENOCIDE, Crimes against humanity, extrajudicial executions, war crimes, torture, or forced disappearances, ethnic ~~cleansing~~

Cleansing

Civil Rights Complaint Pursuant to U.S.C. § 1983

TRANSMISSIONS LEFT for Theft from African Americans Just like Arabs stole N. Africa & People to Egypt, Jerusalem, etc.

Claim #(___)

_(Insert Claim #)_

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

_Insert ¶ #_

_(List any other legal claim you have that is related to your civil rights claim.)_

___. All rights have been violated according to the Constitution of man

_Insert ¶ #_

that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):

_Insert ¶ #_

All defendants have played a part in the charades of witchcraft. Example:

_(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)_

___. §6411- Office on International Religious Freedom;

_Insert ¶ #_

Ambassador at Large for International Religious Freedom. Title 22 FOREIGN RELATIONS and Intercourse, Chapter 7: International Bureaus, Congresses, etc. Section §262c- Commitments for United States Contributions to international financial institutions fostering economic development in less developed contries; continuation of participation

___. As a result of the Defendant's violation of the rights giving rise to this

_Insert ¶ #_ claim, Plaintiff was harmed in the following way:

According to the law, the Ambassador at Large is supposed to advance the right of freedom of religion but instead they have been hindering the TRUTH while promoting every fake god here and abroad. By doing so they have violated our Constitutions foundation. This has allowed the U.S. to invest in the development of other countries & people while dismissing the very foundation of the countries in Africa that they have taken their resources from. They have also displayed this exact behavior towards the African Americans in the U.S. by using them to build the US but then giving every other race access to land, property, positions, etc as they constantly blackmail the African Americans to keep us in bondage for their saviors!.

*FRAUDSTERS intentionally embezzling while helping others replicate the original to cause confusion!*

## Claim #(___)

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. Title 22 - Foreign Relations and Intercourse

*Insert ¶ #*

Chapter 32 - Foreign Assistance
Subchapter 1 - International Development
Part 1 - Declaration of Policy, Development Assistance Authorizations
• Building Clones in order to cause confusion over the real & fake, while continuing to kill the real/ build up the clone as they take over the lands, jobs, etc making it hard on the real ones to survive.

____. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

USA has failed to support the very countries that they got all their help from such as countries in Africa, the African Americans, and restoring the Beauty of the people that you have impoverished in order to make other people successful. USA government is a set up to the African Americans, Africa, Egypt, Jerusalem, etc because of embezzlement, theft & enslavement with impure & disorderly motives

Civil Rights Complaint Pursuant to U.S.C. § 1983

*LATIN AMERICA been stealing with no intentions of returning the church or allowing US STATE our Identity, to Acre, Mule, Church, etc to be established*

**Claim #(___)**

_(Insert Claim#)_

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

_Insert ¶ #_

_(List any other legal claim you have that is related to your civil rights claim.)_

___. All rights have been violated according to the Constitution of man

_Insert ¶ #_ that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):

_Insert ¶ #_ All defendants have played a part in the charades of witchcraft

_(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)_

Title 22 - Foreign Relations and Intercourse

_Insert ¶ #_ Chapter 29 - Cultural, Technical, and Educational Centers Subchapter III — Fascell North-South Center Section §2075 - Center for Cultural and Technical Interchange Between North & South

Section §2075(b) Promotion of better relations between USA, Latin America, Caribbean, and Canada using a center in Florida. Section 2075(e) in 1992 there was an authorization of 5,000,000. Now its $10,000,000 per year for this section.

___. As a result of the Defendant's violation of the rights giving rise to this

_Insert ¶ #_ claim, Plaintiff was harmed in the following way:

United States of America, Latin America, Caribbean, & Canada ALL have been working together to Embezzle African Americans by letting the debt ceiling go up as they were using it all to build themselves up at my expense of slavery due to somebody elses debt being placed on my back. African Americans haven't had a chance at life but instead we have slaved, been prostituted, etc for another persons success



*Stolen Knowledge used to establish LATIN AMERICA & CARIBBEAN!! \**

## Claim #(   )
*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Title 22 - Foreign Relations and Intercourse,

*Insert ¶ #*

Chapter 29 - Cultural, Technical, and Educational Centers Subchapter IV - International University Section 2077 - International University for the Americas Section 2077(c) - curriculum is designed to develop expertise in fields that promote economic integration of the Americas! Section 2077(e) - funds are allocated for assistance for Latin America & Caribbean

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

Basically, Latin America & America have used Blacks(African Americans) to build up America & fund LATIN AMERICA/Caribbeans with the sweat off their backs while being misled then discarded(killed, jailed, impoverished, etc) so that the other races got built up off of our education but had no INTENTIONS WHATSOEVER to go invest back into Africa(THE MOTHER LAND) in fact they tried to make a mother land in the Caribbeans.

Page Number

Civil Rights Complaint Pursuant to U.S.C § 1983

*The Wrong Women in Leadership while Misleading the Ship!!!*

**Claim #(___)**

*(Insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. Title 22-Foreign Relations and Intercourse Chapter 7-International Bureaus, Congresses, etc. Section § 2102.p-3-Participation of women in economic, social and policy development activities 262p-3(a)(1)(2)(3)(4)(5)

*Insert ¶ #*

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have a part in this charade of witchcraft.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. • United States of America has used women from their realm of Education, the races that are in every religion except for the Black Church. United States has helped support the women of other races while even going as far as to help their home countries steal from the African American woman. The United States even has allowed the Witches to mislead the Nations for their benefit.

*Insert ¶ #*

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

In doing the things above, it has caused me a great deal of drama because I am gifted and everybody ase has did all they can do just to stop me from shining. They used the system to steal, prostitute, and blackmail me all while attempting to have me assassinated. Then they used every women to try and embarrass me, ridicule me, lie on me and constantly got me kicked out of everywhere. SMH!

Civil Rights Complaint Pursuant to U.S.C. § 1983.

**Television . Has created for Propogenda in another Country!**

## Claim #(___)

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Title 22 - Foreign Relations and Intercourse. Chapter 11 - Foreign Agents and Propaganda

*Insert ¶ #*

Subchapter II - Registration of Foreign Propagandists Section § 615 - Books and Records

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

This has been violated due to Technology moving rapidly. Television by itself was created for propaganda purposes in another country & has been used to twist up my life thru movies & tv shows. But also the records are easily altered in the digital realm which also allowed people to steal from me. Also, alot of Americans work with foreign agencies in America.

Page Number

*Stolen @ Birth using Footprint.*

**Claim #(   )**

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___ Joshua 1:3 Every place that the sole of your foot shall tread upon, that have I given unto you, as I said unto Moses... 1 Corinthians 6:19 - Know ye not that your body is the temple of the Holy Ghost which is in you, which ye have of God, and ye are not your own. Ephesians 6:12 For we wrestle not against flesh and blood, but against principalities, against powers, against the rulers of the darkness of this world, against spiritual wickedness in high places

*Insert ¶ #*

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

After they took my footprint from birth then I was placed into a system which is where the enemy was able to infiltrate My body and drive me into darkness. It wasn't until I got the Holy Ghost at 18 that I started seeing the Truth beyond Religion, the worlds system, and also the false narratives that has been intentionally planted to paint a twisted view & twisted truth just so others could steal my inheritance

Civil Rights Complaint Pursuant to U.S.C. § 1983

A Twisted Truth

## Claim #(  )

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. * Sharon's Bar & Brothel was located in Carlin Nevada opened in 1989.

*Insert ¶ #*

This brothel was considered a legal whore/prostitution house. *As we all know Nevada is the land of the Native Indians. *In some Indian states they practice Hierodulic (a prostitute or enslaved person who is in the service of a temple (as in ancient Greece) in the form of ritualistic marriages). Some of their customs are similar to basavila (evh similar to Devdasi). This involves dedicating prepubescent and young girls from villages in a ritual too Hindu deity or temple. ____ work in the temple as spiritual guides, dancers, and prostitutes services males in the temple. This tradition is still active in parts of India.

____. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

In Lynwood CA

Sharon is my aunt who worked in the childcare field. We lived on Carlin when my life spun out of control behind incest with Sharon's son & Daughter. Then I ended up in the hands of the hispanics while running away which led me to drugs Basically I was offered up to one of their deity's which caused me a life of being violated sexually spiritually (3), etc. To be continued Page Number on next page.

Civil Rights Complaint Pursuant to U.S.C. § 1983

page 1

1ST I was spiritually violated as soon as I came out of the womb in multiple ways! A) Laying of hands on my head to pull me out my mother by a worldly doctor (taught by world standards, authorized by man but not by God) so there was two Gods at work. B) The next violation occurred when they took my footprint and put it on a piece of paper as a record (Joshua 1:3 - Every place that the sole of your foot shall tread upon, that have I given unto you, as I said unto Moses...) this is the 1ST robbery which was my birthright. C) The third violation is when you put my identity into a system which is really a form of ritualism because basically you just offered up my birthright to a deity of whatever God the creator of the system worship. D) In doing so, I became a temple for that deity to use & violate while allowing the others to make merchandise of me. Let's reference The Bible for confirmation. I Corinthians 6:19 - Know ye not that your body is the temple of the Holy Ghost which is in you, which ye have of God, and ye are not your own.

*Deuteronomy 21:14 - And it shall be, if thou have no delight in her, then thou shalt let her go whither she will, but thou shalt not sell her at all for money, thou shalt not make merchandise of her, because thou hast humbled her. * Deuteronomy 24:7 - If a man be found stealing any of his brethren of the children of Israel, and maketh merchandise of him, or selleth him; then that thief shall die, and thou shalt put evil away from among you. * 2 Peter 2:3 - And through covetousness shall they with feigned (meaning: pretended, (sham) counterfeit, assumed, fictitious, disguised, to put on an appearance, to imitate deceptively, to make up, invent) words make merchandise of you: whose judgement now of a long time lingereth not, and their damnation slumbereth not.

page 2

* John 2:16 - And said unto them that sold doves, Take these things hence; make not my Father's house an house of merchandise. ✱ So, now that I have referred you back to the Word of God; I will give you a better understanding of what I am saying about being violated spiritually. The books of Joshua will help me with the clarity about Perversions Twisted Truth that has kept people in bondage. for decades, has caused many to turn from the faith, has caused many people to be angry with

. God and blame God for things that he had nothing to do with. This twisted truth is similar to how the serpent deceived Eve into disobeying Gods command to Adam. But this time, were the Nations which means he caused Adam & Eve to get expelled out of the garden due to disobedience. Also, before Adam & Eve's fall came about, the enemy had already caused 1/3 of the angels to be cast out of heaven. Finally, the enemy has slithered his way to Nations Kings,

. Queens, etc., While using seduction, manipulation, etc. to blackmail humans into conforming to his ways of living that denounces the 1 and only true living God and leaves the path open to Pride, Ego, Hatred, Jealousy, etc. ✱ Back to Joshua 1 Now after the death of Moses the servant of the Lord, it came to pass, that the LORD spake unto Joshua the son of Nun, Moses' minister, saying... To Joshua 1 Nun was the name of Joshua's Father. However in the Roman Catholic church, the word NUN stands for the females that work in the Catholic Church who have dedicated themselves entirely to Ministry.

Civil Rights Complaint Pursuant to U.S.C. § 1983

Also nun is a male monk which put others such as Hindu, Bhudoleh, Shaman, etc. in this Charade! page 3 ONLY to BULLY me out of my inheritance!

**Narcotics - Weapons of War**

## Claim #( )

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. Title 22-Foreign Relations and Intercourse, Chapter 7- International Bureaus, Congresses, etc.; Section § 2162p-4a- Loan Programs to reduce economic dependence on illicit narcotics.

*Insert ¶ #*

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have a part in this charade of Witchcraft.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. USA glorifies the Drug Lords on an International level & on a National level. Example: Main Stream Media is a variety of gifted individuals from music, dance, video, etc and between film/music they promote: Death, immorality, harlotry, infidelity, LGBT, Drugs, etc. Then, our government allows all these type of people to have the most influence in society because the promotion of everything demonic is homage to Devil and blasphemous to Jesus Christ of Nazareth!

*Insert ¶ #*

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

Due to foreign relations and intercourse (means relations, commerce, interaction, sexual, etc) of this government the citizens of the USA have been forced into denouncing their beliefs (thru jobs, careers, policies, etc) in order to be a productive citizen of the USA. When it comes to the African-Americans they have been subjected into lifestyles of Drug dealing, Prostitution, etc due to eat & live due to the oppression of other races in America, which also worked together to Blackmail the Black Church as being the Mother of Harlots & b...

Civil Rights Complaint Pursuant to U.S.C. § 1983

Narcotics-Weapons of War

## Claim #(___)

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

*(List any other legal claim you have that is related to your civil rights claim.)*

Insert ¶ # ___ :Title 22 - Foreign Relations and Intercourse, Chapter 7- International Bureaus, Congresses, etc; Section §2162p-4 a- Loan Programs to reduce economic dependence on illicit narcotics.

___. Plaintiff alleges the above claim against the following Defendant(s):

Insert ¶ # All defendants have a part in this charade, of witchcraft.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. -US is a country that resembles a scientific experiment

Insert ¶ # -US is governed by the medical profession which specializes in fake solutions, witchcraft (potions/medicine), experiments, etc from individuals attempting to play God while actually causing humanities downfall due to the mechanisms that they use. Example Sick+Medicine= temporary healing that can come with longevity side affects later leading to another sickness

___. As a result of the Defendant's violation of the rights giving rise to this

Insert ¶ # claim, Plaintiff was harmed in the following way:

United States is a fraud when it comes to drugs because everybody from the Military on down helps promote drugs whether it be prescription or street drugs. US. media promotes alot of drugs & still get Grammy Awards, get Richy etc. It was V.S.A military who brought drugs over here & USA chemist who helped make drugs. However the USA makes their citizens pay for addictions that were strategically given to us so that others could steal, kill, & destroy

Civil Rights Complaint Pursuant to U.S.C. § 1983

*Congress knew about the Communist going-on yet did know thing?..*

## Claim #(___)

(insert Claim#)

_____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

(List any other legal claim you have that is related to your civil rights claim.)

Insert ¶ #

Title 50 - War and National Defense; Chapter 23 - Internal Security; Subchapter IV - Communist Control Section § 841 - Findings and declarations of fact

_____. Plaintiff alleges the above claim against the following Defendant(s):

Insert ¶ #

All defendants have played a part in the charades of witchcraft.

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

Insert ¶ #

The Congress finds and declares that the Communist Party of the United States, although purportedly a political party, is in fact an instrumentality of a conspiracy to overthrow the Government of the United States. Communism is the means by which individuals are seduced into the service of the world Communist movement, trained to do its bidding, and directed and controlled in a conspiratorial manner.

_____. As a result of the Defendant's violation of the rights giving rise to this

Insert ¶ # claim, Plaintiff was harmed in the following way:

The United States was aware of the Communist Agenda however still allowed the Communist agenda to be implemented into our congressional records on Jan 10, 1968! By allowing this agenda to be implemented into our records is a sign of premeditated & organized crime.

Communism is organized crime!

## Claim #(   )

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. Title 50 - War and National Defense
*Insert ¶ #*
Chapter 23 - Internal Security
Subchapter IV. Communist
Section § 843 - Application of Internal Security
Act of 1950 to members of Communist Party and other
subversive organizations; Communist Party Defined

____. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*
All defendants are a part of the charades
of witchcraft.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. Whoever knowingly and willingly becomes or
*Insert ¶ #*
remains a member of the Communist party for
the purpose of control, conduct, seizure, or to
overthrow the Government. Those individuals
will receive all the provisions and penaltys
of the Internal Security Act of 1950.

____. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:
Do to different individuals wanting to keep their
stolen goods; they chose to venture off towards
the Communist Agenda. That way they would
keep their stolen power & goods. This affected
me in my entirely

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

*Communism causes a great deal of people too much pain!*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

(List any other legal claim you have that is related to your civil rights claim.)

___. Title 50 -War and National Defense,
Insert ¶ #
Chapter 23-Internal Security
Subchapter IV-Communist Control
Section § 842 - Proscription of Communist Party, its successors, and subsidiary organizations

___. Plaintiff alleges the above claim against the following Defendant(s):
Insert ¶ #
P+l defendants have played a part in the charades of witchcraft.

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

___. "Any Communist Party of the United States, or any successors
Insert ¶ #
of such party regardless of the assumed name whose object is to overthrow the Government of the USA, any political subdivision thereof, etc are NOT ENTITLED to ANY RIGHTS priviledges, and IMMUNITIES which have been GRANTED by U.S.A

___. As a result of the Defendant's violation of the rights giving rise to this
Insert ¶ # claim, Plaintiff was harmed in the following way:
Many different party's helped the communist come against me as they were working together to hinder THE TRUTH from being exposed which caused me unnessecary pain.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

**Evidence of Communist. Affiliation**

_____. Claim #(   )

_(insert Claim#)_

_____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

_(List any other legal claim you have that is related to your civil rights claim.)_

_____. TITLE 50 - WAR & NATIONAL DEFENSE
Insert ¶ #
Chapter 23- Internal Security
Subchapter IV - Communist Control
Section § 844 - Determination by Jury of membership
in Communist Party, Participation.

_____. Plaintiff alleges the above claim against the following Defendant(s):
Insert ¶ #
All defendants are a part of the charades of
Witchcraft.

_(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)_

_____. Evidence are participation includes: Financial
Insert ¶ #
Contributions towards dudes/dues, became subject
to the disciplines of any organization; has executed
orders, plans, etc;

_____. As a result of the Defendant's violation of the rights giving rise to this
Insert ¶ # claim, Plaintiff was harmed in the following way:
Defendants executed many different disciplines,
objectives, and 45 points of Communism as
a blue print to hurting me more & More, because
they believed that they would get away from out.
The whole United States helped the Communist
to bully, steal, etc while thinking they were
staghating me from my win



# Electronic Surveillance

**Claim #(___)**

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. Title 50- War & National Defense, Chapter 30- Foreign Intelligence, Surveillance Subchapter- Electronic Surveillance Section §1809 - Criminal Sanctions

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants are a part of the charades of witchcraft.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. A person is guilty of an offense, if he/she intentionally *engage in electronic surveillance unauthorized. *discloses or uses information obtained under color of law by electronic surveillance ***** Even other nations spied on me using surveillance

____. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

All defendants gathered information about me by electronic surveillance. (cloning phone, hacking, tracking, etc) My privacy has been violated by the world as the copied my story, created their own narratives, and made money Page Number while I was stuck in the streets by force... I had to struggle as people played in my face & in the digital realm!!

Civil Rights Complaint Pursuant to U.S.C. § 1983

IT ALL still goes back to LATIN AMERICA being the common denominator of Blackmail/Fraud

**Claim #( )**

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. -Latin America premeditated this whole

*Insert.¶ #*

situation in order to keep what was stolen by them. The Pope claims to be hispanic however, since he's from Argentina I checked and it said people from Argentina are European. Latin America has used the church as a weapon of witchcraft in attempt to take the Crown.

____. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

My whole life was sabotaged so that Latin America could steal my inheritance, try to behave like me, and get me killed while being innocent. #THE DEVIL IS A LIE!!!

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

____. That we the people get out of our feelings of what we think a person should look, talk, act, etc like. While acknowledging that we have chosen wrong too many times and now its time we start correcting those errors or intentional mishaps.

____. That ALL people in LEADERSHIP positions get out of blame shifting due to fear of judgement. Then shake off denial by admitting that the body cannot be sick unless the Head is sick first.

____. Every day we the people will make an effort to reconnect with humanity without using the technology. Every day we the people will go out our way to encourage, help, feed, clothes, etc the less fortunate using what we have

____. That we the people stop looking at people like a dollar sign and find ways to sow into the people that was stolen from as a stepping stone to restore TRUST, INTEGRITY, HUMILITY, SELFLESSNESS, etc into the culture.

Dated: 8/21/2024

Sign: _____

Print Name: Victoria Dillihunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

_____ . It would be nice If you can restore Honor to me & my partners names, I'd like my life restored so I can get off the streets living like a pauper, being harassed, stalked, etc
*Insert ¶ #*

_____ . I don't know what to ask for because too much has been done to me, that's beyond what My mind can fanthom.
*Insert ¶ #*

_____ . People need to pay for their sorcery starting with that Church. Technology has to go because its Demonic. Stop getting Rich off of me as I Starve & be Humiliated
*Insert ¶ #*

_____ . Let me & my family go free and stop lying on my name, hiding behind my gifts as you do your dirt, release My stuff I created, stop trying to keep me a prisoner (its been like this ALL MY LIFE) NO MORE!
*Insert ¶ #*

Dated ___8/21/2024___

Sign: _____

Print Name: Victoria Dillihunt

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

That I am restored

Infiltrators destroyed from their positions

Babylon Must go

The Inheritance Must be released to proper person

All officials that obstructed justice must be reprimanded

Whatever else you must do to make things right in God's eyes.

I need housing with PRIVACY since it's been violated my whole life. I want PEACE!

I want my company back, I want what is do to me because other people have made a lot of money off of my life & many other peoples lives & we deserve whats been stolen to be restored to who it belongs too.

Dated: **8/21/2024**

Sign: _Victoria_

Print Name: Victoria Dillihunt

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

_____. That I am able to take a shower, buy some clothes, do my hair, etc. which are basic needs that I have been deprived of.

_____. I would like to cook, clean, dance, sing in my own house without my privacy being violated. I will like to get off the streets. I'd like some food that hasn't had witchcraft done to it.

_____. I'd TRULY LOVE FOR PEOPLE to STOP comparing my GoD given gifts with the witches & sorcerers. I'd like for people to stop speaking on behalf of Christ Jesus when you serve other gods.

_____. I would love for this toxic relationship to be fully cut off. I would love to have my family restored. Clear me & my partners names. Stop using film & songs to attack me with your mockery.

Dated **8/21/2024**

Sign: _____

Print Name: Victoria Faltilwat

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

___. Big Tech, Movie producers, actors, artist, churches, colleges, government, business, etc to reevaluate your policies, guidelines to see if what you are doing is in right standing, or is

___. it stealing, slavery, hypocrisy, etc towards the most high. Get rid of these stalkers, evil people miss using their authority, companies, etc.

___. I need help to rebuild the company of music for God that is a healing & safe place for people to be set free, restored, and delivered. NO MORE SYSTEMATIC SLAVERY

___. It's time to put away the lies, deceit, jealousy, and heal a broken world, & that takes submission to the real God.

Dated: **8/21/2024**

Sign: _____

Print Name: Victoria Dillahunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

*All Real Estate Companies need to hand over their backlogs to be checked for Fraud. All companies need to relinquish their control over asset *All Individuals who had homes taken can submit a civil claim *All CAR dealers must hand over their backlogs to be checked for fraud *All individuals who have had cars towed or repossessed can file a claim to check for fraud.

* Judges need to be reprimanded for corruption (Need Be Basis)
* Lawyers, DA's, county clerks all need to be.

checked for fraud, embezzlement, influential peddling, law shopping, forgery, RICO, etc. It's time for another standard to be raised.

* THE WHITE HOUSE needs to be CLEARED

OUT because it's too much deep state corruption, racism confederacy, witchcraft, bribery, etc.. The WHITE HOUSE ALLOWED this mess to carry on without helping me. The Hispanics have stalked, harassed, sabotaged etc. yet your letting more in while holding me in poverty to win votes. TREASON!

Dated: **8/21/2024**

Sign: [signature]

Print Name: Victoria Dibble

WE THE PEOPLE HAVE the RIGHT TO OVER TURN this TREASON!

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

____. That ALL ACTORS be held accountable for intentionally sending out illusions after becoming aware of their wrong doings. (Definition of Actors is: ANYBODY in any walk of

____. Life that intentionally partook in this game of Catch Me if you can your the sacrificial lamb). Jesus Christ of Nazareth already sacrificed his life & this is not a repeat this is the finished work and judgement

____. That ALL these false teachers, leaders, motivational speakers, influencers, etc. be open to dismissing what they thought they knew and become teachable to what's NEW/TRUE

____. Isaiah 43:15 I am the LORD, your HOLY ONE, the Creator of ISRAEL, your King. Isaiah 43:18-19 ⑱ Remember ye not the former things, neither consider the things of old. ⑲ Behold, I will do a new thing; now it shall spring forth; shall ye not know it? I will even make a way in the wilderness

Dated: **8/21/2024**

Sign: [signature]

Print Name: Victoria Dillihunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

*Insert ¶* .That All confederate symbolism/objects be destroyed. All grounds of witchcraft must be shut down, removed, etc.

\* . All occults of witchcraft including *Insert ¶* churches must be shut down

\* All businesses that misused their power of position for selfish gain while using

. Slavery Methods must have their finances *Insert ¶* calculated and must disperse equal amounts amongst their employees for human trafficking.

\* All victims of medical malpractice, medical

. experiments, medical deaths (oxygen, organ failure, prescription overdose *Insert ¶* have an opportunity to file a civil claim against Hospitals, Dentists, Clinics, etc. Without interferences.

\* All people with addiction can file against medical profession as well regardless of what their current state of Mind is when filing because EVERYBODY would have to go thru a process before receiving their money (its called Healing)

Date: **8/21/2024**

Sign:

Print Name: Victoria Millikwit

Civil Rights Complaint Pursuant to U.S.C. § 1983

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

① United States of America I request that you release EVERYthing that is rightfully mind due to the FACT that this Nation intentionally placed blockages in My life, had others infiltrate me.

· as they got rich & I suffered, and ignored my cry for help as you deny all my petitions to keep me from seeing that this nation tried to sacrifice ME as a ritual to the devil. ② I REQUEST that you TAKE ACCOUNTABILITY

· for your corruption, that you clear My name, that you take down that couple (The Carters) who you strategically had come against the HAND of GOD on my life. ③ I Need MY partner, MY Kids

· that were kidnapped & sexually assaulted under your jurisdiction. ④ Release me from the Hostage position you have me in that keeps me in the streets. ⑤ Stop lying on me & covering up for your tyranny, despotism, etc. The WHOLE World is in trouble & you can't save them so I need to be restored in order for stuff to move forward.

⑥ You worked With South America & the Haters of Jesus Christ of Nazareth to blackmail the chosen so I need to be Released from this NATION w/ ALL that was stolen & with MY PEOPLE WHO LOVE MY GOD ‼

Date: 8/21/2024

Sign: _____

Print Name: Victoria Dillihunt

Page Number: ___

Civil Rights Complaint Pursuant to U.S.C. § 1983

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Date   **8/21/2024**

Sign:

Print Name: Victoria T. Dillhunt

Civil Rights Complaint Pursuant to U.S.C. § 1983